IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **MEDIA ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal Case No. 2:04-cr-55 |
| | ) | |
| Alfonso Rodriguez, Jr., | ) | |
| | ) | |
| Defendant. | ) | |

Trial of USA v. Rodriguez will begin Thursday, July 6, 2006. The trial is anticipated to last two months or more. The proceedings will be held in Courtroom #1, and after a jury is selected, the trial will typically be held Monday through Thursday from 9:00 a.m. to 12:00 p.m. and from 1:30 p.m. to 4:30 p.m. It is customary to have at least one recess in both the morning and afternoon sessions.

The Court has three primary considerations which will affect the conduct of the trial and the media's opportunity to observe and report the proceedings: 1) Courthouse and courtroom security, 2) Courtroom decorum, and 3) Courthouse functions and other proceedings during the course of the trial. With these considerations in mind, the following rules and procedures will be enforced:

    1. Seating.

        a. Media. Twenty-four seats will be available for members of the media. These seats will be in the first row behind the prosecution and the first row behind the defense. Within seven days of the date of this Order, members of the media should make a written request to the Clerk of Court for a seat. If the Court receives more than twenty-four requests within those seven days, it

will either assign the seats based on the earliest of the written requests or it will designate the media passes in some other manner. Those media organizations that have made requests for a seat in the courtroom prior to the date of this order will be assigned priority as of the date of that original request. Media organizations that have made such a previous request should verify with the Clerk of Court that the request is on file.

To be eligible for these media seats, the reporter must be employed by a newspaper or magazine with paid circulation or must work for a broadcasting entity licensed by the FCC. No more than one pass will be issued to any media organization unless there are remaining media passes after assignment. One media pass will be designated for a pool sketch artist. This pass will not count against any media organization's one-pass limit. The media can stipulate to the sketch artist, but if they are unable to reach a consensus, the Court will make a random selection. No more than one sketch artist will be allowed each day, and the artist is reminded of the customary restriction on not drawing jurors.

Once these media passes have been issued, they may be freely exchanged among other members of the media. Media passes are reserved for members of the working media and may not be assigned to anyone without appropriate media credentials. If, on a given day, a decision is made not to use a media pass, you should inform the Clerk of Court at least a half hour before the start of court proceedings to allow that seat to go into the public lottery.

b. The parties. Twelve seats will be available to the United States and twelve seats will be available to Defendant. These seats will be in the second row behind the prosecution and the second row behind the defense. The Clerk of Court will issue these passes to the parties before

the trial begins. If, on a given day, a decision is made not to use one or more of these passes, the parties should inform the Clerk of Court at least a half hour before the start of court proceedings to allow that seat or seats to go into the public lottery.

   c. The public. The remaining thirty-four seats in the courtroom will be available to members of the public through a lottery system. Thirty minutes before the start of the court proceedings for the day, the Clerk of Court will issue a ticket for that day.

 2. Decorum. Spectators allowed in the courtroom must be in their seats before court is commenced. Readmission to the courtroom will be allowed only at breaks. Visible or audible reactions to courtroom proceedings will not be allowed. Cell phones and other electronic devices are not allowed in the courtroom. At paragraph 2.6 of the attached Security Protocol from the United States Marshals Service you will find more information about the policy on electronic devices.

 3. Satellite trucks. There are several private parking lots in close proximity to the courthouse. The media should contact the owners of those lots if they would like to make arrangements for parking satellite vehicles there. For public parking, the media should contact the City of Fargo to make arrangements.

 4. Overflow room. After the jury has been selected and empaneled, the Court will designate Room 220, located on the second floor of the courthouse, as the overflow room. Video and audio feed from the courtroom will be delivered into that room and displayed on television sets. Members of the media and members of the public will be able to observe the proceedings from this room.

 5. Restrictions on fourth floor. No interviews shall be conducted in the hallways or corridors

on the fourth floor of the courthouse.

6. Interviews.  No location within the courthouse is available for taping or broadcasting of news reports.  The press may use the space in front of the courthouse, on the steps or the sidewalk, to broadcast reports or interview people, but they shall not obstruct access to the front door.

**IT IS SO ORDERED**.

Dated this 12th day of June, 2006.

_____
Ralph R. Erickson, District Judge
United States District Court