IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER DESIGNATING** |
| Plaintiff, | ) | **MEDIA PASSES** |
| | ) | |
| vs. | ) | |
| | ) | Criminal Case No. 2:04-cr-55 |
| Alfonso Rodriguez, Jr., | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Court's June 12 Order regarding seating for the trial, various media organizations submitted requests for courtroom passes. Based upon those requests, the following media shall have a guaranteed seat for every day of the trial:

    The Associated Press
    The Associated Press-Broadcast
    The Forum
    Fox News
    The Grand Forks Herald
    KARE-TV
    KSTP-TV
    KVLY-TV and KXJB-TV
    The Star Tribune
    WCCO-TV
    WDAY radio
    WDAY-TV
    WDAZ-TV
    Winnipeg Free Press

The Court has received a request to allow a second sketch artist in the courtroom. Since there are remaining media seats available and given the difference in deadlines between the print and television media, this request is hereby **GRANTED**. Two seats will be reserved for sketch

artists. The above-named media organizations should agree upon two pool sketch artists and submit those names to the Clerk of Court within five days of the date of this order. If the organizations are unable to reach agreement, then they should submit the names of their proposed sketch artists, and the Court will designate two people from that list.

From the original designation of twenty-four seats, a total of eight media seats are now available. These will be kept open every day of trial for other members of the media. To claim these open seats, you must make your request to the Clerk of Court before 8:30 a.m. on the day you would like to attend. To be eligible for these media seats, the reporter must be employed by a newspaper or magazine with paid circulation or must work for a broadcasting entity licensed by the FCC. Any seats that are unclaimed by 8:30 a.m. will revert to the public lottery for the day.

Members of the media are reminded of the following provisions from the previous order:

1. Once a media pass has been issued, it may be freely exchanged among other members of the media. Media passes are reserved for members of the working media and may not be assigned to anyone without appropriate media credentials.

2. If, on a given day, a decision is made not to use a media pass, you should inform the Clerk of Court at least a half hour before the start of court proceedings to allow that seat to go into the public lottery.

3. Spectators allowed in the courtroom must be in their seats before the proceedings commence. Readmission to the courtroom will be allowed only at breaks. Visible or audible reactions to courtroom proceedings will not be allowed. Cell phones and other electronic devices are not allowed in the courtroom.

4. No interviews shall be conducted in the hallways or corridors on the fourth floor of the courthouse.

5. No location within the courthouse is available for taping or broadcasting of news reports. The media may use the space in front of the courthouse, on the steps or the sidewalk, to broadcast reports or to interview people, but they shall not obstruct access to the front door.

**IT IS SO ORDERED**.

Dated this 23rd day of June, 2006.

Ralph R. Erickson, District Judge
United States District Court