IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER REGARDING** |
| Plaintiff, | ) | **JUROR NAMES** |
| | ) | |
| vs. | ) | |
| | ) | Criminal Case No. 2:04-cr-55 |
| Alfonso Rodriguez, Jr., | ) | |
| | ) | |
| Defendant. | ) | |

To protect the privacy of the individuals summoned for voir dire, the Court hereby **ORDERS** that the names of potential jurors not be reported in the media. If the media refers to particular individuals who appear for voir dire, they should use that individual's juror number.

**IT IS SO ORDERED**.

Dated this 7th day of July, 2006.

_____
Ralph R. Erickson, District Judge
United States District Court