IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **BRIEFING SCHEDULE ON THE** |
| Plaintiff, | ) | **ISSUE OF RELEASE OF** |
| | ) | **AUDIOTAPE RECORDINGS** |
| vs. | ) | |
| | ) | |
| Alfonso Rodriguez, Jr., | ) | Criminal Case No. 2:04-cr-55 |
| | ) | |
| Defendant. | ) | |

Defendant has objected to the release of certain audio recordings that have been received into evidence. The Court has given the defense until 1:15pm on August 17, 2006 to submit a brief on this issue. If any other party wishes to submit a brief, they should do so by 1:15pm today. At this point, the Court plans to decide the matter on brief and will not be hearing oral arguments.

**IT IS SO ORDERED**.

Dated this 17th day of August, 2006.

    /s/ Ralph R. Erickson
Ralph R. Erickson, District Judge
United States District Court