IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER ON MEDIA REQUEST FOR** |
| Plaintiff, | ) | **DEFENSE EXHIBIT 11** |
| | ) | |
| vs. | ) | Criminal File No. 2:04-cr-55 |
| | ) | |
| Alfonso Rodriguez, Jr., | ) | |
| | ) | |
| Defendant. | ) | |

The Clerk's Office has received a request for a copy of defense exhibit 11. This is a handwritten document purportedly written by an employee of the Crookston Police Department. It summarizes the recollections of what Defendant's mother allegedly told him. The defense offered it to highlight the beginning of the document, but defense counsel did not go into the full text of the exhibit. In light of the limited purpose for which the exhibit was received and after consultation with the parties, who agree that the document should not be released at this time, the Court finds that the defendant's right to a fair trial outweighs the First Amendment interests of the media. The Court will not release this exhibit at this point.

Dated this 14th day of September, 2006.

    /s/ Ralph R. Erickson
Ralph R. Erickson, District Judge
United States District Court