IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER GRANTING STAY OF THE** |
| Plaintiff, | ) | **DEATH SENTENCE** |
| | ) | |
| vs. | ) | Criminal File No. 2:04-cr-55 |
| | ) | |
| Alfonso Rodriguez, Jr., | ) | |
| | ) | |
| Defendant. | ) | |

Before this Court is Defendant's Motion to stay the sentence of death imposed upon the Defendant, Alfonso Rodriguez, Jr. (doc. #653). On February 8, 2007, the Court sentenced Defendant to death pursuant to the Notice of Special Findings returned by the jury on September 22, 2006 and 18 U.S.C. § 3594. Federal Rule of Criminal Procedure 38(a) provides that "The court must stay a death sentence if the defendant appeals the conviction or sentence." On February 8, 2007, Defendant, through his counsel, filed a Notice of Appeal from the conviction and sentence of death imposed in this case. As Defendant has appealed both his conviction and death sentence, the Court stays the sentence of death imposed on February 8, 2007.

**IT IS SO ORDERED**.

Dated this 13th day of February, 2007.

/s/ Ralph R. Erickson
Ralph R. Erickson, District Judge
United States District Court