High Temperature Summary
Crookston, MN: November 22, 2003 - April 17, 2004

November 30, 2003 - 37 degrees

December 1, 2003 - 35 degrees
December 3, 2003 - 34 degrees
December 4, 2003 - 35 degrees
December 22, 2003 - 41 degrees
December 26, 2003 - 35 degrees
December 27, 2003 - 37 degrees
December 28, 2003 - 39 degrees

February 19, 2004 - 35 degrees
February 20, 2004 - 36 degrees
February 22, 2004 - 33 degrees
February 24, 2004 - 33 degrees
February 27, 2004 - 37 degrees
February 28, 2004 - 40 degrees
February 29, 2004 - 40 degrees

March 1, 2004 - 35 degrees
March 2, 2004 - 35 degrees
March 8, 2004 - 33 degrees
March 9, 2004 - 37 degrees
March 10, 2004 - 40 degrees
March 11, 2004 - 36 degrees
March 13, 2004 - 35 degrees
March 14, 2004 - 40 degrees
March 17, 2004 - 33 degrees
March 18, 2004 - 33 degrees
March 19, 2004 - 37 degrees
March 20, 2004 - 46 degrees
March 23, 2004 - 40 degrees
March 24, 2004 - 39 degrees
March 25, 2004 - 48 degrees
March 26, 2004 - 57 degrees
March 27, 2004 - 47 degrees
March 28, 2004 - 53 degrees
March 29, 2004 - 48 degrees
March 31, 2004 - 39 degrees

April 1, 2004 - 53 degrees
April 2, 2004 - 57 degrees
April 3, 2004 - 56 degrees
April 4, 2004 - 43 degrees
April 5, 2004 - 52 degrees
April 6, 2004 - 65 degrees
April 7, 2004 - 63 degrees
April 8, 2004 - 52 degrees
April 9, 2004 - 40 degrees
April 11, 2004 - 33 degrees
April 12, 2004 - 35 degrees
April 13, 2004 - 45 degrees
April 14, 2004 - 51 degrees
April 15,  2004 - 53 degrees
April 16, 2004 - 57 degrees
April 17, 2004 - 58 degrees

**Station:** CROOKSTON NW EXP STN
**State:** MN    **County:** POLK  **Standard Time:** CENTRAL
**Observation Time Temperature:** 0800 **Precipitation:** 0800
(LST)

# Record of Climatological Observations

These data are quality controlled and may not be identical to the original observations

