P-0420

