IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION



FILED

APR 1 3 2004

EDWARD J. KLECKER, CLERK
U.S. DISTRICT COURT-NORTH DAKOTA

United States of America, )
)
　　　　　　　　　Plaintiff, )　　　SEALED Magistrate Case: M2-04-27
vs. )
)
Alphonso Rodriguez, Jr., )　　　**NOTICE OF MOTION TO**
)　　　**WITHDRAW AS COUNSEL**
　　　　　　　　　Defendant. )

TO:　ALFONSO RODRIGUEZ, JR., AND MR. DREW WRIGLEY, UNITED STATES ATTORNEY:

YOU WILL PLEASE TAKE NOTICE that the accompanying Motion to Withdraw as Counsel will be brought before the Court, the Honorable Ralph R. Erickson, U.S. District Judge, in chambers and without hearing, on April 12, 2004, or as soon thereafter as the Court's schedule will permit.

Any written objection you may have to the motion should be served upon the undersigned and received by the Court prior to that date.

Dated: April __2__, 2004.

Robert G. Hoy
Attorney for Alfonso Rodriguez, Jr.
ND ID#03527

OHNSTAD TWICHELL, P.C.
901 - 13th Avenue East
P.O. Box 458
West Fargo, ND 58078-0458
TEL (701) 282-3249
FAX (701) 282-0825

F:\USERS\LIT\RODRIGUEZ\NOTICE OF MOTION TO WITHDRAW AS COUNSEL.WPD

US EXHIBIT-27-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

**FILED**

APR 1 3 2004

EDWARD J. KLECKER, CLERK
U.S. DISTRICT COURT-NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | SEALED Magistrate Case: M2-04-27 |
| vs. | ) | |
| | ) | |
| Alphonso Rodriguez, Jr., | ) | **MOTION TO WITHDRAW AS COUNSEL** |
| | ) | |
| Defendant. | ) | |

-------------------------------------------------------

The undersigned attorney, having previously been appointed by this Court to represent Alfonso Rodriguez, Jr., in connection with potential federal criminal charges arising from the abduction of Dru Sjodin at Grand Forks, North Dakota, and the undersigned believing there no longer remains a need for such continued representation;

The undersigned attorney hereby moves the Court for its Order allowing his withdrawal as appointed counsel in this matter. A copy of this Motion and the Notice of Motion have been personally served upon Alfonso Rodriguez, Jr.

Dated: April _2_, 2004.

Robert G. Hoy
Attorney for Alfonso Rodriguez, Jr.
ND ID#03527

OHNSTAD TWICHELL, P.C.
901 - 13th Avenue East
P.O. Box 458
West Fargo, ND 58078-0458
TEL (701) 282-3249
FAX (701) 282-0825

F:\USERS\LIT\RODRIGUEZ\MOTION TO WITHDRAW AS COUNSEL.WPD

US EXHIBIT-27-2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

FILED

APR 1 3 2004

EDWARD J. KLECKER, CLERK
U.S. DISTRICT COURT-NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | SEALED Magistrate Case: M2-04-27 |
| vs. | ) | |
| | ) | |
| Alphonso Rodriguez, Jr., | ) | **AFFIDAVIT IN SUPPORT OF MOTION** |
| | ) | **TO WITHDRAW AS COUNSEL** |
| Defendant. | ) | |

-------------------------------------------------------

| | |
|---|---|
| STATE OF NORTH DAKOTA | ) |
| | ) ss. |
| COUNTY OF CASS | ) |

Robert G. Hoy, being first duly sworn on oath, deposes and states as follows:

1.      Following my appointment as federal counsel for Alfonso Rodriguez, Jr., I have spoken with Assistant United States Attorney Lynn C. Jordheim to learn the nature of the government's interest in Mr. Rodriguez at this time. I have also received copies of a proposed Plea Agreement offered by the government for consideration by Mr. Rodriguez.

2.      I have also met with State counsel for Alfonso Rodriguez, Jr., Mr. David Dusek of Grand Forks. Mr. Dusek has allowed me the opportunity to review and copy law enforcement investigative and lab reports concerning the abduction of Dru Sjodin.

3.      I have also met personally with Mr. Rodriguez at the Grand Forks County Jail on three separate occasions to discuss this matter.

4.      To the best of my knowledge, information, and belief, no federal criminal charges have been filed against Mr. Rodriguez.

5.      Under the circumstances, I believe there is no longer a need for my continued representation of Alfonso Rodriguez, Jr. I have so advised Mr. Rodriguez and he has executed a



US EXHIBIT-27-3

written Consent to my withdrawal as appointed legal counsel. The original of that Consent is attached to this Affidavit.

