FILED

APR 1 3 2004

EDWARD J. KLECKER, CLERK
U.S. DISTRICT COURT-NORTH DAKOTA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | SEALED Magistrate Case: M2-04-27 |
| | ) | |
| Alphonso Rodriguez, Jr. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the court is a Motion by Robert G. Hoy, attorney for Defendant Alphonso Rodriguez, Jr.to withdraw as counsel for Mr. Rodriguez. Mr. Hoy was appointed by the court for the limited purpose of explaining a plea agreement proposed by Plaintiff United States of America. The court has considered the affidavit of Mr. Hoy filed with his motion and the consent of Mr. Rodriguez and has determined that good cause exists for the relief requested. Defendant also requests that this file remain under seal until further order of this court.

IT IS HEREBY ORDERED that Robert G. Hoy has withdrawn as attorney for Defendant Alphonso Rodriguez and that this matter remain under seal and unavailable to the public until further order of the court.

Dated this 7th day of April 2004.

RALPH R. ERICKSON, JUDGE
UNITED STATES DISTRICT COURT

US EXHIBIT-28-1