ORIGINAL

ICR NUMBER 03-7101

Okay. For the record today's date is December 3rd, 2003. The time I have is 11:13 in the morning.

Q. Um Ileanna how do you say your last name?

Ileanna. Noyes.

Q. Noyes. Okay. And you're the sister of?

Ileanna. Alfonso.

Q. Alfonso Rodriguez. Um just for the record you said you wanted to come in and visit with him?

Ileanna. I came on my accord.

Q. Okay. All right.

Ileanna. Hoping that he will help us out.

Q. All right. Um did law enforcement ask you to come in and talk to him at all?

Ileanna. No. No.

Q. Okay.

Ileanna. No.

Q. All right. Cause that was how I got this message that.

Ileanna. I asked, called last night asking if I had for visitation. They said there was no visitation for him. Cause I wanted to speak to him on this last night.

Q. Okay. All right. Well I'll tell you what, I'm just, I'm not even gonna shut this tape recorder off. I'm just gonna leave it going. I've made arrangements for Alfonso to come down to talk to you down the hallway here.

Ileanna. Okay.

Q. Um I'm gonna be outside the door. I'm not gonna be listening in on you but if for some reason you need help or you guys just don't.

Ileanna. I just I don't foresee that.

1

US EXHIBIT-30-01

Q. Okay. Or you guys just don't even want to talk anymore, you're just drained. Just give me a holler okay. I'll be outside the door and I'll have the door unlocked all right?

Ileanna. Yep.

Q. Okay. I'll go down and get Alfonso now. Okay. Did you decide, if you're gonna tell him if the recording was going or not?

Ileanna. Mm-umm.

Q. You're not going to. Okay. I'll be right back okay? Huh? He won't, we'll have him have a seat here with you and if he does or if you get any concerns at all you give us a holler okay?

Ileanna. I won't but I mean.

Q. All right.

Ileanna. Hey -----.

Q. Um she wanted to come in and see you so. But we'll be right outside the door here. Do you guys need us give me a holler okay?

Ileanna. Yep.

Q. You also Alfonso all right?

Alfonso. Yeah.

Ileanna. How you doing?

Alfonso. I'm doing good.

Ileanna. Mom, she's trying to still make it out of the house. I went and got her before they before we got hit, mom's house.

Alfonso. Right.

Ileanna. They're search. They're searching my property right now.

Alfonso. Okay. ----- I love you.

Ileanna. Uh-huh. -----------.

Alfonso. Yeah.

Ileanna. But I mean they wouldn't.

Alfonso. I'm telling you the truth.

Ileanna. I know but just, just.

Alfonso. I'm telling you the truth.

2

US EXHIBIT-30-02

Ileanna. Just saying something --------. Because mom can't go through much more. Please tell me if you did.

Alfonso. No I didn't.

Ileanna. You didn't?

Alfonso. No.

Ileanna. We will stay, stand by you.

Alfonso. I didn't.

Ileanna. You didn't?

Alfonso. No.

Ileanna. Tell me if you blacked out or anything?

Alfonso. No.

Ileanna. No. Well her mother wants to talk to mom.

Alfonso. Why? It'll make her feel worse.

Ileanna. She wants to talk to the people. I don't know. Just to talk to her.

Alfonso. God, now they say they found something in my car.

Ileanna. They found blood honey. They found a little bit of blood, her blood in your car.

Alfonso. No.

Ileanna. No?

Alfonso. No. She was never, never been in my car.

Ileanna. Your car.

Alfonso. Not in my presence. She has never been in my car. Well where is it from?

Ileanna. I don't know. I don't know.

Alfonso. You know. That's what I'm afraid of. That's what I was afraid of.

Ileanna. I know you told us that.

Alfonso. --------- Velma.

Ileanna. Velma?

Alfonso. Yeah.

3

US EXHIBIT-30-03

Ileanna. Por que?

Alfonso. She started saying some shit at the courthouse.

Ileanna. To who?

Alfonso. To me.

Ileanna. What'd she say?

Alfonso. She says tell them, tell them where she is.

Ileanna. Because she, she knows how mom, what mom's going through right now.

Alfonso. Yeah. I know.

