# LJUBISA JOVAN DRAGOVIC, M.D., F.C.A.P., F.A.A.F.S.

**The Forensic Panel**
224 West 30th Street, Suite 806
New York, New York 10001
Tel: (212) 535-9286
Fax: (212) 535-3259
Email: drdragovic@forensicpanel.com

## BOARD CERTIFICATION

| | |
|---|---:|
| *Diplomate,* Forensic Pathology, American Board of Pathology | 1987 |
| *Diplomate,* Neuropathology, American Board of Pathology | 1985 |
| *Diplomate,* Anatomical Pathology, American Board of Pathology | 1982 |

## EXPERIENCE

| | |
|---|---:|
| Oakland County Medical Examiner's Office, Pontiac, MI<br>*Chief Forensic Pathologist/Chief Medical Examiner* | 1991-present |
| Oakland County Medical Examiner's Office, Pontiac, MI<br>*Forensic Neuropathology Consultant* | 1989-present |
| Jackson County, MI<br>*Forensic Pathology Consultant* | 1992-present |
| Hurley Medical Center, Flint, MI<br>*Consulting Neuropathologist (per request)* | 1994-2004 |
| V.A. Medical Center, Detroit, MI<br>*Neuropathology Consultant* | 1988-2000 |
| Monroe County, MI<br>*Forensic Pathology Consultant* | 1988-1998 |
| Detroit Receiving Hospital/University Health Center, Detroit, MI<br>*Neuropathology Consultant* | 1989-1993 |
| Harper Hospital, Detroit, MI<br>*Neuropathology Consultant* | 1987-1992 |
| Wayne County Medical Examiner's Office, Detroit, MI<br>*Assistant Medical Examiner, Forensic Neuropathology Consultant*<br>*Acting Chief Medical Examiner* | 1987-1991 |
| Lafayette Clinic, Psychoendocrine Research Unit, Detroit, MI<br>*Neuropathology Research Consultant* | 1988 |
| Wayne State University School of Medicine, Department of Neurology, Detroit, MI<br>*Clinical Associate Professor* | 1986-1988 |
| Oakland Community College/Oakland Police Academy, Auburn Hills, MI<br>*Lecturer* | |

US EXHIBIT-34-01

*Ljubisa Dragovic, M.D., F.C.A.P., F.A.A.F.S.*
The Forensic Panel

## PROFESSIONAL HONORS AND AWARDS

| | |
|---|---|
| President, Harvard Associates in Police Science, Baltimore, Maryland | 2011-present |
| Member, Board of Editors, The American Journal of Forensic Medicine and Pathology | Oct 1996-present |
| Honored Professional, P.O.M.C. Society of Michigan | Oct 2003 |
| Certificate of Appreciation, Michigan Dementia Postmortem Network | Dec 1999 |
| Professional Service Award, Transplantation Society of Michigan | Nov 1996 |
| Honored Clinical Faculty, Wayne State University School of Medicine, Detroit, MI | Nov 1993 |
| Russell S. Fisher Fellowship Award, Tissue Bank International, Baltimore, MD | 1986 |

## PRESENTATIONS

| | |
|---|---|
| 48th District Court, Hon. M. Barron, Bloomfield Twp., MI<br>'Inns of Court / Mock Daubert Hearing' | Mar 2012 |
| Botsford Hospital, Farmington Hills, MI<br>'Trauma Clinico-Pathological Conference' | Mar 2012 |
| The American Congress of Obstetricians & Gynecologists, Michigan Section Meeting<br>Crystal Mountain Resort, MI<br>'Fallacies of Modern Medicine' | Feb 2012 |
| University of Michigan / Dearborn, MI<br>'Role of a Medical Examiner in a Community' | Oct 2011 |
| White Lake Citizens' Police Academy, White Lake, MI<br>'Role of a Medical Examiner in a Community' | Oct 2011 |
| Harvard Associates in Police Science Seminar, Baltimore, MD<br>'Cause & Manner of Death' | Sep 2011 |
| Oakland County Prosecutor's Training Program, Pontiac, MI<br>'Direct & Cross Examination of a Medical Expert Witness for Prosecutor' | Sep 2011 |
| Dept. of Emergency Medicine, William Beaumont Hospital, Royal Oak, MI<br>'Mortality Review Conference: Medical Examiner's Cases Defined' | Aug 2011 |
| White Lake Citizens' Police Academy, White Lake, MI<br>'Role of a Medical Examiner in a Community' | Mar 2011 |
| Lakes' Area Citizens' Police Academy, Novi/Wixom, MI<br>'Role of a Medical Examiner in a Community' | Mar 2011 |
| Farmington Public Library, Farmington Hills, MI<br>'High Profile Cases in Forensic Pathology' | Mar 2011 |
| Oakland Police Academy/Evidence Tech Training Course, Pontiac, MI<br>'Cause & Manner of Death' | Mar 2011 |
| Dept. of Emergency Medicine, William Beaumont Hospital, Royal Oak, MI<br>'Mortality Review Conference' | Feb 2011 |

US EXHIBIT-34-02

**Ljubisa Dragovic, M.D., F.C.A.P., F.A.A.F.S.**
The Forensic Panel

## PRESENTATIONS CONTINUED...

| | |
|---|---|
| Older People's Commission, Rochester, MI<br>'The saga of "People vs. Mark Unger' | Feb 2011 |
| Oakland Police Academy, OCME, Pontiac, MI<br>'Cause & Manner of Death' | Nov 2010 |
| White Lake Citizens' Police Academy, White Lake, MI<br>'Role of a Medical Examiner in a Community' | Nov 2010 |
| Harvard Associates in Police Science Seminar, Baltimore, MD<br>'Cause & Manner of Death' | Oct 2010 |
| Dept. of Emergency Medicine, William Beaumont Hospital, Royal Oak, MI<br>'Mortality Review Conference' | Oct 2010 |
| Oakland County Community College Evidence Technician Training Course, Pontiac, MI<br>'Cause & Manner of Death' | Sep 2010 |
| Dept. of Emergency Medicine, William Beaumont Hospital, Royal Oak, MI<br>'Mortality Review Conference' | Sep 2010 |
| 7th Annual Meeting of Balkan Academy of Forensic Sciences, Tirana/Durres, Albania<br>'Euthanasia'<br>'Asphyxia by Smothering' | Jun 2010 |
| Harvard Associates in Police Science Seminar, Baltimore, Maryland<br>'Cause of Death and Manner of Death' | May 2010 |
| 16th Annual Youth Law Conference, Oakland County Bar Association, Bloomfield Hills, MI<br>'Using Forensic Evidence to Solve Crimes' | Apr 2010 |
| Race Adult Education Center, Rochester Hills, MI<br>'Role of a Medical Examiner in a community' | Apr 2010 |
| Rotary Club, Bloomfield Hills, MI<br>'Burking" of a millionaire-People vs. Vonlee Nicole Titlow' | Mar 2010 |
| Lakes' Area Citizens' Police Academy, Pontiac, MI<br>'Role of a Medical Examiner in Law Enforcement' | Mar 2010 |
| Farmington Public Library, Farmington Hills, MI<br>'Role of a Medical Examiner in Law Enforcement' | Mar 2010 |
| White Lake Citizens' Police Academy, Pontiac, MI<br>'Medical Examiner in Law Enforcement' | Oct 2009 |
| William Beaumont Hospital Emergency Department, Royal Oak, MI<br>Clinico-Pathology Correlation/Mortality Conference | Oct 2009 |

