IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>v.<br><br>ALFONSO RODRIGUEZ, JR.,<br><br>Defendant/Petitioner. | Case No. 2:04-cr-55<br><br>**UNITED STATES' UNOPPOSED MOTION FOR TWO-WEEK EXTENSION OF TIME** |

The United States of America, by Drew H. Wrigley, United States Attorney for the District of North Dakota, and Melissa Helen Burkland, Assistant United States Attorney, moves the Court for an unopposed two-week extension of time to file its response to Petitioner's Post-Hearing Brief Concerning Atkins and Mitigation Claims. (Doc. 1137).

1.     The United States' Response to Petitioner's Post-Hearing Brief Concerning Atkins and Mitigation Claims is currently due November 9, 2020.

2.     The United States Attorney's Office has recently encountered attorney staffing issues, which have impacted several attorneys in the office, including the undersigned.

3.     Additionally, COVID-19 has disrupted the United States Attorney's Office with employee infections and quarantines, cleaning shutdowns, and teleworking.

4.     These unanticipated disruptions necessitate a modest and unopposed two-week extension to November 23, 2020, for the United States to respond to Petitioner's Post-Hearing Brief Concerning Atkins and Mitigation Claims.

Dated:   October 28, 2020.

*/s/ Drew H. Wrigley*
DREW H. WRIGLEY
United States Attorney
ND Bar ID 05156
P.O. Box 699
Bismarck, ND  58502-0699
(701) 530-2420
drew.wrigley@usdoj.gov
Attorney for United States


*/s/ Melissa H. Burkland*
MELISSA HELEN BURKLAND
Assistant United States Attorney
WI Bar ID 1071443
655 First Avenue North, Suite 250
Fargo, ND  58102-4932
(701) 297-7400
melissa.burkland@usdoj.gov
Attorney for United States