IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Criminal No. 2:04-cr-55<br>Civil No. 2:11-cv-88 |
| vs. | **ORDER GRANTING MOTION TO CONTINUE** |
| Alfonso Rodriguez, Jr., | |
| Defendant. | |

Before the Court is the United States' motion for an extension of time to submit its post-hearing brief concerning <u>Atkins</u> and mitigation claims.[1]  In light of the identified staffing issues and complications due to COVID-19, the Court finds good cause for an extension.  The United States shall have until December 4, 2020, to file its post-hearing brief.  No further extensions will be granted without a showing of unforseen or extraordinary circumstances.

**IT IS SO ORDERED.**

Dated this 29th day of October, 2020.

Sitting by Designation:

/s/  Ralph R. Erickson
Ralph R. Erickson, Circuit Judge
Eighth Circuit Court of Appeals

---

[1]Doc. #1138.