IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>Alfonso Rodriguez, Jr.,<br><br>        Defendant. | Criminal No. 2:04-cr-55<br>Civil No. 2:11-cv-88<br><br>**ORDER GRANTING IN PART AND DENYING IN PART THE UNITED STATES' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |

Before the Court is the United States' motion for leave to file documents under seal (Doc. #1140). Based upon the parties' joint agreement as set forth in Docs. #1141 and #1142, the Court **HEREBY GRANTS IN PART and DENIES IN PART** the motion. The United States is granted permission to file proposed Exhibits C and D under seal. The other documents shall be filed publicly.

**IT IS SO ORDERED.**

Dated this 8th day of December, 2020.

Sitting by Designation:

*/s/* Ralph R. Erickson
Ralph R. Erickson, Circuit Judge
Eighth Circuit Court of Appeals