| Preliminary | Year | Month | Day | Max. | Min. | at Observation | Daily Mean | Daily CDD | Daily HDD | Rain, melted snow, etc. (Inches & hundredths) | Flag | Snow, ice pellets (Inches & tenths) | Flag | Snow, ice pellets, hail, ice on ground (Inches) | Mean Temp | Mean Max | Mean Min | Highest Temp | Lowest Temp | Monthly CDD | Monthly HDD | Precip | Snowfall |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2003 | 11 | 1 | 32 | 17 | 20 | 25 | 0 | 40 | 0 | | 0 | | 0 | | | | | | | | | |
| | 2003 | 11 | 2 | 30 | 19 | 19 | 25 | 0 | 40 | 999.99 | | 9999.9 | | 1 | | | | | | | | | |
| | 2003 | 11 | 3 | 29 | 10 | 13 | 20 | 0 | 45 | 0.01 | | 0.5 | | 0 | | | | | | | | | |
| | 2003 | 11 | 4 | 26 | 13 | 22 | 20 | 0 | 45 | 0.07 | | 3.0 | | 3 | | | | | | | | | |
| | 2003 | 11 | 5 | 27 | 14 | 15 | 21 | 0 | 44 | 0.02 | | 2.0 | | 5 | | | | | | | | | |
| | 2003 | 11 | 6 | 25 | 3 | 10 | 14 | 0 | 51 | 0 | | 0 | | 5 | | | | | | | | | |
| | 2003 | 11 | 7 | 21 | -2 | -1 | 10 | 0 | 55 | 0 | | 0 | | 4 | | | | | | | | | |
| | 2003 | 11 | 8 | 10 | -11 | 1 | 0 | 0 | 65 | 0 | | 0 | | 4 | | | | | | | | | |
| | 2003 | 11 | 9 | 23 | 1 | 22 | 12 | 0 | 53 | 0 | | 0 | | 4 | | | | | | | | | |
| | 2003 | 11 | 10 | 33 | 21 | 33 | 27 | 0 | 38 | 0 | | 0 | | 3 | | | | | | | | | |
| | 2003 | 11 | 11 | 36 | 29 | 30 | 33 | 0 | 32 | 0 | | 0 | | 2 | | | | | | | | | |
| | 2003 | 11 | 12 | 39 | 28 | 28 | 34 | 0 | 31 | 0.10 | | 2.0 | | 3 | | | | | | | | | |
| | 2003 | 11 | 13 | 30 | 0 | 8 | 15 | 0 | 50 | 0 | | 0 | | 3 | | | | | | | | | |
| | 2003 | 11 | 14 | 34 | 8 | 25 | 21 | 0 | 44 | 0 | | 0 | | 3 | | | | | | | | | |
| | 2003 | 11 | 15 | 43 | 21 | 26 | 32 | 0 | 33 | 0 | | 0 | | 2 | | | | | | | | | |
| | 2003 | 11 | 16 | 38 | 26 | 35 | 32 | 0 | 33 | 0 | | 0 | | 0 | | | | | | | | | |
| | 2003 | 11 | 17 | 40 | 34 | 39 | 37 | 0 | 28 | 0 | | 0 | | 0 | | | | | | | | | |
| | 2003 | 11 | 18 | 47 | 29 | 31 | 38 | 0 | 27 | 0 | | 0 | | 0 | | | | | | | | | |
| | 2003 | 11 | 19 | 40 | 29 | 29 | 35 | 0 | 30 | 0 | | 0 | | 0 | | | | | | | | | |