6. I spoke with Assistant United States Attorney Norm Anderson on April 2, 2004, concerning this matter. Mr. Anderson confirmed that (a) the terms of the proposed Plea Agreement have not changed from those I discussed with Mr. Rodriguez; and (b) a federal prosecution of Mr. Rodriguez was not "imminent."

7. This Affidavit is submitted to the Court in support of the accompanying Motion to Withdraw as Counsel. Counsel also requests that these documents be sealed, as have the others, pending further Order of the Court.

8. I should also remind the Court that Grand Forks attorney David Dusek, and Grand Forks investigator Rolf Rolshoven, were also appointed as "investigators" or "other" in connection with my representation of Alfonso Rodriguez, Jr.

FURTHER AFFIANT SAITH NAUGHT.

Dated: April __2__, 2004.

_____
Robert G. Hoy

Subscribed and sworn to before me this __2nd__ day of April, 2004.

_____
Notary Public, Cass County, ND
My Commission Expires: 8/30/06

DAWN M. SCHAEFER
Notary Public
State of North Dakota
(SEAL) My Commission Expires Aug. 30, 2006

F:\USERS\LIT\RODRIGUEZ\AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL.WPD

-2-

US EXHIBIT-27-4

## CONSENT



FILED

APR 1 3 2004

EDWARD J. KLECKER, CLERK
U.S. DISTRICT COURT-NORTH DAKOTA

STATE OF NORTH DAKOTA     )
                          ) ss.
COUNTY OF GRAND FORKS     )

I, Alfonso Rodriguez Jr., hereby acknowledge and consent as follows:

1.      My Court-appointed attorney, Robert G. Hoy, of Ohnstad Twichell, P.C., West Fargo, North Dakota, has advised me he intends to seek an Order of the Court permitting his withdrawal as my attorney.

2.      I consent to Mr. Hoy's withdrawal as my attorney in connection with potential federal criminal charges and the Plea Agreement offered by federal prosecutors.

Dated: April 4, 2004.

_____
Alfonso Rodriguez Jr.

WITNESS:

_____

F:\USERS\LIT\RODRIGUEZ\RODRIGUEZ-APRIL CONSENT.WPD

US EXHIBIT-27-5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

United States of America,                    )
                                             )
                          Plaintiff,         )        SEALED Magistrate Case:  M2-04-27
         vs.                                 )
                                             )
Alphonso Rodriguez, Jr.,                     )        **AFFIDAVIT OF PERSONAL SERVICE**
                                             )
                          Defendant.         )
--------------------------------------------------------

STATE OF NORTH DAKOTA        )
                             ) ss.
COUNTY OF CASS               )

I, Robert G. Hoy, being of legal age, do hereby certify and return that the following

documents:

1.    **Notice of Motion to Withdraw as Counsel;**

2.    **Motion to Withdraw as Counsel;**

3.    **Affidavit in Support of Motion to Withdraw as Counsel with all attachments;**

4.    **Admission of Service (Alfonso Rodriguez, Jr.);**

5.    **Motion and Order for Seal; and**

6.    **Proof of Service (U.S. Attorney);**

were served by me upon United States Attorney Drew Wrigley, by delivering to and leaving true and

correct copies of same at his office located at 655 First Avenue North, STE 250, Fargo,

North Dakota, on April __5__, 2004, at approximately __11:15__ __A__.m.

Robert G. Hoy

Subscribed and sworn to before me this __5th__ day of April, 2004.

Notary Public, Cass County, ND
My Commission Expires: 8/30/06

DAWN M. SCHAEFER
Notary Public
State of North Dakota
(SEAL) My Commission Expires Aug. 30, 2006

F:\USERS\LIT\RODRIGUEZ\RODRIGUEZ-AFFIDAVIT OF PERSONAL SERVICE (WRIGLEY).WPD

US EXHIBIT-27-6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

**FILED**

APR 1 3 2004

EDWARD J. KLECKER, CLERK
U.S. DISTRICT COURT-NORTH DAKOTA

United States of America,       )
                                )
                     Plaintiff, )       SEALED Magistrate Case:  M2-04-27
          vs.                   )
                                )
Alphonso Rodriguez, Jr.,        )       **ADMISSION OF SERVICE**
                                )
                     Defendant. )
----------------------------------------------------------

Alfonso Rodriguez, Jr.,, defendant in the above-captioned matter, hereby admits service of the following documents:

1.    **Notice of Motion to Withdraw as Counsel;**

2.    **Motion to Withdraw as Counsel; and**

3.    **Affidavit in Support of Motion to Withdraw as Counsel with all attachments;**

at Grand Forks, North Dakota, this 4ᵗʰ day of April, 2004.

Alfonso Rodriguez, Jr.

US EXHIBIT-27-7