Ileanna. I got up myself. I'm trying to make sure she doesn't get sick. I.

Alfonso. --------- tears coming out.

Ileanna. I just I don't know what else to, I don't know what else to do.

Alfonso. Yeah.

Ileanna. I mean any now, any. If you know where she is?

Alfonso. No.

Ileanna. Just tell us now. And they'll just, if so, if they you know what you be cooperative, do the right thing. For mom. For her family.

Alfonso. Yeah. Yeah.

Ileanna. If you did.

Alfonso. Yeah.

Ileanna. I don't know if you did.

Alfonso. Yeah.

Ileanna. Cause I wasn't there.

Alfonso. Yeah.

Ileanna. But we got to do the right thing now.

Alfonso. Well I can't do the right thing and I can't cause I don't know.

Ileanna. You sure?

Alfonso. Yeah.

4

US EXHIBIT-30-04

Ileanna. Then why's that blood in there?

Alfonso. I don't know. That's what I'm wondering. That's the only thing. You know.

Ileanna. Well I would've, I would've been.

Alfonso. I mean, see this is what I was thinking about yesterday, last night. My name was in the paper. Ah before, a week before. Somebody could've just thrown it in there. They could've thrown it in there. That somebody was just trying to set me up. I, I don't know. -------------.

Ileanna. -------- Remember things though. Do you, you think you, you don't think you blacked out?

Alfonso. I know. Cause I remember everything. I don't remember - -----------. You know but I remember, I know I didn't black out. I know I didn't take somebody.

Ileanna. So you didn't kill her?

Alfonso. No.

Ileanna. By accident?

Alfonso. No. I.

Ileanna. I mean just by.

Alfonso. It doesn't seem ------------.

Ileanna. If things got out of control?

Alfonso. ---------------. Why would I want ----------? You know.

Ileanna. I mean things could get out of, out of hand and you know and she hit her head or something or?

Alfonso. No. I, I've never seen her. I didn't even see, today they showed me the car for the first time. Her car. You know all this time I thought it was a blue car. I mean how come there was no of me in her car? You know.

Ileanna. I just don't know. I just, I just feel that we just gotta do the right thing and, and get this to stop.

Alfonso. Well your, there isn't anything I could tell. Cause I didn't do it. You know. That's the only thing I can say.

Ileanna. You didn't take her.

Alfonso. I didn't take her. I've never seen her before at all. I don't, I can't tell you how her blood got in my car. The only thing I can think.

5

US EXHIBIT-30-05

Ileanna. Yes.

Alfonso. Somebody put it in there.

Ileanna. I didn't know and exactly what they had found. And it was something so rancid.

Alfonso. Yeah.

Ileanna. And then just today I had found out that it was actually blood.

Alfonso. Yeah. Well and I wondered what blood. If it was my blood, fish blood, and there was probably some other blood that's been in there. I've only had the car for five months. --- ----- I can't say anymore. I can't say ----------- where she is cause I don't know where she is. You know what can I do?

Ileanna. I don't know why this, I don't know why anymore.

Alfonso. -----------.

Ileanna. I walk around and I don't know what to do I mean I started walking by the woods. I've looked. I've you know I'm thinking I, everybody you know he's nice, he's polite, he's gentle, he's. I just I just don't know.

Alfonso. I know.

Ileanna. I want to believe that you're innocent. I want to help you if you're fighting these things and that, that from three o'clock things just aren't working out you know with your alibi. I'm just going.

Alfonso. Well that, that's what I understand. That you know maybe.

Ileanna. Maybe you.

Alfonso. No. I didn't black out.

Ileanna. You didn't black out?

Alfonso. No. Nope.

Ileanna. But you didn't see, know you didn't do it?

Alfonso. I know I didn't do it. I know I was at the mall at four o'clock. Until four o'clock at least.

Ileanna. Mm-hmm.

Alfonso. And maybe even later. But ah I know I didn't even kidnap anybody. And after that I, I thought I had went to a movie, I know I did. You know. But I just can't remember. Cause I didn't stay there that long. And I told them I says, I says sometimes I lock my, my keys in my car and sometimes I can get

6

US EXHIBIT-30-06

them out, sometimes I can't. But I can't be specific on the time. You know. I don't know nothing about time all the time. -- ----- in a parking lot.