US EXHIBIT-34-03

*Ljubisa Dragovic, M.D., F.C.A.P., F.A.A.F.S.*
The Forensic Panel

Page 4 of 26

## PRESENTATIONS CONTINUED...

| | |
|---|---|
| Harvard Associates in Police Science Seminar, Baltimore, Maryland<br>    'Cause of Death and Manner of Death' | Oct 2009 |
| Lakes' Area Citizen's Police Academy, Wixom, MI<br>    'Role of the Medical Examiner in Law Enforcement' | Oct 2009 |
| OCC Evidence Technician Training, OCMEO, Pontiac, MI<br>    'Cause & Manner of Death' | Sep 2009 |
| Rotary Club of Bloomfield, Bloomfield Hills, MI<br>    'Forensic Controversies' | Sep 2009 |
| Oakland County Prosecutor's Training Program, Pontiac, MI<br>    'Expert Witness Testimony on Direct and Cross-Examination' | Aug 2009 |
| Southeast Michigan EMS Expo Conference, Novi, MI<br>    'Post Mortem Findings in Trauma' | Aug 2009 |
| Balkan Academy of Forensic Sciences, Kavala, Greece<br>    'Death Resulting From Police Applying Force in Cases of Excited Delirium' | Jun 2009 |
| William Beaumont Hospital Emergency Department, Royal Oak, MI<br>    Clinico-Pathology Correlation/Mortality Conference | May 2009 |
| Oakland Police Academy, Oakland Community College, Auburn Hills, MI<br>    'Preliminary Investigation of Death' | May 2009 |
| Harvard Associates in Police Science Seminar, Baltimore, Maryland<br>    'Cause of Death and Manner of Death' | May 2009 |
| Lakes' Area Citizen's Police Academy, Wixom, MI<br>    'Role of the Medical Examiner in Law Enforcement' | May 2009 |
| Dr. R. Aranosian/POH Memorial Trauma Symposium, Auburn Hills, MI<br>    'Post Mortem Findings of Trauma' | May 2009 |
| William Beaumont Hospital Emergency Department, Royal Oak, MI<br>    Clinico-Pathology Correlation/Mortality Conference | Apr 2009 |
| International Workshop on Forensic Death Investigation, Department of Forensic Medicine,<br>Shanghai Medical College, Fudan University, Shanghai, China<br>    'Cause & Manner of Death'<br>    'Blunt Force Injuries'<br>    'Death in Police Custody' | Apr 2009 |
| White Lake Citizens' Police Academy, Pontiac, MI<br>    'Medical Examiner in Law Enforcement' | Mar 2009 |
| William Beaumont Hospital Emergency Departmente, Royal Oak, MI<br>    Clinico-Pathology Correlation/Mortality Conference | Feb 2009 |

US EXHIBIT-34-04

*Ljubisa Dragovic, M.D., F.C.A.P., F.A.A.F.S.*
The Forensic Panel

Page 5 of 26

## PRESENTATIONS CONTINUED...

| | |
|---|---|
| Symposium, U.S. Dept. of Justice/OPDAT Belgrade, Serbia<br>      'Forensic Medicine – Scope of use in criminal cases'<br>      'Cause, Manner & Mechanism of Death'<br>      'Minutia non sunt trivia/'"The Devil is in the Details' | Dec 2008 |
| Medical Residents, Providence Hospital, Southfield, MI<br>      'Medical Examiner Cases Defined' | Oct 2008 |
| White Lake Citizens' Police Academy, Pontiac, MI<br>      'Medical Examiner in Law Enforcement' | Oct 2008 |
| William Beaumont Hospital Emergency Department, Royal Oak, MI<br>      Clinico-Pathology Correlation/Mortality Conference | Oct 2008 |
| Harvard Associates in Police Science Seminar, Baltimore, Maryland<br>      'Cause of Death and Manner of Death' | Oct 2008 |
| Lakes' Area Citizen's Police Academy, Wixom, MI<br>      'Role of the Medical Examiner in Law Enforcement' | Oct 2008 |
| POH Medical Center, Pontiac, MI,<br>      'Scene Investigation as Integral Part of Diagnostic Process in Forensic Pathology' | Oct 2008 |
| Providence Hospital, Southfield, MI,<br>      'Medical Examiner Cases Defined' | Oct 2008 |
| Oakland County Homicide Seminar, Pontiac, MI | Sep 2008 |
| N.A.M.E. Annual Meeting, Louisville, KY<br>      'Deaths Resulting From Confrontation With Law Enforcement'<br>      'Killing of Law Enforcement Agents in the Line of Duty'<br>      'Deaths Resulting from Application of Force in Cases of Excited Delirium'<br>      'Deaths Resulting from Shooting by Police' | Sep 2008 |
| William Beaumont Hospital Emergency Department, Royal Oak, MI<br>      Clinico-Pathology Correlation/Mortality Conference | Jul 2008 |
| Oakland County Prosecutor's Training Seminar, Pontiac, MI | Jul 2008 |
| School of Nursing, OCMEO, Pontiac, MI<br>      'Cause and Manner of Death' | Jun 2008 |
| Oakland Police Academy, OCMEO, Auburn Hills, MI<br>      'Cause and Manner of Death;' | Jun 2008 |
| White Lake Citizens' Police Academy, Pontiac, MI<br>      'Medical Examiner in Law Enforcement' | May 2008 |
| Harvard Associates in Police Science Seminar, Baltimore, MD<br>      'Cause of Death and Manner of Death' | May 2008 |

US EXHIBIT-34-05

*Ljubisa Dragovic, M.D., F.C.A.P., F.A.A.F.S.*
The Forensic Panel

Page 6 of 26

## PRESENTATIONS CONTINUED...

| | |
|---|---|
| Lakes' Area Citizen's Police Academy, Wixom, MI<br>'Role of the Medical Examiner in Law Enforcement' | Mar 2008 |
| Lakes' Area Citizen's Police Academy, Wixom, MI<br>'Role of the Medical Examiner in Law Enforcement' | Mar 2008 |
| William Beaumont Hospital Emergency Department, Royal Oak, MI<br>Clinico-Pathology Correlation/Mortality Conference | Jan 2008 |
| Clinico-Pathology Correlation/Mortality Conference, Royal Oak, MI | Jan 2008 |
| William Beaumont Hospital Emergency Department, Royal Oak, MI<br>Clinico-Pathology Correlation/Mortality Conference | Nov 2007 |
| Oakland Police Academy, OCMEO, Auburn Hills, MI<br>'Cause and Manner of Death' | Nov 2007 |
| Harvard Associates in Police Science Seminar, Baltimore, MD<br>'Cause of Death and Manner of Death' | Oct 2007 |
| Lakes' Area Citizen's Police Academy, Wixom, MI<br>'Role of the Medical Examiner in Law Enforcement' | Oct 2007 |
| White Lake Citizens' Police Academy, Pontiac, MI<br>'Medical Examiner in Law Enforcement' | Oct 2007 |
| National Association of Medical Examiners Mtg., Savannah, GA<br>'A Case of "Burking" and a Lesson for Forensic Pathologists' | Oct 2007 |
| Child Death Investigation Seminar, Oakland County, MI<br>'Scene Assessment and the Limitations of "Autopsy Only"'<br>'Neuropathology of Child Abuse'<br>'Limitations of Expertise in Medical Professions' | Oct 2007 |
| Police Reserves, Police Auxiliaries and Victim Advocates, Madison Heights Police Department<br>'Patterns of Trauma' | Sep 2007 |
| Evidence Technicians' Training Course, OCME<br>'Cause and Manner of Death' | Sep 2007 |
| Beaumont Hospital "CSI" Sexual Assaults and Domestic Violence Seminar, Sterling Heights, MI<br>'Patterns of Trauma' | Aug 2007 |
| William Beaumont Hospital Emergency Department, Royal Oak, MI<br>Clinico-Pathology Correlation/Mortality Conference | Jul 2007 |
| William Beaumont Hospital, Department of Emergency Medicine, Royal Oak, MI<br>'Medical Examiner's Cases Defined' | Jul 2007 |

*Ljubisa Dragovic, M.D., F.C.A.P., F.A.A.F.S.*
**The Forensic Panel**

Page 7 of 26

## PRESENTATIONS CONTINUED…

| | |
|---|---|
| Keynote Lecture, Balkan Academy of Forensic Sciences, Ohrid, Macedonia<br>'The Role of Scene of Death in Medico-Legal Investigation' | Jun 2007 |
| Bloomfield Public Library<br>'The Role of Medical Examiner in a Community' | Jun 2007 |
| White Lakes Citizens' Police Academy, Pontiac, MI<br>'Medical Examiner in Law Enforcement' | Apr 2007 |
| Oakland County Bar Association's 13th Annual Youth Law Conference, Troy, MI<br>'Using Forensic Evidence to Solve Crimes' | Apr 2007 |
| William Beaumont Hospital Emergency Department, Royal Oak, MI<br>Clinico-Pathology Correlation/Mortality Conference | Mar 2007 |
| Lakes' Area Citizen's Police Academy, Wixom, MI<br>'Role of the Medical Examiner in Law Enforcement' | Mar 2007 |
| William Beaumont Hospital Emergency Department, Royal Oak, MI<br>Clinico-Pathology Correlation/Mortality Conference | Dec 2006 |
| White Lakes Citizens' Police Academy, Pontiac, MI<br>'Medical Examiner in Law Enforcement' | Nov 2006 |
| Lakes' Area Citizen's Police Academy, Wixom, MI<br>'Role of the Medical Examiner in Law Enforcement' | Nov 2006 |
| Harvard Associates in Police Science Seminar, Baltimore, MD<br>'Cause of Death and Manner of Death' | Oct 2006 |
| Lakes' Area Citizen's Police Academy, Wixom, MI<br>'Role of the Medical Examiner in Law Enforcement' | Sep 2006 |
| William Beaumont Hospital Emergency Department, Royal Oak, MI<br>Clinico-Pathology Correlation/Mortality Conference | Jul 2006 |
| Lakes' Area Citizen's Police Academy, Wixom, MI<br>'Role of the Medical Examiner in Law Enforcement' | Jul 2006 |
| Oakland County Prosecutors' Training Program, Pontiac, MI<br>'Introduction to Forensic Pathology' | Jul 2006 |
| Balkan Academy of Forensic Sciences, Stara Zagora, Bulgaria<br>'Domestic Violence – A Hydra with Countless Heads' | Jun 2006 |
| William Beaumont Hospital Emergency Department, Royal Oak, MI<br>Clinico-Pathology Correlation/Mortality Conference, | May 2006 |
| Harvard Associates in Police Science Seminar, Baltimore, MD<br>'Cause of Death and Manner of Death' | May 2006 |