| | 2003 | 11 | 20 | 42 | 29 | 38 | 36 | 0 | 29 | 0 | | 0 | | 0 | | | | | | | | | |
| | 2003 | 11 | 21 | 38 | 15 | 15 | 27 | 0 | 38 | 0 | | 0 | | 0 | | | | | | | | | |
| | 2003 | 11 | 22 | 22 | 15 | 18 | 19 | 0 | 46 | 0 | | 0 | | 0 | | | | | | | | | |
| | 2003 | 11 | 23 | 24 | 12 | 13 | 18 | 0 | 47 | T | | 9999.9 | | 0 | | | | | | | | | |
| | 2003 | 11 | 24 | 17 | 2 | 3 | 10 | 0 | 55 | 0 | | 0 | | 0 | | | | | | | | | |
| | 2003 | 11 | 25 | 20 | 3 | 17 | 12 | 0 | 53 | 0.10 | | 1.0 | | 1 | | | | | | | | | |
| | 2003 | 11 | 26 | 24 | 4 | 12 | 14 | 0 | 51 | 0 | | 0 | | 1 | | | | | | | | | |
| | 2003 | 11 | 27 | 30 | 11 | 13 | 21 | 0 | 44 | 0 | | 0 | | 1 | | | | | | | | | |
| | 2003 | 11 | 28 | 25 | 8 | 9 | 17 | 0 | 48 | 0.02 | | 0.3 | | 1 | | | | | | | | | |
| | 2003 | 11 | 29 | 25 | 9 | 22 | 17 | 0 | 48 | 0 | | 0 | | 1 | | | | | | | | | |
| | 2003 | 11 | 30 | 37 | 22 | 26 | 30 | 0 | 35 | 0 | | 0 | | 1 | 22.1 | 30.2 | 14.0 | 47 | -11 | 0 | 1278 | 0.32 | 8.8 |
| | 2003 | 12 | 1 | 35 | 20 | 20 | 28 | 0 | 37 | 0 | | 0 | | 1 | | | | | | | | | |
| | 2003 | 12 | 2 | 28 | 8 | 14 | 18 | 0 | 47 | 0 | | 0 | | 1 | | | | | | | | | |
| | 2003 | 12 | 3 | 34 | 14 | 23 | 24 | 0 | 41 | 0 | | 0 | | 1 | | | | | | | | | |
| | 2003 | 12 | 4 | 35 | 25 | 29 | 30 | 0 | 35 | 0 | | 0 | | 0 | | | | | | | | | |
| | 2003 | 12 | 5 | 32 | 19 | 19 | 26 | 0 | 39 | 0.08 | | 1.0 | | 1 | | | | | | | | | |
| | 2003 | 12 | 6 | 24 | 15 | 21 | 20 | 0 | 45 | 0 | | 0 | | 1 | | | | | | | | | |
| | 2003 | 12 | 7 | 30 | 22 | 26 | 26 | 0 | 39 | 0 | | 0 | | 1 | | | | | | | | | |
| | 2003 | 12 | 8 | 32 | 21 | 29 | 27 | 0 | 38 | 0.08 | | 1.0 | | 1 | | | | | | | | | |
| | 2003 | 12 | 9 | 31 | 2 | 3 | 17 | 0 | 48 | 0 | | 0 | | 1 | | | | | | | | | |
| | 2003 | 12 | 10 | 11 | -3 | 1 | 4 | 0 | 61 | 0 | | 0 | | 1 | | | | | | | | | |
| | 2003 | 12 | 11 | 10 | -14 | -13 | -2 | 0 | 67 | 0 | | 0 | | 1 | | | | | | | | | |
| | 2003 | 12 | 12 | 6 | -13 | 5 | -3 | 0 | 68 | 0 | | 0 | | 1 | | | | | | | | | |
| | 2003 | 12 | 13 | 23 | 5 | 21 | 14 | 0 | 51 | 0 | | 0 | | 1 | | | | | | | | | |