Ileanna. -------- Cause I do that when I'm at a grocery store.

Alfonso. But I told them I says ah and that day I parked where I usually park. Over by Royal Fork. I might have parked three rows but it's still the Royal Fork. You know. And I heard it happened over there by, what'd they say by.

Ileanna. I can't remember.

Alfonso. You know by ah J C Penney's.

Ileanna. J C Penney yeah.

Alfonso. Yeah. So that's all I'm getting too. I don't, I don't know what to say. The only thing I've been worried about. I haven't even been worrying about myself, I'm worried about mom.

Ileanna. Mom. Mom. I can't.

Alfonso. And -------.

Ileanna. I just love you so much.

Alfonso. I know.

Ileanna. They're doing I mean, ------ at school yesterday. And um there was no problems. And then Josh he felt sick and stayed home. And he went to school today. But they love you no matter what.

Alfonso. Mm-hmm.

Ileanna. We love you no matter what. Always, forever. Mom loves you. She says please tell him I love him and if he knows anything just please let the fam, let them know.

Alfonso. I don't know any.

Ileanna. The family, for us.

Alfonso. I wish I could.

Ileanna. But she could tell if you knew where she was.

Alfonso. I know.

Ileanna. Cause I'm just so worried that she'll get sick.

Alfonso. I understand. That's what I've been worried about. Has she been staying at the house?

Ileanna. No. Uh-uh. She doesn't want to go there. She's been staying with me. Because there's people all over. ------- the

7

US EXHIBIT-30-07

house.

Alfonso. Out at the house?

Ileanna. They're outside the house.

Alfonso. Oh.

Ileanna. All over the neighborhood. I only snuck in last night because I parked over by Velma's and then when nobody was around ---------- mom, for things for mom.

Alfonso. Yeah.

Ileanna. They're saying some things.

Alfonso. They're taking me to Grand Forks.

Ileanna. Are they gonna extradite you?

Alfonso. Yeah. ------------------.

Ileanna. You did?

Alfonso. Yeah. ------------. Go there and get it over with you know.

Ileanna. Get it over with but, but don't you think, I mean if you have something, something that can help out that if they don't.

Alfonso. No. Nope.

Ileanna. But your story doesn't work out for them. They're saying that that's not right.

Alfonso. Well.

Ileanna. Doesn't --------.

Alfonso. Well because I get mixed up you know.

Ileanna. Oh god.

Alfonso. That's why it didn't work. Because I get dates mixed up.

Ileanna. I know I had a hard time going oh god what did I do and then knew I had a game in the morning, Saturday morning.

Alfonso. Yeah. I get times mixed up. I get dates mixed up. I mean I get names mixed up. You know.

Ileanna. The police they brought records. Telephone records. I had to go through.

Alfonso. Yeah.

8

US EXHIBIT-30-08

02878

Ileanna. Pages of cell phone records that um the numbers from the cell phone, incoming, outgoing.

Alfonso. They all match. Well who called her? Who called that woman?

Ileanna. What woman?

Alfonso. That woman that was with, I never called her.

Ileanna. Oh yeah. But they, but her sorority sisters said that oh he's his of Hispanic to her and he definitely has um an accent. And I thought to myself, he doesn't have an accent. We lived to Minnesota since 1961 and I thought god.

Alfonso. Yeah.

Ileanna. You can't tell that we're Hispanic. Like when you talk to us over a phone.

Alfonso. Yeah.

Ileanna. Sorry. We do not sound like an, like we have a Spanish accent.

Alfonso. Yep.

Ileanna. So it's like give me a break.

Alfonso. Oh it, it probably ah showed you ah, a phone conversation of me and they said it was me. Jesus. And I've never seen this girl. Never. Never.

Ileanna. And you know what, I go to the mall. I don't remember her.

Alfonso. Yeah. -------------. I, I didn't even know they had a fac, a Victoria Secrets.

Ileanna. Well I don't go in there but.

Alfonso. Yeah.

Ileanna. Ah there's.

Alfonso. Well there's nothing we can do.

Ileanna. I mean.

Alfonso. You don't need to tell mom.