US EXHIBIT-34-07

*Ljubisa Dragovic, M.D., F.C.A.P., F.A.A.F.S.*
**The Forensic Panel**

Page 8 of 26

## PRESENTATIONS CONTINUED...

| | |
|---|---|
| 17th Michigan Violent Crime Seminar, Ann Arbor, MI<br>'Forensic Pathology' | May 2006 |
| Oakland Police Academy, Oakland Community College, Auburn Hills, MI<br>'Preliminary Investigation of Death' | May 2006 |
| Lakes' Area Citizen's Police Academy, Wixom, MI<br>'Role of the Medical Examiner in Law Enforcement' | Apr 2006 |
| Genesee County Elder Death Review Team, Flint, MI | Apr 2006 |
| White Lake Citizens' Police Academy, Pontiac, MI<br>'Medical Examiner in Law Enforcement' | Apr 2006 |
| William Beaumont Hospital Emergency Department, Royal Oak, MI<br>Clinico-Pathology Correlation/Mortality Conference | Mar 2006 |
| Oakland County Bar Association's 12th Annual Youth Law Conference, Troy, MI<br>'Using Forensic Evidence to Solve Crimes' | Mar 2006 |
| Michigan Task Force on Elder Abuse, East Lansing, MI<br>'Medical Examiner's Role in Fatal Elder Abuse/Neglect' | Feb 2006 |
| Oakland Community College, Police Academy, Auburn Hills, MI<br>'Death Investigation for Police Evidence Technicians | Feb 2006 |
| Pontiac Osteopathic Hospital, Pontiac, MI<br>'Cause of Death/Manner of Death' | Jan 2006 |
| William Beaumont Hospital Emergency Department, Royal Oak, MI<br>Clinico-Pathology Correlation/Mortality Conference | Jan 2006 |
| William Beaumont Hospital Emergency Department, Royal Oak, MI<br>Clinico-Pathology Correlation/Mortality Conference | Nov 2005 |
| Auburn Hills Citizens' Police Academy<br>'Medical Examiner in Law Enforcement' | Nov 2005 |
| Oakland Police Academy, Oakland Community College, Auburn Hills, MI<br>'Preliminary Investigation of Death' | Nov 2005 |
| Harvard Associates in Police Science Seminar, Baltimore, MD<br>'Cause of Death and Manner of Death' | Oct 2005 |
| Lakes' Area Citizen's Police Academy, Wixom, MI<br>'Role of the Medical Examiner in Law Enforcement' | Oct 2005 |
| White Lake Citizens' Police Academy, Pontiac, MI<br>'Medical Examiner in Law Enforcement' | Oct 2005 |

US EXHIBIT-34-08

*Ljubisa Dragovic, M.D., F.C.A.P., F.A.A.F.S.*
The Forensic Panel

Page 9 of 26

## PRESENTATIONS CONTINUED...

| | |
|---|---|
| William Beaumont Hospital Emergency Department, Royal Oak, MI<br>     Clinico-Pathology Correlation/Mortality Conference | Sep 2005 |
| Evidence Technicians Training Course, Oakland Community College, Pontiac, MI<br>     'Cause and Manner of Death' | Sep 2005 |
| International Order of Reserve Police, Pontiac, MI<br>     'Cause and Manner of Death' | Aug 2005 |
| William Beaumont Hospital Emergency Department, Royal Oak, MI<br>     Clinico-Pathology Correlation/Mortality Conference | Jul 2005 |
| Michigan Trial Lawyers' Association, Novi, MI<br>     'Conscious Pain and Suffering' | Jun 2005 |
| Pontiac Osteopathic Hospital, Pontiac, MI<br>     'Cause of Death/Manner of Death' | Jun 2005 |
| William Beaumont Hospital Emergency Department, Royal Oak, MI<br>     Clinico-Pathology Correlation/Mortality Conference | May 2005 |
| Harvard Associates in Police Science Seminar, Baltimore, MD<br>     'Cause of Death and Manner of Death' | May 2005 |
| Oakland County Bar Association, Troy, MI<br>     'Using Forensic Evidence in Solving Crime' | Apr 2005 |
| William Beaumont Hospital Emergency Department, Royal Oak, MI<br>     Clinico-Pathology Correlation/Mortality Conference | Mar 2005 |
| Michigan Trial Lawyers' Association Seminar, Novi, MI<br>     'How to Prove a Cause of Death in an Individual with Multiple Medical Problems' | Jan 2005 |
| William Beaumont Hospital Emergency Department, Royal Oak, MI<br>     Clinico-Pathology Correlation/Mortality Conference | Dec 2004 |
| Oakland Police Academy, Oakland Community College, Auburn Hills, MI<br>     'Preliminary Investigation of Death' | Nov 2004 |
| Genesee County Law Enforcement In-service, Pontiac, MI<br>     'Cause and Manner of Death' | Nov 2004 |
| William Beaumont Hospital Emergency Department, Royal Oak, MI<br>     Clinico-Pathology Correlation/Mortality Conference | Oct 2004 |
| Harvard Associates in Police Science Seminar, Baltimore, MD<br>     'Cause of Death and Manner of Death' | Oct 2004 |
| Oakland County Prosecutor's Office Training, Pontiac, MI<br>     'Medical Examiner in Law Enforcement' | Sep 2004 |

US EXHIBIT-34-09

*Ljubisa Dragovic, M.D., F.C.A.P., F.A.A.F.S.*
The Forensic Panel

Page 10 of 26

## PRESENTATIONS CONTINUED...

| | |
|---|---|
| William Beaumont Hospital Emergency Department, Royal Oak, MI<br>    Clinico-Pathology Correlation/Mortality Conference | Aug 2004 |
| Genesee County Law Enforcement In-service, Pontiac, MI<br>    'Cause and Manner of Death' | Aug 2004 |
| William Beaumont Hospital Emergency Department, Royal Oak, MI<br>    Clinico-Pathology Correlation/Mortality Conference | Jul 2004 |
| White Lake Citizens' Police Academy, Pontiac, MI<br>    'Medical Examiner in Law Enforcement' | Jul 2004 |
| Balkan Academy of Forensic Sciences, Serres, Greece<br>    'Special Considerations in Investigation of Asphyxia Deaths' | Jun 2004 |
| Forensic Pathology Experts, Michigan Trial Attorneys' Association, Novi, MI<br>    'Louis Brandeis Searching For Dr. Waldo' | Jun 2004 |
| William Beaumont Hospital Emergency Department, Royal Oak, MI<br>    Clinico-Pathology Correlation/Mortality Conference | May 2004 |
| Harvard Associates in Police Science Seminar, Baltimore, MD<br>    'Cause of Death and Manner of Death' | May 2004 |
| Oakland Police Academy, Oakland Community College, Auburn Hills, MI<br>    'Preliminary Investigation of Death' | May 2004 |
| FBI Homicide Investigation Seminar, Ann Arbor, MI<br>    'Medico-Legal Investigation of Death' | May 2004 |
| Oakland Community College, Police Academy, Auburn Hills, MI<br>    'Death Investigation for Police Evidence Technicians' | May 2004 |
| Lakes' Area Citizen's Police Academy, Wixom, MI<br>    'Role of the Medical Examiner in Law Enforcement' | Apr 2004 |
| Clawson Alliance Against Drugs, Clawson, MI<br>    'A Reflection on Addiction' | Mar 2004 |
| Evidence Technicians Training Course, Oakland Community College, Pontiac, MI<br>    'Cause and Manner of Death' | Feb 2004 |
| Troy Alliance Against Drugs, Troy, MI<br>    'A Reflection on Addiction' | Jan 2004 |
| William Beaumont Hospital Emergency Department, Royal Oak, MI<br>    Clinico-Pathology Correlation/Mortality Conference | Jan 2004 |
| Oakland County Prosecutor's Office Training, Pontiac, MI<br>    'Medical Examiner in Law Enforcement' | Dec 2003 |