Record of Climatological Observations

| Year | Mo | Day | Max | Min | At Obs | Avg | CDD | HDD | Prcp | Snow | SnwDep | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2003 | 12 | 14 | 23 | 16 | 16 | 20 | 0 | 45 | 0 | 0 | 1 | | | | | | | | | |
| 2003 | 12 | 15 | 30 | 16 | 25 | 23 | 0 | 42 | 0 | 0 | 1 | | | | | | | | | |
| 2003 | 12 | 16 | 28 | 6 | 6 | 17 | 0 | 48 | 0.20 | 3.0 | 3 | | | | | | | | | |
| 2003 | 12 | 17 | 16 | 1 | 8 | 9 | 0 | 56 | 0 | 0 | 3 | | | | | | | | | |
| 2003 | 12 | 18 | 22 | 8 | 21 | 15 | 0 | 50 | 0 | 0 | 3 | | | | | | | | | |
| 2003 | 12 | 19 | 29 | 2 | 2 | 16 | 0 | 49 | 0 | 0 | 3 | | | | | | | | | |
| 2003 | 12 | 20 | 26 | 2 | 25 | 14 | 0 | 51 | 0 | 0 | 3 | | | | | | | | | |
| 2003 | 12 | 21 | 32 | 21 | 22 | 27 | 0 | 38 | 0 | 0 | 3 | | | | | | | | | |
| 2003 | 12 | 22 | 41 | 22 | 24 | 32 | 0 | 33 | 0 | 0 | 2 | | | | | | | | | |
| 2003 | 12 | 23 | 31 | 6 | 9 | 19 | 0 | 46 | 0 | 0 | 2 | | | | | | | | | |
| 2003 | 12 | 24 | 22 | 9 | 15 | 16 | 0 | 49 | 0 | 0 | 2 | | | | | | | | | |
| 2003 | 12 | 25 | 31 | 14 | 24 | 23 | 0 | 42 | 0 | 0 | 2 | | | | | | | | | |
| 2003 | 12 | 26 | 35 | 23 | 32 | 29 | 0 | 36 | 0 | 0 | 2 | | | | | | | | | |
| 2003 | 12 | 27 | 37 | 28 | 35 | 33 | 0 | 32 | 0.03 | 0 | 1 | | | | | | | | | |
| 2003 | 12 | 28 | 39 | 31 | 32 | 35 | 0 | 30 | 0.09 | T | 1 | | | | | | | | | |
| 2003 | 12 | 29 | 32 | 14 | 15 | 23 | 0 | 42 | 0 | 0 | 1 | | | | | | | | | |
| 2003 | 12 | 30 | 17 | 0 | 0 | 9 | 0 | 56 | 0 | 0 | 1 | | | | | | | | | |
| 2003 | 12 | 31 | 14 | -6 | -6 | 4 | 0 | 61 | 0.15 | 3.0 | 3 | 18.9 | 27.0 | 10.8 | 41 | -14 | 0 | 1422 | 0.63 | 8.0 |
| 2004 | 01 | 1 | 22 | -8 | 22 | 7 | 0 | 58 | 0 | 0 | 3 | | | | | | | | | |
| 2004 | 01 | 2 | 27 | 9 | 22 | 18 | 0 | 47 | 0.06 | 0.7 | 3 | | | | | | | | | |
| 2004 | 01 | 3 | 29 | -5 | -4 | 12 | 0 | 53 | 0.03 | 0.3 | 3 | | | | | | | | | |
| 2004 | 01 | 4 | -1 | -12 | -12 | -6 | 0 | 71 | 0 | 0 | 3 | | | | | | | | | |
| 2004 | 01 | 5 | -5 | -21 | -21 | -13 | 0 | 78 | 0 | 0 | 3 | | | | | | | | | |
| 2004 | 01 | 6 | 0 | -21 | -2 | -10 | 0 | 75 | 0 | 0 | 3 | | | | | | | | | |
| 2004 | 01 | 7 | 10 | -11 | -10 | 0 | 0 | 65 | 0 | 0 | 3 | | | | | | | | | |
| 2004 | 01 | 8 | 4 | -9 | -3 | -2 | 0 | 67 | 0 | 0 | 3 | | | | | | | | | |
| 2004 | 01 | 9 | 13 | -2 | 12 | 6 | 0 | 59 | T | 9999.9 | 3 | | | | | | | | | |
| 2004 | 01 | 10 | 22 | 12 | 21 | 17 | 0 | 48 | 0 | 0 | 3 | | | | | | | | | |
| 2004 | 01 | 11 | 26 | 18 | 20 | 22 | 0 | 43 | 0 | 0 | 3 | | | | | | | | | |
| 2004 | 01 | 12 | 24 | 12 | 21 | 18 | 0 | 47 | 0.01 | 0.2 | 3 | | | | | | | | | |
| 2004 | 01 | 13 | 30 | -7 | -6 | 12 | 0 | 53 | 0 | 0 | 3 | | | | | | | | | |