Ileanna. What do I tell her?

Alfonso. I don't know. --------- what else can I say.

Ileanna. I don't know --------. I mean you don't feel like, like

9

US EXHIBIT-30-09

you're afraid to let us down.

Alfonso. No.

Ileanna. I mean I want to believe you and I and I love you and I thought everything was going so good.

Alfonso. Everything was. You know.

Ileanna. And that's kind of.

Alfonso. I had a job interview and.

Ileanna. A home, a job, my kids love you so much. We all love you.

Alfonso. Yeah.

Ileanna. And I feel that if I, we are a family again.

Alfonso. Yep.

Ileanna. You know how happy mom was to have you.

Alfonso. Yeah.

Ileanna. I've never seen her so happy.

Alfonso. I know.

Ileanna. This is breaking her heart.

Alfonso. I know.

Ileanna. But.

Alfonso. Tell me what you're afraid of?

Ileanna. I just don't know how long she can, she can hang on.

Alfonso. Yeah.

Ileanna. She said I just want this girl, let them have girls now. They, her family, can have some closure. Do the right thing if you, if you made a mistake do the right thing now and let them know where this girl is. So at least they know that you cooperated. And we know for sure.

Alfonso. ---------------.

Ileanna. Nothing.

Alfonso. Like I told them I go she has never, never been in my car.

Ileanna. Never?

10

US EXHIBIT-30-10

Alfonso. Never, not in my presence. Not with me, with her. Never. Never. I, I'm, I ---------- the cloths I was wearing. You know weren't dirty. You know. I didn't even wash them.

Ileanna. I don't know.

Alfonso. Just because I, I missed you know to remember. Well I didn't, I didn't, even if I did remember then I just mixed it up. You know.

Ileanna. There's so many hours unaccounted for.

Alfonso. No. Not really. I told them I says I, I went to a movie. And I didn't stay for the whole movie. And I left. And then I went driving around. I went to McDonald's. They say they, my picture wasn't at McDonald's.

Ileanna. Did you tell them which one?

Alfonso. Yeah.

Ileanna. In Grand Forks?

Alfonso. In Grand Forks. In East Grand Forks. It would've been the one over by ah when you turn off to go to over to your place.

Ileanna. Mm-hmm. Now that's on East Side.

Alfonso. Yeah. I was there at about 7:30 and I went home. And I usually take 220. So I took the 220 onto highway 59 and then I went, then I drove home you know. Nick stopped by and bought some cigarettes and that was it.

Ileanna. Well where did you buy cigarettes?

Alfonso. M and H where I usually bought from. And gas.

Ileanna. So that was on Saturday night?

Alfonso. Yep.

Ileanna. You bought ------ gas?

Alfonso. Gas at Paddy and Paul's.

Ileanna. At Paddy and Paul's?

Alfonso. Yep.

Ileanna. On Saturday night?

Alfonso. Yep.

Ileanna. How'd you pay for it?

Alfonso. With cash. And then I went home. And that's all. See I

11

US EXHIBIT-30-11

just remembered about the gas.

Ileanna. Do you remember who was working?

Alfonso. Yeah. The lady there.

Ileanna. The Christy?

Alfonso. No. The.

Ileanna. Christy.

Alfonso. Yeah. And what's his name was there too?

Ileanna. Rodney.

Alfonso. Yep. He was there too.

Ileanna. Before you went home?

Alfonso. Yep. Before, you see they close at 9. And I think this was at nine to seven till about it said quarter to 9 you know. So I think they screwed me up. Putting gas in Fisher. All right. You, she might've remember cause I was trying to give -------- out of one's. I had a lot of ones. They were in my wallet and I was trying to get rid of them and then I couldn't because they didn't add up so I gave her a twenty instead. But I remember that.

Ileanna.   Right Christy.

Alfonso. Yeah. I remember I was sitting I told her let me pay you in ones. I said I got a lot of ones I want to get rid of. And that was on Saturday. It was about a quarter to nine. I went to M and H. And got some -----------.

Ileanna. But you're not sure exactly about the time?

Alfonso. The time no. But I know it was before 9 because they close at 9. M and H closes before nine. Not M and H.

Ileanna. Not M and H.