US EXHIBIT-34-10

*Ljubisa Dragovic, M.D., F.C.A.P., F.A.A.F.S.*
**The Forensic Panel**

Page 11 of 26

## PRESENTATIONS CONTINUED...

| | |
|---|---|
| Botsford General Hospital, Emergency Department,. Farmington Hills, MI<br>'Cause of Death/Manner of Death' | Dec 2003 |
| William Beaumont Hospital Emergency Department, Royal Oak, MI<br>Clinico-Pathology Correlation/Mortality Conference | Nov 2003 |
| Harvard Associates in Police Science Seminar, Baltimore, MD<br>'Cause of Death and Manner of Death' | Oct 2003 |
| Lakes' Area Citizen's Police Academy, Wixom, MI<br>'Role of the Medical Examiner in Law Enforcement' | Oct 2003 |
| Oakland Police Academy, Oakland Community College, Auburn Hills, MI<br>'Preliminary Investigation of Death' | Oct 2003 |
| William Beaumont Hospital Emergency Department, Royal Oak, MI<br>Clinico-Pathology Correlation/Mortality Conference | Sep 2003 |
| International Order of Reserve Police, Pontiac, MI<br>'Cause and Manner of Death' | Aug 2003 |
| William Beaumont Hospital Emergency Department, Royal Oak, MI<br>Clinico-Pathology Correlation/Mortality Conference | Jul 2003 |
| Harvard Associates in Police Science, Orilia, Ontario, Canada<br>'Deaths Resulting from Confrontation with Law Enforcement | Jun 2003 |
| West Bloomfield Police Dept, Evidence Technicians Training Session, West Bloomfield, MI | Jun 2003 |
| Victims' Advocates and Prosecutors Training Seminar | Jun 2003 |
| William Beaumont Hospital Emergency Department, Royal Oak, MI<br>Clinico-Pathology Correlation/Mortality Conference | May 2003 |
| Harvard Associates in Police Science Seminar, Baltimore, MD<br>'Cause of Death and Manner of Death' | May 2003 |
| Lakes' Area Citizen's Police Academy, Wixom, MI<br>'Role of the Medical Examiner in Law Enforcement' | Apr 2003 |
| Homicide Investigation Seminar, Pontiac, MI | Apr 2003 |
| William Beaumont Hospital Emergency Department, Royal Oak, MI<br>Clinico-Pathology Correlation/Mortality Conference | Mar 2003 |
| Oakland Bar Association<br>Moot Court Training Session | Feb 2003 |
| William Beaumont Hospital Emergency Department, Royal Oak, MI<br>Clinico-Pathology Correlation/Mortality Conference | Jan 2003 |

US EXHIBIT-34-11

*Ljubisa Dragovic, M.D., F.C.A.P., F.A.A.F.S.*
**The Forensic Panel**

Page 12 of 26

## PRESENTATIONS CONTINUED...

| | |
|---|---|
| Bloomfield Township Fire Department, Bloomfield, MI<br>     'Patterns of Trauma' | Nov 2002 |
| Harvard Associates in Police Science Seminar, Baltimore, MD<br>     'Cause of Death and Manner of Death' | Oct 2002 |
| Lakes' Area Citizen's Police Academy, Wixom, MI<br>     'Role of the Medical Examiner in Law Enforcement' | Oct 2002 |
| C.A.P. Wayne County Bar Association Seminar<br>     'Controversies in Forensic Pathology' | Oct 2002 |
| Oakland County Board of Commissioners Auditorium, Pontiac, MI<br>     'Child Death Investigation Seminar for Law Enforcement' | Oct 2002 |
| William Beaumont Hospital, Royal Oak, MI<br>     'Physical Evidence Preservation in Perioperative Trauma Care' | Oct 2002 |
| Oakland Community College, Department of Criminal Justice<br>     'Cause and Manner of Death' | Oct 2002 |
| William Beaumont Hospital, Royal Oak, MI<br>     'Investigating Deaths in Emergency Department' | Oct 2002 |
| First Turkish-U.S. Forensic Sciences Meeting, Istanbul, Turkey<br>     'Special Considerations in Child Death Investigation'<br>     'Asphyxia'<br>     'Deaths in Confrontation with Law Enforcement Agents' | Sep 2002 |
| Harvard Associates in Police Science Seminar, Baltimore, MD<br>     'Cause of Death and Manner of Death' | May 2002 |
| Lakes' Area Citizen's Police Academy, Wixom, MI<br>     'Role of the Medical Examiner in Law Enforcement' | Apr 2002 |
| 2002 Annual Spring Meeting, The American Academy of Psychiatry and the Law - Midwest Chapter, Ann Arbor, MI Apr 2002<br>     'Death Scene Investigation' | |
| Firefighters and Paramedics Training, Bloomfield Township Fire Dept, Bloomfield Township, MI<br>     'Penetrating Trauma' | Apr 2002 |
| Advanced Trial Advocacy Seminar, Okemos, MI<br>     'Pitfalls and Misunderstandings in Forensic Pathology - Limitations of Science' | Apr 2002 |
| Southeast Michigan Chapter of Certified Fraud Examiners, West Bloomfield, MI<br>     'Expert Witness in Court' | Feb 2002 |

US EXHIBIT-34-12

*Ljubisa Dragovic, M.D., F.C.A.P., F.A.A.F.S.*
The Forensic Panel

Page 13 of 26

## PRESENTATIONS CONTINUED...

| | |
|---|---|
| 2002 Regional Arson Seminar, International Association of Arson Investigators, Michigan Chapter, Southfield, MI<br>    'Fire and Explosive Death Investigations' | Jan 2002 |
| Oakland Police Academy, Auburn Hills/Pontiac, MI<br>    Advanced Homicide Investigators' Training Program, | Dec 2001 |
| Harvard Associates in Police Science Seminar, Baltimore, Maryland<br>    'Cause of Death and Manner of Death' | Oct 2001 |
| Lakes' Area Citizen's Police Academy, Wixom, MI<br>    'Role of the Medical Examiner in Law Enforcement' | Oct 2001 |
| 9th Annual Investigation for Identification, Pensacola, FL<br>    'Euthanasia and Complications Thereof' | Oct 2001 |
| National Association of Medical Examiners Annual Meeting, Richmond, VA<br>    'Role of the Medical Examiner in Bereavement Counseling' | Oct 2001 |
| William Beaumont Hospital Emergency Department, Royal Oak, MI<br>    Clinico-Pathology Correlation/Mortality Conference | Sep 2001 |
| 6th Annual International Reserve Police Officers Association Conference, Pontiac, MI<br>    'Deaths Resulting from Confrontation with Law Enforcement Agents' | Aug 2001 |
| Pediatric Mortality Rounds, St. Joseph Mercy–Oakland Hospital, Pontiac, MI | Jun 2001 |
| Oakland County Homicide Investigation Seminar, Pontiac, MI<br>    'Cause and Manner of Death' | Jun 2001 |
| Oakland Police Academy, Auburn Hills/Pontiac, MI<br>    Advanced Homicide Investigators' Training Course | Jun 2001 |
| Homicide Investigation, Detective School, Oakland County Police Academy<br>    Oakland Community College, Criminal Justice Department | Jun 2001 |
| Harvard Associates in Police Science Seminar, Baltimore, MD<br>    'Cause of Death and Manner of Death' | May 2001 |
| Turning Point SANE Program, Warren, MI<br>    'Patterns of Injury' | May 2001 |
| William Beaumont Hospital Emergency Department, Royal Oak, MI<br>    Clinico-Pathology Correlation/Mortality Conference | Apr 2001 |
| Lakes' Area Citizen's Police Academy, Wixom, MI<br>    'Role of the Medical Examiner in Law Enforcement' | Apr 2001 |
| Oakland Criminal Justice Association, Pontiac, MI<br>    'Role of Drugs in Deaths Resulting from Confrontation with Law Enforcement' | Mar 2001 |