| 2004 | 01 | 14 | 21 | -7 | 0 | 7 | 0 | 58 | 0 | 0 | 3 | | | | | | | | | |
| 2004 | 01 | 15 | 12 | -3 | 9 | 5 | 0 | 60 | 0 | 0 | 3 | | | | | | | | | |
| 2004 | 01 | 16 | 23 | 11 | 21 | 17 | 0 | 48 | 0 | 0 | 3 | | | | | | | | | |
| 2004 | 01 | 17 | 27 | 10 | 10 | 19 | 0 | 46 | 0 | 0 | 3 | | | | | | | | | |
| 2004 | 01 | 18 | 23 | -16 | 99999 | 4 | 0 | 61 | 0 | 0 | 3 | | | | | | | | | |
| 2004 | 01 | 19 | -8 | -15 | 99999 | -11 | 0 | 76 | 0 | 0 | 2 | | | | | | | | | |
| 2004 | 01 | 20 | 9 | -6 | 8 | 2 | 0 | 63 | 0 | 0 | 2 | | | | | | | | | |
| 2004 | 01 | 21 | 27 | -2 | -2 | 13 | 0 | 52 | 0.01 | 0.3 | 2 | | | | | | | | | |
| 2004 | 01 | 22 | 0 | -14 | -11 | -7 | 0 | 72 | 0 | 0 | 2 | | | | | | | | | |
| 2004 | 01 | 23 | 5 | -11 | 4 | -3 | 0 | 68 | 0.05 | 1.5 | 3 | | | | | | | | | |
| 2004 | 01 | 24 | 8 | -20 | -15 | -6 | 0 | 71 | 0 | 0 | 3 | | | | | | | | | |
| 2004 | 01 | 25 | 9 | -15 | 8 | -3 | 0 | 68 | 0.07 | 7.0 | 7 | | | | | | | | | |
| 2004 | 01 | 26 | 10 | 2 | 5 | 6 | 0 | 59 | 0.03 | 3.0 | 10 | | | | | | | | | |
| 2004 | 01 | 27 | 13 | -25 | -22 | -6 | 0 | 71 | 0.01 | 1.0 | 11 | | | | | | | | | |
| 2004 | 01 | 28 | -6 | -30 | -30 | -18 | 0 | 83 | 0.04 | 0.1 | 12 | | | | | | | | | |
| 2004 | 01 | 29 | -20 | -30 | -30 | -25 | 0 | 90 | 0 | 0 | 12 | | | | | | | | | |
| 2004 | 01 | 30 | -20 | -35 | -32 | -27 | 0 | 92 | 0 | 0 | 12 | | | | | | | | | |
| 2004 | 01 | 31 | -8 | -32 | -9 | -20 | 0 | 85 | 0 | 0 | 12 | 0.7 | 10.5 | -9.1 | 30 | -35 | 0 | 1987 | 0.31 | 14.1 |
| 2004 | 02 | 1 | 2 | -9 | -2 | -3 | 0 | 68 | 0.05 | 1.5 | 12 | | | | | | | | | |
| 2004 | 02 | 2 | 7 | -22 | -4 | -7 | 0 | 72 | 0 | 0 | 12 | | | | | | | | | |
| 2004 | 02 | 3 | 3 | -32 | -18 | -14 | 0 | 79 | 0 | 0 | 12 | | | | | | | | | |
| 2004 | 02 | 4 | -2 | -25 | -16 | -13 | 0 | 78 | 0 | 0 | 12 | | | | | | | | | |
| 2004 | 02 | 5 | 21 | -15 | 20 | 3 | 0 | 62 | 0 | 0 | 12 | | | | | | | | | |
| 2004 | 02 | 6 | 24 | 6 | 6 | 15 | 0 | 50 | 0.02 | 0.5 | 12 | | | | | | | | | |
| 2004 | 02 | 7 | 7 | -20 | -16 | -6 | 0 | 71 | 0 | 0 | 12 | | | | | | | | | |
| 2004 | 02 | 8 | 15 | -16 | 14 | 0 | 0 | 65 | 0.01 | 0.2 | 12 | | | | | | | | | |
| 2004 | 02 | 9 | 27 | 14 | 20 | 21 | 0 | 44 | 0.02 | 0.3 | 12 | | | | | | | | | |
| 2004 | 02 | 10 | 21 | -6 | 99999 | 8 | 0 | 57 | 0 | 0 | 12 | | | | | | | | | |
| 2004 | 02 | 11 | 17 | -10 | 13 | 4 | 0 | 61 | 0.02 | 2.0 | 12 | | | | | | | | | |
| 2004 | 02 | 12 | 17 | -11 | -8 | 3 | 0 | 62 | 0.01 | 1.0 | 12 | | | | | | | | | |
| 2004 | 02 | 13 | 15 | -8 | 10 | 4 | 0 | 61 | 0 | 0 | 12 | | | | | | | | | |
| 2004 | 02 | 14 | 28 | -11 | 99999 | 9 | 0 | 56 | 0 | 0 | 12 | | | | | | | | | |