Alfonso. Paddy and Paul's.

Ileanna. Paddy.

Alfonso. I think they close around nine o'clock. And they were closing before so I don't know.

Ileanna. Want more?

Alfonso. No.

Ileanna. You have, have they ah appointed a attorney for you?

Alfonso. Well they will. They appointed me one here.

12

US EXHIBIT-30-12

Ileanna. Who was it?

Alfonso. Oh.

Ileanna. Do you know his name?

Alfonso. No.

Ileanna. You don't know his name?

Alfonso. Mm-umm. Why he's just for here for the, for that hearing. That's all he is.

Ileanna. Well they only have ---------------.

Alfonso. Yeah. Yep. No they ah they'll only appoint me one when I get to Grand Forks.

Ileanna. In North Dakota?

Alfonso. Yeah.

Ileanna. Yep. They're at my, they're at my place right now.

Alfonso. Are they?

Ileanna. Searching. Helicopters flew over my property today, looking in the air.

Alfonso. Mm-hmm.

Ileanna. And then there um before we left they had the ATV's and everyone walking around.

Alfonso. I wonder why they were there for?

Ileanna. Because they think that's where she might have been dropped off or dumped or whatever.

Alfonso. Yeah.

Ileanna. I, I'm just I, I just can't believe this. I just I said I can't believe he is involved in this. I can't. I guess I'm just going.

Alfonso. I'm not. I don't know how they, how, to tell you the truth I don't know how the hell.

Ileanna. They found that blood.

Alfonso. That little bit of blood. I don't know how.

Ileanna. Yeah. See I don't know what, how much they found. A little bit, a bunch or what. I don't know. But if there was a bunch.

13

US EXHIBIT-30-13

Alfonso. ------------------.

Ileanna. Yeah.

Alfonso. You know. And the only blood that I that I remember was when I cut myself.

Ileanna. From the steering wheel?

Alfonso. Yeah.

Ileanna. I mean driving while you're steer, when you cut yourself from.

Alfonso. ------------ yeah. Yeah. That's the only blood.

Ileanna. The sheet metal.

Alfonso. Yeah.

Ileanna. From work?

Alfonso. Yeah.

Ileanna. Cause you cut yourself --------.

Alfonso. Maybe it's fish blood. They had, they found the fish blood. They also said they found some blood in the trunk. In the, and nothing could fit in the trunk to have it in there. Cause I had all the, all the groceries, all the stuff that I had bought in the trunk. You know. Why wasn't there no blood on the, or the bags? You know. On the toilet paper. On the hamburger package. The only thing I'm worried about is mom.

Ileanna. I am too. A little worried about mom. That's why I've kept her with me. She's goes you know I can be home alone I can sit down and lock the doors and, and you just shove some.

Alfonso. No.

Ileanna. I said no you can't. I said what if you, you're a diabetic. You haven't been eating.

Alfonso. Yep.

Ileanna. I said you could go into acoma.

Alfonso. Where's she at now?

Ileanna. Huh?

Alfonso. Is she at.?

Ileanna. She's at my house right now. Dan's home.

Alfonso. Oh yeah.

14

US EXHIBIT-30-14

02884

Ileanna. The kids went, said that they want to go to school. They told me to tell you that they love you. If you see Tio Tito tell him we love him. And I said he knows that you love him and, and, and you know that he loves you.

Alfonso. Mm-hmm.

Ileanna. Cause they love you to death. They just love you so much.

Alfonso. ---------------.

Ileanna. I just don't know what else to do anymore.

Alfonso. No. Like I told them I said you know the only thing I can't explain is how that blood got in there. If somebody seen me in the paper. Knowing what I went in for and decided to fill it in there. That's the only thing I can think of. How my blood got in there.

Ileanna. Try to think of where, everything, where you went. Where you went and all this kind of things. ----------.

Alfonso. --------little pieces.

Ileanna. Well you gotta think hard --------- you have to think.

Alfonso. Yeah.

Ileanna. Because, because this is your life.

Alfonso. Yeah it is.

Ileanna. Mom, Dru family. Ah they just want us, they want to find her.

Alfonso. I know.

Ileanna. And what is she, this girl is still alive. I mean hurt but still alive.