US EXHIBIT-34-13

*Ljubisa Dragovic, M.D., F.C.A.P., F.A.A.F.S.*
**The Forensic Panel**

Page 14 of 26

## PRESENTATIONS CONTINUED...

| | |
|---|---|
| Emergency Department, Botsford General Hospital, Farmington Hills, MI<br>'Patterns of Injury; Cause and Manner of Death' | Feb 2001 |
| Homicide Investigation, Detective School, Oakland Police Academy<br>Oakland Community College, Criminal Justice Department, Auburn Hills, MI | 2001 |
| William Beaumont Hospital Emergency Department, Royal Oak, MI<br>Clinico-Pathology Correlation/Mortality Conference | Nov 2000 |
| Harvard Associates in Police Science Seminar, Baltimore, MD<br>'Cause of Death and Manner of Death' | Oct 2000 |
| Lakes' Area Citizen's Police Academy, Wixom, MI<br>'Role of the Medical Examiner in Law Enforcement' | Oct 2000 |
| Oakland County Medical Examiner's Office, Pontiac, MI<br>Homicide Investigation Seminar | Sep 2000 |
| William Beaumont Hospital Emergency Department, Royal Oak, MI<br>Clinico-Pathology Correlation/Mortality Conference | Jun 2000 |
| Harvard Associates in Police Science Seminar, Baltimore, MD<br>'Cause of Death and Manner of Death' | May 2000 |
| Featured Speaker, Michigan Osteopathic Association, Dearborn, MI<br>'Into the 21st Century: Professional Responsibility and Complications Thereof' | May 2000 |
| ISEF 2000 Judge, Detroit, MI | May 2000 |
| Statewide Prosecutors' Training, Boyne Highlands, Harbor Springs, MI<br>Cross Examination of Expert Witness | Mar 2000 |
| Oakland Bar Association, Bloomfield Hills, MI<br>Criminal Justice Controversies/Wound Patterns | Mar 2000 |
| Oakland Bar Association, Bloomfield Hills, MI<br>'Criminal Justice Controversies/Wound Patterns' | Mar 2000 |
| Statewide Prosecutors' Training, Boyne Highlands, Harbor Springs, MI<br>'Cross Examination of Expert Witness' | Mar 2000 |
| Clawson Police Department and City Activists Luncheon, Clawson, MI<br>'Role of Medical Examiner' | Feb 2000 |
| Evidence Technicians Course, Oakland Community College, Auburn Hills, MI<br>'Gunshot Wounds and Stab Wounds' | Feb 2000 |
| William Beaumont Hospital Emergency Department, Royal Oak, MI<br>Clinico-Pathology Correlation/Mortality Conference | Feb 2000 |

US EXHIBIT-34-14

*Ljubisa Dragovic, M.D., F.C.A.P., F.A.A.F.S.*
**The Forensic Panel**

Page 15 of 26

## PRESENTATIONS CONTINUED...

| | |
|---|---|
| St. Clair Shores Kiwanis Club, St. Clair, MI | Jan 2000 |
| 'Role of Medical Examiner' | |
| | |
| Statewide Prosecutors' Training Program, Midland, MI | Nov 1999 |
| | |
| Jackson County Medical Society, Jackson, MI | Nov 1999 |
| 'Role of Medical Examiner' | |
| | |
| Harvard Associates in Police Science Seminar, Baltimore, MD | Oct 1999 |
| 'Cause of Death and Manner of Death' | |
| | |
| Michigan Association of Medical Examiners, Auburn Hills, MI | Oct 1999 |
| Program Chairman & Annual Meeting Organizer | |
| | |
| William Beaumont Hospital, Royal Oak, MI | Oct 1999 |
| 'Preservation of Physical Evidence in Emergency Room Conditions' | |
| | |
| International Post Blast Training Program, Bureau of Alcohol, Tobacco & Firearms National Academy, Glynco, GA | Oct 1999 |
| 'Investigation of Fatal Explosions/Bombings - Forensic Pathologist's Prospective' | |
| | |
| Homicide Investigation, Detective School, Oakland County Police Academy | Jun 1999 |
| Oakland Community College, Criminal Justice Department | |
| | |
| Harvard Associates in Police Science Seminar, Baltimore, MD | May 1999 |
| 'Cause of Death and Manner of Death' | |
| | |
| Lakes' Area Citizen's Police Academy, Wixom, MI | Apr 1999 |
| 'Role of the Medical Examiner in Law Enforcement' | |
| | |
| Infants and Children Death Investigation Seminar, Pontiac, MI | Feb 1999 |
| | |
| C-Span Symposium, Journalism on Euthanasia and Aided Deaths, University of Michigan, Ann Arbor, MI | Feb 1999 |
| 'Manner of Death' | |
| | |
| Saginaw County Medical Society | Jan 1999 |
| 'Child Death Investigation' | |
| | |
| Oakland Community College, Department of Criminal Justice, Auburn Hills, MI | Jan 1999 |
| 'Autopsy as Physical Evidence in Death Investigation/Evidence Technicians Course' | |
| | |
| Homicide Investigation, Detective School, Oakland Police Academy | 1999 |
| Criminal Justice Department, Oakland Community College, Auburn Hills, MI | |
| | |
| International Post Blast Training Program, Bureau of Alcohol, Tobacco & Firearms National Academy, Glynco, GA | Dec 1998 |
| 'Investigation of Fatal Explosions/Bombings – Forensic Pathologist's Prospective' | |

US EXHIBIT-34-15

*Ljubisa Dragovic, M.D., F.C.A.P., F.A.A.F.S.*
**The Forensic Panel**

Page 16 of 26

## PRESENTATIONS CONTINUED...

| | |
|---|---|
| Prosecuting Attorney's Coordinating Council and Prosecuting Attorneys Association of Michigan, Grand Rapids, MI<br>      'Child Death Investigation - A Rejoinder, Homicide II: Specialized Topics in the Investigation and Prosecution of Homicide Cases' | Dec 1998 |
| Detectives' Course, Oakland Police Academy, Auburn Hills, MI<br>      'Homicide Investigation' | Dec 1998 |
| Harvard Associates in Police Science Seminar, Baltimore, Maryland<br>      'Cause of Death and Manner of Death' | Oct 1998 |
| Florida Medical Examiner's Association Suicide Conference, Marco Island, FL<br>      'Euthanasia in Michigan' | Oct 1998 |
| Birmingham Senior Business Club, Birmingham, MI<br>      'Role of Medical Examiner in Law Enforcement' | Jul 1998 |
| Detectives' Course, Oakland Police Academy, Auburn Hills, MI<br>      'Homicide Investigation' | Jun 1998 |
| Harvard Associates in Police Science Seminar, Baltimore, MD<br>      'Cause of Death and Manner of Death' | May 1998 |
| Lakes' Area Citizen's Police Academy, Wixom, MI<br>      'Role of the Medical Examiner in Law Enforcement' | Apr 1998 |
| William Beaumont Hospital - Royal Oak Trauma Service, Royal Oak, MI<br>      'Surgical Mortality Review' | Apr 1998 |
| Troy Fire Department, Troy, MI<br>      'Investigation of Fire Deaths' | Apr 1998 |
| Oakland Police Academy, Auburn Hills, MI<br>      'Homicide Investigation - Evidence Technicians Course' | Feb 1998 |
| Prosecuting Attorneys Association of Michigan, Lansing, MI<br>      'Capabilities and Limitations of Forensic Pathology' | Dec 1997 |
| Pediatric Grand Rounds, William Beaumont Hospital, Royal Oak, MI<br>      'Sudden Infant Death Syndrome vs. Asphyxia' | Dec 1997 |
| Harvard Associates in Police Science Seminar, Baltimore, MD<br>      'Cause of Death and Manner of Death' | Oct 1997 |
| Lakes' Area Citizen's Police Academy, Wixom, MI<br>      'Role of the Medical Examiner in Law Enforcement' | Oct 1997 |
| XVII Congress of the International Academy of Legal Medicine, Dublin, Ireland<br>      'Euthanasia and Physician Aided Death in Southeastern Michigan'<br>      'Accidental Position/Compression Asphyxia in Infancy and Childhood' | Aug 1997 |