# Record of Climatological Observations

| Year | Mo | Dy |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2004 | 02 | 15 | 2 | -23 | -13 | -10 | 0 | 75 | 0 | 0 | 10 |  |  |  |  |  |  |  |  |
| 2004 | 02 | 16 | 11 | -19 | 10 | -4 | 0 | 69 | 0 | 0 | 7 |  |  |  |  |  |  |  |  |
| 2004 | 02 | 17 | 24 | -11 | -5 | 7 | 0 | 58 | 0 | 0 | 7 |  |  |  |  |  |  |  |  |
| 2004 | 02 | 18 | 25 | -5 | 16 | 10 | 0 | 55 | 0 | 0 | 7 |  |  |  |  |  |  |  |  |
| 2004 | 02 | 19 | 35 | 15 | 27 | 25 | 0 | 40 | 0 | 0 | 6 |  |  |  |  |  |  |  |  |
| 2004 | 02 | 20 | 36 | 27 | 28 | 32 | 0 | 33 | T | 0 | 6 |  |  |  |  |  |  |  |  |
| 2004 | 02 | 21 | 30 | 7 | 12 | 19 | 0 | 46 | 0 | 0 | 6 |  |  |  |  |  |  |  |  |
| 2004 | 02 | 22 | 33 | 12 | 23 | 23 | 0 | 42 | 0 | 0 | 6 |  |  |  |  |  |  |  |  |
| 2004 | 02 | 23 | 29 | 23 | 24 | 26 | 0 | 39 | 0 | 0 | 5 |  |  |  |  |  |  |  |  |
| 2004 | 02 | 24 | 33 | 24 | 26 | 29 | 0 | 36 | 0 | 0 | 5 |  |  |  |  |  |  |  |  |
| 2004 | 02 | 25 | 30 | 25 | 28 | 28 | 0 | 37 | 0 | 0 | 5 |  |  |  |  |  |  |  |  |
| 2004 | 02 | 26 | 31 | 27 | 28 | 29 | 0 | 36 | 0 | 0 | 5 |  |  |  |  |  |  |  |  |
| 2004 | 02 | 27 | 37 | 28 | 35 | 33 | 0 | 32 | 0 | 0 | 3 |  |  |  |  |  |  |  |  |
| 2004 | 02 | 28 | 40 | 30 | 32 | 35 | 0 | 30 | 0 | 0 | 2 |  |  |  |  |  |  |  |  |
| 2004 | 02 | 29 | 40 | 30 | 32 | 35 | 0 | 30 | 0 | 0 | 2 | 11.4 | 22.0 | 0.9 | 40 | -32 | 0 | 1544 | 0.13 | 5.5 |
| 2004 | 03 | 1 | 35 | 32 | 34 | 34 | 0 | 31 | 0.05 | 1.0 | 1 |  |  |  |  |  |  |  |  |
| 2004 | 03 | 2 | 35 | 23 | 26 | 29 | 0 | 36 | 0.20 | 9999.9 | 2 |  |  |  |  |  |  |  |  |
| 2004 | 03 | 3 | 32 | 23 | 25 | 28 | 0 | 37 | 0.05 | 1.5 | 3 |  |  |  |  |  |  |  |  |
| 2004 | 03 | 4 | 26 | -3 | 6 | 12 | 0 | 53 | 0 | 0 | 3 |  |  |  |  |  |  |  |  |
| 2004 | 03 | 5 | 27 | 6 | 25 | 17 | 0 | 48 | 0.10 | 2.0 | 5 |  |  |  |  |  |  |  |  |
| 2004 | 03 | 6 | 31 | 15 | 20 | 23 | 0 | 42 | 0 | 0 | 5 |  |  |  |  |  |  |  |  |
| 2004 | 03 | 7 | 30 | 20 | 28 | 25 | 0 | 40 | 0 | 0 | 5 |  |  |  |  |  |  |  |  |
| 2004 | 03 | 8 | 33 | 9 | 26 | 21 | 0 | 44 | 0 | 0 | 4 |  |  |  |  |  |  |  |  |
| 2004 | 03 | 9 | 37 | 19 | 99999 | 28 | 0 | 37 | 0 | 0 | 4 |  |  |  |  |  |  |  |  |
| 2004 | 03 | 10 | 40 | 19 | 34 | 30 | 0 | 35 | 0.02 | 1.0 | 3 |  |  |  |  |  |  |  |  |
| 2004 | 03 | 11 | 36 | -5 | -4 | 16 | 0 | 49 | 0.12 | 0 | 3 |  |  |  |  |  |  |  |  |
| 2004 | 03 | 12 | 13 | -4 | 12 | 5 | 0 | 60 | 0 | 0 | 3 |  |  |  |  |  |  |  |  |
| 2004 | 03 | 13 | 35 | 12 | 34 | 24 | 0 | 41 | 0.05 | 0 | 3 |  |  |  |  |  |  |  |  |
| 2004 | 03 | 14 | 40 | 23 | 23 | 32 | 0 | 33 | 0 | 0 | 3 |  |  |  |  |  |  |  |  |
| 2004 | 03 | 15 | 30 | 12 | 15 | 21 | 0 | 44 | 0 | 0 | 2 |  |  |  |  |  |  |  |  |
| 2004 | 03 | 16 | 32 | 15 | 25 | 24 | 0 | 41 | 0 | 0 | 1 |  |  |  |  |  |  |  |  |