Alfonso. Yeah.

Ileanna. Difference between you know kidnapping and whatever and murder. That's what...

Alfonso. Yeah. Yep. I know.

Ileanna. So why don't we just find her. Just...

Alfonso. Did they look over here by the tracks maybe.

Ileanna. Yeah. All over. They were doing like a thirty mile radius. ----------- at my place and all over.

Alfonso. Mm-hmm.

15

US EXHIBIT-30-15

Ileanna. There's nothing you can tell us? Nothing?

Alfonso. No.

Ileanna. Nothing. Is there something you want us to do?

Alfonso. What? I don't know what else I have. I think I'm going to Grand Forks pretty soon here.

Ileanna. I ah, ah come talk to you.

Alfonso. Yeah.

Ileanna. --------------.

Alfonso. Okay. Well what, what, can ------------.

Ileanna. Not. I don't know. Later maybe but not right now you could.

Alfonso. Oh.

Ileanna. I asked. I wanted to come last night. I was town for it.

Alfonso. Yeah.

Ileanna. And the lady at the desk said no. That you didn't have visitation last night.

Alfonso. Oh.

Ileanna. And I when they came they were at my house yesterday for four hours. Talking with me.

Alfonso. Yeah.

Ileanna. And then today, then they said they'd be back to search. If I would give permission for them to search my property. And I said if I had to I said I will whatever it takes, you're welcome to look. You know.

Alfonso. You have nothing to worry. I didn't do nothing so it shouldn't be out there. Nothing should be out there.

Ileanna. I said I saw him on Sunday. He was fine.

Alfonso. Yeah.

Ileanna. We were together. My kids and him we were eating, we watched the game. I said he wasn't acting weird you know we're fine.

Alfonso. Yeah.

Ileanna. Just yourself.

16

US EXHIBIT-30-16

Alfonso. And I told them that. I said I, I would've been totally just hurt somebody, don't you think I would've been nervous or upset or...

Ileanna. Something.

Alfonso. Dirty when I got home that night.

Ileanna. I just don't get it. Anyone else?

Alfonso. No.

Ileanna. No. Oh god.

Alfonso. I don't know.

Ileanna. I don't either.

Alfonso. Who got the number for Frank ------? Do you know?

Ileanna. Call where?

Alfonso. From Frank ----------.

Ileanna. Did I get a call from Frank?

Alfonso. Yeah.

Ileanna. Is he your caseworker? Was he your...?

Alfonso. No. No. He was ah my lawyer at one time.

Ileanna. Why? Where did you hear that?

Alfonso. ------------ gave me his number.

Ileanna. I'd like his number.

Alfonso. It's in my back pocket.

Ileanna. Ah...

Alfonso. -----------------.

Ileanna. What's this thing?

Alfonso. ----------.

Ileanna. Can I look?

Alfonso. Yeah. All the stuff they found.

Ileanna. Okay.

Alfonso. Hmmm.

Ileanna. I think we'll call Judge Marvin.

17

US EXHIBIT-30-17

Alfonso. Huh?

Ileanna. Judge Marvin.

Alfonso. Yeah. I don't know if he called or what. I think you guys had call him.

Ileanna. No. I know that um we've been trying to see, get some names, and I think somebody is trying to find um some --------.

Alfonso. I don't want to pay for an attorney.

Ileanna. Huh?

Alfonso. I don't want nothing to pay for an attorney. --------.

Ileanna. What can we do? Do we need to, we, if you didn't do it then you need..?

Alfonso. I'll go get him. -------. All that stuff, a lot of stuff.

Ileanna. I know.

Alfonso. Same thing to call home?

Ileanna. Yeah.

Alfonso. Well same thing.

Ileanna. You need to tell them, tell them where you were.

Alfonso. -----------------.

Ileanna. Do you want me to take this stuff?

Alfonso. Yeah.

Ileanna. See it... Um do you want me to take this too?

Alfonso. Yeah. Ask him, call him and see what he says. How much he charge.

Ileanna. Okay.

Alfonso. If it's too much.

Ileanna. Well I guess you ain't getting him?

Alfonso. No. Just use my money.

Ileanna. How much do you think you have left?