US EXHIBIT-34-16

*Ljubisa Dragovic, M.D., F.C.A.P., F.A.A.F.S.*
The Forensic Panel

Page 17 of 26

## PRESENTATIONS CONTINUED...

| | |
|---|---|
| Seventh Masters Conference for Advanced Death Investigation, St. Louis, MO<br>    'Euthanasia - The Michigan Experience' | Jul 1997 |
| Detectives' Course, Oakland Police Academy, Auburn Hills, MI<br>    'Homicide Investigation' | Jun 1997 |
| Oakland Police Academy, Oakland Community College, Auburn Hills, MI<br>    'Preliminary Investigation of Death' | Jun 1997 |
| International Post Blast Training Program, Bureau of Alcohol, Tobacco & Firearms National Academy, Glynco, GA<br>    'Investigation of Fatal Explosions/Bombings – Forensic Pathologist's Prospective' | Jun 1997 |
| Harvard Associates in Police Science Seminar, Baltimore, MD<br>    'Cause of Death and Manner of Death' | May 1997 |
| Dayton Right to Life Society and Greater Miami Medical Society, Dayton, OH<br>    'Euthanasia and Physician Aided Deaths in Southeast Michigan' | May 1997 |
| Oakland County Sheriff's Department, Pontiac, MI<br>    'The Role of Medical Examiner in Law Enforcement' | May 1997 |
| Lakes' Area Citizen's Police Academy, Wixom, MI<br>    'Role of the Medical Examiner in Law Enforcement' | Apr 1997 |
| Michigan Vascular Society, Novi, MI<br>    Euthanasia in Southeast Michigan' | Apr 1997 |
| American Association of Suicidology, 30th Annual Conference, Memphis, TN<br>    'Euthanasia and Physician Assisted Death in Southeast Michigan' | Apr 1997 |
| Exchange Club, Farmington, MI<br>    'Controversies in Forensic Pathology' | Apr 1997 |
| California Homicide Investigators Association, Reno, NV<br>    'Investigation of Euthanasia' | Mar 1997 |
| Department of Psychology, Wayne State University, Detroit, MI<br>    'Euthanasia' | Mar 1997 |
| Diocese of Cleveland/Notre Dame College, Cleveland, OH<br>    'Euthanasia and Physician Aided Death in Southeastern Michigan' | Feb 1997 |
| Lakes' Area Citizen's Police Academy, Wixom, MI<br>    'Role of the Medical Examiner in Law Enforcement' | Oct 1996 |
| Washington State Criminal Justice Training Program, Chelan Lake, WA<br>    'Euthanasia and Physician Aided Deaths in Southeastern Michigan' | Oct 1996 |

US EXHIBIT-34-17

*Ljubisa Dragovic, M.D., F.C.A.P., F.A.A.F.S.*
The Forensic Panel

Page 18 of 26

## PRESENTATIONS CONTINUED...

| | |
|---|---|
| Berrien County Medical Society, Niles, MI<br>   'Euthanasia and Physician Aided Deaths in Southeastern Michigan' | Oct 1996 |
| National Association of Medical Examiners Meeting, Traverse City, MI<br>   'Euthanasia and Physician Aided Deaths in Southeastern Michigan' | Sep 1996 |
| Homicide Investigation, Detective School, Oakland County Police Academy<br>   Oakland Community College, Criminal Justice Department | Jun 1996 |
| Ypsilanti Regional Center for Forensic Psychiatry<br>   'Role of Medical Examiner/Forensic Pathologist' | Jun 1996 |
| Citizens Police Academy, Madison Heights, MI<br>   'Role of the Medical Examiner in Law Enforcement' | Apr 1996 |
| Harvard Associates in Police Science Seminar, Baltimore, MD<br>   'Cause of Death and Manner of Death' | Apr 1996 |
| Citizens Police Academy, Madison Heights, MI | Apr 1996 |
| State Regional Center for Forensic Psychiatry, Ypsilanti, MI<br>   'Medicolegal Investigation of Death' | Mar 1996 |
| Troy Fire Department, Troy, MI<br>   'Investigation of Fire Deaths' | Mar 1996 |
| Oakland Community College, Police Academy, Auburn Hills, MI<br>   'Death Investigation for Police Evidence Technicians'<br>   'Role of the Medical Examiner in Law Enforcement' | Feb 1996 |
| Homicide Investigation, Detective School, Oakland Police Academy<br>   Oakland Community College, Criminal Justice Department, Auburn Hills, MI | 1996 |
| Lakes' Area Citizen's Police Academy, Wixom, MI<br>   'Role of the Medical Examiner in Law Enforcement' | Oct 1995 |
| Pontiac Osteopathic Hospital Emergency Trauma Center, Pontiac, MI<br>   Penetrating Trauma Course' | Oct 1995 |
| Rotary Club of Novi, Novi, MI<br>   'Forensic Controversies' | Oct 1995 |
| Citizens Police Academy, Madison Heights, MI<br>   'Role of the Medical Examiner in Law Enforcement' | Oct 1995 |
| Harvard Associates in Police Science Seminar, Baltimore, MD<br>   'Cause of Death and Manner of Death' | Oct 1995 |

US EXHIBIT-34-18

*Ljubisa Dragovic, M.D., F.C.A.P., F.A.A.F.S.*
**The Forensic Panel**

Page 19 of 26

## PRESENTATIONS CONTINUED...

| | |
|---|---|
| Transplantation Society of Michigan, University of Michigan Medical Center Symposium, Ann Arbor, MI<br>      'Role of the Medical Examiner in Organ Procurement' | Sep 1995 |
| Medicolegal Investigation in the Living and Dead, Grand Junction, CO<br>      'Cause and Manner of Death' 'Traffic Injuries' 'Elderly Abuse and Euthanasia' | Aug 1995 |
| Rochester Hills Lions Club<br>      'Role of the Medical Examiner in the Society' | Aug 1995 |
| Pontiac Osteopathic Hospital, Pontiac, MI<br>      'Medical Examiner's Cases Defined for Emergency Room Physicians' | Aug 1995 |
| Michigan Association of Traffic Accident Investigators<br>      'Motorcycle Related Injuries' | Jun 1995 |
| Harvard Associates in Police Science Seminar, Baltimore, MD<br>      'Cause of Death and Manner of Death' | May 1995 |
| Harvard Associates in Police Science Seminar, Baltimore, MD<br>      'Wounds by Firearms' | May 1995 |
| Lakes' Area Citizen's Police Academy, Wixom, MI<br>      'Role of the Medical Examiner in Law Enforcement' | Mar 1995 |
| Oakland County Medical Examiner, Pontiac, MI<br>      'Forensic Pathology Seminar/Homicide Investigation' | Mar 1995 |
| Bureau of Alcohol, Tobacco, Firearms, Detroit, MI<br>      'Limitations of Protective Vests | Dec 1994 |
| Defender Training Institute, Criminal Defense Attorney's Association of Michigan, Ypsilanti, MI,<br>      'Forensic Pathology Issues' | Dec 1994 |
| Michigan Dental Association, Lansing, MI<br>      'Forensic Pathology for Dentists' | Nov 1994 |
| Lakes' Area Citizen's Police Academy, Wixom, MI<br>      'Role of the Medical Examiner in Law Enforcement' | Oct 1994 |
| The Engineering Society for Advancing Mobility Land, Sea, Air and Space, Head and Neck Injury Symposium, Troy, MI<br>      'Cranio-Cerebral Trauma' | Sep 1994 |
| Wayne State University, Detroit, MI<br>      'Neuropathology Review Course for Medical Students' | Aug 1994 |
| Homicide Investigation, Detective School, Oakland County Police Academy<br>      Oakland Community College, Criminal Justice Department | Jun 1994 |

US EXHIBIT-34-19

*Ljubisa Dragovic, M.D., F.C.A.P., F.A.A.F.S.*
**The Forensic Panel**

Page 20 of 26

## PRESENTATIONS CONTINUED...

| | |
|---|---|
| Lakes' Area Citizen's Police Academy, Wixom, MI<br>    'Role of the Medical Examiner in Law Enforcement' | May 1994 |
| Royal Oak Kiwanis Club, Royal Oak, MI<br>    'Role of the Medical Examiner' | Mar 1994 |
| Law Enforcement and Security Association of Washtenaw County Federal Correctional Facility, Milan, MI<br>    'Forensic Pathology Controversies' | Mar 1994 |
| Medicolegal Investigation of Death Seminar, Dearborn, MI<br>    'Forensic Controversy Debate' | Mar 1994 |
| Oakland Community College, Police Academy, Auburn Hills, MI<br>    'Death Investigation for Police Evidence Technicians' | Feb 1994 |
| American Academy of Forensic Sciences, San Antonio, TX<br>    'Fatal Injuries Resulting From Infant/Child Car Safety Seat' | Feb 1994 |
| Royal Oak Lions, Royal Oak, MI<br>    'Role of the Medical Examiner' | Feb 1994 |
| Detroit Mercy Law School, Detroit, MI<br>    'Lecture to Law Students' | Feb 1994 |
| Neurology Grand Rounds, Wayne State Universitcy School of Medicine, Detroit, MI<br>    'Brain Trauma and Drugs' | Feb 1994 |
| Saginaw Medical/Dental Society, Saginaw, MI<br>    'Forensic Pathology Controversies' | Jan 1994 |
| Homicide Investigation, Detective School, Oakland Police Academy<br>    Oakland Community College, Criminal Justice Department, Auburn Hills, MI | 1994 |
| The Engineering Society for Advancing Mobility Land, Sea, Air and Space<br>Head and Neck Injury Symposium, Denver, CO<br>    'Cranio-Cerebral Trauma' | Dec 1993 |
| Defender Training Institute, Criminal Defense Attorneys Association of Michigan, Flint, MI<br>    'Forensic Pathology Issues' | Dec 1993 |
| Oakland County Medical Examiner's Office, Pontiac, MI<br>    Forensic Pathology Seminar | Dec 1993 |
| Lake Orion Optimist's Club, Lake Orion, MI<br>    'Forensic Controversies' | Nov 1993 |
| Birmingham Kiwanis Club, Birmingham, MI<br>    'Forensic Controversies' | Oct 1993 |