| 2004 | 03 | 17 | 33 | 11 | 16 | 22 | 0 | 43 | 0.02 | 1.0 | 2 |  |  |  |  |  |  |  |  |
| 2004 | 03 | 18 | 33 | 12 | 22 | 23 | 0 | 42 | 0.13 | 3.0 | 3 |  |  |  |  |  |  |  |  |
| 2004 | 03 | 19 | 37 | 21 | 37 | 29 | 0 | 36 | 0 | 0 | 2 |  |  |  |  |  |  |  |  |
| 2004 | 03 | 20 | 46 | 12 | 13 | 29 | 0 | 36 | 0 | 0 | 1 |  |  |  |  |  |  |  |  |
| 2004 | 03 | 21 | 22 | 10 | 12 | 16 | 0 | 49 | 0 | 0 | 1 |  |  |  |  |  |  |  |  |
| 2004 | 03 | 22 | 22 | 6 | 20 | 14 | 0 | 51 | 0 | 0 | 1 |  |  |  |  |  |  |  |  |
| 2004 | 03 | 23 | 40 | 15 | 20 | 28 | 0 | 37 | 0 | 0 | 1 |  |  |  |  |  |  |  |  |
| 2004 | 03 | 24 | 39 | 20 | 36 | 30 | 0 | 35 | 0 | 0 | 1 |  |  |  |  |  |  |  |  |
| 2004 | 03 | 25 | 48 | 31 | 40 | 40 | 0 | 25 | 0 | 0 | 0 |  |  |  |  |  |  |  |  |
| 2004 | 03 | 26 | 57 | 21 | 22 | 39 | 0 | 26 | 0 | 0 | 0 |  |  |  |  |  |  |  |  |
| 2004 | 03 | 27 | 47 | 21 | 44 | 34 | 0 | 31 | 0 | 0 | 0 |  |  |  |  |  |  |  |  |
| 2004 | 03 | 28 | 53 | 36 | 38 | 45 | 0 | 20 | 0.02 | 0 | 0 |  |  |  |  |  |  |  |  |
| 2004 | 03 | 29 | 48 | 29 | 29 | 39 | 0 | 26 | T | T | 0 |  |  |  |  |  |  |  |  |
| 2004 | 03 | 30 | 32 | 22 | 25 | 27 | 0 | 38 | 0 | 0 | 0 |  |  |  |  |  |  |  |  |
| 2004 | 03 | 31 | 39 | 25 | 35 | 32 | 0 | 33 | 0 | 0 | 0 | 26.1 | 35.7 | 16.4 | 57 | -5 | 0 | 1199 | 0.76 | 9.5 |
| 2004 | 04 | 1 | 53 | 32 | 38 | 43 | 0 | 22 | 0 | 0 | 0 |  |  |  |  |  |  |  |  |
| 2004 | 04 | 2 | 57 | 32 | 37 | 45 | 0 | 20 | 0 | 0 | 0 |  |  |  |  |  |  |  |  |
| 2004 | 04 | 3 | 56 | 29 | 39 | 43 | 0 | 22 | 0 | 0 | 0 |  |  |  |  |  |  |  |  |
| 2004 | 04 | 4 | 43 | 25 | 27 | 34 | 0 | 31 | 0 | 0 | 0 |  |  |  |  |  |  |  |  |
| 2004 | 04 | 5 | 52 | 27 | 41 | 40 | 0 | 25 | 0 | 0 | 0 |  |  |  |  |  |  |  |  |
| 2004 | 04 | 6 | 65 | 30 | 33 | 48 | 0 | 17 | 0 | 0 | 0 |  |  |  |  |  |  |  |  |
| 2004 | 04 | 7 | 63 | 33 | 44 | 48 | 0 | 17 | 0.01 | 0 | 0 |  |  |  |  |  |  |  |  |
| 2004 | 04 | 8 | 52 | 27 | 30 | 40 | 0 | 25 | 0.05 | 0 | 0 |  |  |  |  |  |  |  |  |
| 2004 | 04 | 9 | 40 | 28 | 29 | 34 | 0 | 31 | 0 | 0 | 0 |  |  |  |  |  |  |  |  |
| 2004 | 04 | 10 | 32 | 20 | 25 | 26 | 0 | 39 | 0 | 0 | 0 |  |  |  |  |  |  |  |  |
| 2004 | 04 | 11 | 33 | 23 | 26 | 28 | 0 | 37 | 0 | 0 | 0 |  |  |  |  |  |  |  |  |
| 2004 | 04 | 12 | 35 | 26 | 31 | 31 | 0 | 34 | 0 | 0 | 0 |  |  |  |  |  |  |  |  |
| 2004 | 04 | 13 | 45 | 31 | 33 | 38 | 0 | 27 | 0 | 0 | 0 |  |  |  |  |  |  |  |  |
| 2004 | 04 | 14 | 51 | 33 | 36 | 42 | 0 | 23 | 0 | 0 | 0 |  |  |  |  |  |  |  |  |
| 2004 | 04 | 15 | 53 | 35 | 37 | 44 | 0 | 21 | 0.02 | 0 | 0 |  |  |  |  |  |  |  |  |
| 2004 | 04 | 16 | 57 | 31 | 32 | 44 | 0 | 21 | 0 | 0 | 0 |  |  |  |  |  |  |  |  |
| 2004 | 04 | 17 | 58 | 32 | 40 | 45 | 0 | 20 | 0 | 0 | 0 |  |  |  |  |  |  |  |  |