Alfonso. -------.

Ileanna. Maybe.

18

US EXHIBIT-30-18

Alfonso. And that's all. ------------ moms or anybody else. ---------.

Ileanna. Public attorney? Public defender?

Alfonso. Mm-hmm.

Ileanna. What should I tell mom?

Alfonso. I don't know.

Ileanna. So what do I tell her, I don't know what to tell her anymore.

Alfonso. I know. Just tell her it'll be all right. She's got nothing to worry about.

Ileanna. I don't know what to do. You know we love you. You know that?

Alfonso. I know.

Ileanna. We will always love you. No matter…

Alfonso. I know.

Ileanna.  No matter what you know. And we've always stood by your side.

Alfonso. I know. Nothing to worry about. I know my car but…

Ileanna. Think very hard.

Alfonso. There's nothing we can do about it, do about it.

Ileanna. No. You'll see. Your family and her mother and -------- -- oh my god.

Alfonso. I'll watch it.

Ileanna. What if it was my daughter?

Alfonso. I know. I know. Don't you think I understand that?

Ileanna. I hope so.

Alfonso. Yeah. I think about that all the time.

Ileanna. And you're always so worried about the kids and making sure they were safe.

Alfonso. And that's why. I wouldn't nobody go through that. -------- what can I do? There's nothing I can do.

Ileanna. If you know it. Just give it up.

19

US EXHIBIT-30-19

Alfonso. Yeah. But I can't.

Ileanna. Just tell us.

Alfonso. I can't give up nothing cause I don't got nothing to give up.

Ileanna. Okay.

Alfonso. And that's all I can say.

Ileanna. Okay. ------.

Alfonso. I couldn't do this. I --------- my mind.

Ileanna. I told people no that my ---, he can't, he's not capable of doing that. Mom's coming the 11th.

Alfonso. Oh.

Ileanna. She'll be here on December 11th.

Alfonso. Oh.

Ileanna. She's going to. I think you need her.

Alfonso. ------------. I'll probably need them black pants and a black shirt for, for court.

Ileanna. Okay.

Alfonso. ------------. I don't know if I might end up in Grand Forks, I don't know in Fargo. I don't know if I can call or what. ----------------.

Ileanna. No. He hasn't come and seen you. Mom hasn't yet either.

Alfonso. No.

Ileanna. Um if, do you have his number somewhere or mom has it?

Alfonso. Yeah. On the calendar, on the November calendar, it's right on top of it.

Ileanna. All right.

Alfonso. -------------------. Probably about 600 dollars. -------
-.

Ileanna. Well I can help it, can I help right now.

Alfonso. ---------------. Yeah. ----------- No matter what.

Ileanna. I know but if you didn't do it. Okay.

Alfonso. I didn't do it.

20

US EXHIBIT-30-20

Ileanna. You have, things don't look good. Things just don't look good. Where, what are they saying?

Alfonso. They say ---------- outside. You know don't believe everything that people tell you. Everything that they say about this is all bullshit about me or you or mom or you know. They say they did it but they don't.

Ileanna. This is very nice.

Alfonso. And I know.

Ileanna. This isn't supportive.

Alfonso. Yeah. But they don't even care. The only thing they care about is solving the crime and that's all.

Ileanna. Well you know I, that's what we care about. We love you.

Alfonso. Well I know but it's not you…

Ileanna. But we want that solved. We want her found.

Alfonso. ---------. Their, they're not trying to just solve it. They're just trying to say I did it. You know. And that's what I don't, I don't like. You know.

Ileanna. But we want it solved. We want this -------- girl found. God. It'd be wonderful if she was alive and…

Alfonso. I don't know what to do.

Ileanna. It's like…

Alfonso. I don't know what to do. I don't.

Ileanna. It's so important.

Alfonso. I know. -------.

Ileanna. No. No. I took a few days off. Took a few days off so I can stay with mom and she's staying at my house there. She can't be at her house. They kept bugging her and calls. Calls and the newspaper and the TV stations and… And I'm just afraid they'll never ---------- she doesn't feel well.

Alfonso. Mm-hmm.

Ileanna. ---------.

Alfonso. I know. --------. I'll talk to her about when I get home.