US EXHIBIT-34-20

*Ljubisa Dragovic, M.D., F.C.A.P., F.A.A.F.S.*
The Forensic Panel

Page 21 of 26

## PRESENTATIONS CONTINUED...

| | |
|---|---|
| Pontiac Osteopathic Hospital, Pontiac, MI<br>    'Medical Examiner's Cases Defined' | Jun 1993 |
| Homicide Investigation, Detective School, Oakland County Police Academy<br>    Oakland Community College, Criminal Justice Department | Jun 1993 |
| Michigan-Ontario Identification Association<br>    'The Role of the Medical Examiner in Death Investigation' | May 1993 |
| Oakland Police Academy, Auburn Hills Campus, MI<br>    Fatal Motor Vehicle Accident Investigation Seminar | Apr 1993 |
| Federal Bureau of Investigation Academy, Quantico, VA<br>    V.I.C.A.P. International Homicide Symposium | Mar 1993 |
| American Academy of Forensic Sciences, Boston, MA<br>    'Euthanasia and Physician Assisted Death' Plenary Session | Feb 1993 |
| Forensic Pathology Seminar, Oakland Police Academy, Auburn Hills Campus, MI | Dec 1992 |
| Michigan Association of Medical Examiners, Midland, MI<br>    'Michigan Serial Killers' | Oct 1992 |
| University of Michigan, Ann Arbor, MI<br>    'Cause and Manner of Death' | Sep 1992 |
| Forensic Pathology Seminar, Oakland Police Academy, Auburn Hills Campus, MI | Dec 1991 |
| Office of the Chief Medical Examiner, State of Maryland, Baltimore, MD<br>    'Patterns in Cranio-Cerebral Trauma' | Nov 1991 |
| University of Michigan, Ann Arbor, MI<br>    'Forensic Aspects of Neuropathology' | Sep 1991 |
| Oakland Police Academy, Auburn Hills, MI<br>    'Medicolegal Investigation of Death and Trauma' | Dec 1990 |
| Michigan Association of Medical Examiners, 1990 Annual Meeting, Midland, MI<br>    'Basics of Cranio-Cerebral Trauma' | Oct 1990 |
| Neurology Grand Rounds, Kresge Auditorium, Detroit, MI<br>    'Neuropathology of A.I.D.S.' | Feb 1990 |

## PUBLICATIONS

Dragovic, L.J. Book Review of: **FORENSIC NEUROPATHOLOGY, Second Edition,** by Leestma,
    J.E. Boca Raton, Florida: CRC Press/Taylor & Francis Group 2009, in J Forensic Sci, Vol. 55, No. 1
    Jan. 2010

*Ljubisa Dragovic, M.D., F.C.A.P., F.A.A.F.S.*
The Forensic Panel

## PUBLICATIONS CONTINUED...

Stoukas, V., Dragovic, L.J.: **Sudden Deaths from Eosinophilic Coronary Monoarteritis: A Subset of Spontaneous Coronary Artery Dissection.** The American Journal of Forensic Medicine and Pathology, 30(3) 268-269, September 2009

Dragovic, L.J.: **Neuropathology of Brain Trauma in Infants and Children,** Ch. 16, in Essential Forensic Neuropathology, Troncoso, J.Ed. Walters Kluwer Health/Lippincott Williams & Wilkins, 2009

Dragovic, L.J.: **Systems of Medicolegal Investigation of Death in the U.S.A.,** Expertus Forensis, Montenegro, June 2008

Chowdhury, P.S., Franklin, B. A., Boura, J.A., Dragovic, L.J., Kanluen, S., Spitz, W.U., Hodak, J., O'Neill, W.W.: **"Sudden Cardiac Death After Manual or Automated Snow Removal",** *The American Journal of Cardiology,* Vol. 92, 833-835, October 1, 2003

Fischer, H., Hammel, P.W., Dragovic, L.J.: **"Human Bites Versus Dog Bites",** *New England Journal of Medicine,* 349, 11, September 11, 2003

Roscoe, L.A., Malphurs, J.E., Dragovic, L.J., Cohen, D.: **"Antecedents of Euthanasia and Suicide Among Older Women."** *Journal of the American Women's Association,* Vol. 58, No. 1, 44-48, 2003

Ortiz-Reyes, R., Dragovic, L.J., Eriksson, A.: **"Sudden Unexpected Death Resulting from Previously Non Symptomatic Subependymoma",** *The American Journal of Forensic Medicine and Pathology,* 23 (1); 63-67, 2002

Roscoe, L.A., Malphurs, J.E., Dragovic, L.J., Cohen, D.: **"A Comparison of Characteristics of Kevorkian Euthanasia Cases and Physician-Assisted Suicides in Oregon."** *The Gerontologist,* Vol. 41, No. 4, 439-446, 2001

Dragovic, L.J. : **In Memoriam, John E. Smialek, M.D. (1943-2001)** The American Journal of Forensic Medicine and Pathology 22 (4) :395-396, 2001

Roscoe, L.A., Malphurs, J.E., Dragovic, L.J., Cohen, D.: **"Dr. Jack Kevorkian and Cases of Euthanasia in Oakland County, Michigan,"** 1990-1998; *The New England Journal of Medicine,* Vol. 343, No. 23, 1735-1736, December 7, 2000

Kaplan, K.J., O'Dell, J., Dragovic, L.J., McKeon, M.D., Bentley, E. Telmet, K.L.: **"An update on the Kevorkian-Reding 93 Physician-Assisted Deaths in Michigan";** *Omega,* Vol. 40 (1) 209-229, 1999-2000

Loewe,C., Dragovic, L.J.: **"Acute Coronary Artery Thrombosis in a Postpartum Woman Receiving Bromocriptine."** *The American Journal of Forensic Medicine and Pathology,* Vol. 19, No.3, 258-260, September 1998

Zhou, C., Khalil, T.B., King, A.I., Dragovic, L.J.: **"Head Injury Assessment of a Real World Crash by Finite Element Modeling."** *Agard-CP-597,* November 1997

Washington, R., Burton, J., Todd, RF 3rd, Newman W., Dragovic, L, Dore-Duffy, P: **"Expression of Immunologically Relevant Endothelial Cell Activation Antigens on Isolated Central Nervous System Microvessels from Patients with Multiple Sclerosis."** *Annals of Neurology,* 35(I):89-97, January, 1994

*Ljubisa Dragovic, M.D., F.C.A.P., F.A.A.F.S.*
The Forensic Panel

## PUBLICATIONS CONTINUED...

Dore-Duffy, P, Washington, R., Dragovic, L: **"Expression of Endothelial Cell Activation Antigens in Microvessels from Patients with Multiple Sclerosis."** *Advances in Experimental Medicine & Biology,* 331:243-8, 1993

van der Zwan, A, Hillen, B, Tulleken, CA, Dujovny, M., Dragovic, L.: **"Variability of the Territories of the Major Cerebral Arteries."** *J Neurosurgery,* 77(6):927-40, Dec. 1992

Torche, M., Mahmood, A., Araujo, R., Dujovny, M., Dragovic, L.J., Ausman, J.I.: **"Microsurgical Anatomy of the Lower Basilar Artery."** *Neurological Research,* Vol. 14 June, 1992

Berguer, R., Porto, J. Fedoranko, B., Dragovic, L.J.: **"Selective Deep Hypothermia of the Spinal Cord Prevents Paraplegia After Aortic Cross-Clamping in the Dog Model."** *Journal of Vascular Surgery,* Vol. 15, pp. 62-72, January, 1992