Record of Climatological Observations

Case 2:04-cr-00055-RRE   Document 758-1   Filed 10/17/11   Page 5 of 5

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2004 | 04 | 18 | 52 | 40 | 45 | 46 | 0 | 19 | 0 | 0 | 0 | | | | | | | |
| 2004 | 04 | 19 | 51 | 32 | 36 | 42 | 0 | 23 | 0.01 | 0 | 0 | | | | | | | |
| 2004 | 04 | 20 | 54 | 34 | 45 | 44 | 0 | 21 | 0.01 | 0 | 0 | | | | | | | |
| 2004 | 04 | 21 | 54 | 37 | 38 | 46 | 0 | 19 | 0.33 | 0 | 0 | | | | | | | |
| 2004 | 04 | 22 | 45 | 22 | 30 | 34 | 0 | 31 | 0 | 0 | 0 | | | | | | | |
| 2004 | 04 | 23 | 55 | 30 | 34 | 43 | 0 | 22 | 0 | 0 | 0 | | | | | | | |
| 2004 | 04 | 24 | 50 | 25 | 41 | 38 | 0 | 27 | 0 | 0 | 0 | | | | | | | |
| 2004 | 04 | 25 | 66 | 36 | 42 | 51 | 0 | 14 | 0 | 0 | 0 | | | | | | | |
| 2004 | 04 | 26 | 61 | 30 | 32 | 46 | 0 | 19 | 0 | 0 | 0 | | | | | | | |
| 2004 | 04 | 27 | 47 | 32 | 44 | 40 | 0 | 25 | 0 | 0 | 0 | | | | | | | |
| 2004 | 04 | 28 | 78 | 44 | 53 | 61 | 0 | 4 | 0 | 0 | 0 | | | | | | | |
| 2004 | 04 | 29 | 83 | 31 | 32 | 57 | 0 | 8 | 0 | 0 | 0 | | | | | | | |
| 2004 | 04 | 30 | 49 | 32 | 41 | 41 | 0 | 24 | 0 | 0 | 0 | 41.8 | 53.0 | 30.6 | 83 | 20 | 0 | 688 | 0.43 | 0 |

| |
|---|
| The '*' flags in Preliminary indicate the data has not completed processing and quality control and may contain errors |
| All 9's (e.g. 999999, 99999.9, etc.) in the data column indicate that the value was not received or is missing |
| **T=TRACE. A=Accumulated amount since last measure. B=Accumulated amount includes estimated values. S=Included in a subsequent value. E=Estimated amount. |

*This page was dynamically generated on Thu Oct 13 12:09:31 EDT 2011 by http://www.ncdc.noaa.gov/dailyform/DlyFORMv2*