Ileanna. I thought, I mean I need her cause I need you home too.

Alfonso. Yeah.

21

US EXHIBIT-30-21

Ileanna. Dru's mom wants to talk to her.

Alfonso. I don't know what she'll do.

Ileanna. Huh?

Alfonso. I don't know what she'll do.

Ileanna. Mom says she's willing to do anything.

Alfonso. But I don't know if she should. --------------. You know.

Ileanna. What if I spoke to her?

Alfonso. Huh?

Ileanna. Would you have a problem with that?

Alfonso. No. Okay.

Ileanna. She wants to talk to mom or his family.

Alfonso. Yeah. You can talk to her but not mom.

Ileanna. Not mom. That's what I said to. I said not my mom.

Alfonso. Yeah.

Ileanna. I mean if we knew anything. I said we're not --------right now. But also if he didn't do you know we have to stand by your side.

Alfonso. Yeah.

Ileanna. I mean either way, you didn't do it or you did do it we would stand by your side.

Alfonso. Yeah.

Ileanna. We're your family and we love you. And but not even ----- saying that but if you know something. Please let them know.

Alfonso. Yeah.

Ileanna. So then if, if the family, her family has closure, our family has closure. It doesn't get dragged out more and make her sicker than she already is.

Alfonso. Yeah. I know.

Ileanna. It's just like stop it now. I'm saying this is where she is, if you did it then ---------, it can't, you can't do something that you don't know.

Alfonso. Yeah.

22

US EXHIBIT-30-22

Ileanna. But if you do and I'm only saying and if you do that please do us a favor and just tell them so that she can be found and it can stop for, for us, it can stop for them.

Alfonso. I know it. But there's nothing I can do.

Ileanna. --------------. I'm just so worried about mom. You know I'm worried.

Alfonso. I know. That's what I'm worrying about more than anything else. If it was just me, it wouldn't matter. I don't know what to do.

Ileanna. Just do the right thing. Whatever that is.

Alfonso. I will. I know.

Ileanna. I know whatever it is. Do just do the right thing. Do the right thing.

Alfonso. Yeah. It should...

Ileanna. My kids love you.

Alfonso. -----------------. Nothing I can do.

Ileanna. I know.

Alfonso. So I don't know what to tell ya.

Ileanna. Just remember we love you.

Alfonso. Yeah.

Ileanna. We'll always be on your side. We'll, the kids...

Alfonso. Yeah.

Ileanna. Please remember them. They need you.

Alfonso. Okay.

Ileanna. And mom needs you.

Alfonso. Sorry. I know it's hard but...

Ileanna. I love you Tito.

Alfonso. Yeah. Yeah.

Ileanna. ----------------.

Alfonso. I know it hard.

Ileanna. Okay.

23

US EXHIBIT-30-23

Alfonso. ----------------.

Ileanna. We want it solved.

Alfonso. I know but I want it solved right.

Ileanna. Yeah.

Alfonso. ---- care about if…

Ileanna. Finding her.

Alfonso. --------. They don't care you they ------.

Ileanna. I ----.

Alfonso. --------.

Ileanna. Huh?

Knocking on the door.

Ileanna. Yeah.

Q. You guys okay still here? You about done or do you need about five more minutes.

Alfonso. No. We're done.

Q. About done?

Alfonso. Yep.

Q. Okay. Tell -----------.

Ileanna. Okay.

Door shuts.

Ileanna. Don't ever forget that we love you.

Alfonso. I know.

Ileanna. Okay. ----------.

Alfonso. --------- Please tell mom -------.

Ileanna. I don't know if she'll live with me.

Alfonso. Yeah. -----------.

Ileanna. Okay. And you know mom loves you.

Alfonso. Yeah. -------------. And I love you. -------- find out.

Ileanna. So there's nothing you can tell?

24

US EXHIBIT-30-24

Alfonso. No. Like I told them I said I've never seen her before, I've never seen her car before.

Q. Do you guys want to give your hugs goodbye and stuff then?

Ileanna. Yeah.


End of Conversation


Deputy Dan Malinowski/5004
Polk County Sheriff's Office

12/9/03 AN

US EXHIBIT-30-25