Bannon, M.J., Poosch, M.S., Haverstick, D.M., Mandal, A., Xue, I.C.-H., Shibata, K., Dragovic, L.J.: **"Preprotachykinin Gene Expression in the Human Basal Ganglia: Characterization of mRNAs and pre-mRNAs Produced by Alternate RNA Splicing."** *Molecular Brain Research,* 12; 225-231, 1992

Mahmood, A., Dujovny, M., Torche, M., Dragovic, L.J., Ausman, J.: **"Microvascular Anatomy of Foramen Caecum Medullae Oblongatae."** *J Neurosurgery,* 75:299-304, 1991

VanOverbeke, J.J., Dujovny, M., Dragovic, L.J., Ausman, J.: **"Anatomy of the Sympathetic Pathways in the Carotid Canal."** *Neurosurgery,* Vol. 29, No. 6, 1991

Richert, J.R., Robinson, E.D., Johnson, A.H., Bergman, C.A., Dragovic, L.J., Reinsmoen, N.L., Katovich-Hurley, C.: **"Heterogeneity of the T-Cell Receptor Beta Gene Rearrangements Generated in Myelin Basic Protein - Specific T-Cell Clones Isolated from a Patient with Multiple Sclerosis."** *Annals of Neurology,* Vol. 29, No. 3, March 1991

Oxenkrug, G.F., Dragovic, L.J., Marks, B.H., Yuwiler, A.: **"Effect of Cocaine on Rat Pineal Melatonin Synthesis in Vivo and in Vitro."** *Psychiatry Research,* 34:185-191, Elsevier

Wolf, M.E., LeWitt, P.A., Bannon, M.J. Dragovic, L.J., Kapatos, G.: **"Effect of Aging on Tyrosine Hydroxylase Protein Content and the Number of Dopamine Nerve Terminals in Human Caudate Nucleus: A Flow Cytometric Study."** *Journal of Neurochemistry,* 56:1191-1200, 1991

Sadisivan, B., MA, S.H., Dujovny, M., Ausman, J., Zamorano, L., Dragovic, L.J.: **"The Anterior Cavernous Sinus Space."** *Acta Neurochirurgica* (Wien) 108:154-158, 1991

Croen, K.D., Ostrove, J.M., Dragovic, L.J., Straus, S.E.: **"Characterization of Herpes Simplex Virus Type 2 Latency-Associated Transcription in Human Sacral Ganglia and in Cell Culture."** *The Journal of Infectious Disease,* 163:23-28, 1991

Oxenkrug, G.F., Anderson, G.F., Dragovic, L.J., Blaivas, M., Reiderer, P.: **"Circadian Rhythms of Human Pineal Melatonin, Related Indoles, and Beta Adrenoreceptors: Post-Mortem Evaluation."** *Journal of Pineal Research,* 9:1-11, 1990

*Ljubisa Dragovic, M.D., F.C.A.P., F.A.A.F.S.*
**The Forensic Panel**

Page 24 of 26

## PUBLICATIONS CONTINUED...

Chavantes, M.D., Zamorano, L., Vinas, F.C., Dujovny, M., Dragovic, L.J.: **"Experimental In Vivo Study of Laser-Tissue Interaction on the Brain:  Influence of Gaseous Environment."** *S.P.I.E.*, Vol. 1202, Laser-Tissue Interaction, 324-333, 1990

Bannon, M.J., Chang-Hong, X., Shibata K., Dragovic, L.J., Kapatos, G.: **"Expression of a Human Cocaine-Sensitive Dopamine Transporter in Xenopus Laevis Oocytes."** *Journal of Neurochemistry*, Vol. 54, No. 2, 1990

Richert, J.R., Robinson, E.D., Deibler, G.E., Martenson, R.E., Dragovic, L.J., Kies, M.W.: **"Human Cytotoxic T-Cell Recognition of a Synthetic Peptide of Myelin Basic Protein."** *Annals of Neurology*, Vol. 26, No. 3, September, 1989

Richert, J.R., Rueben-Burnside, C.A., Deibler, G.E., Martenson, R.E., Dragovic, L.J., Kies, M.W.: **"Evidence for Multiple Human T-Cell Recognition Sites on Myelin Basic Protein."** *Journal of Neuroimmunology*, Vol. 23, 1, 55-66, 1989

Croen, K.D., Ostrove,J.M., Dragovic, L.J., Straus, S.E.: **"Patterns of Gene Expression and Sites of Latency in Human Nerve Ganglia are Different for Varicella-zoster and Herpes simplex viruses."** *Proceedings of National Academy of Sciences.* USA, Vol. 85, pp 9773-9777,  Medical Sciences Dec., 1988

Croen, K.D., Ostrove, J.M., Dragovic, L.J., Smialek, J.E., Straus, S.E.: **"Latent Herpes Simplex Virus in Human Trigeminal Ganglia."** *New England Journal of Medicine*, 317:1427-1432, Dec. 3, 1987

Boagman, R.Jr., Scarth, B., Dragovic, L.J., Robertson, D.M.: **"Neurotoxicity of Adriamycin and Misonidazole in the Mouse."** *Experimental Neurology*, 87 (1), 1-8, 1985

## PROFESSIONAL AFFLIATIONS

| | |
|---|---|
| Michigan Maternal Death Review Team | 2005-present |
| Troy Community Coalition, Advisory Board | 2005-2010 |
| O.C.M.S./O.C.B.A. Medical/Legal Committee | 2003-present |
| Two North Regional Bioterrorism Advisory Committee | 2003-present |
| Oakland County Domestic Violence Review Team | 2003-present |
| Oakland County Child Death Review Team | 1997-present |
| *Board of Editors*, American Journal of Forensic Medicine and Pathology | 1996-present |
| *Board of Directors* , Grosse Pointe Community Science Foundation, Inc. | 2001-2007 |
| Governor Graholm's Elder Abuse Task Force | 2005-2006 |

US EXHIBIT-34-24

*Ljubisa Dragovic, M.D., F.C.A.P., F.A.A.F.S.*
The Forensic Panel

Page 25 of 26

## PROFESSIONAL AFFLIATIONS CONTINUED...

National Association of Medical Examiners
    *Board of Directors*                                                       1999-2005
    *Ethics Committee*                                                      1991-1998

College of American Pathologists

Canadian Association of Pathologists

International Academy of Pathology, U.S. - Canada Division

Michigan Society of Pathologists

American Medical Association

American Association of Neuropathologists

American Academy of Forensic Sciences

Michigan Association of Medical Examiners

International Society of Neuropathology

## EDUCATION

Faculty of Medicine, University of Belgrade, Belgrade, Yugoslavia       1975
    M.D.

St. Joseph's Hospital, San Francisco, CA                        1972
    Clinical Externship

Pre-University. - III Gimnazija, Belgrade, Yugoslavia           1968

## MILITARY SERVICE

Yugoslav National Army                                    1976-1977
    *Regimental Medical Officer*

## POSTDOCTORAL TRAINING

Forensic Pathology, Office of the Chief Medical Examiner, State of Maryland, Baltimore     1986-1987
    *Russell S. Fisher Fellow*

Department of Pathology, University of Toronto, Toronto, Canada         1983-1984
    *Senior Resident, Neuropathology*
    *Clinical Instructor,* Applied Neurosciences, 3rd and 4th year medical students

US EXHIBIT-34-25

*Ljubisa Dragovic, M.D., F.C.A.P., F.A.A.F.S.*
**The Forensic Panel**

Page 26 of 26

## POSTDOCTORAL TRAINING CONTINUED...

Queen's University, Kingston, Ontario, Canada                                1982-1983
    *Senior Resident,* Hematopathology, Surgical Pathology, Neuropathology
    *Clinical Instructor,* Pathology, second year medical students

Department of Pathology, Queen's University, Kingston, Ontario, Canada        1981-1982
    *Resident IV, Neuropathology*
    *Clinical Instructor,* Pathology, second year medical students

Department of Pathology, Queen's University, Kingston, Ontario, Canada        1980-1981
    *Chief Resident*
    *Clinical Instructor,* Pathology, second year medical students

Department of Pathology, Queen's University, Kingston, Ontario, Canada        1979-1980
    *Resident II, Anatomic Pathology*
    *Clinical Instructor,* Pathology, second year medical students

Department of Pathology, Queen's University, Kingston, Ontario, Canada        1978-1979
    *Resident I, Anatomic Pathology*
    *Clinical Instructor,* Pathology, second year medical students

Medical Center Vrsac, Yugoslavia                                            1977-1978
    *General Practice*

Clinical Hospital of the City of Belgrade, Medical Faculty, Univ. Belgrade    1975-1976
    *Rotating Internship*

## PROFESSIONAL LICENSURE

Michigan
New York

US EXHIBIT-34-26