

# Transcript of Ricardo Weinstein, Ph.D.

**Date:** January 17, 2019
**Case:** United States of America -v- Rodriguez, Jr.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**



GOVERNMENT EXHIBIT

CASE NO. 2:04-cr-55

EXHIBIT NO. B

WORLDWIDE COURT REPORTING | INTERPRETATION | TRIAL SERVICES

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION


UNITED STATES OF AMERICA,

              Plaintiff/Respondent

vs.                          Criminal Case No. 2:04-cr-55

ALFONSO RODRIGUEZ, JR.,

              Defendant/Petitioner

_____/


DEPOSITION OF RICARDO WEINSTEIN, Ph.D.

Taken at San Diego, California

January 17, 2019


Reported by Dana E. Simon - CSR
Certificate No. 12683

I N D E X

DEPOSITION OF RICARDO WEINSTEIN, Ph.D.
JANUARY 17, 2019

EXAMINATION                                      PAGE

BY MR. REISENAUER                                4

BY MR. MONTROY                                   120


                   INDEX OF EXHIBITS

FOR PLAINTIFF:                                   MARKED

EXHIBIT 1        Curriculum Vitae of Ricardo     4
                 Weinstein, Ph.D.

EXHIBIT 2        Packet of handwritten notes     15
                 produced by deponent at
                 deposition

EXHIBIT 2A       Report prepared of Alfonso      18
                 Rodriguez, Jr. by Dr. Weinstein

EXHIBIT 3        Packet of tests performed on    81
                 Alfonso Rodriguez, Jr.

EXHIBIT 4        NAB Neuropsychological           121
                 Assessment Battery Main Modules
                 Score Report

Witness Signature Page                           123

Certificate/Stipulation page                     124

On Thursday, January 17, 2019, commencing at the hour of 9:00 a.m., at 501 West Broadway, Suite 1330, in the City of San Diego, County of San Diego, State of California, before me, Dana E. Simon, Certified Shorthand Reporter in and for the State of California, personally appeared:

RICARDO WEINSTEIN, Ph.D., called as a witness by the Plaintiffs, who, being by me first duly sworn, was thereupon examined and testified in said cause:

A P P E A R A N C E S

FOR THE PLAINTIFF:

       UNITED STATES DEPARTMENT OF JUSTICE
       BY:  KEITH REISENAUER, ESQ.
       BY:  MELISSA H. BURKLAND, ESQ.
       Quentin N. Burdick United States Courthouse
       655 First Avenue North, Suite 250
       Fargo, North Dakota 58102-4932
       (701) 297-7400
       keith.reisenauer@usdoj.gov

FOR THE DEFENDANT ALFONSO RODRIGUEZ:

       FEDERAL COMMUNITY DEFENDER OFFICE
       BY:  ERIC MONTROY, ESQ.
       BY:  JOSEPH LUBY, ESQ.
       601 Walnut Street
       Suite 545 West - Curtis Building
       Philadelphia, Pennsylvania 19106
       (215) 928-0520
       eric_montroy@fd.org
       joseph_luby@fd.org

SAN DIEGO, CALIFORNIA; JANUARY 17, 2019; 9:00 A.M.


RICARDO WEINSTEIN, Ph.D.,

having been first duly sworn, testified as follows:


EXAMINATION

(Exhibit No. 1 was marked.)

BY MR. REISENAUER:

Q    Dr. Weinstein, why don't you tell us your name, and if you would, spell it for us for the record, please.

A    Ricardo Weinstein, last name is W-e-i-n-s-t-e-i-n; first name is R-i-c-a-r-d-o.

Q    And Dr. Weinstein -- I'm going to have an exhibit right away; how's that?  Exhibit 1.  I received a curriculum vitae from defense counsel, and if you'd take a look at that and tell me if that is what you provided them?

A    Yes.

Q    Okay.  Do you have that with you at all?

A    Not printed, no.

Q    Okay.  I'll try to -- I only have my copy here. So I'll ask a few questions.  If we have to look at it, I'll hand it back to you.

A    I could pull it up.

Q    Okay.  Go ahead.  Thank you.  Let's just go to the second page right away.  And if you can explain to me what you have listed there as your education.  And obviously start back in 1968.  And I'm going to apologize before we start; I do not read nor understand Spanish, so you're going to have to explain in English what that says right there.

A    I was born and raised in Mexico City, so I -- my undergraduate degree is from -- it's called, why don't I just say UNAM, which stands for Universidad Nacional Autonoma de Mexico, a huge university in Mexico.

Q    University in Mexico City?

A    Yes.

Q    And what was your major or your undergrad degree in?

A    Well, it's an undergrad degree that takes five years, so it's kind of like almost a master because you do have to write a thesis to get it.  And it was in business administration.

Q    Business administration.  And then did you use that degree in like a job somewhere prior to going back to school?

A    You know, I was in business in Mexico City.  I had a business.  I also worked for Arthur D. Little as a

consultant. Arthur D. Little had an office in Mexico City, and I was working for them before I came to the States.

Q    Okay. And looking at your CV here, you got a master's in Detroit, Michigan, in 1979, correct?

A    Correct.

Q    And when did you -- tell me, is that when you came to the United States?

A    No. No. I came to the United States in 1968, '67.

Q    Okay. But you got your undergrad in '68 from --

A    Yeah. I first came, and I lived in Arizona for a while. I lived in New York. I did -- I have training in psychodrama, which is what I was doing and I did first.

Q    Okay. Did you have -- did you become a United States citizen at any point?

A    1988.

Q    Okay. Let's get back to the education, then. You received a masters in clinical and humanistic psychology at Merril Palmer Institute, correct?

A    Yes. That's at Wayne State University.

Q    Wayne State, okay. And how long did that take you?

A    Two years.

Q    Okay.

A    Two years of attending classes.  I don't remember how long it took me to write the dissertation.

Q    Okay.

A    Might have been another year.

Q    Okay.  And then you went to Los Angeles.  Looks like you got into the Ph.D. program right after you got your master's, correct?

A    Yes.

Q    Okay.  And International College, I don't know that college is.  What is that?

A    International College was way ahead of its time.  It was the kind of, you know, the equivalent of what is now online universities.  But at the time it did have a campus, but not a library.  But it was next to UCLA.  So we were allowed to use UCLA's library.  All the classes at UCLA, which is where I took some of my courses.

Q    Okay.  So you had classes, though.  It wasn't just like online -- what I'm trying thinking when you just said online, you wouldn't really have a class.  You'd just do your work online and submit it?

A    I did all the classes.  I didn't get credit for the classes.  The credit was given to me by the

university -- by the International College.

Q    Okay.  Is that college -- there's a million colleges.  Is that college still in existence?

A    No.  That college closed because eventually they were not allowed to continue offering the kind of courses they were offering without a library, and they didn't want to build one.  So I think -- I think it joined a university in Canada, but I'm not sure what happened to all that.  Last time I needed transcripts, I had to go to Lions University in Canada, I think, but I don't remember.

Q    Okay.  And that Ph.D. was in clinical psychology, correct?

A    That was in clinical psychology, yes.

Q    Okay.  And then what did you do after -- did you start a clinical practice, then, after you received your Ph.D.?

A    Yes.  I worked for a few years for the Suicide Prevention Center in Los Angeles.  And I also started a private practice.

Q    All right.  And you lived in L.A. then?

A    I lived in L.A. until 1984.

Q    Okay.  And then where did you go from there?

A    San Diego.

Q    To here.

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019                9

A    But I was still commuting to L.A. because my practice was still there.

Q    Okay.  And you've been here ever since?

A    I've been here.  I've lived here in Encinitas since 1986.

Q    Okay.  And then you have on here in 1998 you received some type of Post-Doctoral certificate in neuropsychology, correct?

A    That's correct.

Q    Okay.  And that was at another institute or college that I'm not aware of.

A    That's at the Fielding Institute.  And that Fielding, that still exists.  It's in Santa Barbara, California.

Q    Okay.  And what was that program?  Can you tell me what that entailed?

A    That entailed monthly classes.  It entailed supervision.  It entailed practicum and entailed two years of training.

Q    Okay.  And so you don't get another --

A    A thousand hours of supervised neuropsychological assessments.

Q    Okay.  You don't get another degree from that. You got some type of certificate that you completed that program; is that right?

A    Yeah.  There's no degrees in neuropsychology that I know of.  And certainty there's no license in neuropsychology in the state of California.  The only license I know exists is psychologist.

Q    Okay.  And then the item at the very top of the page there, can you tell me what that is?

A    Quantitative electroencephalography, which is QEEG, is a means of imaging the brain.  The brain functions with two systems, the electrical system and the neurochemical system.  And you can image them through both of them for purposes of looking at the brain functioning.  You know, it's a functional imaging versus an imaging like an MRI, which is just a structural imaging to see the structure of the brain. And what this does is it uses the EEG of an individual and compares it to a normative sample.

Q    Okay.  And so this was just some training under this professor at UCLA; is that right?

A    Yes.

Q    Okay.  And, again, you didn't receive any further type of degree or anything?

A    No.  Not a degree.  Eventually I did get a -- it's called a Diplomat.  But it's just a recognition by the group of people that do these things that you have achieved a certain level.

Q    Okay.  But you don't give the EEG or anything, correct?

A    I do.

Q    You do?

A    Yeah.  Not in all cases, but in some cases. And not all courts admit it.  Not all courts have admitted it.

Q    Okay.  You don't have to be, like, a medical doctor to give that?

A    No, no.  You don't have to be a medical doctor to do it.  Actually, I don't know any medical doctors that actually record EEGs, you know.  The technicians record the EEGs.

Q    Well, I got that.  But you don't have --

A    To read them?

Q    Yeah.

A    It's not a clinical EEG.  I'm not diagnosing anybody based on the EEG about their structure of their brain, whether they're having seizures or anything like that.  If I find there's something like that when I'm looking, I do make a referral.

Q    And to just get ahead of myself here, you didn't do any of that in this case, right?

A    No.  I didn't do a quantitative EEG.

Q    Okay.  So let's jump back to you said you

started a clinical practice.  Are you still doing that at all?

A    I don't have a clinical practice.  I have a couple of patients I've been seeing for 20 years that come to my home.  I don't have an office.  I closed my office maybe five years ago.  Four or five years ago.

Q    Okay.  And then let's just touch on this a little bit.  So we're here obviously on a death penalty case.  You I assume have been involved in a number of other death penalty cases, or at least some.

This isn't your first one, right?

A    I think I've been involved in somewhere around 150 death penalty cases over the last 30 years.  I'm not a young man.

Q    Well, neither am I.  I think you got me a little beat, though.  How old are you?

A    72.

Q    72.  Great.  Well, as of Saturday I'm only ten years behind you, so I'm catching up.

A    Welcome to the club:  Retired people with Medicare benefits.

Q    So you've been doing this for a long time, then, the death penalty related cases?

A    I think my first death penalty case was in 1994, '95, maybe.

Q    Okay.  And let's just touch on that just a little bit, if we could.  And I take it you have been hired as a consultant in regard to death penalty cases before?

A    Yes.

Q    Okay.  The cases that you have worked on, do you have any idea as to, like, how many you might have been hired by the prosecution versus the defense?

A    I wouldn't work on a death penalty case with the prosecution because I don't believe that the state should be killing people.  I'm sorry about that.

Q    Well, that's fine.  Honest answer.

So the cases you've worked on have been for the defense then?

A    Yes.

Q    Okay.

A    Well, I've been appointed by the Court in a few cases.  But, you know, like, for instance, let's say specifically about mental retardation.  If my findings are that the person is not mentally retarded, I wouldn't provide testimony or work for the prosecution in those cases.

Q    Okay.  Yeah, that makes sense.  So what -- again, the number of cases you've done is pretty high, so I don't know if you know the number or percentage.

But how many times has that happened, where you find that somebody is not mentally retarded?  What percentage of cases that you've been consulted on?

A     Well, you know, it depends because how you look at it.  When I'm specifically hired to look into mental retardation, it's a different thing because somebody else has already looked at them and said, you need to do this, okay.  So it's like, you know, if you go to a cardiologist because you were referred by your internist, it's more likely that you have a heart problem than if just you're going to a cardiologist without being referred to them.

Q     Okay.

A     So in that situation I would say, you know, it's a fairly high number of people that I found that have mental retardation.  Maybe 80, 85 percent of the cases what are referred to me specifically to look into whether they have an intellectual developmental disability.  In general, I would say about 30 percent of the cases I've looked into would qualify as having the characteristics consistent with the diagnosis of intellectual developmental disability.

Q     Okay.  So let me see if I understand you correctly.  So let's use this case as an example.  You have opined that Mr. Rodriguez is suffering from

intellectual disability.  When counsel came to you, there had been previous opinions and testing of Mr. Rodriguez for intellectual disability.

So is that the type of case where you're talking that about 80, 85 percent of those cases fall into this type of scenario?

A    Yes.

Q    Okay.  Thank you.  All right.  Maybe we'll get back to that.  That might be enough.

So you have your report that you provided to Counsel?

A    I have it in the computer and I have a hard copy that belongs to one of the nice attorneys here.

Q    Okay.  Well, maybe one of the nice attorneys learned that last week when we were wallowing around because somebody didn't have their report.  I have -- let's start this way so I know what we're dealing with here.  I have been provided a number of pages of notes that appear -- or at least I was told were your notes that you took in this particular case.

A    Yeah.

(Exhibit No. 2 was marked.)

BY MR. REISENAUER:

Q    I'm going to mark them real quick as No. 2 so we'll know what we're talking about here.  And if you'd

just look at those real quick and tell me if those are the notes that you provided to counsel from this case?

A    Yeah.  I mean, these are my notes.  Whether they're all of them or not, I don't know.  My notes include notes from individuals that I interviewed that are not the actual defendant.

Q    Right.

A    And they're here, too, yeah.

Q    Okay.  We'll touch base on that.  But you kind of led me to another question here:  Did you provide counsel with all of your notes in the case?

A    Yes.

Q    Okay.  So these should -- if this is what they gave me, these should be all of the notes, correct?

A    Yeah.  I don't know if that's -- you know, does it have the actual notes of the interview with Mr. Rodriguez or --

Q    Well, I'll have you look, and you tell me.

A    Because I see the first one is the Dolores Rodriguez, which is his mother.  And this is from his older sister, and this is from a friend, and another relative friend.  Another friend.  I think these are the interviews of collateral sources, let me see, towards the end.

Q    Take your time.

A    That was a kind of different kind of situation here, is that a lot of the witnesses wouldn't talk to me.

Q    Yeah.  I'll ask you about that in a minute.

A    No.  I don't think you have the notes from the actual interview with Mr. Rodriguez during the examination.

Q    Okay.  So you believe there are additional notes from your interview with Mr. Rodriguez that aren't here?

A    I believe so.  I mean, they're not there so -- and I did take them, and I am sure I provided them to you.

MR. LUBY:  Keith, during a break I would be happy to look at the stack that you have there and see if for some reason there's something missing there.

MR. REISENAUER:  Okay.  Let's go off the record.

(Discussion held off the record.)

BY MR. REISENAUER:

Q    Back on the record then.

So, Doctor, if you do have those notes and they weren't provided to counsel, you'll do that, I presume, correct?

A    Yes.  Yes.  I mean, whatever I have belongs to

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019                18

them, not to me.

(Exhibit No. 2A was marked.)

BY MR. REISENAUER:

Q    We'll get back to that on a break.  Let's go to your report then, if you would.  And since we were talking about notes and interviews, on the first page there, you say that you interviewed -- you tested Mr. Rodriguez on August 9th of 2018, correct?

A    Yes.

Q    Okay.  And you say that was at the federal prison?

A    In Terre Haute.

Q    In Terre Haute, okay.  And so you were there for that full day, I take it?

A    Yes.

Q    And you did an interview.  On the page there you say you did a clinical interview, a mental status examination, and then you gave him a number of tests that you have listed there, right?

A    Yes.

Q    So let's talk about this for a second.  How long would your clinical interview have taken place?

A    Probably at least an hour.

Q    Okay.  And is that different or would that be inclusive of what you called the mental status

examination?  I take it from the interview you're actually doing a mental status examination?

A    Right.  And there's some questions that are specific for the mental status to find out, you know, does he know who's the president of the United States?  Also happens to watch the news and public television, so he does have all kinds of knowledge of current affairs, which is one of the questions of the mental status examination.

Q    Great.  So would your notes reflect that information?  Is that what would be in the notes?

A    Yeah.  Well, the notes in terms of the -- I'm not sure.  I'll look it up -- but the mental status examination also includes what the person looks like, how well groomed they are.  You know, so some of these issues are not questions, per se, but observations.

Q    Observations, right.  Okay.  That makes sense.  Well, without having your notes there in front of you, could you tell us basically, you know, how he appeared?  How was he?

A    He was -- he was, you know, he was okay.  He was properly groomed and dressed.  He's not -- you know, sometimes you find people disheveled, but he wasn't.  He was okay.  He was a little preoccupied because he knew he needed to get an injection of --

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019                    20

Q    Insulin?

A    -- insulin.  And it took a while for them to come and give him the injection, but eventually they did, so....

Q    Okay.  Well, let's talk about that for a second.  What do you know about his diabetes and his insulin injections?  Do you know?

A    I know he gets injected twice a day.  These are the notes.  I didn't think I had them, but....

Q    Okay.  Can I take a look at those?

A    Sure.  They're in Spanish, I think.

Q    Well, then it's going to be a quick look.

A    Or some of them are in Spanish, anyway.  Because I know I spoke in Spanish and in English with him, both languages.

Q    Okay.  I don't think I have these, so if you will talk to counsel about that and we can get me some copies.  So he --

A    I have thousands upon thousands of pages of discovery and things in this case.  So if I by mistake didn't send it to them, it was just because I'm overwhelmed by the amount of stuff that I have in this case.

Q    Yeah.  You're not the only one that's overwhelmed by the amount of stuff.  I've been

overwhelmed for ten years.

A    This is a portion where I did some observations.  Says he's right-handed.  He was properly dressed and groomed.  I'm translating from Spanish.  He can't sleep well.  He doesn't sleep well.  He's got good appetite, but the food is not that great.  And sometimes he gets digestive problems from it.  There was no suicidal or homicidal ideation.  He denied experiencing hallucinations.  There was no paranoid ideation.  He's -- he told me there he reads a lot in English and he doesn't read in Spanish.  He likes to read about war.

Q    He reads -- there's information in the prior discovery that he likes to read.  He reads a lot of novels.  Is that what you're talking about, referring to?

A    When I asked him what does he read about, he said war.

Q    Okay.  Did he mention to you that he reads a lot of novels or books?

A    He says he reads a lot, but I doubt that he does.  You know, I don't know.  And certainly 9000 books is not something that he would be able to read where he's at.  He says he watches TV.  He watches the news.  He watches the History Channel.  He watches the Discovery Channel.  And he watches public television.

He knows that our present president is Trump, and before it was Obama and before him was Bush.  He's 5-feet-3 inches tall; weighs 180 pounds.  He's balding.  He's got gray hair.

Q    Almost sounds like me.

A    I don't think you're 180 pounds.

Q    No.  And for the record, I'm 5'6" or 7.

A    You know, he did show and reported in places that his hands shake.  And he's got an essential tremor, which I do, too.  And I'll tell you the best thing that -- and I take the medication, but the best thing is a shot of tequila.  Steadies your hands.

Q    Well, apparently, there's some history of that in this case, too, where he said that drinking alcohol helped his tremor.

A    It does.

Q    I don't know if you know that, but he's said that in the past.

A    No.  I don't remember reading that.  But that's true.  That's true.

Q    And so you said he has essential tremor, which is basically genetic, correct?

A    Yes.  In his case it's genetic.  In my case my father didn't live long enough to have it, I guess.  But I don't know.  Unless I got it from my wife.

Q    I don't think it works that way.  That's just called stress.  I'll get a copy of those notes from you.

But he, I take it then, was oriented to time and place.  And you'd had discussions about what you just related to and I assume some additional things. And so that was all part of the interview and the mental status exam, correct?

A    That's correct.

Q    Okay.  Did you discuss with him or do your notes reflect a discussion with him about the events in the murder of Dru Sjodin?

A    I did not discuss anything about the crime.

Q    Okay.  Let's move on, if you would, to page 2. Here you lay out, Doctor, a list of people that you interviewed, correct?

A    Yes.

Q    And then as you noted earlier, you also have a list of people that you attempted to interview, but they didn't want to talk to you, correct?

A    Yes.

Q    And then some other individuals you attempted to contact and I take it that you weren't able to contact?

A    Yeah.  No.  I think maybe they move away from that weather by November.  But we couldn't find them.

We left cards.  Nobody contacted me.

Q    Okay.  So if we would, look at the top list there of the people you actually interviewed.  Some of those you indicate, obviously his mother and his three sisters, correct?

A    Yes.

Q    The other two -- five are people you list as friends.  So I have a question about -- a couple questions.  First of all, those are the individuals whose notes I believe that we talked about earlier?

A    Yes.

Q    Right?  Okay.  And my other question is: Mr. Diaz, Ms. Garcia, the other Mr. Diaz, Ms. Diaz and Mr. Espinosa, how did you arrive at interviewing those people?  Why did you interview those individuals?

A    That was suggested by the attorney's office. And they -- they arranged through their investigator the interviews.  One of his -- one of the investigators accompanied me to those visits.  And that's how these people were -- that's how I found out about those people.

Q    Okay.  So one of the individuals -- hang on a second.  One of the individuals that went with you was an investigator from counsel's office?

A    Yes.

Q    Okay.  On the very back of your report you have a list of sources, as you call them, school records, medical and mental health records.  And then it also indicates declarations and some additional records, correct?

A    Since I received another maybe thousand pages of --

Q    Since you interviewed him -- or since you did this report?

A    Since I did this report, yeah.  But that includes the transcripts from -- from the depositions of your experts.

Q    Okay.  I got it.  Thank you.  And then I take it, then, the same answer goes for those declarations that you said you reviewed.  Those were provided by counsel, and those are ones that they asked you to look at?

A    All the documents I reviewed were provided by counsel, yes.

Q    Okay.  And the individuals who you attempted to interview and you weren't able to, whether they refused you or whether you didn't find them, those individuals were also provided to you by counsel?

A    Yes.

Q    Okay.  Was there anybody --

A    Although some of them I knew about from interviewing Mr. Rodriguez.  I mean, the name of his mother and his sisters and --

Q    Okay.  Did they suggest you interview some of these people, or was that just from counsel?

A    I -- the way it worked, I think is I said I need to interview people that knew him growing up.  And I need to know -- to interview people that can give me information about how he functioned in order to determine whether there were adaptive behavior deficits or not.  And these are the individuals that they identified as people that can do that.  There's a group of individuals in El Paso, Texas, that -- an aunt and several other friends -- who provided declarations, but I did not go to El Paso.

Q    Okay.  So the aunt would be Belia Flores?  Is that who you're talking about?

A    Yes.  I think so.

Q    Okay.  On the bottom of the page there, Doctor, you refer to one of the tests you gave the, ABAS-3?

A    Yes.  That's stands for Adaptive Behavior Assessment System.

Q    Okay.  And what is that for?

A    That's an assessment of how a child or an adult, per se, is functioning.  Now, these instruments

were designed and developed to be contemporaneous, meaning that, you know, let's say a teacher or a parent is talking about a child when they're eight years old because the child is eight years old, and they provide this information to the psychologist or whoever is doing the assessment.  But there are no instruments that were designed or have -- or to my knowledge that exist that are based on how people experience somebody growing up.

So I use these instruments because the AAIDD, the American Association on Intellectual and Developmental Disabilities, now kind of requires -- not necessarily requires, but suggests that you use some kind of standardized normed instrument to assist adaptive behaviors.

Q    Okay.

A    So this is the best we can do.  I mean, we are -- I'm asking people to recall how old when they were --

Q    So you used -- if I'm following you correctly, you gave this assessment?

A    That's a questionnaire, basically, of things like -- and it's in the different areas, you know. Questions like:  Does he tie his shoes?  Does he find the public restroom by himself?  Does he do things like that?

Q    So if I'm following you correctly, this is designed as you -- I think you used the word "contemporaneous."

A    Yes.

Q    And so what you did, though, is you had his two sisters here, Sylvia and Rosa, provide answers to the questionnaire from when he was young?

A    Retroactively.

Q    Yeah.  Retroactively from when he was young?

A    Yes.  Sylvia provided information when he was approximately eight years old.  And she was kind of the primary caretaker at that time.  They lived in Crookston.  But the mother was working and the father was disabled, and the father was really not a caretaker. So she was pretty much in charge of taking care of the kids.

Q    Okay.  So we just -- I think I'm following you. So she provided answers to this questionnaire from when he was eight years old to the --

A    Approximately.  To the best of my recollection.

Q    Okay.  And Rosa?

A    Rosa provided information about -- you know, after he spent 23 years in prison, he was out for about six months.  And that's the period where Rosa was observing him, and that's the period that I asked her to

recall.  Because adaptive behaviors are not relevant in prison.  They have to be outside of prison.

Q    Okay.  So she provided information or answers to the questionnaire for that period of like approximately six months after he was released from prison before he was arrested on this charge?

A    Correct.  He was released from prison after 23 years.

Q    Okay.  Thank you.  We'll get back to that because I think you have that test or the questionnaire in the forms.

A    Yeah.  If not, I can provide them for you.

Q    Yeah.  And we'll talk about that later.

Okay.  So page 3, if you would.  I want to ask you a few questions about some of the items that you mentioned here, if you can explain that to me.  The second sentence on that page says:  "Mr. Rodriguez was exposed to discrimination and rejection."

Do you see that sentence?

A    Yes.

Q    Can you tell me what you're talking about there?

A    I'm talking about when he was in -- this is reported by both family members and friends, that he was darker-skinned.  And they were just one of the two

Mexican families that lived Crookston at the time.  So people did not welcome him and kind of treated him differently, even moreso than the relatives that also were Mexican because --

Q    Let me stop you there.  So what time frame are you referring to, when they lived in Laredo or when they were migrating back and forth or after they moved to Crookston?

A    No.  This was after when he just moved into Crookston, maybe age eight, nine or ten.  And then all through his -- all through his adolescence that he lived there.

Q    Okay.

A    He was discriminated.  I mean he -- it's an interesting situation.  He was described as never belonging to the Mexican group, but not being accepted by the American group.

Q    He told you that?

A    No.  Friends and relatives told me that.

Q    Okay.  Did you talk to him about that at all?

A    No.

Q    Okay.

A    He's not a very good reporter.  I mean....

Q    Okay.  Let me follow up here a little bit, Doctor.  There is -- you do mention -- I guess I don't

have to ask you any questions about this.

There is some information about him not being able to take, you know, mother's milk when he was young. So that's what you're talking about there; is that right?

A    The malnutrition --

Q    Yeah.

A    -- he suffered?  Yes.  And he was starving.

Q    If you jump down to the middle of that paragraph you have a sentence that says:  "He had sexual issues that were manifested in unacceptable behaviors for which he was remanded to a program for sexual offenders at an early age."

Can you tell me what specifically you're talking about there?  Is this the obscene phone call thing?

A    Started with the obscene phone calls and then progressed to the sexual assaults and, you know.

Q    So you're basically referring to all of those matters that led to that 23-year sentence, right?

A    That eventually led to that, yes.  He spent -- what's it? -- two or three years in the hospital prior to that.

Q    Okay.

A    And that started very early.  I mean I think he

was 14 when all these things started.

Q    And 14 was the obscene phone calls you're talking about?

A    Right.  Right.

Q    Okay.  Is there anything else that I'm missing there that you're talking about there?

A    No.  I think you're correct.

Q    Okay.

A    I mean, as you know, there's thousands upon thousands of pages of this.

Q    Yeah, I do.  In the middle -- or towards the bottom half of the page there, there's a sentence where you're talking about his schooling.  And you say he had many problems in school.  And then a sentence says:  "He dropped out because he was having problems learning."

I take it that you arrived at that sentence from the information you've read or --

A    Yes.  From the information I read and from reviewing school records.

Q    Okay.  And he did drop out when he was in the ninth grade, correct?

A    Yes.  He was 18 years old at the time.

Q    Okay.  Did you talk to him about that at all?

A    Not much.  Just asked him about, you know, how far did he go to school and when did he stop going and

why did he stop going.

Q    Okay.

A    But the records show that he just was not able to achieve academically.

Q    On the bottom of the page there you say:  "Mr. Rodriguez comes from a dysfunctional family.  There were reportedly violent parental behaviors."

Can you tell me about that or what information did you learn about that?

A    Father was physically abusive towards mother and towards the kids.  And that was reported by the siblings as well as by Mr. Rodriguez.

Q    Okay.  Was that when you interviewed them?

A    Yes.

Q    Okay.  So that information should be in your notes?

A    It should be.

Q    Okay.  Do you remember reading that anywhere else in the record?

A    I think so, yes.

Q    Okay.  Do you recall who said that previously?

A    I don't recall.

Q    Okay.  And Mr. Rodriguez, he told you that, as well, in your interview?

A    He told me the father was physically abusive,

yes.

Q    And that's in these notes probably?

A    Yes, should be.

Q    Okay.  And that's the -- that goes hand in hand with the last sentence there, then; is that correct?

That's what you're talking about?

A    Yes.

Q    Okay.  Did anybody describe to you what the physical discipline was?

A    I don't recall.  I can look it up.  But I think Sylvia did mention that the father was -- no.  I think Sylvia might not have recalled that.  But I think he was beat up by father with whatever he could find.

Q    Did he tell you that, or did one of the other people tell you that?

A    I think multiple sources told me that; plus, I think it's in the records, too.

Q    Okay.  And would you turn then -- let's move to page 4.  Very first sentence you say:  "Mr. Rodriguez reported insults to the brain."  And I don't have a clue what you mean by that.

A    That, you know, he had car accidents.  He had drug use.  He had beat-ups.  Someone hit him in the head.  Things like that.

Q    Okay.  And was this information you got from

him again or from other people you interviewed?

A    No.   This is specifically from him.   It says "Mr. Rodriguez reported."

Q    Okay.   I got you.   I didn't read the sentence very well.   And then you mention his drug use, and that is in the record.   But did you discuss that with him, as well?

A    Beg your pardon?   I was looking at this.

Q    Yeah.   The next paragraph there that says: "Mr. Rodriguez stated that he's been -- used or had been using mind-altering substances since he was very young."

So that's something he reported to you, correct?

A    Right.   That's correct.

Q    When you did the interviews, you didn't record them, correct?

A    I did not.

Q    Okay.   Okay.   So let's move on to the next part on that page where you discuss the mental status examination.   We talked about the diabetes and the insulin.   You mentioned that in your report.   You say: "The interview was conducted in Spanish and English. Most of the testing was performed in English, Mr. Rodriguez's preferred language."

Do you see that?

A    For the testing he preferred English, yes.

Q    Yeah.  Okay.  And when you talked with him, you talked in Spanish and English?

A    Yes.

Q    If I can ask, what is his Spanish like?  Because I've heard him speak in English.  He speaks very well in English.  But obviously I haven't heard him speak in Spanish, and I wouldn't know if it's good or not, since he spoke in English most of his life.

A    He spoke in English most of his life when interacting with other members of the Crookston community.  But he spoke in Spanish most of his life at home with his parents and siblings.

Q    Okay.  So let's go back.  Is his Spanish, is it good?  Is it choppy?

A    Well, I wouldn't say that he's completely fluent.  And that's because even people -- you know, even the mother and people that are Mexicans that lived in Texas at the border, they speak Pocho.  We call it Pocho, p-o-c-h-o, which is kind of like a mixture of the English and the Spanish.  They mix words.  Because, you know, in Mexico, just to give you an example, even people that are here, you know, we don't say "parque." Parque means to park a car, and the usage here is parque.  In Mexico, {Spanish} means just stopping

station of the car.  But people that live here and grew up here, they use the word parque.

You know, they use the word like "troca," which is really a truck.  But in Spanish a truck is not a "troca."  It's a "camion."  But they use kind of words that sound like Spanish, but they're really not.

Q    Yeah, I follow you.  It almost sounds like if I was trying to speak Spanish, I would use an English word and make it sound Spanish.  Is that kind of what you're talking about?

A    In some -- except that it's an accepted word in the community.  You know, everybody knows and everyone understands those words even though they're made up in many ways.

Q    So he's not fluent, but was he able to understand your Spanish?

A    Oh, yeah.  He speaks and understands Spanish just as well as he speaks and understands English.

Q    But as you indicated, he prefers English?

A    He prefers English, particularly testing, because -- and it's not unusual.  If you go to school and you're taught in English, you're likely going to request being tested in English.

Q    Okay.  That makes sense.  Okay.  So as you note there on the middle of the page:  "He was open,

disclosing, cooperative, able to communicate adequately. He had no significant receptor or expressive language deficits that you identified, correct?

A    That's correct.  And, you know, that includes things like processing and understanding and expressing. So there was not -- or stuttering.  None of that was present.

Q    Okay.  And then in the next paragraph you say: "His levels of alertness, attention and orientation were in tact.  His knowledge of current affairs -- which you referred to earlier -- was more than sufficient.  He likes to watch the news, public television or read books."  And that's something that you referred to earlier, and that's been expressed in prior examinations, as well.

I assume you are aware of that?

A    Yes, I am.

Q    Okay.  And you noted he denied experiencing any symptoms of major psychiatric disorder, psychoses, schizophrenia, hallucinations, correct?

A    Correct.  Those are the major psychotic disorders include hallucinations and paranoid ideation. He doesn't believe that anybody wants to kill him, you know, that everybody is going to get after him.  He's not awake at night wondering if somebody's going to come

into my room and kill me.

Q    Yeah.  And that's kind of been the history of the examinations.  He's not ever shown any nor indicated any experience in any of that, correct?

A    As far as I know and according to the records I reviewed, no.  He's never had a psychotic breakup or periods of time where he was psychotic.

Q    And the sleep and the mood problems that you noted there, that also is a part of his history.  Are you aware of that?

A    Yes.

Q    Okay.  And the last sentence there you say: "He is aware of the consequences of his actions."

And I assume you're talking about this particular case, right?

A    Not only this particular case.  But I mean he's aware, for instance, that if he doesn't follow the rules of the prison, he's going to end up in the hole or he's going to -- there will be consequences.  So that's the kind of awareness I'm talking about.

Q    Okay.  Well, as long as you brought that up, let's touch on that right now.  So do you know what his situation is at the prison?  Is he isolated in a single cell, or what's the setup?  Do you know?

A    As far as I know, and I think it's on the

notes, he reported that he spends about 23 hours a day in his cell by himself and an hour outside.  He's isolated.  He does not interact hardly because I'm assuming that's death row, and partly because he doesn't want to.

Q    Okay.

A    He wants -- I think he mentioned, but I'm not sure it was him.  You know, I confuse cases.  But I think he mentioned the fact that he didn't want to get into trouble or get into any spats with any other groups there.  And he doesn't want to belong to the Mexican mafia or to these people or to that people.  So he stays away from everybody.

Q    Sure.  And when he has his hour of rec, I think you referred to, is he among the population then?

A    No.  I think he's on his own.

Q    On his own.  And is that -- is that -- to your knowledge, is that the setup, so to speak, with all of the people on death row?

A    I don't know what the rest of the people in death row -- I don't know their circumstances.

Q    Okay.

A    In the federal prison -- I know in other prisons.  S but not this particular prison.

Q    Are you presently working on any other death

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019                    41

penalty cases?

     A     Yes.  I'm working on a couple of other death penalty cases.

     Q     Okay.  Are those state or federal?

     A     State.

     Q     Okay.  You have worked on other federal cases, I assume?

     A     Yeah.  I've worked on a lot of federal cases.

     Q     Okay.  You've been to Terre Haute before, then?

     A     Actually, this is the first time I'd been to Terre Haute.  Most of the cases, federal cases where they bring the defendant to where you are or is pretrial or we have not been sent to death row.

     Q     Okay.  Got it.  So turn to page 5, if you would.  So on -- if I'm looking at this right and reading this right, between from page 5, 6, 7, 8, 9 and 10, you basically lay out the DSM-V definition and the AAIDD definition for intellectual disability.  And then you have some possible causes of intellectual disability listed, potential risk factors.

          And then on page 10, Doctor, you say this: "Mr. Rodriguez's social history reflects numerous such risk factors for intellectual disability," and then you lay a number of things out that may be factors that might reflect intellectual disability, correct?

A    Yes.

Q    Okay.  And then you have I.Q. scores in the normal curve.  And, basically, that curve you say is from the WAIS-III record form?

A    Yeah.  That's just --

Q    And that's basically the normal is 100, correct?  And then you have the bell curve on either side, right?

A    The mean is 50.

Q    Okay.  I'm looking at -- I'm looking at the standard score would be 100?

A    Standard score would be 100, yes.

Q    Okay.

A    At the middle.  But the line that cuts the curve in two is 50.

Q    Very good.  Okay.

A    In other words, 50 percent of the people --

Q    Are below and 50 percent are above?

A    Yes.  So, you know.

Q    Okay.  So turn to page 11, then.  You have a chart there.  You say:  "Mr. Rodriguez obtained the following scores on the WAIS-IV.  And so can you -- first of all, will you just tell me what the WAIS-IV is?

A    The WAIS-IV is a fourth iteration of the Wechsler Adult Intelligence Scale, which is one of the

most widely used tests for measuring or determining I.Q. scores in my profession.

Q    Okay.  So if you'd turn back to page 10, the WAIS-IV is the most recent version of that test, correct?

A    That is correct.

Q    Okay.  And the WAIS-III form there you have with the bell curve it would be similar -- the WAIS-IV would be similar.  It's just --

A    The curve is the exact same curve.

Q    -- the new version of the test, correct?

A    The curve is the exact same thing.  I mean it's just the -- there's several differences between the WAIS-III and the WAIS-IV.

Q    The bell curve is the same, and the standard score of the 50 percent mean would be 100, right?

A    Yes.

Q    Okay.  I'm just making sure I'm understanding that.  All right.

A    Yeah.  That never changes or hasn't changed since as far as I know based on other WAIS with the Wechsler.

Q    Okay.  So this chart you have on page 11 then, I take it this is Mr. Rodriguez's scores in these five areas, the fifth one being the full scale I.Q. you have

listed on the WAIS-IV that you gave him, correct?

A    Yes.  These are called indicis.  They're clusters of subtests that -- it's called load -- that load into this particular verbal comprehension index.  It's an index:  The verbal comprehension index, the perceptual reasoning index and the working memory index and the processing index.

That's one difference between the WAIS-III and the WAIS-IV.  In the WAIS-III you had a performance I.Q. score, and the -- I'm blocking on the name.  You have two components to the full scale I.Q. score.  In this case you have four components.

Q    Okay.  But you still were able to --

A    Verbal and performance.  I'm sorry.

Q    You still were able to arrive at a full scale I.Q. for either test, correct?  The WAIS-III, you arrived at a full scale I.Q.  The WAIS-IV, you arrived at a full scale I.Q.  There's more components in the WAIS-IV than in the WAIS-III.  Is that what you're telling me?

A    There's no components that are particularly obtained from the scores.  The number of subtests or the number of tests that you use I think is the same, nine or ten.  I think there were ten in the WAIS-III and nine in the WAIS-IV.

Q    Okay.  So let's, if we could, go through those quickly.  So when you gave him the test, according to your scoring, on the verbal comprehension he scored a 78, correct?

A    Correct.

Q    Okay.  And on the perceptual reasoning, an 82?

A    Yes.

Q    Working memory, 68?

A    Yes.

Q    And processing speed, 84, correct?

A    Correct.

Q    And then you arrive at a full scale I.Q. score of 74, correct?

A    Yes.

Q    Okay.  So when you score this, is this scored by you or do you just plug it into a computer?

A    No.  This particular case I scored it myself.

Q    You scored it yourself, okay.  Can you plug the answers into a computer and get a score?

A    Yeah.  There are programs, yes.  You know, I had it in my old computer but not on this one.

Q    Okay.

A    I haven't bothered to get it.

Q    We might as well talk about this now since it's in my note here.  You gave this particular test, I

assume, from looking at the documents, in Spanish, correct?

A    The form was in Spanish, some of the questions. You know, I've done this many, many times.  So I've done both in English and in Spanish.  So some of the questions, if he didn't understand them, I used the English wording.

Q    Okay.  So let's go back to my understanding of this.  As you present these subtests, are some of them tests where he would read it and some where you would verbally ask the question?

A    The test is done according to the manual instructions.

Q    Okay.

A    And you read the instructions from the manual directly to the individual.

Q    Okay.

A    And the reason you read them, even if you've done it like myself several thousand times, is because you want to make sure that everybody gets the exact same instructions.

Q    That makes sense.  But you read them to the individual; the individual doesn't read the instructions themselves?

A    No, they don't.

Q    Okay.  And so go back to my question, then.
This particular test appears to me to be in Spanish.

So when you would have read the instructions to
him in Spanish, or do you read them in English or
interpret them in English to him?

A    No.  I would read them in Spanish.  And if he
had any questions, I would explain them to him in
English.

Q    Okay.  And then when it comes time to take the
test itself -- this was what I was trying to ask before:
When it comes time to take the test itself, does the
individual then read the questions on the test to
themselves, or do you read the questions to them?

A    No.  You always read the question to them.
Some tests don't require any language.  Like, you know,
if you're asking them to -- there's a test called Matrix
Reasoning, and that doesn't require language.  All they
have to look is at a picture and choose which of the
five pictures below is the most accurate to complete the
series.

Q    Okay.  Is that part of the WAIS-IV?

A    Yes.

Q    Okay.

A    And there's several other tests like that.  I
mean, most of the tests that require some performance

activity are not constrained by any language whatsoever.

Q    Okay.  I follow you there.  But when the person that's taking the test, even in that instance, they would need to know what the instruction is, what to do, correct?

A    Right.  Right.  And you have samples.  You know, before you start scoring, you give them samples of the stuff, and that would tell you whether they can understand the samples.  And if they cannot do the samples or the examples of the testing, you explain to them what is it that they have to do in order for them to do it.

Q    Okay.  So let's go back to -- I guess I'm wondering what -- since his preferred language is English, why did you decide to give him this WAIS-IV test in Spanish?

A    Because he has been given the WAIS-IV in English before and because it was one of the tests that I was going to use.  I used some other tests.  One that's particularly relevant to I.Q. that's in English, plus one that doesn't require any language.  It's called the CTONI, which is the comprehensive test of nonverbal intelligence.

Q    Okay.  We'll get to that.  That's at the bottom of the page here.

A    Right.  And the TOGRA is the Test of General Reasoning Ability.  That's in English.  And that he reads himself and answers himself.

Q    Okay.  So we'll get to those.  You're getting ahead of me.  So the Spanish test that you gave him, when you -- help me out here.  Let's say I'm taking the WAIS-IV, all right?  I would take the English version because I know no Spanish, as I indicated to you before.

So when you score it, there's norms that are used to arrive at the I.Q. score, correct?

A    Yes.

Q    Okay.  And so because we're in the United States and if I take the test, we're going to use the United States norms to determine what my I.Q. is, correct?

A    Correct.

Q    Okay.  Is there -- when you give the Spanish version, is there a -- what norm did you use?  Is there a Spanish norm in the United States or just a United States norm?

A    The test is published in Mexico because it's been translated and it's been normed in Mexico.  But I don't use the Mexican norms.  I use the U.S. norms.  And I use the U.S. norms for several reasons.

Q    Okay.  Wait.  Just so I'm following you, all

right?  So the test you gave is a Spanish version that you said is made in Mexico?

A    Was translated into Spanish in Mexico, and it was normed in Mexico.

Q    Okay.  So the test you gave him was like -- I'll call it a Mexican version.

A    Right.

Q    All right?  And so there's Mexican norms based upon that test, correct?

A    Yes.

Q    Okay.  And then you said but you used the U.S. norm --

A    Yes.

Q    -- to score him?

A    I always use the U.S. norms.

Q    Okay.  And so can you explain to me why you would do that?

A    Yes.  You know, there's two reasons why I always use the U.S. norms.  And in this case there was no question about it.  I mean, he grew up here and he went to school here.  So there's no reason to use Mexican norms.  He has no similar characteristics as any of the Mexican people that took the test.

Q    Okay.  I would agree with that.

A    Norming a test means you give it to a

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019                    51

population, and that population should reflect somehow the person that's taking the test.  And you're comparing them because the norms are comparative.  In other words, you compare somebody's performance to the norm.

Q    To what their culture, experience, language and all that is?  Is that what you're talking about?

So let me give you my example, all right, if I'm following you correctly.  So if there's -- I don't even know how many tests there are, okay?  I don't know if there's a test for Switzerland or for Kenya.  I have no idea.  But based upon what you're telling me here, obviously there's a Mexican version, so let's just -- I'll pull something out of my head here.  So if there's a person in Kenya and there is a Kenya version, then you should use the Kenya norm?

A    If you're in Kenya.

Q    Yeah.  Right?  So --

A    Well --

Q    So you used the U.S. norm because Mr. Rodriguez is here and from here and is basically -- his culture, even though he's Hispanic and of Mexican descent, I assume you used the U.S. norms because this is where he is and this is where he grew up?

A    Well, yes.  But the reason that you don't use or I don't use the Mexican version or the Mexican norms

of the test, as I mentioned before, is twofold in his case.

Q    Okay.  I didn't get --

A    But the main reason --

Q    -- the second part so --

A    The main reason is, what do you want it for? What's the question you want to answer?  Okay.  If I want to know how he's going to perform academically in a university in Mexico, obviously I want to compare him to the Mexican population because that's the population that I can refer to in terms of how they do at a Mexican university.

But if I want to know if he qualifies for a particular characteristic in the United States according to the laws of the United States, and then I have to use the U.S. norms, because what I want to compare them to is people in the United States.  I don't want -- what do Mexicans have to do with people that commit crimes in the United States?  Nothing.  You know.

What -- why would a person in Mexico, why would I compare somebody with a person in Mexico when they're not being tried in Mexico?  Or where they're not being held to a particular Mexican legal standard?  They're being held according to how they behaved in the United States.

And this is an additional issue here, and particularly in the case of Mr. Rodriguez. The way the norms are designed and the way the norms for the -- in the United States at least are derived, in other words, how you get to the norms, is by choosing the numbers of people or what you call stratify, based on the U.S. census. Okay?

Q    Okay.

A    And the U.S. census includes Spanish speakers, includes Mexican-Americans, includes people from all kinds of -- I mean, if you test people in North Dakota or you find the sample in North Dakota, you're going to have Native Americans in that sample because --

Q    Correct.

A    -- that's part of the population. And what you're doing is you're using the census to figure that out. So when you say, what does he have to do with the U.S. population? Well, he's part of the U.S. population. You know, there's populations in the United States that are like just Mr. Rodriguez.

Q    Yeah. And I think that's what I was -- I was trying to say that earlier, which is this is where he lives; this is where he grew up; this is kind of his culture; this is what he knows, right?

So you just touched on some other thing. And I

don't know how many different norms there might be.  You talked about the United States norm as a whole.  Do you know if these tests are normed for, like, Hispanics in the United States or Native Americans in the United States or African-Americans in the United States or Caucasians in the United States?  Are there separate, little smaller norms or --

A    No.

Q    -- is it just one big norm?

A    It's one big norm.  And the reason it's one big norm is correct for everybody or is useful for everybody is because if they did a good job in stratifying the sample, meaning choosing the right kind of people, they used 4000 people across the United States.

Q    Okay.  So they tried to get a mix of all the cultures in the areas?

A    Based -- you know, let's say just for argument sake that 35 percent of the population if the United States is African-American.  So 35 percent of the sample should be African-Americans.

Q    Okay.  That makes sense.

A    And that's -- if it's correct, that's the way they do it.

Q    Okay.

A    What stratifies also is by age.

Q    So is age part of how you norm this, too, then?

A    It's not only how you norm it, it's how you score it.

Q    How you score it, okay.  So I take it since you gave him -- when did you give him this test?

A    He was 65 years old.

Q    65.  So you used age as part of your scoring somehow.  There must be some kind of --

A    There's a table.

Q    Yeah.  Okay.

A    -- that you convert the scale -- if you -- let's go back to here.

Q    Yep.  I got it.

A    And you see scale scores.  I don't know if there's scale scores here.  No, scale scores is --

Q    I don't see that.

A    Scale scores is the scores you obtain from each of the subtests.  And the scale scores, the difference is that they have a mean of five and a -- I mean, a mean of ten and a standard deviation of five.

Q    Okay.

A    You compare those scores using a table.  They did all the statistics -- you don't have to do it yourself -- to standard scores once you add them up. And those standard scores then are converted into I.Q.

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019                    56

scores or to scores -- and that's what you have for your standard scores, the results. And then unless it's --

Q    Okay. So somehow besides the U.S. norm, you also have some kind of table to take into account the age of the individual?

A    Yes. And let me give you an example maybe perhaps that would be easier to understand. Let's say you get eight correct answers in a particular test. It may very well be that if you get eight correct answers and you're 65 years old, you get a higher score because you're not expected to be able to think that well when you're 65 as when you're 18 or 20.

Q    How about when you're 62?

A    You're part of the group, I told you. You're welcome.

Q    All right.

A    You know? But, I mean, it's the same thing -- I was mentioning this to the attorneys. I mean, if I go to a neurologist and I get an MRI of my brain, which I have had, it says normal for age. And I look at it and it's not normal. I mean, it's got a lot of little white dots all over the place. And I say, I know that's not normal. Yeah, it is normal for age. If you're 62 years old, you're expected to have all those little -- or 75 or 72, so -- and that's why the norms go all the way to

79 in this particular test, I think.  And they go as low as 18.  Prior to 18, you have a different test, which is called the WISC.

Q   Okay.  Well, thank you.  So maybe we'll get back there; maybe we won't.  But after your chart there, you have -- you talk about the Flynn effect?

A   Yes.

Q   And I've read about that and I read through that, so we don't need to talk about that, frankly, today.  So let's just jump down to that next test that you talked about very, very briefly, and we'll get to it over here.  But it's called TOGRA; is that right?

A   Yes.  A test of general reasoning ability.

Q   Okay.  And you have GRI, standard score.  What does GRI stand for?  What's that mean?

A   General reasoning intelligence.

Q   Okay.  Is this an I.Q. test?

A   It's equivalent to an I.Q. test.

Q   Okay.  I haven't heard of that one before.

And what does that entail, that test?  What do you do there?

A   The test is -- I can show you a booklet, I think.  No.  I didn't bring it with me.  Anyway -- or maybe I can show you -- no, no.  I don't have it.  I have the answer sheet.  It's a booklet that contains

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019                 58

questions.

Q    Okay.  Hang on a second.

A    And some of the questions --

Q    Hang on a second, Doctor.  What happened to --
let's go off the record.

(Brief recess was taken.)

BY MR. REISENAUER:

Q    Can you tell me what that test entails, Doctor?

A    It's a combination of things for reasoning.
And you start the test by showing a sample in which, for
instance, you have -- in this particular sample you have
a bird and the bird's nest.  So the bird is equal to the
nest.  And then you have a spider, and you have a blank.
And underneath you have four or five different -- I
think you have five different choices, one of which is a
spiderweb.

Q    I was hoping so.

A    So the right choice is the spiderweb, and then
they can respond to that by filling out a bubble in the
response sheet.

Q    Okay.  And that is --

A    Some of them are like that, and some of them
are questions like, you know, if you have -- what's the
correct number to complete the series?  You have 10, 20,
30, 40, 60.  So what's missing is 50.  So you just have

to answer 50. It doesn't give you multiple choice for all of them. It gives you multiple choice for some.

Q    So can you go back and -- what does TOGRA stand for?

A    Test Of General Reasoning Ability.

Q    Okay. General reasoning ability. Okay. But that's an I.Q. test of some sort?

A    Yes. That's a reasoning ability test and gives you the equivalent of an I.Q. score that is very well-researched. And it's done by Dr. Reynolds, who's a well-known psychologist in Texas. And it's published by PAR, P-A-R, which is one of the two largest publishing companies of tests in the United States.

Q    Okay. And the WAIS-IV, just so we're clear and I don't have to ask this anymore, that was the only test that you gave in Spanish, right? So this one was in English?

A    The instructions were in Spanish in the WAIS-IV; the other ones were in English.

Q    Okay. And then your test of Mr. Rodriguez resulted in a score of 70 here; is that right?

A    The equivalent of I.Q. was 70, yes.

Q    Okay. And, again, I know I asked you this on the WAIS-IV. But is this the test that you -- you scored this, or is this again you put in the computer

and it pops out?

A    No.  I scored it.  I mean, it's a simple scoring.  You just add the numbers of correct responses.  You have a -- what's it called?  A thing you put on top of it.

Q    A template?

A    A template.  And then the template shows you which are the -- where the correct answers are.  And if it's not there, that means it's somewhere else, which is wrong.  You just add up the correct ones and you add them in three -- there's three columns of answers.  And that's what gives you the raw score.  And the raw score you convert it into the -- by using their tables, by using their --

Q    Sure.

A    -- manuals.

Q    So the next test you have is something called CTONI-2?

A    That's the Comprehensive Test of Nonverbal intelligence, and it's the second edition.

Q    Okay.  So nonverbal meaning obviously that it isn't oral.  It's written; is that right?

A    No.  What it is is that it doesn't require any answers that are verbal answers.  You provide a picture.  And in the picture you have -- the reason it's called

Comprehensive Test of Nonverbal Intelligence is because there's pictorial and geometric series.

Q    Okay.

A    So in the pictorial ones are pictures.  Let's say again, you know, you have a bird and then another bird, and underneath you have a third bird, and it's which of those five underneath here is the correct one?  And you have one bird, one dog, one cat, whatever.  So they have to choose the bird.

Q    Right.

A    And that's the most simple example.  And then, let's say, now you have birds, but the birds are looking in one direction.  And you have five options where there's four birds looking in different directions, but only one looking in the same direction.  So the most likely is the one, you know.

Q    Okay.  Is this a measurement of I.Q. as well?

A    Oh, yes.

Q    Okay.  And can you tell me what the three scores you have there, what they stand for?

A    Well, one is made out of pictures.  The questions are made out of pictures.  The other one is made out of geometric -- like you have two triangles, you have a third triangle, and then you have which is -- and you have one triangle and one square and one circle

or whatever.  And they have to choose a triangle.  And it gets much more sophisticated than that but -- I mean, as they go.

Q    Okay.  And so the full scale would be similar to the full scale I.Q. result in the WAIS-IV; is that right?

A    Yes.  It is not an average of the two, as you can tell.  It's got 69, 65; don't average 64.  It's how it -- statistically how they compute it.

Q    Right.  Like your full scale I.Q. up above, that's not an average either?

A    No, it's not.  Because they loaded different levels.

Q    Okay.  Well, let's go to the next page here. Now, you gave some other tests that we'll talk about at the end that you don't have set forth in your report, correct?

A    I don't set forth the scores obtained, but I do set forth the results, the conclusion I got from looking at all the test results.

Q    Oh, okay.  So page 12 you talk about adaptive behaviors.  And so this is -- basically there are three things that you talked about earlier that are in the DSM-V and the AAIDD to determine whether or not somebody is intellectually disabled, correct?  First is the I.Q.

part of it, right? The intelligence part of it. And then the adaptive behavior part. And then onset before 18, correct?

A The onset is during the developmental years. In most states it's considered to be 18 or below.

Q Okay. So what you have here is the adaptive behavior portion, correct?

A Right.

Q And then you say that in the first sentence: "The available accounts of Mr. Rodriguez's social history support the conclusion that he has deficits in all three domains of adaptive behavior: Conceptual, social, and practical."

And then you list those, right?

A Yes.

Q Okay.

A If you want me to give you a little history of where these domains come from, is that originally -- and if you look at the DSM-IV, I think, and you look at the AAIDD, when it was the AAMR -- the AMR, which was American Association of Mental Retardation, it listed different kinds of behaviors that would qualify as adaptive behaviors.

And the criteria says if there's deficits in two or all of these, then you have adaptive behavior

deficits.  That evolved and changed into three domains, and they kind of cluster them.  Okay?  And now what they're saying is you don't need two domains; you need only one domain.  And if you find deficits in one of the domains, or as we talked about on the ABAS, the general score of the three, if there's deficits on any of those four different categories, the general score or any of these three categories, then they qualify for the diagnosis.

Q    Okay.  Well, let's drop down then -- thanks for that.  Let's drop down to the next paragraph where you say:  "In his personal life Mr. Rodriguez has never shown the ability to live independently, which suggests conceptual and social deficits."

Do you see that?

A    Yes.

Q    And then the next sentence you actually lead into what I want to ask you about:  "He has been incarcerated most all of his adult life," which is true. He actually, frankly, only had brief opportunities to live on his own.  First when he was like 19, he lived for a short period of time with Dotsie Dahl, right?  You remember her?

A    But that wasn't independent.  I mean, the father was bringing -- his father was bringing in food.

His father was bringing -- taking clothes and washing it for them.  Somebody was watching over them.

Q    Okay.  Where did you get that information?

A    From the records, I think.

Q    Okay.  Not from the interviews that you had?

A    No.  Dotty wouldn't talk to me.  She had enough.  She didn't want to deal with it anymore.

Q    Okay.  That period of time was very brief though, right?  They lived together for what?

A    That was very brief.  That was --

Q    Two months or something?

A    Yeah.  And they really didn't live independently.  I mean, they kind of went -- the parents pushed them into some kind of arrangement, but that was not -- they were not taking care of everything.

Q    Okay.  And then he basically was in custody from then, some type of custody, whether it was the security hospital or the Minnesota Department of Corrections until he was released in 2003, correct?

A    And during those six months, he wasn't independent either.  He lived with his mother.

Q    Yeah, living with his mother, right?

A    Yeah.

Q    Okay.  And so that's what you were referring to there; is that right?

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019                    66

A    Right.  I mean, you cannot consider institutional living as independent living.  He doesn't have to make any decisions when he's in the hospital. He doesn't have to worry about food, you know.  Maybe not the greatest food, but somebody's feeding him three times a day.  And except in Arizona -- probably different; Arizona's only two times a day.  But they don't feed him three times a day.

Q    Okay.  But that's what you're talking about there.  Those short periods of time that he was out of custody, correct?

A    He was out of custody for a short period of time prior to the time that -- he should not -- you know, I don't know what you would consider it.  But he doesn't have the skills to do that.  I mean, I don't know that he can go out and get a lease, for instance.

Q    Okay.  But we don't know that he even tried, correct?

A    Well, we do know that he tried to get jobs and couldn't find one.

Q    Yeah.  Okay.  I get what you're saying.  Okay. So let's go to the next paragraph, if we could.  That first sentence there:  "Mr. Rodriguez was unable to learn in school in spite of special supports and efforts."  Do you see that?

A    Yes.

Q    So what supports and efforts are you talking about there?

A    When he first came to Minnesota he was diagnosed -- I don't know if he was diagnosed or not. But he was put in a special education class.  He was receiving some supports, and then he was receiving some supports, according to him, because he didn't speak the language.  But according to the records, people -- there weren't special education, per se, because there weren't classes for special education where he was.  But he was getting some additional tutoring, if you want to call it that, and people were paying attention to his needs.

Q    Is that when he was like struggling with English?

A    Eight to ten years old, yes.  Which his siblings were not.  And that's what's telling.

Q    Okay.  In the middle of that paragraph, Doc, you say:  "He was frequently described as a withdrawn, shy individual, and as a loner who had low self-esteem."

Who told you that or where did you get that information from?

A    From sisters and friends and other sources. And from records also.

Q    Okay.

A    Declarations also.

Q    From the declarations that you read and also from the interviews, you did?

A    Interviews, yes.

Q    Okay.  And then the next part of the sentence you say:  "He often took the blame for misbehavior committed by his peers."

A    I think that's in declarations and in the records mostly.

Q    Okay.  And in the last paragraph you say:  "He was unable to understand complex concepts, and he needed to be told several times the same thing and break down concepts into simple steps."

Can you explain that to me?

A    If you gave him some instructions or you told him -- you know, he's not the kind of person that you can tell him -- or he was not the kind of person you could tell him, go fix this in the house.  You would have to tell him, okay, that's not working; you have to take it apart.  You have to do this.  And then after you do this, you have to do x, y and z.  You know, break it into smaller portions so he could understand them than just a general instruction.  That's an example of what I'm talking about.  Primarily the sisters are the ones that reported this, that he just -- he could do things,

but you have to explain it to him in very --

Q    Okay.  So this came from Sylvia and Rosa and Ileana?

A    I think it comes from them, too.  But also in the records.  You can look at some of that from some of the declarations from friends and people.

Q    Okay.  And from the sisters, is that from your interview or from prior statements or declarations?  Do you know?

A    I don't know.

Q    You don't recall?

A    No.

Q    Okay.  Next page you say on the very first line there, you say:  "He did not socialize with individuals his own age."  Can you explain that?  What do you mean by his own age?  Did he hang around with people younger or older or what?

A    Either younger or older.  He'd either hang out with people that were buying drugs or using drugs with him, or he would hang out with younger kids.  He would not socialize with individuals his own age, other than -- even when they were in the restaurant.  I forgot the name of the restaurant that they used to --

Q    Sekulas.

A    Sekulas.  And that was a hangout for outcasts.

Let me use that word here.  People that couldn't make it in school.  I mean, all the problem kids would hang out there and he would hang out there.  And in there, in that social group, there were kids much older than he was and kids much younger than he was; not a lot of kids his own age.

Q    Okay.  So that's where your --

A    And that makes sense because, you know, he's now 15 years old or 16 years old and he's still in fourth grade.

Q    And so that's where you're referring to there?

A    Yes.

(Discussion held off-the-record.)

BY MR. REISENAUER:

Q    Doc, a couple more questions before we get to this next chart, I guess.  You do say here that he has shown good working ethics, correct?

A    Right.  That's what's reported from him being able to keep the job for several years at the printing place in prison.  And, you know, whenever he had a job, he did it all right.

Q    Okay.  Within the prison system?

A    Not only within the prison system.  When he was younger.  You know, when he dropped out of school, he was a janitor.  And as far as I know he did a decent job

as a janitor.

Q    Okay.  There's no information from people you interviewed or the declarations you read that he had any problem with at least those jobs?

A    No.  The only exception -- I think I read a report from -- you know, there's a series of reports from interviews with the FBI and others.  And most people say he did fine.  But I recall there was one particular report that suggests that he was a very lazy person and he was not neat in his work and they wouldn't hire him.

Q    Do you remember what job that was?

A    That was when he was doing the printing, I think.

Q    Oh, while he was in prison then?

A    Yeah.  Yeah.  This is all reported while in prison.

Q    Okay.  So --

A    Or at the hospital.  I'm not sure where.

Q    Oh, okay.  Well, let's go back to this ABAS-3 test, okay, that you now have a chart for.  So you say here:  "Mr. Rodriguez's sisters reported the following information, leading to Adaptive Behavior Scores in the ABAS-3, which employs the same scoring structure as the WAIS-IV."  I think I know what you're talking about

here, but I'm not really sure because it's apples and oranges to me, because the WAIS-IV is an I.Q. test and this is -- this is a reporting sort of thing.

A    The scoring is the same, meaning that there's some equivalence if you look at the scores.  And by that I mean that it has a mean of 100 and a standard deviation of 15.

Q    Okay.

A    That's the way they calculated it.

Q    Okay.

A    It's not -- you know, why?  Because they chose to.  But that's how the test was designed.

Q    Okay.  But this isn't measuring I.Q. at all?

A    Not at all.  It's measuring adaptive behaviors.

Q    Great.  Okay.  So let's look at this chart just so I understand what you ask here, all right?  So you have Sylvia and you have Rosa.  And then you have the scale of what you're measuring here, right, and the score.  And then this 95 percent confidence interval level.  And as you -- as you told me before, she provided any information from her recollection of when he was about eight?

A    Correct.

Q    And then your scores are listed there:  53, 55, 54 and 58, right?

A    Yes.

Q    These are areas that are being measured, right?

A    Yes.

Q    Okay.  And then Rosa, as you described earlier, was providing information for that six-month period after he was released from prison in 2003, right?

A    Right.  Her observations of him, yes.

Q    Okay.  And then the scores are listed there, right?

A    Yes.

Q    Okay.  I think I got it.  Now, in the next section you have the age of onset, which we talked about earlier.  And if you'd turn to the next page, 14, if you would, in the first full paragraph there, second sentence, you say:  "Nevertheless he has exhibited extreme poor judgment and dependency, behaving without regard for consequences of his actions."

      Are you talking about here the assaults that he's committed?  Is that what you're referring to?

A    Not only the assaults.  But I mean the fact that, you know, he doesn't think there are many -- or he didn't think there were a lot of consequences for selling drugs or for doing the kind of antisocial activities that he got engaged in.  He was not aware or he was not thinking about what the consequences of that

may be.  You know, he may be removed from society.  And that's typical of individuals with his limitations, plus his dysfunction of the frontal lobe.

Q    Okay.  So were there other crimes that he told you about besides the drugs and the assaults?

A    No.

Q    No?  Okay.

A    No.  I didn't discuss any of his criminal activity.

Q    So that's basically what you're talking about then?

A    Yeah.

Q    The drugs and the assaults?

A    Right.

Q    Okay.  So the next sentence says:  "He has spent most of his adult life in prison," which we all know about.  And you say:  "Likely related to his inability to plan and organize behaviors and again consider the consequences of his actions."

So what do you mean by that?  Is that different from the previous sentence?

A    Not really.  What I mean by that is that that's the consequence that he's experienced is, you know, spending most of his life in prison, which is -- for him is relatively okay because he doesn't have to deal with

his own emotions and his own ideas and his own thoughts. That's what prison does for you, you know. They create the structure that you cannot create for yourself.

Q    And then you have a chart of another test you did, the WRAT4?

A    WRAT4 is the Wide Range of Achievement.

Q    Okay. And what is that test for?

A    That's just a measure of how well he reads, how well he understands what he reads; how well he can spell, and how he can do simple computations, math computations.

Q    Okay. So it doesn't give you an I.Q. score, correct?

A    No. This is a complement of the I.Q. score in the sense of, let's say that you have an I.Q. of 120, but you can't read more than at the level of fourth grade. Then that's what qualifies as a learning disability. Because you have the ability to learn -- to do it much better than you are, but you're not.

So this is a test that's usually used as part of a whole battery of tests, but for the purpose -- you know, educationally, though, not necessarily this test. There are other tests of achievement, meaning how well you can do certain academic skills.

Q    Okay. So look at the very first sentence you

have in that first full paragraph.  You say:  "Because Intellectual Developmental Disability is a disability of thinking and not of learning, Mr. Rodriguez has been able to learn skills that he has utilized productively."

So going back to what you just said about the person with the I.Q. of 120 that has a fourth-grade reading level, I'm a little confused.  If a person has an I.Q. of 120, shouldn't he be able to learn to read better?

A    He should be able to.  And he if he can't, that's what's called a learning disability.  And then you provide supports for the learning disability.  You know, you teach people how to use tricks -- and I'll put that in quotes if you want to -- to be able to learn. You might not be -- you know, if somebody's dyslexic --

Q    That's what I was just thinking of, actually.

A    If somebody's dyslexic, it's unlikely that you're going to be able to correct the dyslexia completely, but you can help them by teaching them certain skills that will help them overcome the skills. And I guess my statement refers to the following: Somebody with an I.Q. of 120 is likely to be capable of becoming an attorney even if they can't read well.

Q    I'm not sure that I have an I.Q. of 120, but these guys probably do.  So we'll give them that credit.

A    But if you have an I.Q. in the 70s, you're not going to become an attorney no matter how much you try to teach them.

Q    Okay.  So but you're not saying that the person with the dyslexia, that has the learning disability, because they have that, they're not necessarily intellectually disabled, correct?

A    No, they're not.  Because they have the brain power to do differently.  And if they can't do it, that means that it's a disability.

Q    Okay.

A    I think the biggest mistake that I've seen in my field is when people say, well, no, he's not intellectually disabled.  He's got a learning disability.  That's why he can't do things.

But, you know, if you have a car that can't go more than 60 miles an hour, it doesn't matter what you do with the car; it's not going to go more than 60 miles an hour.  But if you have a car that it's not properly tuned and can go 150 miles an hour, and you then properly tune it, it's going to go fast.  But right now because it's not properly tuned, it's not going to go fast.  I don't know if that -- you get what I mean?

Q    Yeah.  I'm following you.  But so --

A    In order to be able to diagnose a learning

disability, the person has to have the brain power to do the skill.  If you don't have the brain power to do the skill, then you can't do the skill.  You're not learning disabled.  You're intellectually developmentally disabled.

Q    Okay.  So go back to these guys that have their I.Q. of 120.  If they have dyslexia, that's a learning disability.

A    Correct.

Q    And what you're saying is that we can do -- pardon me, guys -- but we can do things for these guys to be able to read and comprehend their reading better because of their I.Q.?

A    Yes.  And let's say, you know, that's a good example in terms of if they're going to take the Bar exam and you diagnose them with a learning disability, then they get extra time because they require the extra time to respond or answer the questions, but they still can respond and answer the questions.

So if properly diagnosed and if properly -- you know, if you go and see a psychologist or somebody that the Bar accepts as a professional that knows what they're doing, they will accommodate.  There's accommodations.

Q    Okay.

A    For a disability.

Q    So for Mr. Rodriguez, what you're saying is that he doesn't have a learning disability; he's intellectually disabled?

A    That's my opinion, yes.

Q    Okay.

A    But it's not cultural.  It's not caused by any other reason than his inability to do things in such a way that qualify him for the diagnosis of intellectual disability.

Q    Okay.

A    In other words, it doesn't matter how much time you give him to complete a certain task.  Doesn't matter if it's a lawyering task; he's not going to be able to do it.

Q    Thank you.  Let's move fast to where you have the sources, a couple pages, and I just have a couple of questions here.  You on that page, Doc?

A    Yeah.

Q    So here you have the list of school records that you reviewed, right?

A    Yes.

Q    Okay.  And then Medical/Mental Health Records. But within that you include the report from Dr. Froming?

A    Yes.

Q    And her test scoring sheets, correct?

A    Yes.

Q    And I assume you reviewed those, right?

A    I did review them.

Q    And then below here towards the bottom of the page, the psychological and neuropsychological report by Mr. Seward, correct?

A    Correct.

Q    And then the report of Dr. Welner, correct?

A    That read like a novel.  You know, the 200-and-something page report.

Q    It sure was.  Don't think we all haven't suffered with it.  We had a big discussion with him about that last week.

Okay.  And, then, let's see here.  So there you have it on the next page in Mitigation Related Records, and that is the Dr. Hutchinson report and her test that she administered and scoring sheets, correct?

A    Yes.

Q    Okay.  And then the other declarations that you have listed.  And then you did also review some of the trial testimony, correct, of Dr. Hutchinson, and then Rosa and Dolores Rodriguez and Dr. Ecobichon, correct?

A    Yes.  I think so.

Q    Okay.  You have them listed there.

A    Yeah.  If I have it listed, I had it and I reviewed it.

Q    Okay.  So let's go to your testing that you gave.  Do you have all those reports?

A    The originals?

Q    Yeah.  I have copies, obviously.

A    I should have them here, but I also have them in the computer.  Yeah.

Q    However way you want to look at them.

A    These are the actual forms, if you were interested in the ABAS.

Q    Whatever -- we're going to go through whatever you sent to those guys, because that's what I have. Okay?

A    Okay.

MR. MONTROY:  Would it be easier maybe just to show him, like what you're looking at?

(Exhibit No. 3 was marked.)

BY MR. REISENAUER:

Q    Yeah.  I'll mark this whole batch as No. 3, okay?  And we'll just go through this.  The guys were kind enough to give me a guide here, so hopefully their guides are right.  I'm relying on them.  Some of them are just one page.  Some of them are two.  Some of them are longer.  Okay?

A    Yes.

Q    So what they have marked as W1, they have listed as something called Rey Complex Figure.

A    Correct.

Q    And let me get back to your original list of tests here.  You have that on your list on page 1 of your report?

A    Yes.

Q    And according to, at least what they gave me, Doc, it's only two pages.  They call it Rey Complex Figure.  It's two pages, and it looks like some kind of drawings that Mr. Rodriguez did, right?

A    He's supposed to copy -- you put in front of him a --

Q    Let's do this for the record, okay?  So these are marked W1 and it's two pages, W1 and W2.  And I'm going to give you those.  And if you could tell us what the heck they are, I would appreciate it.

A    You give them a picture that he then copies. Then you take both the picture you gave him and what he did away, and you ask him to --

Q    Draw it again from memory?

A    -- draw it again from memory.  And then that's called visual memory.  In other words, things that he should remember.  And you can see here that even

though -- and this is because he shakes a lot that that's so --

Q    Okay.  Because of his tremor, right?

A    Right.

Q    So W1 is the copy and you have written "copy" there?

A    Right.  And he spent three minutes and 21 seconds looking at it and copying it.

Q    Okay.

A    And in spite of that, he's not able to retain a lot of it.  You can see that there's a lot of it missing here.  Even though it's shaky and it's not the quality of the drawing I'm focusing on, but this is not exactly the way it is in the picture.  I don't have the -- I might have it here.

Q    So let me ask you this while you're looking for it.  Is there more to this test than these two pages that I'm supposed to be aware of?

A    Oh, not at all.  I mean, the only thing that --

Q    You can score it somehow or what -- I mean, what is it for?

A    You can score it.  But, well, what you're doing when you give this test is you're observing, you know.  Some people would look at this and say, well, this is a big square with a big x, okay.  And they start doing

that.  And some people say, no, well, I'll start from here and I'll just go around and do it this way.  And so that gives you some idea.

And some people will start from here.  Some people will not be able to copy this part, and that would mean that there's neglect.  That means that the brain is not focusing, is not able to see that part of the picture.  That's one thing that you can get here.

The way -- there's different scoring systems for this test.  One is each of these little markings is a point, and you can get a certain number of points.  And if you don't get a certain number of points, then you're not doing it right.  But I don't score it that way.  Where I want to look is the quality and also how much they retain.  And that's all that I'm concerned about.

This is -- was there any planning?  Was there any ideas of how to go about doing this?  If you don't plan how to do this, it's likely reflected also in how you do things in life, that you, you know, just go about, okay, this is how I see it; I'll just go around and go around and around and around.

Q    Okay.  So --

A    If you actually see a square and you start by the square and you have a plan on how you're going to go

about, you're going to be much more successful.  And this line actually should be here, okay?  It comes from here, not from here.

Q    Let me ask you this.  Because this is all I got, right?  And so what you're telling me is that there's something that Mr. Rodriguez was supposed to copy in this first drawing?

A    Right.

Q    Do you have what that looks like?

A    I don't have -- it's called a stimuli, and I don't have it with me.  That's why I was going to look if I have it here.  But I don't think so.

Q    All right.  And then you talked about, like, you get a point for, I assume, if you draw it correctly or you draw this part of it correctly or whatever.  And then you can score that somehow, but you don't score it, is what you said?

A    There's different ways of scoring it.  I mean, there's what's called developmental.  There's different ways people do score it.  But I don't -- I don't use any of those.

Q    Okay.  So what's the purpose of this, if I can ask then?  Because I'll be honest with you, I can't draw a stick man, okay?  So I'm, like, wondering what this tells you?

A    You cannot -- you may not be able to draw. This is not a drawing test.

Q    It's a copy, right?

A    You're copying.  And, you know, what is it that you're seeing?

Q    Okay.

A    And I want to know what you can copy, what you can see, if you can copy what you can see.  If you can't see half of the drawing, then I know there's something wrong with half of your brain, or at least visually.  If you --

Q    What is the --

A    -- are able to copy all this but only remember immediately this much of the whole drawing, I mean, you're missing here; you're missing here.  You know, everybody remembers -- for instance, that's another thing that you can derive.  Everybody remembers a happy face.  They call it the happy face.  And the diamond.

Q    Okay.  So let me just cut to the chase.  What did this test tell you about Mr. Rodriguez?

A    That he deficits two things:  One is he doesn't have any means of organizing and planing his approach to a problem.  This is a problem that he's solving, and he's not doing it in a way that is directly logical. And the second one is that he's not retaining, which

means his verbal -- his visual memory is lacking.  This is one indication that he's either not paying attention, and that's why he's not able to reproduce most of that, or he's not able to remember it.

Q    Okay.  So you just mentioned something that I'll ask you about.  You said "not paying attention."  We wouldn't know that whether he's paying attention or not trying, right, from just looking at this?

A    If he, for instance, would not have remembered the happy face and the diamond, that would be suspect because everybody remembers that.  You know, because when you draw it you say, oh, this is a happy face.  Oh, this is a diamond.

Q    Mh-hmm.  Okay.

A    But the rest of the stuff, unless you have -- you know, again, if you have some approach to it that you say, oh, what I'm looking at is a square with an x, with this and that; it's a lot more likely that you'll remember that than if you say it's just lines.

Q    Okay.  Let's move on to the next one.  This is only one page, and it's listed as Rey Fifteen Item, and you have that on your report.  You call it Rey Fifteen Item Test.  And that's just one page.  It's W3.

And can you tell me what that is, what that's supposed to be?

A    What you do with this is you show him a piece of paper --

Q    Oh, I'm sorry.  I'm sorry.  I have one more question about this.  When you say "immediate" here, is that like immediate, like after he gets done drawing this, you take the stimuli part away and then he draws it right away?

A    Right.

Q    Okay.  So it's not like a half an hour or --

A    No.  And let's say he did it perfectly or he remembered everything; then I might want to come back two hours later or three hours later, or if I'm going to see him the next day, and say, "Remember that picture you drew?  Draw it again."  Because that gives a distinction between immediate memory and what he's able to retain for long times.  But since he didn't retain much of what he drew, I didn't do that the long delay.  It's called long delay.

Q    Okay.  So I got you.  Sorry to interrupt that.  Tell me what this is again?

A    This is a test of effort, basically.  And the reasons it's a test of effort is because people with severe brain dysfunction or brain damage are able to perform adequately.  And what you do is you show him a piece of paper with this -- actually, he did it

perfectly.  I think he transposed this.  This comes up here and this down here.

But, anyway, what you do is you say, I'm going to give you ten seconds to look at this particular page, and then I'm going to take it away, and I want you to draw as much as you can from what you saw or repeat as much as you can.

Q   Okay.

A   And as you can see, there's fifteen items there, and he recalled fifteen items.  If he's able to recall anywhere between eight and nine, that's what people -- less than eight is people with severe damage are not able to recall eight or less.  So if somebody is not able to recall eight or less, then you suspect maybe they're not making a good effort.  Because they're functioning.  I mean, they're not sitting in a wheelchair, drooling.

Q   Okay.  So on this particular test Mr. Rodriguez got them all.  So that doesn't really reflect any brain dysfunction at all?

A   It's not -- this doesn't test for brain function.  That's what people may think it tests for.

Q   Okay.  Well, you tell me what it tests for.

A   Effort.

Q   Effort?

A    Effort.  If you're really doing a good effort, because we know that --

Q    So that word "malingering."

A    There's no test for malingering.  There's only test for effort.  But, yes, besides this, you can conclude that he's not malingering.

Q    Okay.  The next one is called the Dot Counting Test, right?

A    Correct.

Q    And I only have one page for that, too.

A    Right.

Q    Okay.  Can you tell me what that is?  And this one actually, as opposed to the first two, what was provided to me was actually like a scoring sheet, right?

A    It is a scoring sheet, yes.

Q    So what is the Dot Counting Test, and can you explain what all this is?

A    Again, it's a test of effort.  And it consists of just plates that you show the individual with dots.  The first six are randomly placed.  And you ask them to count them as fast as they can.

Q    Count the dots on the plate?

A    Yes.

Q    Okay.

A    And as you can see here, he counted them all

correctly.  Plus he counted them in this particular amount of time.

Q    Okay.  So let me look at that for a second.  On the left-hand side it says --

A    No, no.  That's the plate number.  That's not --

Q    Yeah.  That's the card.  That's the plate number.  And then this is the total number if you get them all, right?

A    That's right.  That's the number.

Q    And this is how many he got?

A    Right.

Q    And then over here is the time that you said?

A    Yep.

Q    Okay.  Got you.  So according to this, he did well on this, right?

A    According to this, he did very well.  And you can see that people with some kind of problems -- here, let me show you where it is here.  His shows that the base -- this is for normals.  Because this particular tests have sub-norms for normals, people with no disability, than for people with schizophrenia, people with this and people with that.

So I compare to the normals.  And the normals -- if the score is 14 or below, then you don't

have to worry about the effort or you think he's making a good effort.  His score was 8.2, which comes to eight. If it's --

Q    You round it down?

A    Yeah.

Q    Okay.

A    So 8 against 14, obviously that means that he made a good effort.

Q    Okay.  And this is your scoring, your writing, right?

A    Right.

Q    Okay.

A    That's again just --

Q    Just effort?  Does it measure anything else?

A    No.  It doesn't tell you --

Q    Everybody should be able to count the dots, is what you're saying?

A    Well, unless they're blind.  Or, you know, if you have a problem with your hand and you can't point them to keep them certain.  You know, some people have problems with vision and things move, so they need to hold them down.

Q    Okay.  We'll move on to the next one.  The next one is a number of pages.  And this is listed as D-KEFS Verbal Fluency Test.

A    Right.  That's the Delis-Kaplan Executive Functions.

Q    Okay.  And what does this measure and can you -- I'm going to give you these pages and ask you if you can explain that to me.

A    Verbally fluency is one of the issues that you want to be able to test because we know that people that don't have it, or that have problems with verbal fluency, have problems with the frontal lobes.  The frontal lobes allow you to -- you know, if I ask you to say all the animals you can think of, you're going to probably spout a whole bunch of them.  But if I say to you, give me all the animals you can think of in a minute, and you can only come up with five or six, there's something unusual with them.  An adult's been exposed to a lot of animals.

Q    So let me ask you:  This isn't part of the, like, the WAIS-IV we talked about earlier?

A    No.  This tests --

Q    This is a separate thing?

A    -- executive functions.  Executive functions are related to how the frontal lobes are functioning and --

Q    Well, I'm asking because in your WAIS-IV scoring, there was some kind of verbal comprehension,

and so I wasn't sure if that was part of that.

A    Verbal comprehension in the WAIS-IV can mainly, if you know the meaning of words and if you know -- if you're able to abstract, you know, similarities between two kinds of things.

Q    Okay.

A    And this has nothing to do with the --

Q    Nothing to do with that?

A    No.

Q    You didn't have a chart in here, so I didn't know.  So let me ask you this:  The questions in there, are they, like, oral questions then?  Do you answer them orally?  Because you say it's verbal fluency.

A    Yeah.  You just ask him, for instance, tell me all the animals you can think of, okay?  And tell me all the names of boys you can think of.  That's the question.  And then they do that.

Q    And you're writing his answers down, right?

A    I'm writing them down.  And this is -- the first part of the test has to do with letters.  All the letters -- all the words that you can think of that start with the letter "f," all the words that start with the letter "a" and the letter "s."  This is probably the most difficult of the tests because it requires more thinking, more abstract reasoning than just remembering

the numbers of animals or people's names.

Q    Okay.

A    And that's reflected actually in the scores, I think.  Let me look.

Q    Okay.  So you score that by what, how many he comes up with --

A    Yes.

Q    -- in a short period of time or whatever time you give him?

A    Yes.

Q    Okay.  And how did he do on this?

A    On the letter fluency, which is the first one, he didn't do that great.  He got a scale score, and, again, it's a mean of ten and a standard deviation of three.

Q    Okay.

A    So he's below one standard deviation.  He gets a six, and that's low.  In terms of animals and names of boys, he's above the mean at 12.  In terms of switching, being able to, you know, stop himself from repeating one category and without switching to another category; and that is, now tell me a piece of furniture and a piece of fruit, one and one.  So if they're not able to stop themselves that well, then, you know, he obtains a seven.  And then -- and that's in general how many he

was able to do in one minute.  And then in the ability to switch from one to the other, he did well.

Q    Okay.

A    So the only thing that is kind of suspect here is his inability for letters, and that is consistent with not great frontal lobes.

Q    Okay.  Then we have a number of these tests, different subcomponents of this thing.  You have something called a Trail Making Test?

A    Yes.  Also part of the Delis-Kaplan Executive Function System.

Q    Okay.  And tell me what that measures.

A    That has four different conditions.  And what it measures is -- and it's based on how long it takes to do.  The first one is simple, to see if they can scan the page and mark them off.  I mean, you just tell them, I just want you to mark off all the threes.  And this is the sample, the practice.  And then you can see here that he's marking all the threes.  And you can -- also I can tell you that the amount of time that it took him to do this provides a score of 11.

Q    Okay.  And what does that mean?

A    Means that he's slightly above the mean.

Q    Okay.  So where the mean is ten still?

A    The mean is ten and standard deviation is

three.

Q    Okay.

A    So he did okay there.  The second part of the test, because it's four parts --

Q    Four parts, okay.

A    Right.  The second part of the test, he has to do the same thing, but connect the numbers, and that he does it a little slower.

Q    So he does it, but you time it, and so he didn't do as well as you --

A    No.  And that probably has to do with his physical inability to do it.  I don't think that's necessarily --

Q    Okay.

A    And then comes the part where he's not able to keep enough in his mind, and that's the third one.  And he got a standard score of one, which is three standard deviations below the mean.

Q    Okay.  And what is that?

A    And that's connecting letters, a-b-c-d-e-f-g-h-i-j-k-l-m-n....

Q    Okay.

A    Now, this is somewhat consistent with the fact that he's not a good reader and that he didn't go to -- didn't make it in school.  Because, you know, if you

can't -- if you're 65 years old and you can't recall your ABCs fast enough, then you have a problem.  Then the fourth condition is the -- it's a little bit more complicated because in this condition what you want him to do is switch from --

Q   Numbers to letters?

A   -- numbers to letters.  So you have to stop yourself from going one to two and say, okay, I'm going to go from one to eight.

Q   Okay.  How'd he do on that?

A   He didn't do great, but he didn't do as bad as he could have.  And then the last one is just to connect the dots.  And that is to see if there's a motor component to his difficulties, and there isn't.  He got a score of nine.  So in spite of his trembling and his shaking, he's able to do it well enough, you know, close to the mean.

Q   Okay.

A   So what this tells you is that he does have some problems with retaining information using the information he has.  And, again, being fluid enough, which is reflective of frontal lobe dysfunction.

Q   All right.  Thank you, Doc.  For the record that was pages W11 through 25.

The next one is another part of this same test,

and this is called the Proverb Test?

     A     The Proverb Test, right.

     Q     And that's pages 26 through 29.  And what is the Proverb Test and what does that reflect?

     A     Well, what it reflects is the ability to have some abstract reasoning, because what you -- what you're asking the person is, I'm going to tell you, for instance, what does "You can't judge a book by its cover" mean?  Well, that's a fairly common saying.  If you're 65 years old, you've probably heard it before.  And he did.  He did fine.

          But then when you ask him "Don't count your chickens before they hatch," what does it mean?  He couldn't come up with an answer.

     Q     Let me look at that.  So let me see how this is set forth here.  Okay.  So the No. 2 where you say he couldn't come up with an answer, you're writing his answers down, right?

     A     Yes.

     Q     All right.  So "DK" means don't know?

     A     Don't know.

     Q     All right.  And then you give scores somehow?

     A     Yes.  Depends on the quality of the answer and depending on the --

     Q     Okay.  So you score it?

A    Yes.

Q    So on No. 1 one where you said he didn't know what that was, he got a two?

A    No.  No.  He did know what it was.

Q    Or he did.  Excuse me.  He did know what it was.  You gave him a two out of two, right?

A    Right.  I give him actually a four because he -- what he said made sense.  Not only meaning that he understood the question, but also it's an abstract reasoning score.

Q    Okay.  And so you get a score and then you add up the scores.  And what does that tell you at the end, then?

A    Then you can put that into a chart, and you can see what the score reflects in terms of -- and you can see that he scores a two, I think.

Q    Yeah.  That's what you have, a scaled score of two.

A    In abstract reasoning.

Q    And this is a scale score on that ten level?

A    On the ten, yeah.  So it's more than three standard deviations -- no.  It's more than two standard deviations below the mean, which means that again his abstract reasoning is defective.

Q    Okay.  Next test.  The Color-Word Interference

Test.

A    Right.

Q    Hang on.  Pages 30 through 36.  Okay.  Now you can tell me what that is, Doc.

A    That commonly in other batteries or tests by itself is called a strube test.  And basically what it is is that, again, you're asking a person to be able to stop themselves from saying the first thing that comes to their minds and doing what you're asking them to do.

Q    Okay.  And I take it this has something to do with looking at colors?

A    Well, it has something to do with looking at letters and colors and then shapes and colors.  And the first part of the test is just to know how fast you can name colors and then how fast you can name letters.  And then comes the tough part, which is if I showed you a letter "e" but it's on yellow ink, and I asked you to tell me what the color is, not what the letter is, and you tell me "e." --

Q    I didn't get that right then?

A    That's right.  And, you know, this is timed.  So he doesn't do too badly until you get to inhibition, meaning that he's not able to switch correctly, that he gets more than two standard deviation below the mean.  Again, these scores are indicative of brain dysfunction,

particularly in the frontal lobes, because this is what this test is testing.  These are testing the frontal lobes, the executive functions.

Q    Is this timed somehow?

A    Yeah.

Q    So he has only so much time to do the answers?

A    No.  He can take all the time in the world. But the score is based on how long it takes him to do the test.

Q    Okay.

A    So you -- the instructions are to do this as fast as you can.

Q    Yeah.  So if I get them all right but I take a half an hour, I probably didn't do that well, right?

A    No, you didn't.

Q    Okay.  Got it.  The next one, moving on.  We're back to that CTONI-2 test.  This is -- well, this is three pages, so I'm going to hand you these three pages, and if you would explain to me what this is, it would be very helpful.

A    The first page is the summary of the results of actually how he did.  The second page is the instructions of what you're asking him to do.  And the third page is the actual scoring.  And the test consists of showing him either a picture or a geometric form and,

you know, saying which is the correct answer?  Choose the correct answer, if it's four or five.

Q    Okay.  Let me stop you for a second, Doc.  I want to get to wherever the heck you've talked about that test in here.  Go ahead.

A    So this is reflected there.

Q    Okay.

A    These scores are what's reflected there.

Q    Okay.  So --

A    It's an I.Q. score.  That's an I.Q. test.

Q    Okay.  So on page W39, it has listed here Subtest 1, Subtest 2, Subtest 3, 4, 5 and 6.

A    Right.  And that's divided between if you can see picture, pictorial analogies and geometric analogies, pictorial categories and geometric categories, and pictorial sequences and geometric sequences.  So if you go to your first page, you'll see that that's where the summary goes down there, where the numbers are.  And then that you transform into scores, and then those scores you look up in tables and they give you the I.Q. scores.

Q    So I have a question.  So this is you checking whether he got it right or wrong?

A    Yes.

Q    Okay.  And then you get the raw score somehow

and the same for each one of these?

A    Right.

Q    Okay.  Got you.  The next one is pages W40 through 42, I think.  And this is the TOGRA Answer Sheet and the summary and then some charts.  So if you could tell me what this is, that'd be great.

A    Well, the answer sheet, we went over that, is just, you know, filling out the bubbles.  And as you can see, out of 20 --

Q    So there's 20 --

A    20 for this column.  But out of 20, when you put the stencil on it, he got 11 correct here.  And out of -- he only answered 12, but only he got 6 correct.  So his total correct answers is 17.

Q    All right.  So hang on before you leave that page.  So when you mean he only answered 12, is this a timed thing?

A    Yeah.  14 minutes all together.

Q    Okay.  So he got through number 32 and then time's up, right?

A    (Witness nods head.)

Q    What does this mean, "green form"?

A    There's two separate forms, a blue one and a green one.

Q    Questions, you mean?  Different -- I don't know

what you mean by --

A    The booklet is a different one.  Different in case -- let's say you want to test somebody and then you want to retest them in an hour or two hours or three hours later.

Q    Got it.  Go ahead.  Second page?

A    Second page is the summary of the scores.  So you see here the raw score is the 11 plus 6 is 17.  That gives you a GRI standard score, meaning the standard scores are mean of 100, standard deviation of 15.  Or 70, two standard deviations below the mean; with 95 percent confidence interval, which is 45 to 79.  And 2 percentile rank.  And that's -- if you remember the curve, that's where the two percentile rank is two standard deviations below the mean.  And percentile ranks means that only 2 percent of the population obtained those scores.

Q    And then what's this third page?  What is that chart?

A    This just -- if you want to know how to change -- I didn't do this, because as you can see here, it's from blue to green is if -- it's if you actually give them both tests.

Q    So that's not really applicable to here?

A    No, it's not.  It just comes together.

Q    Got it.  Thanks.  All right.  Now we have
something different that we haven't talked about before.
It is pages W43 through 62.  And it is on the front
page, at least, called the Neuropsychological Assessment
Battery Executive Functions Module.

What is that?

A    The Neuropsychological Assessment Battery is a
battery of tests and subtests that can measure -- if you
have your index score summary table.

Q    I might.

A    I don't know if it's there.  Maybe it is.

Q    I don't know either, because I don't know what
that is.

A    It looks like on the front.  The report, the
scores.

Q    No.  I don't have it.

A    No, you don't have the scores?  Okay.

Q    I don't have the scores.

A    All right.  I can send it to you.

But, anyway, the point is you have an attention
index, you have a language index, you have a memory
index, you have a spacial index, and you have an
executive function index.  And if you do all of them,
you can come up with a total number for the whole
battery.

Q    Okay.  And -- pardon me -- but this measures then executive functioning, I take it, right?

A    No, not all of them.  I mean attention and executive functions are two of the modules, and those are the two I gave him.  I didn't give him the other ones.

Q    Okay.  Let me -- slow down for a second.  The attention one we're going to get into next, I think.

But this one measures executive functions?

A    Right.

Q    Okay.  And so what you were just showing me that I don't have is --

A    It's a summary of the scores.

Q    -- the summary of the scores.  And maybe when we get done, we can get a copy of those, okay?

So how did he do on this is I guess the bottom line, right?

A    The bottom line is that in both attention and executive functions, he did two standard deviations below the mean, which means that he obtained a standard score of 71 in the index of attention and a 73 in the index of executive functions.

They also have a category -- they use this -- this is not something that everybody uses, but they use this, and they call a 71 a mildly to moderately

impaired. So two standard deviations, they called it mildly to moderately impaired, which means that for you to be severely impaired, you really have to be more than two standard deviations, meaning less than 2 percent of the population.

Q    Okay. So what I was provided, okay, this is then actually the test itself; is that right?

A    Yes. Yes.

Q    And what I don't have is your scoring?

A    The summary, yes. I guess not. If you don't have it, you don't have it. But we can give it to you.

Q    Yeah. Okay. That's that. And then the next one --

MR. LUBY: If I may just ask, how many pages is the scoring document that you're referring to?

THE WITNESS: Five. I don't know if I didn't send it to you or I didn't scan it.

MS. BURKLAND: It would be great to have both.

MR. REISENAUER: Off the record.

(Discussion held off the record.)

BY MR. REISENAUER:

Q    Back on the record. Going to the next document, set of documents, this is the NAB Attention Module, and it's pages W63 through 64.

A    Right. And what this is measuring is

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019                    109

attention.  I mean, it's a module that gives you a score about his attention.  And, again, it's 71, which is two standard deviations below the mean.

Q    Okay.  His score is a 71, is what you're saying?

A    Yes.  Total score was 71.

Q    And so as far as, like, what this is measuring, you say it measures attention?

A    Right.

Q    Does that mean his ability to pay attention as opposed to the idea that we talked about earlier?  I forgot the word you used, but I used the word malingering.  This isn't measuring that?

A    No, no, no.  This measures -- what this helps you with, you know, for instance, this is -- there's some internal validity.  There's a subtest here that gives you, for instance, recall numbers.  You know, if I tell you 7-5-3-2-1, and you can give me that.

Q    Okay.

A    There is a very similar test or the exact same test in the WAIS, and he obtained similar scores.  So if he doesn't remember what he did with the WAIS, so he can't be pretending to do the same thing in here. That's why it's called the internal validity.

Q    Okay.  So these two tests that we just talked

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019                    110

about, they're not I.Q. tests, correct?

A    They're not.  No.  No.  They test brain function.

Q    Okay.  Thank you.  And we think I have everything that --

A    Yeah, you have everything that -- you have the two modules.  You have the --

Q    So what you gave us when we were on break there, that's the score report for both of these tests?

A    Yes.  The summary of both of those.

Q    Got you.  Thank you.  The next one is the WRAT-4 test that we talked about earlier, and it is contained in pages W85 through 100.  And can you tell me what I'm looking at here.  I'll just hand you what I have.

A    Well, this is the summary of -- you know, you can see here:  Word reading, sentence comprehension, spelling, math computation and reading composite, which is what you have at the end here.

Q    Let me find that chart here.

A    This is the last page.

Q    Yeah.  Okay.  And this isn't an I.Q. test, but it measures, basically, grade equivalent areas of different things, math, reading, comprehension, right?

A    Yes.

Q   Okay.  And this is -- and on the first page is the raw score.  And then over on the right-hand side, it says optional scores, which you have checked as grade equivalent, right?

A   Yes.

Q   Okay.  And then if I might just look through the rest of the pages real quick.  This is the actual test, right?

A   Yes.  I didn't know that there's 15 pages.  Oh, maybe because they're two-sided.

Q   Okay.  When he's taking this test, are you the one who's putting down his answers, or part of it, I guess?

A   In some cases.  For instance, in the spelling, you ask him to spell the word; he's writing it down.  In the --

Q   In the math he's doing that?

A   In the math he's doing it himself.  In reading, I'm the one that's marking how far he can go in reading.  And I'm the one that is scoring or writing his answers --

Q   Okay.

A   -- in comprehension.

Q   Okay.  And then you give him a score.  You're circling the score, right, or determining the score?

A    Yes.

Q    Got it.  So those results you have in this chart in your report, right?

A    Yes.

Q    How come there's no grade equivalent over here on the last one the reading composite?

A    Because there's -- you know, that's a combination of the -- the reading composite is a combination of word reading and sentence comprehension. And the manual doesn't have an equivalent.  I don't make it up.  So I don't know what it would be.  But the manual doesn't have it, so I can't put it in.

Q    Okay.  All right.  The last number of pages, Doc, W101 through 124.  This is back to the beginning of our day here.  This is the WAIS-IV pages that were given to me.  The front page, can you explain that to me?

A    The front page is just a summary, meaning that you transfer the scores, the raw scores from the test to the front page, and then you transform them.

Q    Okay.  What do you mean transform them?

A    Well, diseno con cubos, which is cubes -- it's a test where you ask them to make shapes out of cubes, and you show them the sample and they have to do it.  He obtained 28 points in that, which is equivalent to a scale score of nine.

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019                    113

Q    Okay.  You're talking about this very first --

A    Yes.

Q    -- row here, right?

A    Yes.

Q    Okay.  So now we're going to go -- this might be the hardest part all day for me because this is in Spanish, correct?

A    This is in Spanish, yes.  This is the protocol is in Spanish.  It's a Spanish form.

Q    Okay.  So let me -- so I at least know what I'm looking at here.  That left-hand column are lists of -- I'll call them subtests?

A    Yes.

Q    Okay.  And so the first one you said was some kind of cube thing?

A    Right.  It's the sign of --

Q    Hang on.  And I think this is what you said to begin with.  It says diseno con cubos?

A    Yeah.

Q    And that means cubes?

A    Right.

Q    That's what we were looking at.  So the next where the box is, what is that number, 28?

A    That's the number of points that he obtained in the test.

Q    Okay.  And on the top of that column what does that say, punctuation?

A    Puntuacion natural, meaning number of points.

Q    Number of points, okay.  And then the next box there, we have -- for some reason we have --

A    Scale score.

Q    That's what?

A    On top is --

Q    Scale score?

A    On top, the puntuacion escalar means scale score.

Q    Scale score.  And why the black boxes and then the white box?  I'm not following why we need that.

A    Well, go to the bottom.

Q    Yep.

A    Okay?  And this is where you derived the differences.  So the dark ones are there so you don't put the number there and don't add it, because where you want to add it to is to give you a score.  So what this is telling you is the similarities, vocabulary and information, the three of them together give you the score for verbal comprehension.

Q    That's on this first column down here on the bottom?

A    Right.

Q    So that's his verbal comprehension?

A    That's right.

Q    I get it.  So let's -- now that we're on that column, okay, so the second one, what is that?

A    Similarities.

Q    Similarities.  Okay.  He got a 14, right?

A    Right.

Q    And then you have two numbers here, 8 and 5. What is that?

A    The eight is if you were using Mexican norms. And I just did it for the hell of it.  And the right is if you used U.S. norms.

Q    Okay.  And so if I'm following what you told us earlier, you used the U.S. norm here?

A    And if you look at the report, the numbers I'm reporting are based on U.S. norms.

Q    All right.  If you long at what report?

A    My report.

Q    Oh, this report?

A    On the table there.

Q    All right.  Let me go back.

A    On the WAIS.

Q    Yeah, got it.  Okay.  So we're talking about -- we'll get there, right?  We're going to get there.

     So you use this number on the right, the 5, 6,

7.  So that adds up to 18.  And that's your 18 down here in this box?

A    Correct.

Q    Okay.  And then 18, that's the verbal comprehension score.  And then the next chart down here is where you put 18 in again, right?

A    Right.  You put the 18 there and then 18 --

Q    Becomes the 78?

A    It would become the -- right.

Q    And that's what you have here.

A    Correct.

Q    Got you.  Okay.  Now I think I understand what you're reading here.  Okay.  So the first page is your summary.

A    Yes.

Q    Right?  And then second page doesn't have anything written on it.

A    Right.  No.  That's just a different analysis. It's not relevant to what we're doing.

Q    Okay.  And then --

A    This is -- the analysis would give you, you know, where he did good and where he didn't.  And, I mean, you can pretty much just look at it and it will tell you.

Q    Okay.  So then the rest of the pages are the

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019          117

test itself?

    A    Yes.

    Q    Got it.  And, again, the circles here are --
let's say, go to page 103.  No, that doesn't help you.
Go to this page.

    A    Yes.  To that page?

    Q    Yeah.  Because I'm just trying to confuse you,
you know.  Go to this page.  You got it?

    A    Yes.

    Q    Okay.  So this is you scoring over here on the
right again?

    A    Yes.

    Q    Circling the circles?

    A    Yes.

    Q    Okay.  And then go to the page you had before,
the next page, where there was writing on there.

    A    Yes.

    Q    Okay.  I'm not going to ask you what any of
these words are because we'll be here all day.  But my
question is:  Is this your writing?

    A    Yes.

    Q    So this is his answer that he's telling you?

    A    Right.

    Q    And then you scored over here zero, one or two
again?

A    Yes.  And it's -- the scores are based on the manual.  They have some criteria that you have to follow.

Q    Okay.  And the rest of it -- hang on a second. I'll just show you this page.  This is that same bell curve thing that we had in here, right?

A    Right.  Right.

Q    And that's the same bell curve no matter if you're norming it in Mexico or United States or any other country, right?

A    Bell curves are bell curves, right.  They're standard.

MR. REISENAUER:  Okay.  Give us a minute here.

(Brief recess was taken.)

BY MR. REISENAUER:

Q    Melissa had a question just out of curiosity, as she was looking at this chart.  So, here, I'll just show you.  On your page there she was wondering what this meant, if anything?

A    Nothing.  It doesn't mean anything.

Q    This scribble here?  These two scribbles don't mean anything?

A    No.

Q    You're just scribbling?

A    I'm not sure what it means.  It's an "e," but I

don't know what it means.  I mean, I don't recall what it means.

Q    Excellent?  You don't remember?

A    No, I don't remember.  I do excellent work, sir.  So I give myself the "E."

Q    She was wondering what that meant, and I was like, I don't know.  I'll ask him.

A    I don't know.  I don't know.

MR. LUBY:  What page are you referring to?

THE WITNESS:  It's just a scribble, yeah.  Just a scribble.

BY MR. REISENAUER:

Q    The front page.  He has a couple E's scribbled here, and she was wondering what it was.

A    There's a little scribbly here, you know, that goes to the number there.  So that's -- that I know what it is, but I don't know what those are.

Q    Say what now?  The scribble down here what?

A    These little --

Q    Yeah.  That little line scribble?

A    Goes from the No. 9 to 95 percent interval, 86 to 96.

Q    What does that mean?

A    That means that's written on the tables in the Mexican norms.

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019                    120

Q    I'm not following you.  So you got -- here you have two numbers, and then you have this little scribbly line by the --

A    What it means is that the 85 at a 95 percent confidence interval is 86 or 80 to 96.  I don't know why I've got it like that.  Should be 80 -- oh, no.  No. The 89 is 86 to 96.

Q    Oh, I see what you mean now.

A    But it's not relevant to what we're doing.

Q    Okay.  All right.  Well, that was Melissa's question, which was meaningless.

A    And I'm sorry I can't answer it.  I don't know what I did or why I did it.

        MR. REISENAUER:  That's all we have, guys.

        (Discussion held off the record.)

                    EXAMINATION

BY MR. MONTROY:

Q    Dr. Weinstein, just a couple questions to follow up.  Mr. Reisenauer asked you a number of questions moments ago about testing that you conducted concerning executive functioning; is that right?

A    Yes.

Q    And is it your opinion that Mr. Rodriguez has deficits in executive functioning?

A    Yes, he does.

Q    And what does it mean to have deficits in executive functioning?

A    Well, neuropsychological means that your frontal lobes are not functioning adequately. Pragmatically, it means that you have problems with planning, organizing your behaviors, foreseeing the consequence of your actions, abstract reasoning. Things of that nature.

Q    And the deficits in executive functioning, is that consistent with deficits in adaptive behavior?

A    What's consistent with intellectual developmental disability is an immature or poorly developed frontal lobe, which is probably one of the things that's happened here.

MR. MONTROY:  Thank you.  I don't have any additional questions.

MR. REISENAUER:  I got nothing.

(Discussion held off the record.)

(Exhibit No. 4 was marked.)

MR. REISENAUER:  Back on the record here.  So there's one more exhibit I would like to mark, and that is that document that Dr. Weinstein provided.  So for the record, I've marked the document called Neuropsychological Assessment Battery Score Report as Exhibit 4.

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019                          122

And now we're off the record.

(The deposition was concluded at 12:32 p.m.)

DECLARATION UNDER PENALTY OF PERJURY


     I, RICARDO WEINSTEIN, Ph.D., the witness herein, declare under penalty of perjury that I have read the foregoing in its entirety; and that the testimony contained therein, as corrected by me, is a true and accurate transcription of my testimony elicited at said time and place.


          Executed this _____ day of _____ 2019, at _____, _____.
     (City)                    (State)



                         _____
                         RICARDO WEINSTEIN, Ph.D.

STATE OF CALIFORNIA)

)ss.

COUNTY OF SAN DIEGO)

I, Dana E. Simon, Certified Shorthand Reporter No. 12683, for the State of California, do hereby certify:

That, prior to being examined, the witness named in the foregoing deposition was duly sworn to testify to the truth, the whole truth and nothing but the truth;

That said deposition was taken down by me in shorthand at the time and place therein named, and was thereafter reduced by me to typewritten form, and that the same is a true, correct, and complete transcript of said proceedings;

Before completion of the deposition, review of the transcript { } was {x} was not requested.  If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.  I further certify that I am not interested in the outcome of the action.

Witness my hand this 22nd day of January 2019.

_____

Dana E. Simon, CSR No. 12683

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019

125

**A**

a-b-c-d-e-f-g-h--i-j-k-l-m-n
97:21

**aaidd**
27:9, 41:18,
62:24, 63:20

**aamr**
63:20

**abas**
64:5, 81:11

**abas-3**
26:20, 71:20,
71:24

**abcs**
98:2

**ability**
49:2, 57:13,
59:5, 59:6,
59:8, 64:13,
75:18, 96:1,
99:5, 109:10

**able**
21:22, 23:22,
25:21, 31:3,
33:3, 37:15,
38:1, 44:13,
44:15, 56:11,
70:19, 76:4,
76:8, 76:10,
76:14, 76:18,
77:25, 78:12,
79:14, 83:10,
84:5, 84:7,
86:1, 86:13,
87:3, 87:4,
88:15, 88:23,
89:10, 89:13,
89:14, 92:16,
93:7, 94:4,
95:20, 95:23,
96:1, 97:15,
98:16, 101:7,
101:23

**about**
11:18, 13:11,
13:19, 14:19,

15:5, 15:25,
17:4, 18:6,
18:21, 20:5,
20:6, 20:17,
21:11, 21:14,
21:16, 23:4,
23:10, 23:12,
24:8, 24:10,
24:20, 26:1,
26:9, 26:17,
27:3, 28:22,
28:23, 29:13,
29:15, 29:21,
29:23, 30:20,
31:1, 31:2,
31:4, 31:15,
32:3, 32:6,
32:13, 32:23,
32:24, 33:8,
33:9, 34:6,
35:20, 37:10,
39:14, 39:20,
40:1, 45:24,
50:20, 51:6,
54:2, 56:13,
57:6, 57:8,
57:9, 57:11,
62:15, 62:21,
62:23, 64:5,
64:18, 66:4,
66:9, 67:3,
68:24, 71:25,
72:22, 73:12,
73:18, 73:25,
74:5, 74:10,
74:17, 76:5,
80:14, 84:16,
84:18, 84:21,
85:1, 85:13,
86:20, 87:6,
88:4, 92:1,
93:18, 103:4,
106:2, 109:2,
109:11, 110:1,
110:12, 113:1,
115:23, 120:20

**above**
42:18, 62:10,

95:19, 96:23

**abstract**
94:4, 94:25,
99:6, 100:9,
100:19, 100:24,
121:7

**abusive**
33:10, 33:25

**academic**
75:24

**academically**
33:4, 52:8

**accepted**
30:16, 37:11

**accepts**
78:22

**accidents**
34:22

**accommodate**
78:23

**accommodations**
78:24

**accompanied**
24:19

**according**
39:5, 45:2,
46:12, 52:14,
52:24, 67:8,
67:9, 82:9,
91:15, 91:17

**account**
56:4

**accounts**
63:10

**accurate**
47:19, 123:8

**achieve**
33:4

**achieved**
10:25

**achievement**
75:6, 75:23

**across**
54:14

**action**
124:20

**actions**
39:13, 73:17,

74:19, 121:7

**activities**
73:24

**activity**
48:1, 74:9

**actual**
16:6, 16:16,
17:6, 81:10,
102:24, 111:7

**actually**
11:11, 11:12,
19:2, 24:3,
41:10, 64:17,
64:20, 76:16,
84:24, 85:2,
88:25, 90:13,
90:14, 95:3,
100:7, 102:22,
105:22, 108:7

**adaptive**
26:10, 26:21,
27:14, 29:1,
62:21, 63:2,
63:6, 63:12,
63:23, 63:25,
71:23, 72:14,
121:10

**add**
55:24, 60:3,
60:10, 100:11,
114:18, 114:19

**additional**
17:8, 23:5,
25:4, 53:1,
67:12, 121:16

**adds**
116:1

**adequately**
38:1, 88:24,
121:4

**administered**
80:18

**administration**
5:20, 5:21

**admit**
11:6

**admitted**
11:7

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019

126

| | | | |
|---|---|---|---|
| **adolescence**<br>30:11<br>**adult**<br>26:25, 42:25,<br>64:19, 74:16<br>**adult's**<br>93:15<br>**affairs**<br>19:7, 38:10<br>**african-american**<br>54:19<br>**african-americans**<br>54:5, 54:20<br>**after**<br>7:8, 8:15,<br>8:16, 28:23,<br>29:5, 29:7,<br>30:7, 30:9,<br>38:24, 57:5,<br>68:20, 73:6,<br>88:5<br>**again**<br>10:20, 13:24,<br>35:1, 59:23,<br>59:25, 61:5,<br>74:18, 82:22,<br>82:23, 87:16,<br>88:14, 88:20,<br>90:18, 92:13,<br>95:14, 98:21,<br>100:23, 101:7,<br>101:25, 109:2,<br>116:6, 117:3,<br>117:11, 117:25<br>**against**<br>92:7<br>**age**<br>30:10, 31:13,<br>54:25, 55:1,<br>55:7, 56:5,<br>56:20, 56:23,<br>69:15, 69:16,<br>69:21, 70:6,<br>73:12<br>**ago**<br>12:6, 120:20<br>**agree**<br>50:24 | **ahead**<br>5:1, 7:13,<br>11:22, 49:5,<br>103:5, 105:6<br>**alcohol**<br>22:14<br>**alertness**<br>38:9<br>**alfonso**<br>1:8, 2:18,<br>2:22, 3:22<br>**all**<br>4:20, 7:17,<br>7:24, 8:9, 8:21,<br>11:5, 11:6,<br>12:2, 15:8,<br>16:4, 16:11,<br>16:14, 19:7,<br>23:6, 24:9,<br>25:18, 30:10,<br>30:11, 30:20,<br>31:19, 32:1,<br>32:23, 40:18,<br>42:23, 43:19,<br>47:17, 49:7,<br>49:25, 50:8,<br>51:6, 51:7,<br>53:10, 54:15,<br>55:23, 56:16,<br>56:22, 56:24,<br>56:25, 59:2,<br>62:20, 63:12,<br>63:25, 64:19,<br>70:2, 70:21,<br>71:16, 72:13,<br>72:14, 72:16,<br>74:16, 80:12,<br>81:4, 83:19,<br>84:15, 85:4,<br>85:13, 86:13,<br>89:19, 89:20,<br>90:17, 90:25,<br>91:9, 93:11,<br>93:13, 94:15,<br>94:20, 94:21,<br>94:22, 96:17,<br>96:19, 98:23,<br>99:20, 99:22, | 102:7, 102:13,<br>104:15, 104:18,<br>106:1, 106:19,<br>106:23, 107:3,<br>112:13, 113:6,<br>115:17, 115:21,<br>117:19, 120:10,<br>120:14<br>**allow**<br>93:10<br>**allowed**<br>7:17, 8:5,<br>124:18<br>**almost**<br>5:18, 22:5,<br>37:7<br>**already**<br>14:7<br>**also**<br>5:25, 8:19,<br>19:6, 19:14,<br>23:17, 25:3,<br>25:23, 30:3,<br>39:9, 54:25,<br>56:4, 67:24,<br>68:1, 68:2,<br>69:4, 80:21,<br>81:7, 84:14,<br>84:19, 96:10,<br>96:19, 100:9,<br>107:23<br>**although**<br>26:1<br>**always**<br>47:14, 50:15,<br>50:19<br>**america**<br>1:5<br>**american**<br>27:10, 30:17,<br>63:21<br>**americans**<br>53:13, 54:4<br>**among**<br>40:15<br>**amount**<br>20:22, 20:25,<br>91:2, 96:20 | **amr**<br>63:20<br>**analogies**<br>103:14, 103:15<br>**analysis**<br>116:18, 116:21<br>**and-something**<br>80:11<br>**angeles**<br>7:7, 8:19<br>**animals**<br>93:11, 93:13,<br>93:16, 94:15,<br>95:1, 95:18<br>**another**<br>7:6, 9:10,<br>9:20, 9:23,<br>16:10, 16:21,<br>16:22, 25:6,<br>61:5, 75:4,<br>86:16, 95:21,<br>98:25<br>**answer**<br>13:12, 25:14,<br>52:7, 57:25,<br>59:1, 78:18,<br>78:19, 94:12,<br>99:14, 99:17,<br>99:23, 103:1,<br>103:2, 104:4,<br>104:7, 117:22,<br>120:12<br>**answered**<br>104:13, 104:16<br>**answers**<br>28:6, 28:18,<br>29:3, 45:19,<br>49:3, 56:8,<br>56:9, 60:8,<br>60:11, 60:24,<br>94:18, 99:18,<br>102:6, 104:14,<br>111:12, 111:21<br>**antisocial**<br>73:23<br>**any**<br>6:18, 10:20,<br>11:11, 11:23, |

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019                                    127

13:7, 31:1,
38:18, 39:3,
39:4, 40:10,
40:25, 47:7,
47:15, 48:1,
48:21, 50:22,
60:23, 64:6,
64:7, 66:3,
71:3, 72:21,
74:8, 79:7,
84:17, 84:18,
85:20, 86:22,
89:19, 117:18,
118:9, 121:15,
124:17
**anybody**
11:18, 25:25,
34:8, 38:23
**anymore**
59:15, 65:7
**anything**
10:21, 11:1,
11:19, 23:12,
32:5, 92:14,
116:17, 118:19,
118:20, 118:22
**anyway**
20:13, 57:23,
89:3, 106:20
**anywhere**
33:18, 89:11
**apart**
68:20
**apologize**
5:5
**apparently**
22:13
**appear**
15:19
**appeared**
3:6, 19:19
**appears**
47:2
**appended**
124:19
**appetite**
21:6
**apples**
72:1

**applicable**
105:24
**appointed**
13:17
**appreciate**
82:18
**approach**
86:22, 87:16
**approximately**
28:11, 28:20,
29:5
**areas**
27:22, 43:25,
54:16, 73:2,
110:23
**aren't**
17:9
**argument**
54:17
**arizona**
6:13, 66:6
**arizona's**
66:7
**around**
12:12, 15:15,
69:16, 84:2,
84:21, 84:22
**arranged**
24:17
**arrangement**
65:14
**arrested**
29:6
**arrive**
24:14, 44:15,
45:12, 49:10
**arrived**
32:16, 44:17
**arthur**
5:25, 6:1
**ask**
4:23, 17:4,
29:14, 31:1,
36:5, 46:11,
47:10, 59:15,
64:18, 72:16,
82:21, 83:16,
85:4, 85:23,

87:6, 90:20,
93:4, 93:10,
93:17, 94:11,
94:14, 99:12,
108:14, 111:15,
112:22, 117:18,
119:7
**asked**
21:16, 25:16,
28:25, 32:24,
59:23, 101:17,
120:19
**asking**
27:17, 47:16,
93:24, 99:7,
101:7, 101:9,
102:23
**assaults**
31:18, 73:18,
73:20, 74:5,
74:13
**assessment**
2:24, 26:22,
26:24, 27:6,
27:20, 106:4,
106:7, 121:24
**assessments**
9:22
**assist**
27:13
**association**
27:10, 63:21
**assume**
12:9, 23:5,
38:16, 39:14,
41:7, 46:1,
51:22, 80:3,
85:14
**assuming**
40:4
**attempted**
23:18, 23:21,
25:20
**attending**
7:3
**attention**
38:9, 67:13,
87:2, 87:6,

87:7, 106:20,
107:3, 107:8,
107:18, 107:21,
108:23, 109:1,
109:2, 109:8,
109:10
**attorney**
76:23, 77:2
**attorney's**
24:16
**attorneys**
15:13, 15:14,
56:18
**august**
18:8
**aunt**
26:13, 26:16
**autonoma**
5:11
**available**
63:10
**avenue**
3:17
**average**
62:7, 62:8,
62:11
**awake**
38:25
**aware**
9:11, 38:16,
39:10, 39:13,
39:17, 73:24,
83:18
**awareness**
39:20
**away**
4:15, 5:2,
23:24, 40:13,
82:21, 88:6,
88:7, 89:5

**B**

**back**
4:24, 5:4,
5:22, 6:20,
11:25, 15:9,
17:21, 18:4,
25:1, 29:9,

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019                    128

30:7, 36:14,
43:3, 46:8,
47:1, 48:13,
55:12, 57:5,
59:3, 71:20,
76:5, 78:6,
82:5, 88:11,
102:17, 108:22,
112:14, 115:21,
121:20
**bad**
98:11
**badly**
101:22
**balding**
22:3
**bar**
78:15, 78:22
**barbara**
9:13
**base**
16:9, 91:20
**based**
11:18, 27:8,
43:21, 50:8,
51:11, 53:6,
54:17, 96:14,
102:8, 115:16,
118:1
**basically**
19:19, 22:22,
27:21, 31:19,
41:17, 42:3,
42:6, 51:20,
62:22, 65:16,
74:10, 88:21,
101:6, 110:23
**batch**
81:20
**batteries**
101:5
**battery**
2:24, 75:21,
106:5, 106:7,
106:8, 106:25,
121:24
**beat**
12:16, 34:13

**beat-ups**
34:23
**because**
5:18, 8:4, 9:1,
13:10, 14:4,
14:6, 14:9,
15:16, 16:19,
19:24, 20:14,
20:21, 27:4,
27:9, 29:1,
29:10, 30:4,
32:15, 36:6,
36:17, 36:21,
37:21, 40:3,
40:4, 46:19,
48:17, 48:18,
49:8, 49:12,
49:21, 51:3,
51:19, 51:22,
52:10, 52:16,
53:13, 54:12,
56:10, 61:1,
62:12, 67:8,
67:10, 70:8,
72:1, 72:2,
72:11, 74:25,
75:18, 76:1,
77:6, 77:8,
77:22, 78:13,
78:17, 81:13,
83:1, 83:3,
85:4, 85:23,
87:11, 88:14,
88:22, 89:15,
90:2, 91:20,
93:7, 93:24,
94:13, 94:24,
97:4, 97:25,
98:4, 99:6,
100:7, 102:1,
105:21, 106:12,
111:10, 112:7,
113:6, 114:18,
117:7, 117:19
**become**
6:17, 77:2,
116:9
**becomes**
116:8

**becoming**
76:23
**been**
4:4, 7:6, 9:3,
9:4, 12:4, 12:9,
12:12, 12:22,
13:2, 13:8,
13:13, 13:17,
14:3, 15:2,
15:18, 20:25,
35:10, 38:14,
39:2, 41:9,
41:10, 41:13,
48:17, 49:22,
64:18, 76:3,
93:15
**before**
3:4, 5:5, 6:2,
13:4, 22:1,
22:2, 29:6,
41:9, 47:10,
48:7, 48:18,
49:8, 52:1,
57:19, 63:2,
70:15, 72:20,
99:10, 99:13,
104:15, 106:2,
117:15, 124:15
**beg**
35:8
**begin**
113:18
**beginning**
112:14
**behaved**
52:24
**behaving**
73:16
**behavior**
26:10, 26:21,
63:2, 63:7,
63:12, 63:25,
71:23, 121:10
**behaviors**
27:14, 29:1,
31:11, 33:7,
62:22, 63:22,
63:23, 72:14,

74:18, 121:6
**behind**
12:19
**being**
3:8, 14:12,
30:16, 31:2,
37:23, 43:25,
52:22, 52:24,
70:18, 73:2,
95:20, 98:21,
124:7
**belia**
26:16
**believe**
13:10, 17:8,
17:11, 24:10,
38:23
**bell**
42:7, 43:8,
43:15, 118:5,
118:8, 118:11
**belong**
40:11
**belonging**
30:16
**belongs**
15:13, 17:25
**below**
42:18, 47:19,
63:5, 80:5,
91:25, 95:17,
97:18, 100:23,
101:24, 105:11,
105:15, 107:20,
109:3
**benefits**
12:21
**besides**
56:3, 74:5,
90:5
**best**
22:10, 22:11,
27:16, 28:20
**better**
75:19, 76:9,
78:12
**between**
41:16, 43:13,

44:8, 88:15,
89:11, 94:4,
103:13
**big**
54:9, 54:10,
80:13, 83:25
**biggest**
77:12
**bird**
58:12, 61:5,
61:6, 61:8, 61:9
**bird's**
58:12
**birds**
61:12, 61:14
**bit**
12:8, 13:2,
30:24, 98:3
**black**
114:12
**blame**
68:6
**blank**
58:13
**blind**
92:18
**blocking**
44:10
**blue**
104:23, 105:22
**book**
99:8
**booklet**
57:22, 57:25,
105:2
**books**
21:19, 21:21,
38:13
**border**
36:19
**born**
5:8
**both**
10:11, 20:15,
29:24, 46:5,
82:20, 105:23,
107:18, 108:18,
110:9, 110:10

**bothered**
45:23
**bottom**
26:19, 32:12,
33:5, 48:24,
80:5, 107:16,
107:18, 114:14,
114:24
**box**
113:23, 114:4,
114:13, 116:2
**boxes**
114:12
**boys**
94:16, 95:19
**brain**
10:8, 10:12,
10:14, 11:19,
34:20, 56:19,
77:8, 78:1,
78:2, 84:7,
86:10, 88:23,
89:19, 89:21,
101:25, 110:2
**break**
17:14, 18:4,
68:12, 68:21,
110:8
**breakup**
39:6
**brief**
58:6, 64:20,
65:8, 65:10,
118:14
**briefly**
57:11
**bring**
41:12, 57:23
**bringing**
64:25, 65:1
**broadway**
3:2
**brought**
39:21
**bubble**
58:19
**bubbles**
104:8

**build**
8:7
**building**
3:28
**bunch**
93:12
**burdick**
3:16
**burkland**
3:15, 108:18
**bush**
22:2
**business**
5:20, 5:21,
5:24, 5:25
**buying**
69:19

---
**C**
---

**calculated**
72:9
**california**
1:18, 3:4, 3:5,
4:1, 9:14, 10:3,
124:1, 124:5
**call**
25:2, 31:15,
36:19, 50:6,
53:6, 67:12,
82:10, 86:18,
87:22, 107:25,
113:12
**called**
3:8, 5:9,
10:23, 18:25,
23:2, 44:2,
44:3, 47:16,
48:21, 57:3,
57:12, 60:4,
60:17, 60:25,
76:11, 82:3,
82:24, 85:10,
85:19, 88:18,
90:7, 96:9,
99:1, 101:6,
106:4, 108:1,
109:24, 121:23
**calls**
31:17, 32:2

**came**
6:2, 6:8, 6:9,
6:13, 15:1,
67:4, 69:2
**camion**
37:5
**campus**
7:16
**can**
5:2, 9:15,
10:6, 10:10,
20:10, 20:17,
26:8, 26:12,
27:16, 29:12,
29:16, 29:21,
31:14, 33:8,
34:10, 36:5,
42:22, 45:18,
48:8, 50:16,
52:11, 57:22,
57:24, 58:8,
58:19, 59:3,
61:19, 62:8,
66:16, 68:14,
68:17, 69:5,
69:15, 75:9,
75:10, 75:24,
76:19, 77:20,
78:10, 78:11,
78:19, 82:25,
83:11, 83:20,
83:22, 84:8,
84:11, 85:16,
85:22, 86:7,
86:8, 86:17,
87:24, 89:6,
89:7, 89:9,
90:5, 90:12,
90:16, 90:21,
90:25, 91:18,
93:3, 93:5,
93:11, 93:13,
93:14, 94:2,
94:15, 94:16,
94:21, 96:15,
96:18, 96:19,
96:20, 100:14,
100:15, 101:4,

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019

130

101:14, 101:15,
102:7, 102:12,
103:13, 104:8,
105:21, 106:8,
106:19, 106:24,
107:15, 108:11,
109:18, 110:13,
110:17, 111:19,
112:16, 116:23
**can't**
21:5, 75:16,
76:10, 76:23,
77:9, 77:15,
77:16, 78:3,
85:23, 86:8,
92:19, 98:1,
99:8, 109:23,
112:12, 120:12
**canada**
8:8, 8:10
**cannot**
48:9, 66:1,
75:3, 86:1
**capable**
76:22
**car**
34:22, 36:24,
37:1, 77:16,
77:18, 77:19
**card**
91:7
**cardiologist**
14:9, 14:11
**cards**
24:1
**care**
28:15, 65:15
**caretaker**
28:12, 28:14
**case**
1:7, 11:23,
12:9, 12:24,
13:9, 14:24,
15:4, 15:20,
16:2, 16:11,
20:20, 20:23,
22:14, 22:23,
39:15, 39:16,

44:12, 45:17,
50:19, 52:2,
53:2, 105:3
**cases**
11:5, 12:10,
12:13, 12:23,
13:3, 13:6,
13:13, 13:18,
13:22, 13:24,
14:3, 14:17,
14:20, 15:5,
40:8, 41:1,
41:3, 41:6,
41:8, 41:11,
111:14
**cat**
61:8
**catching**
12:19
**categories**
64:7, 64:8,
103:15, 103:16
**category**
95:21, 107:23
**caucasians**
54:6
**cause**
3:10
**caused**
79:7
**causes**
41:19
**cell**
39:24, 40:2
**census**
53:7, 53:9,
53:16
**center**
8:19
**certain**
10:25, 75:24,
76:20, 79:13,
84:11, 84:12,
92:20
**certainly**
21:21
**certainty**
10:2

**certificate**
1:23, 2:32,
9:7, 9:24
**certified**
3:4, 124:4
**certify**
124:6, 124:19
**change**
105:21
**changed**
43:20, 64:1
**changes**
43:20, 124:17
**channel**
21:24, 21:25
**characteristic**
52:14
**characteristics**
14:21, 50:22
**charge**
28:15, 29:6
**chart**
42:21, 43:23,
57:5, 70:16,
71:21, 72:15,
75:4, 94:10,
100:14, 105:19,
110:20, 112:3,
116:5, 118:17
**charts**
104:5
**chase**
86:19
**checked**
111:3
**checking**
103:22
**chickens**
99:13
**child**
26:24, 27:3,
27:4
**choice**
58:18, 59:1,
59:2
**choices**
58:15
**choose**
47:18, 61:9,

62:1, 103:1
**choosing**
53:5, 54:13
**choppy**
36:15
**chose**
72:11
**circle**
61:25
**circles**
117:3, 117:13
**circling**
111:25, 117:13
**circumstances**
40:21
**citizen**
6:18
**city**
3:3, 5:8, 5:13,
5:24, 6:2,
123:13
**class**
7:22, 67:6
**classes**
7:3, 7:18,
7:20, 7:24,
7:25, 9:17,
67:11
**clear**
59:14
**clinical**
6:21, 8:12,
8:14, 8:16,
11:17, 12:1,
12:3, 18:17,
18:22
**close**
98:16
**closed**
8:4, 12:5
**clothes**
65:1
**club**
12:20
**clue**
34:20
**cluster**
64:2

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019

131

clusters
44:3
collateral
16:23
college
7:11, 7:12,
7:13, 8:1, 8:2,
8:3, 8:4, 9:11
colleges
8:3
color
101:18
color-word
100:25
colors
101:11, 101:13,
101:15
column
104:11, 113:11,
114:1, 114:23,
115:4
columns
60:11
combination
58:9, 112:8,
112:9
come
12:5, 20:3,
38:25, 63:18,
88:11, 93:14,
99:14, 99:17,
106:24, 112:5
comes
33:6, 47:9,
47:11, 69:4,
85:2, 89:1,
92:2, 95:6,
97:15, 101:8,
101:16, 105:25
commencing
3:1
commit
52:18
committed
68:7, 73:19
common
99:9
commonly
101:5

communicate
38:1
community
3:24, 36:12,
37:12
commuting
9:1
companies
59:13
comparative
51:3
compare
51:4, 52:9,
52:16, 52:21,
55:22, 91:24
compares
10:16
comparing
51:2
complement
75:14
complete
47:19, 58:24,
79:13, 124:13
completed
9:24
completely
36:16, 76:19
completion
124:15
complex
68:11, 82:3,
82:10
complicated
98:4
component
98:14
components
44:11, 44:12,
44:18, 44:21
composite
110:18, 112:6,
112:8
comprehend
78:12
comprehension
44:4, 44:5,
45:3, 93:25,

94:2, 110:17,
110:24, 111:23,
112:9, 114:22,
115:1, 116:5
comprehensive
48:22, 60:19,
61:1
computation
110:18
computations
75:10, 75:11
compute
62:9
computer
15:12, 45:16,
45:19, 45:21,
59:25, 81:8
con
112:21, 113:18
concepts
68:11, 68:13
conceptual
63:12, 64:14
concerned
84:15
concerning
120:21
conclude
90:6
concluded
122:2
conclusion
62:19, 63:11
condition
98:3, 98:4
conditions
96:13
conducted
35:22, 120:20
confidence
72:19, 105:12,
120:5
confuse
40:8, 117:7
confused
76:7
connect
97:7, 98:12

connecting
97:20
consequence
74:23, 121:7
consequences
39:13, 39:19,
73:17, 73:22,
73:25, 74:19
consider
66:1, 66:14,
74:19
considered
63:5
consistent
14:21, 96:5,
97:23, 121:10,
121:11
consists
90:18, 102:24
constrained
48:1
consultant
6:1, 13:3
consulted
14:3
contact
23:22, 23:23
contacted
24:1
contained
110:13, 123:7
contains
57:25
contemporaneous
27:1, 28:3
continue
8:5
convert
55:11, 60:13
converted
55:25
cooperative
38:1
copies
20:18, 81:6,
82:19
copy
4:22, 15:13,

Transcript of Ricardo Weinstein, Ph.D.

Conducted on January 17, 2019                                    132

23:2, 82:13,
83:5, 84:5,
85:7, 86:3,
86:7, 86:8,
86:13, 107:15
**copying**
83:8, 86:4
**correct**
6:5, 6:6, 6:22,
7:9, 8:13, 9:8,
9:9, 11:2,
16:14, 17:24,
18:8, 22:22,
23:7, 23:8,
23:15, 23:19,
24:5, 25:5,
29:7, 32:7,
32:21, 34:5,
35:13, 35:14,
35:16, 38:3,
38:4, 38:20,
38:21, 39:4,
41:25, 42:7,
43:5, 43:6,
43:11, 44:1,
44:16, 45:4,
45:5, 45:10,
45:11, 45:13,
46:2, 48:5,
49:10, 49:15,
49:16, 50:9,
53:14, 54:11,
54:22, 56:8,
56:9, 58:24,
60:3, 60:8,
60:10, 61:7,
62:17, 62:25,
63:3, 63:7,
65:19, 66:11,
66:18, 70:17,
72:23, 75:13,
76:18, 77:7,
78:9, 80:1,
80:7, 80:8,
80:9, 80:18,
80:22, 80:23,
82:4, 90:9,
103:1, 103:2,

104:12, 104:13,
104:14, 110:1,
113:7, 116:3,
116:11, 124:13
**corrected**
123:7
**corrections**
65:19
**correctly**
14:24, 27:19,
28:1, 51:8,
85:14, 85:15,
91:1, 101:23
**could**
4:25, 13:2,
19:19, 34:13,
45:1, 66:22,
68:18, 68:22,
68:25, 82:17,
98:12, 104:5
**couldn't**
23:25, 66:20,
70:1, 99:14,
99:17
**counsel**
4:16, 15:1,
15:11, 16:2,
16:11, 17:23,
20:17, 25:16,
25:19, 25:23,
26:5
**counsel's**
24:24
**count**
90:21, 90:22,
92:16, 99:12
**counted**
90:25, 91:1
**counting**
90:7, 90:16
**country**
118:10
**county**
3:3, 124:3
**couple**
12:4, 24:8,
41:2, 70:15,
79:17, 119:13,

120:18
**courses**
7:19, 8:6
**court**
1:1, 13:17
**courthouse**
3:16
**courts**
11:6
**cover**
99:9
**create**
75:2, 75:3
**credit**
7:24, 7:25,
76:25
**crime**
23:12
**crimes**
52:18, 74:4
**criminal**
1:7, 74:8
**criteria**
63:24, 118:2
**crookston**
28:13, 30:1,
30:8, 30:10,
36:11
**csr**
1:22, 124:25
**ctoni**
48:22
**ctoni-2**
60:18, 102:17
**cube**
113:15
**cubes**
112:21, 112:22,
113:20
**cubos**
112:21, 113:18
**cultural**
79:7
**culture**
51:5, 51:20,
53:24
**cultures**
54:16

**curiosity**
118:16
**current**
19:7, 38:10
**curriculum**
2:11, 4:16
**curtis**
3:28
**curve**
42:3, 42:7,
42:15, 43:8,
43:10, 43:12,
43:15, 105:14,
118:6, 118:8
**curves**
118:11
**custody**
65:16, 65:17,
66:11, 66:12
**cut**
86:19
**cuts**
42:14
**cv**
6:4

**D**

**d-kefs**
92:24
**dahl**
64:22
**dakota**
1:2, 3:18,
53:11, 53:12
**damage**
88:23, 89:12
**dana**
1:22, 3:4,
124:4, 124:25
**dark**
114:17
**darker-skinned**
29:25
**day**
18:14, 20:8,
40:1, 66:6,
66:7, 66:8,
88:13, 112:15,

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019                    133

113:6, 117:19,
123:11, 124:21
**de**
5:11
**deal**
65:7, 74:25
**dealing**
15:17
**death**
12:8, 12:10,
12:13, 12:23,
12:24, 13:3,
13:9, 40:4,
40:19, 40:21,
40:25, 41:2,
41:13
**decent**
70:25
**decide**
48:15
**decisions**
66:3
**declaration**
123:1
**declarations**
25:4, 25:14,
26:14, 68:1,
68:2, 68:8,
69:6, 69:8,
71:3, 80:20
**declare**
123:5
**defective**
100:24
**defendant**
1:9, 3:22,
16:6, 41:12
**defender**
3:24
**defense**
4:16, 13:8,
13:14
**deficits**
26:10, 38:3,
63:11, 63:24,
64:1, 64:4,
64:6, 64:14,
86:21, 120:24,

121:1, 121:9,
121:10
**definition**
41:17, 41:18
**degree**
5:9, 5:16,
5:17, 5:22,
9:23, 10:21,
10:22
**degrees**
10:1
**delay**
88:17, 88:18
**delis-kaplan**
93:1, 96:10
**denied**
21:8, 38:18
**department**
3:13, 65:18
**dependency**
73:16
**depending**
99:24
**depends**
14:4, 99:23
**deponent**
2:15, 124:17
**deposition**
1:17, 2:2,
2:16, 122:2,
124:8, 124:10,
124:15
**depositions**
25:11
**derive**
86:17
**derived**
53:4, 114:16
**descent**
51:21
**describe**
34:8
**described**
30:15, 67:19,
73:4
**designed**
27:1, 27:7,
28:2, 53:3,

72:12
**determine**
26:10, 49:14,
62:24
**determining**
43:1, 111:25
**detroit**
6:5
**developed**
27:1, 121:13
**developmental**
14:18, 14:22,
27:11, 63:4,
76:2, 85:19,
121:12
**developmentally**
78:4
**deviation**
55:20, 72:7,
95:14, 95:17,
96:25, 101:24,
105:10
**deviations**
97:18, 100:22,
100:23, 105:11,
105:15, 107:19,
108:1, 108:4,
109:3
**diabetes**
20:6, 35:20
**diagnose**
77:25, 78:16
**diagnosed**
67:5, 78:20
**diagnosing**
11:17
**diagnosis**
14:21, 64:9,
79:9
**diamond**
86:18, 87:10,
87:13
**diaz**
24:13
**did**
5:21, 6:7,
6:14, 6:15,
6:17, 6:24,

7:15, 7:24,
8:15, 8:23,
10:22, 16:10,
17:12, 18:16,
18:17, 20:4,
21:2, 21:18,
22:8, 23:9,
23:12, 24:14,
24:15, 25:8,
25:10, 26:4,
26:15, 28:5,
30:2, 30:20,
32:20, 32:23,
32:25, 33:1,
33:9, 34:8,
34:11, 34:14,
35:6, 35:15,
35:17, 48:15,
49:18, 54:12,
55:5, 55:23,
65:3, 67:21,
68:3, 69:14,
69:16, 70:21,
70:25, 71:8,
75:5, 80:4,
80:21, 82:12,
82:21, 86:20,
88:10, 88:25,
91:15, 91:17,
95:11, 96:2,
97:3, 99:11,
100:4, 100:5,
102:22, 107:16,
107:19, 109:22,
115:11, 116:22,
120:13
**didn't**
7:24, 8:7,
10:20, 11:23,
11:24, 15:16,
20:9, 20:21,
22:24, 23:19,
25:22, 35:4,
35:15, 40:9,
46:6, 52:3,
57:23, 65:7,
65:12, 67:8,
73:22, 74:8,

88:16, 88:17,
94:10, 95:13,
97:10, 97:24,
97:25, 98:11,
100:2, 101:20,
102:14, 102:15,
105:21, 107:5,
108:16, 108:17,
111:9, 116:22
**diego**
1:18, 3:3, 4:1,
8:24, 124:3
**difference**
44:8, 55:18
**differences**
43:13, 114:17
**different**
14:6, 17:1,
18:24, 27:22,
54:1, 57:2,
58:14, 58:15,
61:14, 62:12,
63:22, 64:7,
66:7, 74:20,
84:9, 85:18,
85:19, 96:8,
96:13, 104:25,
105:2, 106:2,
110:24, 116:18
**differently**
30:3, 77:9
**difficult**
94:24
**difficulties**
98:14
**digestive**
21:7
**diplomat**
10:23
**direction**
61:13, 61:15
**directions**
61:14
**directly**
46:16, 86:24
**disabilities**
27:11
**disability**
14:19, 14:22,

15:1, 15:3,
41:18, 41:19,
41:23, 41:25,
75:18, 76:2,
76:11, 76:12,
77:5, 77:10,
77:15, 78:1,
78:8, 78:16,
79:1, 79:3,
79:10, 91:22,
121:12
**disabled**
28:14, 62:25,
77:7, 77:14,
78:4, 78:5, 79:4
**discipline**
34:9
**disclosing**
38:1
**discovery**
20:20, 21:13,
21:25
**discriminated**
30:14
**discrimination**
29:18
**discuss**
23:9, 23:12,
35:6, 35:19,
74:8
**discussion**
17:19, 23:10,
70:13, 80:13,
108:20, 120:15,
121:18
**discussions**
23:4
**diseno**
112:21, 113:18
**disheveled**
19:23
**disorder**
38:19
**disorders**
38:22
**dissertation**
7:4
**distinction**
88:15

**district**
1:1, 1:2
**divided**
103:13
**division**
1:3
**dk**
99:20
**doc**
67:18, 70:15,
79:18, 82:10,
98:23, 101:4,
103:3, 112:14
**doctor**
11:9, 11:10,
17:22, 23:14,
26:19, 30:25,
41:21, 58:4,
58:8
**doctors**
11:11
**document**
108:15, 108:23,
121:22, 121:23
**documents**
25:18, 46:1,
108:23
**does**
10:15, 16:15,
19:5, 19:7,
21:16, 21:21,
22:16, 27:23,
27:24, 40:3,
47:11, 53:17,
57:15, 57:20,
59:3, 75:2,
92:14, 93:3,
96:22, 97:8,
97:9, 98:19,
99:4, 99:8,
99:13, 100:12,
104:22, 109:10,
114:1, 119:23,
120:25, 121:1
**doesn't**
21:5, 21:11,
38:23, 39:17,
40:4, 40:11,

46:23, 47:17,
48:21, 59:1,
60:23, 66:2,
66:4, 66:15,
73:21, 74:25,
75:12, 77:17,
79:3, 79:12,
79:13, 86:21,
89:19, 89:21,
92:15, 101:22,
109:22, 112:10,
112:12, 116:16,
117:4, 118:20
**dog**
61:8
**doing**
6:15, 12:1,
12:22, 19:2,
27:5, 53:16,
71:13, 73:23,
78:23, 83:22,
83:25, 84:13,
84:18, 86:24,
90:1, 101:9,
111:17, 111:18,
116:19, 120:9
**dolores**
16:19, 80:23
**domain**
64:4
**domains**
63:12, 63:18,
64:1, 64:3, 64:5
**done**
13:24, 46:4,
46:12, 46:19,
59:10, 88:5,
107:15
**dot**
90:7, 90:16
**dots**
56:22, 90:19,
90:22, 92:16,
98:13
**dotsie**
64:22
**dotty**
65:6

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019                          135

| | | | |
|---|---|---|---|
| **doubt** | **drug** | **edition** | **else** |
| 21:20 | 34:23, 35:5 | 60:20 | 14:7, 32:5, |
| **down** | **drugs** | **education** | 33:19, 60:9, |
| 31:9, 57:10, | 69:19, 73:23, | 5:3, 6:20, | 92:14 |
| 64:10, 64:11, | 74:5, 74:13 | 67:6, 67:10, | **emotions** |
| 68:12, 89:2, | **dsm-iv** | 67:11 | 75:1 |
| 92:4, 92:22, | 63:19 | **educationally** | **employs** |
| 94:18, 94:19, | **dsm-v** | 75:22 | 71:24 |
| 99:18, 103:18, | 41:17, 62:24 | **eeg** | **encinitas** |
| 107:7, 111:12, | **duly** | 10:15, 11:1, | 9:4 |
| 111:15, 114:23, | 3:9, 4:4, 124:8 | 11:17, 11:18, | **end** |
| 116:1, 116:5, | **during** | 11:24 | 16:24, 39:18, |
| 119:18, 124:10 | 17:6, 17:14, | **eegs** | 62:16, 100:12, |
| **dr** | 63:4, 65:20, | 11:12, 11:13 | 110:19 |
| 2:19, 4:9, | 124:18 | **effect** | **engaged** |
| 4:14, 59:10, | **dysfunction** | 57:6 | 73:24 |
| 79:24, 80:9, | 74:3, 88:23, | **effort** | **english** |
| 80:17, 80:22, | 89:20, 98:22, | 88:21, 88:22, | 5:6, 20:14, |
| 80:23, 120:18, | 101:25 | 89:15, 89:24, | 21:10, 35:22, |
| 121:22 | **dysfunctional** | 89:25, 90:1, | 35:23, 36:1, |
| **draw** | 33:6 | 90:5, 90:18, | 36:3, 36:6, |
| 82:22, 82:23, | **dyslexia** | 92:1, 92:2, | 36:7, 36:9, |
| 85:14, 85:15, | 76:18, 77:5, | 92:8, 92:14 | 36:10, 36:21, |
| 85:23, 86:1, | 78:7 | **efforts** | 37:8, 37:18, |
| 87:12, 88:14, | **dyslexic** | 66:25, 67:2 | 37:19, 37:20, |
| 89:6 | 76:15, 76:17 | **eight** | 37:22, 37:23, |
| **drawing** | **E** | 27:3, 27:4, | 46:5, 46:7, |
| 83:13, 85:7, | **e** | 28:11, 28:19, | 47:4, 47:5, |
| 86:2, 86:9, | 101:17, 101:19, | 30:10, 56:8, | 47:8, 48:15, |
| 86:14, 88:5 | 118:25, 119:5 | 56:9, 67:16, | 48:18, 48:20, |
| **drawings** | **e's** | 72:22, 89:11, | 49:2, 49:7, |
| 82:12 | 119:13 | 89:12, 89:13, | 59:17, 59:19, |
| **draws** | **each** | 89:14, 92:2, | 67:15 |
| 88:6 | 55:17, 84:10, | 98:9, 115:10 | **enough** |
| **dressed** | 104:1 | **either** | 15:9, 22:24, |
| 19:22, 21:4 | **earlier** | 42:7, 44:16, | 65:7, 81:22, |
| **drew** | 23:17, 24:10, | 62:11, 65:21, | 97:16, 98:2, |
| 88:14, 88:17 | 38:11, 38:14, | 69:18, 87:2, | 98:16, 98:21 |
| **drinking** | 53:22, 62:23, | 102:25, 106:12 | **entail** |
| 22:14 | 73:4, 73:13, | **el** | 57:20 |
| **drooling** | 93:18, 109:11, | 26:13, 26:15 | **entailed** |
| 89:17 | 110:12, 115:14 | **electrical** | 9:16, 9:17, |
| **drop** | **early** | 10:9 | 9:18 |
| 32:20, 64:10, | 31:13, 31:25 | **electroencephalo-** | **entails** |
| 64:11 | **easier** | **graphy** | 58:8 |
| **dropped** | 56:7, 81:16 | 10:7 | **entirety** |
| 32:15, 70:24 | **ecobichon** | **elicited** | 123:6 |
| **dru** | 80:23 | 123:8 | **equal** |
| 23:11 | | | 58:12 |

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019                                    136

equivalence
72:5
equivalent
7:14, 57:18,
59:9, 59:22,
110:23, 111:4,
112:5, 112:10,
112:24
eric
3:25
eric_montroy@fd
3:31
escalar
114:10
espinosa
24:14
esq
3:14, 3:15,
3:25, 3:26
essential
22:9, 22:21
ethics
70:17
even
30:3, 36:17,
36:18, 36:22,
37:13, 46:18,
48:3, 51:9,
51:21, 66:17,
69:22, 76:23,
82:25, 83:12
events
23:10
eventually
8:4, 10:22,
20:3, 31:21
ever
9:3, 39:3
everybody
37:12, 38:24,
40:13, 46:20,
54:11, 86:16,
86:17, 87:11,
92:16, 107:24
everyone
37:12
everything
65:15, 88:11,

110:5, 110:6
evolved
64:1
exact
43:10, 43:12,
46:20, 109:20
exactly
83:13
exam
23:7, 78:16
examination
2:5, 4:6, 17:7,
18:18, 19:1,
19:2, 19:9,
19:14, 35:20,
120:16
examinations
38:15, 39:3
examined
3:9, 124:7
example
14:24, 36:22,
51:7, 56:6,
61:11, 68:23,
78:15
examples
48:10
excellent
119:3, 119:4
except
37:11, 66:6
exception
71:5
excuse
100:5
executed
123:11
executive
93:1, 93:21,
96:10, 102:3,
106:5, 106:23,
107:2, 107:4,
107:9, 107:19,
107:22, 120:21,
120:24, 121:2,
121:9
exhibit
2:11, 2:14,

2:18, 2:21,
2:23, 4:7, 4:15,
15:22, 18:2,
81:18, 121:19,
121:21, 121:25
exhibited
73:15
exhibits
2:9
exist
27:7
existence
8:3
exists
9:13, 10:4
expected
56:11, 56:24
experience
27:8, 39:4,
51:5
experienced
74:23
experiencing
21:8, 38:18
experts
25:12
explain
5:2, 5:6,
29:16, 47:7,
48:10, 50:16,
68:14, 69:1,
69:15, 90:17,
93:5, 102:19,
112:16
exposed
29:18, 93:16
expressed
38:14
expressing
38:5
expressive
38:2
extra
78:17
extreme
73:16

**F**

f
94:22

face
86:18, 87:10,
87:12
fact
40:9, 73:20,
97:23
factors
41:20, 41:23,
41:24
fairly
14:15, 99:9
fall
15:5
families
30:1
family
29:24, 33:6
far
32:25, 39:5,
39:25, 43:21,
70:25, 109:7,
111:19
fargo
3:18
fast
77:21, 77:23,
79:16, 90:21,
98:2, 101:14,
101:15, 102:12
father
22:24, 28:13,
28:14, 33:10,
33:25, 34:11,
34:13, 64:25,
65:1
fbi
71:7
federal
3:24, 18:10,
40:23, 41:4,
41:6, 41:8,
41:11
feed
66:8
feeding
66:5
few
4:23, 8:18,

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019                                        137

13:17, 29:15
**field**
77:13
**fielding**
9:12, 9:13
**fifteen**
87:21, 87:22,
89:9, 89:10
**fifth**
43:25
**figure**
53:16, 82:3,
82:11
**filling**
58:19, 104:8
**find**
11:20, 14:2,
19:4, 19:23,
23:25, 25:22,
27:23, 34:13,
53:12, 64:4,
66:20, 110:20
**findings**
13:19
**fine**
13:12, 71:8,
99:11
**first**
3:9, 3:17, 4:4,
4:13, 6:13,
6:16, 12:11,
12:24, 16:19,
18:6, 24:9,
34:19, 41:10,
42:23, 62:25,
63:9, 64:21,
66:23, 67:4,
69:13, 73:14,
75:25, 76:1,
85:7, 90:13,
90:20, 94:20,
95:12, 96:15,
101:8, 101:14,
102:21, 103:17,
111:1, 113:1,
113:14, 114:23,
116:13
**five**
5:17, 12:6,

24:7, 43:24,
47:19, 55:19,
55:20, 58:14,
58:15, 61:7,
61:13, 93:14,
103:2, 108:16
**fix**
68:18
**flores**
26:16
**fluency**
92:25, 93:6,
93:9, 94:13,
95:12
**fluent**
36:17, 37:15
**fluid**
98:21
**flynn**
57:6
**focusing**
83:13, 84:7
**follow**
30:24, 37:7,
39:17, 48:2,
118:3, 120:19
**following**
27:19, 28:1,
28:17, 42:22,
49:25, 51:8,
71:22, 76:21,
77:24, 114:13,
115:13, 120:1
**follows**
4:4
**food**
21:6, 64:25,
66:4, 66:5
**foregoing**
123:6, 124:8
**foreseeing**
121:6
**forgot**
69:22, 109:12
**form**
42:4, 43:7,
46:3, 102:25,
104:22, 113:9,

124:12
**forms**
29:11, 81:10,
104:23
**forth**
30:7, 62:16,
62:18, 62:19,
99:16
**found**
14:15, 24:20
**four**
12:6, 44:12,
58:14, 61:14,
64:7, 96:13,
97:4, 97:5,
100:7, 103:2
**fourth**
42:24, 70:10,
75:16, 98:3
**fourth-grade**
76:6
**frame**
30:5
**frankly**
57:9, 64:20
**frequently**
67:19
**friend**
16:21, 16:22
**friends**
24:8, 26:14,
29:24, 30:19,
67:23, 69:6
**from**
4:16, 5:9,
6:12, 8:23,
9:23, 14:25,
16:2, 16:5,
16:20, 16:21,
17:5, 17:9,
19:1, 21:4,
21:7, 22:25,
23:2, 23:24,
24:24, 25:11,
26:1, 26:5,
28:7, 28:9,
28:18, 29:5,
29:7, 32:17,

32:18, 33:6,
34:25, 35:1,
35:2, 40:13,
41:16, 42:4,
44:22, 46:1,
46:15, 51:20,
53:10, 55:17,
62:19, 63:18,
65:4, 65:5,
65:17, 67:22,
67:23, 67:24,
68:2, 68:3,
69:2, 69:4,
69:5, 69:6,
69:7, 69:8,
70:18, 71:2,
71:6, 71:7,
72:21, 73:6,
74:1, 74:21,
79:24, 82:22,
82:23, 84:1,
84:4, 85:2,
85:3, 87:8,
89:6, 95:20,
96:2, 98:5,
98:8, 98:9,
101:8, 105:22,
112:18, 119:21
**froming**
79:24
**front**
19:18, 82:13,
106:3, 106:14,
112:16, 112:17,
112:19, 119:13
**frontal**
74:3, 93:9,
93:10, 93:22,
96:6, 98:22,
102:1, 102:2,
121:4, 121:13
**fruit**
95:23
**full**
18:14, 43:25,
44:11, 44:15,
44:17, 44:18,
45:12, 62:4,

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019                    138

62:5, 62:10,
73:14, 76:1
**function**
89:22, 96:11,
106:23, 110:3
**functional**
10:12
**functioned**
26:9
**functioning**
10:12, 26:25,
89:16, 93:22,
107:2, 120:21,
120:24, 121:2,
121:4, 121:9
**functions**
10:9, 93:2,
93:21, 102:3,
106:5, 107:4,
107:9, 107:19,
107:22
**furniture**
95:22
**further**
10:21, 124:19

**G**

**garcia**
24:13
**gave**
16:14, 18:18,
26:20, 27:20,
44:1, 45:2,
45:25, 49:5,
50:1, 50:5,
55:5, 59:16,
62:15, 68:15,
81:4, 82:9,
82:20, 100:6,
107:5, 110:8
**general**
14:19, 49:1,
57:13, 57:16,
59:5, 59:6,
64:5, 64:7,
68:23, 95:25
**genetic**
22:22, 22:23

**geometric**
61:2, 61:23,
102:25, 103:14,
103:15, 103:16
**get**
5:19, 6:20,
7:24, 9:20,
9:23, 10:22,
11:22, 15:8,
18:4, 19:25,
20:17, 23:2,
29:9, 38:24,
40:9, 40:10,
45:19, 45:23,
48:24, 49:4,
52:3, 53:5,
54:15, 56:8,
56:9, 56:10,
56:19, 57:4,
57:11, 65:3,
66:16, 66:19,
66:21, 67:21,
70:15, 77:23,
78:17, 82:5,
84:8, 84:11,
84:12, 85:14,
91:8, 100:11,
101:20, 101:22,
102:13, 103:4,
103:25, 107:8,
107:15, 115:3,
115:24
**gets**
20:8, 21:7,
46:20, 62:2,
88:5, 95:17,
101:24
**getting**
49:4, 67:12
**give**
11:1, 11:9,
20:3, 26:8,
36:22, 48:7,
48:15, 49:17,
50:25, 51:7,
55:5, 56:6,
59:1, 63:17,
75:12, 76:25,

79:13, 81:22,
82:17, 82:19,
83:23, 89:4,
93:4, 93:13,
95:9, 99:22,
100:7, 103:21,
105:23, 107:5,
108:11, 109:18,
111:24, 114:19,
114:21, 116:21,
118:13, 119:5
**given**
7:25, 48:17,
112:15
**gives**
59:2, 59:8,
60:12, 84:3,
88:14, 105:9,
109:1, 109:17
**go**
5:1, 8:10,
8:23, 14:8,
17:17, 18:4,
26:15, 32:25,
36:14, 37:21,
45:1, 46:8,
47:1, 48:13,
55:12, 56:18,
56:25, 57:1,
58:5, 59:3,
62:3, 62:14,
66:16, 66:22,
68:18, 71:20,
77:16, 77:18,
77:20, 77:21,
77:22, 78:6,
78:21, 81:3,
81:12, 81:21,
84:2, 84:18,
84:20, 84:21,
84:22, 84:25,
97:24, 98:9,
103:5, 103:17,
105:6, 111:19,
113:5, 114:14,
115:21, 117:4,
117:5, 117:8,
117:15

**goes**
25:14, 34:4,
103:18, 119:16,
119:21
**going**
4:14, 5:4, 5:6,
5:22, 14:11,
15:24, 20:12,
32:25, 33:1,
37:22, 38:24,
38:25, 39:18,
39:19, 48:19,
49:13, 52:8,
53:12, 76:5,
76:18, 77:2,
77:18, 77:21,
77:22, 78:15,
79:14, 81:12,
82:17, 84:25,
85:1, 85:11,
88:12, 89:3,
89:5, 93:4,
93:11, 98:8,
99:7, 102:18,
107:8, 108:22,
113:5, 115:24,
117:18
**good**
21:5, 30:23,
36:8, 36:15,
42:16, 54:12,
70:17, 78:14,
89:15, 90:1,
92:2, 92:8,
97:24, 116:22
**got**
6:4, 6:11, 7:8,
9:24, 11:14,
12:15, 21:5,
22:3, 22:9,
22:25, 25:13,
34:25, 35:4,
41:14, 55:13,
56:21, 62:8,
62:19, 73:11,
73:24, 77:14,
85:5, 88:19,
89:19, 91:11,

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019

139

91:15, 95:13,
97:17, 98:14,
100:3, 102:16,
103:23, 104:3,
104:12, 104:13,
104:19, 105:6,
106:1, 110:11,
112:2, 115:6,
115:23, 116:12,
117:3, 117:8,
120:1, 120:6,
121:17
**gov**
3:20
**grade**
32:21, 70:10,
75:17, 110:23,
111:3, 112:5
**gray**
22:4
**great**
12:18, 19:10,
21:6, 72:15,
95:13, 96:6,
98:11, 104:6,
108:18
**greatest**
66:5
**green**
104:22, 104:24,
105:22
**grew**
37:1, 50:20,
51:23, 53:23
**gri**
57:14, 57:15,
105:9
**groomed**
19:15, 19:22,
21:4
**group**
10:24, 26:12,
30:16, 30:17,
56:14, 70:4
**groups**
40:10
**growing**
26:7, 27:8

**guess**
22:24, 30:25,
48:13, 70:16,
76:21, 107:16,
108:10, 111:13
**guide**
81:22
**guides**
81:23
**guys**
76:25, 78:6,
78:11, 81:13,
81:21, 120:14

**H**

**had**
5:25, 6:1,
7:20, 8:10,
15:2, 20:9,
23:4, 28:5,
31:10, 32:13,
34:22, 34:23,
35:10, 38:2,
39:6, 44:9,
45:21, 47:7,
56:20, 64:20,
65:5, 65:6,
67:20, 70:20,
71:3, 80:13,
81:1, 117:15,
118:6, 118:16
**hair**
22:4
**half**
32:12, 86:9,
86:10, 88:9,
102:14
**hallucinations**
21:9, 38:20,
38:22
**hand**
4:24, 34:4,
92:19, 102:18,
110:14, 124:21
**hands**
22:9, 22:12
**handwritten**
2:14

**hang**
24:22, 58:2,
58:4, 69:16,
69:18, 69:20,
70:2, 70:3,
101:3, 104:15,
113:17, 118:4
**hangout**
69:25
**happened**
8:9, 14:1,
58:4, 121:14
**happens**
19:6
**happy**
17:15, 86:17,
86:18, 87:10,
87:12
**hard**
15:12
**hardest**
113:6
**hardly**
40:3
**has**
14:1, 14:7,
22:21, 40:14,
48:17, 50:22,
63:11, 64:12,
64:18, 70:16,
72:6, 73:15,
74:15, 76:3,
76:4, 76:6,
76:7, 77:5,
78:1, 94:7,
94:20, 96:13,
97:6, 97:11,
98:21, 101:10,
101:12, 102:6,
103:11, 119:13,
120:23
**hasn't**
43:20
**hatch**
99:13
**haute**
18:12, 18:13,
41:9, 41:11

**haven't**
36:7, 45:23,
57:19, 80:12,
106:2
**having**
4:4, 11:19,
14:20, 19:18,
32:15
**he'd**
69:18
**he's**
19:22, 21:3,
21:5, 21:10,
21:23, 22:2,
22:3, 22:9,
22:17, 30:23,
35:10, 36:16,
37:15, 38:24,
39:3, 39:6,
39:16, 39:18,
40:2, 40:16,
51:21, 52:8,
53:18, 66:3,
68:16, 70:8,
70:9, 73:19,
74:23, 77:13,
77:14, 79:3,
79:14, 82:13,
83:10, 86:23,
86:24, 86:25,
87:2, 87:3,
87:4, 87:7,
88:15, 89:10,
90:6, 92:1,
95:17, 95:19,
96:19, 96:23,
97:15, 97:24,
98:16, 101:23,
111:11, 111:15,
111:17, 111:18,
117:22
**head**
34:24, 51:13,
104:21
**health**
25:3, 79:23
**heard**
36:6, 36:7,

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019                    140

57:19, 99:10
**heart**
14:10
**heck**
82:18, 103:4
**held**
17:19, 52:23,
52:24, 70:13,
108:20, 120:15,
121:18
**hell**
115:11
**help**
49:6, 76:19,
76:20, 117:4
**helped**
22:15
**helpful**
102:20
**helps**
109:14
**her**
28:25, 64:23,
72:21, 73:7,
80:1, 80:17
**hereby**
124:5
**herein**
123:4
**hereto**
124:19
**high**
13:24, 14:15
**higher**
56:10
**him**
18:18, 20:3,
20:15, 21:16,
22:2, 23:9,
23:10, 25:8,
26:7, 28:25,
30:2, 30:20,
31:2, 32:23,
32:24, 34:23,
35:1, 35:2,
35:6, 36:2,
36:6, 36:7,
38:23, 38:24,

40:8, 44:1,
45:2, 47:4,
47:5, 47:7,
48:15, 49:5,
50:5, 50:14,
52:9, 55:5,
66:5, 66:8,
67:8, 68:15,
68:16, 68:17,
68:18, 68:19,
69:1, 69:20,
70:18, 71:11,
73:7, 74:24,
79:9, 79:13,
80:13, 81:17,
82:14, 82:20,
82:21, 88:1,
88:13, 88:24,
94:14, 95:9,
96:20, 98:4,
99:12, 100:6,
100:7, 102:8,
102:23, 102:25,
107:5, 111:15,
111:24, 119:7
**himself**
27:24, 40:2,
49:3, 95:20,
111:18
**hire**
71:11
**hired**
13:3, 13:8,
14:5
**his**
16:20, 20:6,
22:9, 22:15,
22:23, 24:4,
24:18, 26:2,
26:3, 27:23,
28:5, 30:11,
32:13, 35:5,
36:5, 36:9,
36:10, 36:12,
36:13, 36:14,
38:9, 38:10,
39:9, 39:13,
39:22, 40:2,

40:14, 40:16,
40:17, 48:14,
51:20, 52:1,
53:23, 64:12,
64:19, 64:21,
64:25, 65:1,
65:21, 65:22,
67:13, 67:16,
68:7, 69:15,
69:16, 69:21,
70:6, 71:10,
73:17, 74:2,
74:3, 74:8,
74:16, 74:17,
74:19, 74:24,
75:1, 79:8,
83:3, 86:22,
87:1, 91:19,
92:2, 94:18,
96:5, 97:11,
97:16, 98:14,
98:15, 99:17,
100:23, 104:14,
109:2, 109:4,
109:10, 111:12,
111:20, 115:1,
117:22
**hispanic**
51:21
**hispanics**
54:3
**history**
21:24, 22:13,
39:2, 39:9,
41:22, 63:11,
63:17
**hit**
34:23
**hold**
92:22
**hole**
39:18
**home**
12:5, 36:13
**homicidal**
21:8
**honest**
13:12, 85:23

**hopefully**
81:22
**hoping**
58:17
**hospital**
31:22, 65:18,
66:3, 71:19
**hour**
3:2, 18:23,
40:2, 40:14,
77:17, 77:19,
77:20, 88:9,
102:14, 105:4
**hours**
9:21, 40:1,
88:12, 105:4,
105:5
**house**
68:18
**how**
6:24, 7:4,
12:16, 13:7,
14:1, 14:4,
18:21, 19:15,
19:19, 19:20,
24:14, 24:19,
24:20, 26:9,
26:24, 27:8,
27:17, 32:24,
51:9, 52:8,
52:11, 52:24,
53:5, 54:1,
55:1, 55:2,
55:4, 56:13,
62:8, 62:9,
72:12, 75:8,
75:9, 75:10,
75:23, 76:13,
77:2, 79:12,
84:14, 84:18,
84:19, 84:21,
84:25, 91:11,
93:22, 95:5,
95:11, 95:25,
96:14, 99:15,
101:14, 101:15,
102:8, 102:22,
105:20, 107:16,

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019

141

108:14, 111:19,
112:5
**how'd**
98:10
**how's**
4:15
**however**
81:9
**huge**
5:11
**humanistic**
6:21
**hutchinson**
80:17, 80:22

**I**

**i'll**
4:22, 4:23,
4:24, 16:18,
17:4, 19:13,
22:10, 23:2,
50:6, 51:13,
76:13, 81:20,
84:1, 84:2,
84:21, 85:23,
87:6, 110:14,
113:12, 118:5,
118:17, 119:7
**i've**
9:4, 12:4,
12:12, 13:17,
14:20, 20:25,
36:6, 41:8,
46:4, 57:8,
77:12, 120:6,
121:23
**idea**
13:7, 51:11,
84:3, 109:11
**ideas**
75:1, 84:18
**ideation**
21:8, 21:9,
38:22
**identified**
26:12, 38:3
**ileana**
69:3

**image**
10:10
**imaging**
10:8, 10:12,
10:13, 10:14
**immature**
121:12
**immediate**
88:4, 88:5,
88:15
**immediately**
86:14
**impaired**
108:1, 108:2,
108:3
**inability**
74:18, 79:8,
96:5, 97:12
**incarcerated**
64:19
**inches**
22:3
**include**
16:5, 38:22,
79:24
**includes**
19:14, 25:11,
38:4, 53:9,
53:10
**inclusive**
18:25
**independent**
64:24, 65:21,
66:2
**independently**
64:13, 65:13
**index**
2:9, 44:4,
44:5, 44:6,
44:7, 106:9,
106:21, 106:22,
106:23, 107:21,
107:22
**indicate**
24:4
**indicated**
37:19, 39:3,
49:8

**indicates**
25:4
**indication**
87:2
**indicative**
101:25
**indicis**
44:2
**individual**
10:15, 46:16,
46:23, 47:12,
56:5, 67:20,
90:19
**individuals**
16:5, 23:21,
24:9, 24:15,
24:22, 24:23,
25:20, 25:22,
26:11, 26:13,
69:14, 69:21,
74:2
**information**
19:11, 21:12,
26:9, 27:5,
28:10, 28:22,
29:3, 31:2,
32:17, 32:18,
33:8, 33:15,
34:25, 65:3,
67:22, 71:2,
71:23, 72:21,
73:5, 98:20,
98:21, 114:21
**inhibition**
101:22
**injected**
20:8
**injection**
19:25, 20:3
**injections**
20:7
**ink**
101:17
**instance**
13:18, 39:17,
48:3, 58:11,
66:16, 86:16,
87:9, 94:14,

99:8, 109:15,
109:17, 111:14
**institute**
6:22, 9:10,
9:12
**institutional**
66:2
**instruction**
48:4, 68:23
**instructions**
46:13, 46:15,
46:21, 46:23,
47:3, 59:18,
68:15, 102:11,
102:23
**instrument**
27:13
**instruments**
26:25, 27:6,
27:9
**insulin**
20:1, 20:2,
20:7, 35:21
**insults**
34:20
**intellectual**
14:18, 14:22,
15:1, 15:3,
27:10, 41:18,
41:19, 41:23,
41:25, 76:2,
79:9, 121:11
**intellectually**
62:25, 77:7,
77:14, 78:4,
79:4
**intelligence**
42:25, 48:23,
57:16, 60:20,
61:1, 63:1
**interact**
40:3
**interacting**
36:11
**interested**
81:11, 124:20
**interesting**
30:15

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019                          142

**interference**
100:25
**internal**
109:16, 109:24
**international**
7:11, 7:13, 8:1
**internist**
14:10
**interpret**
47:5
**interrupt**
88:19
**interval**
72:19, 105:12, 119:21, 120:5
**interview**
16:16, 17:6, 17:9, 18:16, 18:17, 18:22, 19:1, 23:6, 23:18, 24:15, 25:21, 26:4, 26:7, 26:8, 33:24, 35:22, 69:8
**interviewed**
16:5, 18:7, 23:15, 24:3, 25:8, 33:13, 35:1, 71:3
**interviewing**
24:14, 26:2
**interviews**
16:23, 18:6, 24:18, 35:15, 65:5, 68:3, 68:4, 71:7
**into**
7:8, 14:5, 14:17, 14:20, 15:6, 30:9, 39:1, 40:10, 44:4, 45:16, 45:19, 50:3, 55:25, 56:4, 60:13, 64:1, 64:18, 65:14, 68:13, 68:22,

100:14, 103:19, 107:8
**investigator**
24:17, 24:24
**investigators**
24:18
**involved**
12:9, 12:12
**isn't**
12:11, 60:22, 72:13, 93:17, 98:14, 109:13, 110:22
**isolated**
39:23, 40:3
**issue**
53:1
**issues**
19:16, 31:11, 93:6
**item**
10:5, 87:21, 87:23
**items**
29:15, 89:9, 89:10
**iteration**
42:24
**its**
7:13, 99:8, 123:6
**itself**
47:10, 47:11, 101:6, 108:7, 117:1

**J**

**janitor**
70:25, 71:1
**january**
1:19, 2:3, 3:1, 4:1, 124:22
**job**
5:22, 54:12, 70:19, 70:20, 70:25, 71:12
**jobs**
66:19, 71:4

**joined**
8:8
**joseph**
3:26
**joseph_luby@fd**
3:32
**jr**
1:8, 2:19, 2:22
**judge**
99:8
**judgment**
73:16
**jump**
11:25, 31:9, 57:10
**just**
5:1, 5:10, 7:21, 7:22, 7:23, 10:13, 10:17, 10:23, 11:22, 12:7, 13:1, 14:11, 16:1, 20:21, 23:1, 23:5, 26:5, 28:17, 29:25, 30:9, 32:24, 33:3, 36:22, 36:25, 37:18, 42:5, 42:23, 43:9, 43:13, 43:18, 45:16, 49:19, 49:25, 51:12, 53:20, 53:25, 54:9, 54:17, 57:10, 58:25, 59:14, 60:3, 60:10, 68:23, 68:25, 72:15, 75:8, 76:5, 76:16, 79:17, 81:16, 81:21, 81:24, 84:2, 84:20, 84:21, 86:19, 87:5, 87:8, 87:19, 87:23, 90:19, 92:13, 92:14,

94:14, 94:25, 96:16, 96:17, 98:12, 101:14, 104:8, 105:20, 105:25, 107:11, 108:14, 109:25, 110:14, 111:6, 112:17, 115:11, 116:18, 116:23, 117:7, 118:5, 118:16, 118:17, 118:24, 119:10, 120:18
**justice**
3:13

**K**

**keep**
70:19, 92:20, 97:16
**keith**
3:14, 3:20, 17:14
**kenya**
51:10, 51:14, 51:15, 51:16
**kids**
28:16, 33:11, 69:20, 70:2, 70:4, 70:5
**kill**
38:23, 39:1
**killing**
13:11
**kind**
5:18, 7:14, 8:5, 16:9, 17:1, 27:11, 27:13, 28:11, 30:2, 36:20, 37:5, 37:9, 39:2, 39:20, 53:23, 54:13, 55:8, 56:4, 64:2, 65:13, 65:14, 68:16, 68:17, 73:23, 81:22, 82:11, 91:18,

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019                                    143

93:25, 96:4,
113:15
**kinds**
19:7, 53:11,
63:22, 94:5
**knew**
19:24, 26:1,
26:7
**knowledge**
19:7, 27:7,
38:10, 40:18
**knows**
22:1, 37:12,
53:24, 78:22

**L**

**lacking**
87:1
**language**
35:24, 38:2,
47:15, 47:17,
48:1, 48:14,
48:21, 51:5,
67:9, 106:21
**languages**
20:15
**laredo**
30:6
**largest**
59:12
**last**
4:12, 8:9,
12:13, 15:15,
34:5, 39:12,
68:10, 80:14,
98:12, 110:21,
112:6, 112:13
**later**
29:13, 88:12,
105:5
**laws**
52:15
**lawyering**
79:14
**lay**
23:14, 41:17,
41:24
**lazy**
71:9

**lead**
64:17
**leading**
71:23
**learn**
33:9, 66:24,
75:18, 76:4,
76:8, 76:14
**learned**
15:15
**learning**
32:15, 75:17,
76:3, 76:11,
76:12, 77:5,
77:14, 77:25,
78:3, 78:7,
78:16, 79:3
**lease**
66:16
**least**
12:10, 15:19,
18:23, 53:4,
71:4, 82:9,
86:10, 106:4,
113:10
**leave**
104:15
**led**
16:10, 31:20,
31:21
**left**
24:1
**left-hand**
91:4, 113:11
**legal**
52:23
**less**
89:12, 89:13,
89:14, 108:4
**let**
14:23, 16:23,
30:5, 30:24,
51:7, 56:6,
70:1, 82:5,
83:16, 85:4,
86:19, 91:3,
91:19, 93:17,
94:11, 95:4,

99:15, 103:3,
107:7, 110:20,
113:10, 115:21
**let's**
5:1, 6:20,
11:25, 12:7,
13:1, 13:18,
14:24, 15:17,
17:17, 18:4,
18:21, 20:5,
23:13, 27:2,
34:18, 35:18,
36:14, 39:22,
45:1, 46:8,
48:13, 49:6,
51:12, 54:17,
55:12, 56:7,
57:10, 58:5,
61:4, 61:12,
62:14, 64:10,
64:11, 66:22,
71:20, 72:15,
75:15, 78:14,
79:16, 80:15,
81:3, 82:15,
87:20, 88:10,
105:3, 115:3,
117:4
**letter**
94:22, 94:23,
95:12, 101:17,
101:18
**letters**
94:20, 94:21,
96:5, 97:20,
98:6, 98:7,
101:13, 101:15
**level**
10:25, 72:20,
75:16, 76:7,
100:20
**levels**
38:9, 62:13
**library**
7:16, 7:17, 8:6
**license**
10:2, 10:4
**life**
36:9, 36:10,

36:12, 64:12,
64:19, 74:16,
74:24, 84:20
**like**
5:18, 5:22,
7:8, 7:21,
10:13, 11:8,
11:19, 11:20,
13:7, 13:18,
14:8, 19:14,
22:5, 27:22,
27:23, 27:24,
29:4, 34:24,
36:5, 36:20,
37:3, 37:6,
37:7, 38:5,
46:19, 47:15,
47:24, 50:5,
53:20, 54:3,
58:22, 58:23,
61:23, 62:10,
64:21, 67:14,
80:10, 81:17,
82:11, 85:9,
85:13, 85:24,
88:5, 88:9,
90:14, 93:18,
94:12, 106:14,
109:7, 119:7,
120:6, 121:21
**likely**
14:10, 37:22,
61:16, 74:17,
76:22, 84:19,
87:18
**likes**
21:11, 21:13,
38:12
**limitations**
74:2
**line**
42:14, 69:13,
85:2, 107:17,
107:18, 119:20,
120:3
**lines**
87:19
**lions**
8:10

Transcript of Ricardo Weinstein, Ph.D.

Conducted on January 17, 2019                    144

list
23:14, 23:18,
24:2, 24:7,
25:2, 63:14,
79:20, 82:5,
82:6
listed
5:3, 18:19,
41:20, 44:1,
63:21, 72:24,
73:8, 80:21,
80:25, 81:1,
82:3, 87:21,
92:24, 103:11
lists
113:11
little
5:25, 6:1,
12:8, 12:16,
13:2, 19:24,
30:24, 54:7,
56:21, 56:24,
63:17, 76:7,
84:10, 97:8,
98:3, 119:15,
119:19, 119:20,
120:2
live
22:24, 37:1,
64:13, 64:21,
65:12
lived
6:13, 6:14,
8:21, 8:22, 9:4,
28:12, 30:1,
30:6, 30:11,
36:18, 64:21,
65:9, 65:21
lives
53:23
living
65:22, 66:2
load
44:3, 44:4
loaded
62:12
lobe
74:3, 98:22,

121:13
lobes
93:9, 93:10,
93:22, 96:6,
102:1, 102:3,
121:4
logical
86:24
loner
67:20
long
6:24, 7:4,
12:22, 18:22,
22:24, 39:21,
88:16, 88:17,
88:18, 96:14,
102:8, 115:17
longer
81:25
look
4:17, 4:23,
14:4, 14:5,
14:17, 16:1,
16:18, 17:15,
19:13, 20:10,
20:12, 24:2,
25:16, 34:10,
47:18, 56:20,
63:19, 69:5,
72:5, 72:15,
75:25, 81:9,
83:24, 84:14,
85:11, 89:4,
91:3, 95:4,
99:15, 103:20,
111:6, 115:15,
116:23
looked
14:7, 14:20
looking
6:4, 10:11,
11:21, 35:8,
41:15, 42:10,
46:1, 61:12,
61:14, 61:15,
62:19, 81:17,
83:8, 83:16,
87:8, 87:17,

101:11, 101:12,
110:14, 113:11,
113:22, 118:17
looks
7:7, 19:14,
82:11, 85:9,
106:14
los
7:7, 8:19
lot
17:2, 21:10,
21:13, 21:19,
21:20, 41:8,
56:21, 70:5,
73:22, 83:1,
83:11, 87:18,
93:16
low
57:1, 67:20,
95:18
luby
3:26, 17:14,
108:14, 119:9

**M**

made
37:13, 50:2,
61:21, 61:22,
61:23, 92:8,
100:8, 124:17
mafia
40:12
main
2:24, 52:4,
52:6
mainly
94:2
major
5:15, 38:19,
38:21
make
11:21, 37:9,
46:20, 66:3,
70:1, 97:25,
112:10, 112:22
makes
13:23, 19:17,
37:24, 46:22,

54:21, 70:8
making
43:18, 89:15,
92:1, 96:9
malingering
90:3, 90:4,
90:6, 109:13
malnutrition
31:6
man
12:14, 85:24
manifested
31:11
manual
46:12, 46:15,
112:10, 112:12,
118:2
manuals
60:16
many
13:7, 14:1,
32:14, 37:14,
46:4, 51:9,
54:1, 73:21,
91:11, 95:5,
95:25, 108:14
mark
15:24, 81:20,
96:16, 96:17,
121:21
marked
2:10, 4:7,
15:22, 18:2,
81:18, 82:2,
82:16, 121:19,
121:23
marking
96:19, 111:19
markings
84:10
master
5:18
master's
6:5, 7:9
masters
6:21
math
75:10, 110:18,

110:24, 111:17, 111:18

**matrix**
47:16

**matter**
77:2, 77:17, 79:12, 79:13, 118:8

**matters**
31:20

**may**
41:24, 56:9, 74:1, 86:1, 89:22, 108:14

**maybe**
12:6, 12:25, 14:16, 15:8, 15:14, 23:24, 25:6, 30:10, 56:6, 57:4, 57:5, 57:24, 66:4, 81:16, 89:14, 106:11, 107:14, 111:10

**mean**
16:3, 17:11, 17:25, 26:2, 27:16, 30:14, 30:23, 31:25, 32:9, 34:21, 39:16, 42:9, 43:12, 43:16, 47:25, 50:20, 53:11, 55:19, 56:17, 56:18, 56:21, 57:15, 60:2, 62:2, 64:24, 65:13, 66:1, 66:15, 69:15, 70:2, 72:6, 73:20, 74:20, 74:22, 77:23, 83:19, 83:20, 84:6, 85:18, 86:14, 89:16, 95:14, 95:19, 96:16, 96:22, 96:23,

96:24, 96:25, 97:18, 98:17, 99:9, 99:13, 100:23, 101:24, 104:16, 104:22, 104:25, 105:1, 105:10, 105:11, 105:15, 107:3, 107:20, 109:1, 109:3, 109:10, 112:20, 116:23, 118:20, 118:22, 119:1, 119:23, 120:8, 121:1

**meaning**
27:2, 54:13, 60:21, 72:4, 75:23, 94:3, 100:8, 101:23, 105:9, 108:4, 112:17, 114:3

**meaningless**
120:11

**means**
10:8, 36:24, 36:25, 50:25, 60:9, 77:10, 84:6, 86:22, 87:1, 92:7, 96:23, 99:20, 100:23, 105:16, 107:20, 108:2, 113:20, 114:10, 118:25, 119:1, 119:2, 119:24, 120:4, 121:3, 121:5

**meant**
118:19, 119:6

**measure**
75:8, 92:14, 93:3, 106:8

**measured**
73:2

**measurement**
61:17

**measures**
96:12, 96:14,

107:1, 107:9, 109:8, 109:14, 110:23

**measuring**
43:1, 72:13, 72:14, 72:18, 108:25, 109:7, 109:13

**medical**
11:8, 11:10, 11:11, 25:3, 79:23

**medicare**
12:21

**medication**
22:11

**melissa**
3:15, 118:16

**melissa's**
120:10

**members**
29:24, 36:11

**memory**
44:6, 45:8, 82:22, 82:23, 82:24, 87:1, 88:15, 106:21

**mental**
13:19, 14:5, 14:16, 18:17, 18:25, 19:2, 19:4, 19:8, 19:13, 23:6, 25:3, 35:19, 63:21, 79:23

**mentally**
13:20, 14:2

**mention**
21:18, 30:25, 34:11, 35:5

**mentioned**
29:16, 35:21, 40:7, 40:9, 52:1, 87:5

**mentioning**
56:18

**merril**
6:22

**mexican**
30:1, 30:4, 30:16, 40:11, 49:23, 50:6, 50:8, 50:22, 50:23, 51:12, 51:21, 51:25, 52:10, 52:11, 52:23, 115:10, 119:25

**mexican-americans**
53:10

**mexicans**
36:18, 52:18

**mexico**
5:8, 5:11, 5:12, 5:13, 5:24, 6:1, 36:22, 36:25, 49:21, 49:22, 50:2, 50:3, 50:4, 52:9, 52:20, 52:21, 52:22, 118:9

**mh-hmm**
87:14

**michigan**
6:5

**middle**
31:9, 32:11, 37:25, 42:14, 67:18

**might**
7:6, 13:7, 15:9, 34:12, 41:25, 45:24, 54:1, 76:15, 83:15, 88:11, 106:10, 111:6, 113:5

**migrating**
30:7

**mildly**
107:25, 108:2

**miles**
77:17, 77:18, 77:20

**milk**
31:3

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019

146

| | | | |
|---|---|---|---|
| **million** | **mood** | 62:2, 70:4, | 26:8, 48:4, |
| 8:2 | 39:8 | 70:5, 75:19, | 57:9, 64:3, |
| **mind** | **more** | 77:2, 79:12, | 92:21, 114:13 |
| 97:16 | 14:10, 38:11, | 84:15, 85:1, | **needed** |
| **mind-altering** | 44:18, 62:2, | 86:14, 88:17, | 8:9, 19:25, |
| 35:11 | 70:15, 75:16, | 89:6, 89:7, | 68:11 |
| **minds** | 77:17, 77:18, | 102:6, 116:23 | **needs** |
| 101:9 | 83:17, 85:1, | **multiple** | 67:13 |
| **minnesota** | 87:18, 88:3, | 34:16, 59:1, | **neglect** |
| 65:18, 67:4 | 94:24, 94:25, | 59:2 | 84:6 |
| **minute** | 98:3, 100:21, | **murder** | **neither** |
| 17:4, 93:14, | 100:22, 101:24, | 23:11 | 12:15 |
| 96:1, 118:13 | 108:3, 121:21 | **must** | **nest** |
| **minutes** | **moreso** | 55:8 | 58:12, 58:13 |
| 83:7, 104:18 | 30:3 | **myself** | **neurochemical** |
| **misbehavior** | **most** | 11:22, 45:17, | 10:10 |
| 68:6 | 35:23, 36:9, | 46:19, 119:5 | **neurologist** |
| **missing** | 36:10, 36:12, | **N** | 56:19 |
| 17:16, 32:5, | 41:11, 43:1, | | **neuropsychologic-** |
| 58:25, 83:11, | 43:4, 47:19, | **nab** | **al** |
| 86:15 | 47:25, 61:11, | 2:23, 108:23 | 2:23, 9:22, |
| **mistake** | 61:15, 63:5, | **nacional** | 80:6, 106:4, |
| 20:20, 77:12 | 64:19, 71:7, | 5:11 | 106:7, 121:3, |
| **mitigation** | 74:16, 74:24, | **name** | 121:24 |
| 80:16 | 87:3, 94:24 | 4:9, 4:12, | **neuropsychology** |
| **mix** | **mostly** | 4:13, 26:2, | 9:8, 10:1, 10:3 |
| 36:21, 54:15 | 68:9 | 44:10, 69:23, | **never** |
| **mixture** | **mother** | 101:15 | 30:15, 39:6, |
| 36:20 | 16:20, 24:4, | **named** | 43:20, 64:12 |
| **moderately** | 26:3, 28:13, | 124:7, 124:11 | **nevertheless** |
| 107:25, 108:2 | 33:10, 36:18, | **names** | 73:15 |
| **module** | 65:21, 65:22 | 94:16, 95:1, | **new** |
| 106:5, 108:24, | **mother's** | 95:18 | 6:14, 43:11 |
| 109:1 | 31:3 | **native** | **news** |
| **modules** | **motor** | 53:13, 54:4 | 19:6, 21:23, |
| 2:24, 107:4, | 98:13 | **natural** | 38:12 |
| 110:7 | **move** | 114:3 | **next** |
| **moments** | 23:13, 23:24, | **nature** | 7:16, 35:9, |
| 120:20 | 34:18, 35:18, | 121:8 | 35:18, 38:8, |
| **monthly** | 79:16, 87:20, | **nd** | 57:10, 60:17, |
| 9:17 | 92:21, 92:23 | 124:21 | 62:14, 64:11, |
| **months** | **moved** | **neat** | 64:17, 66:22, |
| 28:24, 29:5, | 30:7, 30:9 | 71:10 | 68:5, 69:13, |
| 65:11, 65:20 | **moving** | **necessarily** | 70:16, 73:11, |
| **montroy** | 102:16 | 27:12, 75:22, | 73:13, 74:15, |
| 2:7, 3:25, | **mri** | 77:6, 97:13 | 80:16, 87:20, |
| 81:16, 120:17, | 10:13, 56:19 | **need** | 88:13, 90:7, |
| 121:15 | **much** | 14:7, 26:7, | 92:23, 98:25, |
| | 28:15, 32:24, | | |

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019

147

100:25, 102:16,
104:3, 107:8,
108:12, 108:22,
110:11, 113:22,
114:4, 116:5,
117:16
**nice**
15:13, 15:14
**night**
38:25
**nine**
30:10, 44:23,
44:24, 89:11,
98:15, 112:25
**ninth**
32:21
**nobody**
24:1
**nods**
104:21
**none**
38:6
**nonverbal**
48:22, 60:19,
60:21, 61:1
**nor**
5:5, 39:3
**norm**
49:18, 49:19,
49:20, 50:12,
51:4, 51:15,
51:19, 54:2,
54:9, 54:10,
54:11, 55:1,
55:2, 56:3,
115:14
**normal**
42:3, 42:6,
56:20, 56:21,
56:23
**normals**
91:20, 91:21,
91:24, 91:25
**normative**
10:16
**normed**
27:13, 49:22,
50:4, 54:3

**norming**
50:25, 118:9
**norms**
49:9, 49:14,
49:23, 49:24,
50:8, 50:15,
50:19, 50:22,
51:3, 51:22,
51:25, 52:16,
53:3, 53:5,
54:1, 54:7,
56:25, 115:10,
115:12, 115:16,
119:25
**north**
1:2, 3:17,
3:18, 53:11,
53:12
**northeastern**
1:3
**note**
37:24, 45:25
**noted**
23:17, 38:18,
39:9
**notes**
2:14, 15:18,
15:19, 16:2,
16:3, 16:4,
16:5, 16:11,
16:14, 16:16,
17:5, 17:9,
17:22, 18:6,
19:10, 19:11,
19:12, 19:18,
20:9, 23:2,
23:10, 24:10,
33:16, 34:2,
40:1
**nothing**
52:19, 94:7,
94:8, 118:20,
121:17, 124:9
**novel**
80:10
**novels**
21:14, 21:19
**november**
23:25

**now**
7:15, 26:25,
27:11, 39:22,
45:24, 61:12,
62:15, 64:2,
70:9, 71:21,
73:11, 77:21,
95:22, 97:23,
101:3, 106:1,
113:5, 115:3,
116:12, 119:18,
120:8, 122:1
**number**
12:9, 13:24,
13:25, 14:15,
15:18, 18:18,
41:24, 44:22,
44:23, 58:24,
84:11, 84:12,
91:5, 91:8,
91:10, 92:24,
96:7, 104:19,
106:24, 112:13,
113:23, 113:24,
114:3, 114:4,
114:18, 115:25,
119:16, 120:19
**numbers**
53:5, 60:3,
95:1, 97:7,
98:6, 98:7,
103:19, 109:17,
115:8, 115:15,
120:2
**numerous**
41:22

**O**

**obama**
22:2
**obscene**
31:15, 31:17,
32:2
**observations**
19:16, 19:17,
21:3, 73:7
**observing**
28:25, 83:23

**obtain**
55:17
**obtained**
42:21, 44:22,
62:18, 105:17,
107:20, 109:21,
112:24, 113:24
**obtains**
95:24
**obviously**
5:4, 12:8,
24:4, 36:7,
51:12, 52:9,
60:21, 81:6,
92:7
**off**
17:17, 17:19,
58:5, 96:16,
96:17, 108:19,
108:20, 120:15,
121:18, 122:1
**off-the-record**
70:13
**offenders**
31:13
**offering**
8:5, 8:6
**office**
3:24, 6:1,
12:5, 12:6,
24:16, 24:24
**often**
68:6
**oh**
37:17, 61:18,
62:21, 71:15,
71:20, 83:19,
87:12, 87:17,
88:3, 111:9,
115:19, 120:6,
120:8
**old**
12:16, 27:3,
27:4, 27:17,
28:11, 28:19,
32:22, 45:21,
55:6, 56:10,
56:24, 67:16,

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019

148

70:9, 98:1,
99:10
**older**
16:21, 69:17,
69:18, 70:4
**once**
55:24
**one**
8:7, 12:11,
15:13, 15:14,
16:19, 19:8,
20:24, 24:18,
24:22, 24:23,
26:20, 29:25,
34:14, 42:25,
43:25, 44:8,
45:21, 48:18,
48:19, 48:21,
54:9, 54:10,
57:19, 58:15,
59:12, 59:16,
61:7, 61:8,
61:13, 61:15,
61:16, 61:21,
61:22, 61:25,
64:4, 66:20,
71:8, 81:24,
84:8, 84:10,
86:21, 86:25,
87:2, 87:20,
87:21, 87:23,
88:3, 90:7,
90:10, 90:13,
92:23, 92:24,
93:6, 95:12,
95:17, 95:20,
95:23, 96:1,
96:2, 96:15,
97:16, 97:17,
98:8, 98:9,
98:12, 98:25,
100:2, 102:16,
104:1, 104:3,
104:23, 104:24,
105:2, 107:8,
107:9, 108:13,
110:11, 111:12,
111:19, 111:20,

112:6, 113:14,
115:4, 117:24,
121:13, 121:21
**ones**
25:16, 59:19,
60:10, 61:4,
68:24, 107:6,
114:17
**online**
7:15, 7:21,
7:22, 7:23
**only**
4:22, 10:3,
12:18, 20:24,
39:16, 55:2,
59:15, 61:15,
64:4, 64:20,
66:7, 70:23,
71:5, 73:20,
82:10, 83:19,
86:13, 87:21,
90:4, 90:10,
93:14, 96:4,
100:8, 102:6,
104:13, 104:16,
105:16
**onset**
63:2, 63:4,
73:12
**open**
37:25
**opined**
14:25
**opinion**
79:5, 120:23
**opinions**
15:2
**opportunities**
64:20
**opposed**
90:13, 109:11
**optional**
111:3
**options**
61:13
**oral**
60:22, 94:12
**orally**
94:13

**oranges**
72:2
**order**
26:9, 48:11,
77:25
**org**
3:31, 3:32
**organize**
74:18
**organizing**
86:22, 121:6
**orientation**
38:9
**oriented**
23:3
**original**
82:5
**originally**
63:18
**originals**
81:5
**other**
12:10, 23:21,
24:7, 24:12,
24:13, 26:14,
34:14, 35:1,
36:11, 40:10,
40:23, 40:25,
41:2, 41:6,
42:17, 43:21,
47:24, 48:19,
51:3, 53:4,
53:25, 59:19,
61:22, 62:15,
67:23, 69:21,
74:4, 75:23,
79:8, 79:12,
80:20, 82:24,
96:2, 101:5,
107:5, 118:10
**others**
71:7
**our**
22:1, 112:15
**out**
19:4, 23:14,
24:20, 28:23,
32:15, 32:20,

41:17, 41:24,
49:6, 51:13,
53:17, 58:19,
60:1, 61:21,
61:22, 61:23,
66:10, 66:12,
66:16, 69:18,
69:20, 70:2,
70:3, 70:24,
100:6, 104:8,
104:9, 104:11,
104:12, 112:22,
118:16
**outcasts**
69:25
**outcome**
124:20
**outside**
29:2, 40:2
**over**
12:13, 56:22,
57:12, 65:2,
91:13, 104:7,
111:2, 112:5,
117:10, 117:24
**overcome**
76:20
**overwhelmed**
20:22, 20:25,
21:1
**own**
40:16, 40:17,
64:21, 69:15,
69:16, 69:21,
70:6, 75:1

**P**

**p-a-r**
59:12
**p-o-c-h-o**
36:20
**packet**
2:14, 2:21
**page**
2:5, 2:31,
2:32, 5:2, 10:6,
18:6, 18:16,
23:13, 26:19,

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019                        149

29:14, 29:17,
32:12, 33:5,
34:19, 35:19,
37:25, 41:14,
41:16, 41:21,
42:20, 43:3,
43:23, 48:25,
62:14, 62:21,
69:13, 73:13,
79:18, 80:6,
80:11, 80:16,
81:24, 82:6,
87:21, 87:23,
89:4, 90:10,
96:16, 102:21,
102:22, 102:24,
103:11, 103:17,
104:16, 105:6,
105:7, 105:18,
106:4, 110:21,
111:1, 112:16,
112:17, 112:19,
116:13, 116:16,
117:4, 117:5,
117:6, 117:8,
117:15, 117:16,
118:5, 118:18,
119:9, 119:13

**pages**
15:18, 20:19,
25:6, 32:10,
79:17, 82:10,
82:11, 82:16,
83:17, 92:24,
93:4, 98:24,
99:3, 101:3,
102:18, 104:3,
106:3, 108:14,
108:24, 110:13,
111:7, 111:9,
112:13, 112:15,
116:25

**palmer**
6:22

**paper**
88:2, 88:25

**par**
59:12

**paragraph**
31:10, 35:9,
38:8, 64:11,
66:22, 67:18,
68:10, 73:14,
76:1

**paranoid**
21:9, 38:22

**pardon**
35:8, 78:11,
107:1

**parent**
27:2

**parental**
33:7

**parents**
36:13, 65:13

**park**
36:24

**parque**
36:23, 36:24,
36:25, 37:2

**part**
23:6, 35:18,
39:9, 47:21,
52:5, 53:15,
53:18, 55:1,
55:7, 56:14,
63:1, 63:2,
68:5, 75:20,
84:5, 84:7,
85:15, 88:6,
93:17, 94:1,
94:20, 96:10,
97:3, 97:6,
97:15, 98:25,
101:14, 101:16,
111:12, 113:6

**particular**
15:20, 39:15,
39:16, 40:24,
44:4, 45:17,
45:25, 47:2,
52:14, 52:23,
56:8, 57:1,
58:11, 71:9,
89:4, 89:18,
91:1, 91:20

**particularly**
37:20, 44:21,
48:20, 53:2,
102:1

**partly**
40:4

**parts**
97:4, 97:5

**paso**
26:13, 26:15

**past**
22:18

**patients**
12:4

**pay**
109:10

**paying**
67:13, 87:2,
87:6, 87:7

**peers**
68:7

**penalty**
12:8, 12:10,
12:13, 12:23,
12:24, 13:3,
13:9, 41:1,
41:3, 123:1,
123:5

**pennsylvania**
3:29

**people**
10:24, 12:20,
13:11, 14:15,
19:23, 23:14,
23:18, 24:3,
24:7, 24:15,
24:20, 24:21,
26:5, 26:7,
26:8, 26:12,
27:8, 27:17,
30:2, 34:15,
35:1, 36:17,
36:18, 36:23,
37:1, 40:12,
40:19, 40:20,
42:17, 50:23,
52:17, 52:18,
53:6, 53:10,

53:11, 54:13,
54:14, 67:9,
67:13, 69:6,
69:16, 69:19,
70:1, 71:2,
71:8, 76:13,
77:13, 83:24,
84:1, 84:4,
84:5, 85:20,
88:22, 89:12,
89:22, 91:18,
91:21, 91:22,
91:23, 92:20,
93:7

**people's**
95:1

**per**
19:16, 26:25,
67:10

**percent**
14:16, 14:19,
15:5, 42:17,
42:18, 43:16,
54:18, 54:19,
72:19, 105:12,
105:16, 108:4,
119:21, 120:4

**percentage**
13:25, 14:3

**percentile**
105:13, 105:14,
105:15

**perceptual**
44:6, 45:6

**perfectly**
88:10, 89:1

**perform**
52:8, 88:24

**performance**
44:9, 44:14,
47:25, 51:4

**performed**
2:21, 35:23

**perhaps**
56:7

**period**
28:24, 28:25,
29:4, 64:22,

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019                                    150

65:8, 66:12,
73:5, 95:8,
124:18
**periods**
39:7, 66:10
**perjury**
123:1, 123:5
**person**
13:20, 19:14,
48:2, 51:2,
51:14, 52:20,
52:21, 68:16,
68:17, 71:10,
76:6, 76:7,
77:4, 78:1,
99:7, 101:7
**personal**
64:12
**personally**
3:6
**petitioner**
1:9
**ph**
1:17, 2:2,
2:12, 3:7, 4:3,
7:8, 8:12, 8:17,
123:4, 123:19
**philadelphia**
3:29
**phone**
31:15, 31:17,
32:2
**physical**
34:9, 97:12
**physically**
33:10, 33:25
**pictorial**
61:2, 61:4,
103:14, 103:15,
103:16
**picture**
47:18, 60:24,
60:25, 82:19,
82:20, 83:14,
84:8, 88:13,
102:25, 103:14
**pictures**
47:19, 61:4,

61:21, 61:22
**piece**
88:1, 88:25,
95:22
**place**
18:22, 23:4,
56:22, 70:20,
123:9, 124:11
**placed**
90:20
**places**
22:8
**plaintiff**
1:6, 2:10, 3:12
**plaintiffs**
3:8
**plan**
74:18, 84:19,
84:25
**planing**
86:22
**planning**
84:17, 121:6
**plate**
90:22, 91:5,
91:7
**plates**
90:19
**please**
4:11
**plug**
45:16, 45:18
**plus**
34:16, 48:21,
74:2, 91:1,
105:8
**pocho**
36:19, 36:20
**point**
6:18, 84:11,
85:14, 92:19,
106:20
**points**
84:11, 84:12,
112:24, 113:24,
114:3, 114:4
**poor**
73:16

**poorly**
121:12
**pops**
60:1
**population**
40:15, 51:1,
52:10, 53:15,
53:18, 53:19,
54:18, 105:16,
108:5
**populations**
53:19
**portion**
21:2, 63:7
**portions**
68:22
**possible**
41:19
**post-doctoral**
9:7
**potential**
41:20
**pounds**
22:3, 22:6
**power**
77:9, 78:1,
78:2
**practical**
63:13
**practice**
8:16, 8:20,
9:2, 12:1, 12:3,
96:18
**practicum**
9:18
**pragmatically**
121:5
**preferred**
35:24, 36:1,
48:14
**prefers**
37:19, 37:20
**preoccupied**
19:24
**prepared**
2:18
**present**
22:1, 38:7,

46:9
**presently**
40:25
**president**
19:5, 22:1
**presume**
17:23
**pretending**
109:23
**pretrial**
41:12
**pretty**
13:24, 28:15,
116:23
**prevention**
8:19
**previous**
15:2, 74:21
**previously**
33:21
**primarily**
68:24
**primary**
28:12
**printed**
4:21
**printing**
70:19, 71:13
**prior**
5:22, 21:12,
31:22, 38:14,
57:2, 66:13,
69:8, 124:7
**prison**
18:11, 28:23,
29:2, 29:6,
29:7, 39:18,
39:23, 40:23,
40:24, 70:20,
70:22, 70:23,
71:15, 71:17,
73:6, 74:16,
74:24, 75:2
**prisons**
40:24
**private**
8:20
**probably**
18:23, 34:2,

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019                                    151

66:6, 76:25,
93:12, 94:23,
97:11, 99:10,
102:14, 121:13
**problem**
14:11, 70:2,
71:4, 86:23,
92:19, 98:2
**problems**
21:7, 32:14,
32:15, 39:8,
91:18, 92:21,
93:8, 93:9,
98:20, 121:5
**proceedings**
124:14
**processing**
38:5, 44:7,
45:10
**produced**
2:15
**productively**
76:4
**profession**
43:2
**professional**
78:22
**professor**
10:18
**program**
7:8, 9:15,
9:25, 31:12
**programs**
45:20
**progressed**
31:18
**properly**
19:22, 21:3,
77:19, 77:21,
77:22, 78:20
**prosecution**
13:8, 13:10,
13:21
**protocol**
113:8
**proverb**
99:1, 99:2,
99:4

**provide**
13:21, 16:10,
27:4, 28:6,
29:12, 60:24,
76:12
**provided**
4:18, 15:10,
15:18, 16:2,
17:12, 17:23,
25:15, 25:18,
25:23, 26:14,
28:10, 28:18,
28:22, 29:3,
72:21, 90:14,
108:6, 121:22,
124:18
**provides**
96:21
**providing**
73:5
**psychiatric**
38:19
**psychodrama**
6:15
**psychological**
80:6
**psychologist**
10:4, 27:5,
59:11, 78:21
**psychology**
6:22, 8:13,
8:14
**psychoses**
38:19
**psychotic**
38:21, 39:6,
39:7
**public**
19:6, 21:25,
27:24, 38:12
**published**
49:21, 59:11
**publishing**
59:12
**pull**
4:25, 51:13
**punctuation**
114:2

**puntuacion**
114:3, 114:10
**purpose**
75:21, 85:22
**purposes**
10:11
**pushed**
65:14
**put**
59:25, 60:4,
67:6, 76:13,
82:13, 100:14,
104:12, 112:12,
114:18, 116:6,
116:7
**putting**
111:12

**Q**

**qeeg**
10:8
**qualifies**
52:13, 75:17
**qualify**
14:20, 63:22,
64:8, 79:9
**quality**
83:12, 84:14,
99:23
**quantitative**
10:7, 11:24
**quentin**
3:16
**question**
16:10, 24:8,
24:12, 46:11,
47:1, 47:14,
50:20, 52:7,
88:4, 94:17,
100:9, 103:22,
117:20, 118:16,
120:11
**questionnaire**
27:21, 28:7,
28:18, 29:4,
29:10
**questions**
4:23, 19:3,

19:8, 19:16,
24:9, 27:23,
29:15, 31:1,
46:3, 46:6,
47:7, 47:12,
47:13, 58:1,
58:3, 58:23,
61:22, 70:15,
78:18, 78:19,
79:18, 94:11,
94:12, 104:25,
120:18, 120:20,
121:16
**quick**
15:24, 16:1,
20:12, 111:7
**quickly**
45:2
**quotes**
76:14

**R**

**r-i-c-a-r-d-o**
4:13
**raised**
5:8
**randomly**
90:20
**range**
75:6
**rank**
105:13, 105:14
**ranks**
105:16
**raw**
60:12, 103:25,
105:8, 111:2,
112:18
**read**
5:5, 11:15,
21:11, 21:13,
21:16, 21:22,
32:17, 32:18,
35:4, 38:12,
46:10, 46:15,
46:18, 46:22,
46:23, 47:3,
47:4, 47:6,

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019                                    152

47:12, 47:13,
47:14, 57:8,
68:2, 71:3,
71:5, 75:16,
76:8, 76:23,
78:12, 80:10,
123:5
**reader**
97:24
**reading**
22:19, 33:18,
41:16, 76:7,
78:12, 110:17,
110:18, 110:24,
111:18, 111:19,
112:6, 112:8,
112:9, 116:13
**reads**
21:10, 21:12,
21:13, 21:18,
21:20, 49:3,
75:8, 75:9
**real**
15:24, 16:1,
111:7
**really**
7:22, 28:14,
37:4, 37:6,
65:12, 72:1,
74:22, 89:19,
90:1, 105:24,
108:3
**reason**
17:16, 46:18,
50:21, 51:24,
52:4, 52:6,
54:10, 60:25,
79:8, 114:5
**reasoning**
44:6, 45:6,
47:17, 49:2,
57:13, 57:16,
58:9, 59:5,
59:6, 59:8,
94:25, 99:6,
100:10, 100:19,
100:24, 121:7
**reasons**
49:24, 50:18,

88:22
**rec**
40:14
**recall**
27:17, 29:1,
33:21, 33:22,
34:10, 69:11,
71:8, 89:11,
89:13, 89:14,
98:1, 109:17,
119:1
**recalled**
34:12, 89:10
**receive**
10:20
**received**
4:15, 6:21,
8:16, 9:7, 25:6
**receiving**
67:7
**recent**
43:4
**receptor**
38:2
**recess**
58:6, 118:14
**recognition**
10:23
**recollection**
28:20, 72:21
**record**
4:10, 11:12,
11:13, 17:18,
17:19, 17:21,
22:7, 33:19,
35:6, 35:15,
42:4, 58:5,
82:15, 98:23,
108:19, 108:20,
108:22, 120:15,
121:18, 121:20,
121:23, 122:1
**records**
25:2, 25:3,
25:4, 32:19,
33:3, 34:17,
39:5, 65:4,
67:9, 67:24,

68:9, 69:5,
79:20, 79:23,
80:16
**reduced**
124:12
**refer**
26:20, 52:11
**referral**
11:21
**referred**
14:9, 14:12,
14:17, 38:11,
38:13, 40:15
**referring**
21:14, 30:6,
31:19, 65:24,
70:11, 73:19,
108:15, 119:9
**refers**
76:21
**reflect**
19:10, 23:10,
41:25, 51:1,
89:19, 99:4
**reflected**
84:19, 95:3,
103:6, 103:8
**reflective**
98:22
**reflects**
41:22, 99:5,
100:15
**refused**
25:21
**regard**
13:3, 73:17
**reisenauer**
2:6, 3:14, 4:8,
15:23, 17:17,
17:20, 18:3,
58:7, 70:14,
81:19, 108:19,
108:21, 118:13,
118:15, 119:12,
120:14, 120:19,
121:17, 121:20
**reisenauer@usdoj**
3:20

**rejection**
29:18
**related**
12:23, 23:5,
74:17, 80:16,
93:22
**relative**
16:22
**relatively**
74:25
**relatives**
30:3, 30:19
**released**
29:5, 29:7,
65:19, 73:6
**relevant**
29:1, 48:20,
116:19, 120:9
**relying**
81:23
**remanded**
31:12
**remember**
7:4, 8:11,
22:19, 33:18,
64:23, 71:12,
82:25, 86:13,
87:4, 87:19,
88:13, 105:13,
109:22, 119:3,
119:4
**remembered**
87:9, 88:11
**remembering**
94:25
**remembers**
86:16, 86:17,
87:11
**removed**
74:1
**repeat**
89:6
**repeating**
95:20
**report**
2:18, 2:25,
15:10, 15:16,
18:5, 25:1,

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019

153

25:9, 25:10,
35:21, 62:16,
71:6, 71:9,
79:24, 80:6,
80:9, 80:11,
80:17, 82:7,
87:22, 106:14,
110:9, 112:3,
115:15, 115:17,
115:18, 115:19,
121:24
**reported**
1:22, 22:8,
29:24, 33:11,
34:20, 35:3,
35:12, 40:1,
68:25, 70:18,
71:16, 71:22
**reportedly**
33:7
**reporter**
3:5, 30:23,
124:4, 124:18
**reporting**
72:3, 115:16
**reports**
71:6, 81:4
**reproduce**
87:3
**request**
37:23
**requested**
124:16, 124:17
**require**
47:15, 47:17,
47:25, 48:21,
60:23, 78:17
**requires**
27:11, 27:12,
94:24
**respond**
58:19, 78:18,
78:19
**respondent**
1:6
**response**
58:20
**responses**
60:3

**rest**
40:20, 87:15,
111:7, 116:25,
118:4
**restaurant**
69:22, 69:23
**restroom**
27:24
**result**
62:5
**resulted**
59:21
**results**
56:2, 62:19,
62:20, 102:21,
112:2
**retain**
83:10, 84:15,
88:16
**retaining**
86:25, 98:20
**retardation**
13:19, 14:6,
14:16, 63:21
**retarded**
13:20, 14:2
**retest**
105:4
**retired**
12:20
**retroactively**
28:8, 28:9
**review**
80:4, 80:21,
124:15
**reviewed**
25:15, 25:18,
39:6, 79:21,
80:3, 81:2
**reviewing**
32:19
**rey**
82:3, 82:10,
87:21, 87:22
**reynolds**
59:10
**ricardo**
1:17, 2:2,

2:11, 3:7, 4:3,
4:12, 123:4,
123:19
**right-hand**
111:2
**right-handed**
21:3
**risk**
41:20, 41:23
**rodriguez**
1:8, 2:19,
2:22, 3:22,
14:25, 15:3,
16:17, 16:20,
17:6, 17:9,
18:8, 26:2,
29:17, 33:6,
33:12, 33:23,
34:19, 35:3,
35:10, 42:21,
51:19, 53:2,
53:20, 59:20,
64:12, 66:23,
76:3, 79:2,
80:23, 82:12,
85:6, 86:20,
89:18, 120:23
**rodriguez's**
35:24, 41:22,
43:24, 63:10,
71:22
**room**
39:1
**rosa**
28:6, 28:21,
28:22, 28:24,
69:2, 72:17,
73:4, 80:23
**round**
92:4
**row**
40:4, 40:19,
40:21, 41:13,
113:3
**rules**
39:17

**S**

**s**
94:23

**said**
3:10, 7:22,
11:25, 14:7,
21:17, 22:14,
22:17, 22:21,
25:15, 26:6,
33:21, 50:2,
50:11, 76:5,
85:17, 87:6,
91:13, 100:2,
100:8, 113:14,
113:17, 123:8,
124:10, 124:14
**sake**
54:18
**same**
25:14, 43:10,
43:12, 43:15,
44:23, 46:20,
56:17, 61:15,
68:12, 71:24,
72:4, 97:7,
98:25, 104:1,
109:20, 109:23,
118:5, 118:8,
124:13
**sample**
10:16, 53:12,
53:13, 54:13,
54:19, 58:10,
58:11, 96:18,
112:23
**samples**
48:6, 48:7,
48:9, 48:10
**san**
1:18, 3:3, 4:1,
8:24, 124:3
**santa**
9:13
**saturday**
12:18
**saw**
89:6
**say**
5:10, 13:18,
14:14, 14:19,
18:7, 18:10,

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019

18:17, 27:2, 32:13, 33:5, 34:19, 35:21, 36:16, 36:23, 38:8, 39:12, 41:21, 42:3, 42:21, 49:6, 53:17, 53:22, 54:17, 56:7, 56:22, 61:5, 61:12, 63:9, 64:12, 67:19, 68:6, 68:10, 69:13, 69:14, 70:16, 71:8, 71:21, 73:15, 74:17, 75:15, 76:1, 77:13, 78:14, 83:24, 84:1, 87:12, 87:17, 87:19, 88:4, 88:10, 88:13, 89:3, 93:11, 93:12, 94:13, 98:8, 99:16, 105:3, 109:8, 114:2, 117:4, 119:18

**saying**
64:3, 66:21, 77:4, 78:10, 79:2, 92:17, 99:9, 101:8, 103:1, 109:5

**says**
5:7, 21:3, 21:20, 21:23, 29:17, 31:10, 32:14, 35:2, 35:9, 56:20, 63:24, 74:15, 91:4, 111:3, 113:18

**scale**
42:25, 43:25, 44:11, 44:15, 44:17, 44:18, 45:12, 55:11,

55:14, 55:15, 55:17, 55:18, 62:4, 62:5, 62:10, 72:18, 95:13, 100:20, 112:25, 114:6, 114:9, 114:10, 114:12

**scaled**
100:17

**scan**
96:15, 108:17

**scenario**
15:6

**schizophrenia**
38:20, 91:22

**school**
5:23, 25:2, 32:14, 32:19, 32:25, 37:21, 50:21, 66:24, 70:2, 70:24, 79:20, 97:25

**schooling**
32:13

**score**
2:25, 42:11, 42:12, 43:16, 44:10, 44:11, 45:12, 45:15, 45:19, 49:9, 49:10, 50:14, 55:3, 55:4, 56:10, 57:14, 59:9, 59:21, 60:12, 64:6, 64:7, 72:19, 75:12, 75:14, 83:20, 83:22, 84:13, 85:16, 85:20, 91:25, 92:2, 95:5, 95:13, 96:21, 97:17, 98:15, 99:25, 100:10, 100:11, 100:15, 100:17, 100:20, 102:8, 103:10,

103:25, 105:8, 105:9, 106:9, 107:21, 109:1, 109:4, 109:6, 110:9, 111:2, 111:24, 111:25, 112:25, 114:6, 114:9, 114:11, 114:12, 114:19, 114:22, 116:5, 121:24

**scored**
45:3, 45:15, 45:17, 45:18, 59:25, 60:2, 117:24

**scores**
42:2, 42:22, 43:2, 43:24, 44:22, 55:14, 55:15, 55:17, 55:18, 55:22, 55:24, 55:25, 56:1, 56:2, 61:20, 62:18, 71:23, 72:5, 72:24, 73:8, 95:3, 99:22, 100:12, 100:16, 101:25, 103:8, 103:19, 103:20, 103:21, 105:7, 105:10, 105:17, 106:15, 106:17, 106:18, 107:13, 107:14, 109:21, 111:3, 112:18, 118:1

**scoring**
45:3, 48:7, 55:7, 60:3, 71:24, 72:4, 80:1, 80:18, 84:9, 85:18, 90:14, 90:15, 92:9, 93:25, 102:24, 108:9, 108:15, 111:20,

117:10

**scribble**
118:21, 119:10, 119:11, 119:18, 119:20

**scribbled**
119:13

**scribbles**
118:21

**scribbling**
118:24

**scribbly**
119:15, 120:2

**se**
19:16, 26:25, 67:10

**second**
5:2, 18:21, 20:6, 24:23, 29:17, 52:5, 58:2, 58:4, 60:20, 73:14, 86:25, 91:3, 97:3, 97:6, 102:22, 103:3, 105:6, 105:7, 107:7, 115:4, 116:16, 118:4

**seconds**
83:8, 89:4

**section**
73:12

**security**
65:18

**see**
10:14, 14:23, 16:19, 16:23, 17:15, 29:19, 35:25, 55:14, 55:16, 64:15, 66:25, 78:21, 80:15, 82:25, 83:11, 84:7, 84:21, 84:24, 86:8, 86:9, 88:13, 89:9, 90:25, 91:18, 96:15, 96:18,

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019                              155

**98:13, 99:15,**
**100:15, 100:16,**
**103:14, 103:17,**
**104:9, 105:8,**
**105:21, 110:17,**
**120:8**
**seeing**
12:4, 86:5
**seen**
77:12
**seizures**
11:19
**sekulas**
69:24, 69:25
**self-esteem**
67:20
**selling**
73:23
**send**
20:21, 106:19,
108:17
**sense**
13:23, 19:17,
37:24, 46:22,
54:21, 70:8,
75:15, 100:8
**sent**
41:13, 81:13
**sentence**
29:17, 29:19,
31:10, 31:20,
32:12, 32:14,
32:16, 34:5,
34:19, 35:4,
39:12, 63:9,
64:17, 66:23,
68:5, 73:15,
74:15, 74:21,
75:25, 110:17,
112:9
**separate**
54:6, 93:20,
104:23
**sequences**
103:16, 103:17
**series**
47:20, 58:24,
61:2, 71:6

**set**
62:16, 62:18,
62:19, 99:16,
108:23
**setup**
39:24, 40:18
**seven**
95:25
**several**
26:14, 43:13,
46:19, 47:24,
49:24, 68:12,
70:19
**severe**
88:23, 89:12
**severely**
108:3
**seward**
80:7
**sexual**
31:10, 31:12,
31:18
**shake**
22:9
**shakes**
83:1
**shaking**
98:16
**shaky**
83:12
**shapes**
101:13, 112:22
**she**
28:11, 28:15,
28:18, 29:3,
65:6, 65:7,
72:20, 80:18,
118:17, 118:18,
119:6, 119:14
**sheet**
57:25, 58:20,
90:14, 90:15,
104:4, 104:7
**sheets**
80:1, 80:18
**shoes**
27:23
**short**
64:22, 66:10,

**66:12, 95:8**
**shorthand**
3:5, 124:4,
124:11
**shot**
22:12
**should**
13:11, 16:13,
16:14, 33:15,
33:17, 34:3,
51:1, 51:15,
54:20, 66:13,
76:10, 81:7,
82:25, 85:2,
92:16, 120:6
**shouldn't**
76:8
**show**
22:8, 33:3,
57:22, 57:24,
81:17, 88:1,
88:24, 90:19,
91:19, 112:23,
118:5, 118:18
**showed**
101:16
**showing**
58:10, 102:25,
107:11
**shown**
39:3, 64:13,
70:17
**shows**
60:7, 91:19
**shy**
67:20
**siblings**
33:12, 36:13,
67:17
**side**
42:8, 91:4,
111:2
**sign**
113:16
**signature**
2:31
**signature-1qbi6**
124:23

**significant**
38:2
**similar**
43:8, 43:9,
50:22, 62:4,
109:20, 109:21
**similarities**
94:4, 114:20,
115:5, 115:6
**simon**
1:22, 3:4,
124:4, 124:25
**simple**
60:2, 61:11,
68:13, 75:10,
96:15
**since**
9:3, 9:5, 18:5,
25:6, 25:8,
25:10, 35:11,
36:9, 43:21,
45:24, 48:14,
55:4, 88:16
**single**
39:23
**sir**
119:5
**sister**
16:21
**sisters**
24:5, 26:3,
28:6, 67:23,
68:24, 69:7,
71:22
**sitting**
89:16
**situation**
14:14, 17:1,
30:15, 39:23
**six**
28:24, 29:5,
65:20, 90:20,
93:14, 95:18
**six-month**
73:5
**sjodin**
23:11
**skill**
78:2, 78:3

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019

156

**skills**
66:15, 75:24,
76:4, 76:20
**sleep**
21:5, 39:8
**slightly**
96:23
**slow**
107:7
**slower**
97:8
**smaller**
54:7, 68:22
**social**
41:22, 63:10,
63:13, 64:14,
70:4
**socialize**
69:14, 69:21
**society**
74:1
**solving**
86:23
**some**
7:18, 9:7,
9:24, 10:17,
11:5, 12:10,
17:16, 19:3,
19:15, 20:13,
20:17, 21:2,
22:13, 23:5,
23:21, 24:3,
25:4, 26:1,
26:4, 27:12,
29:15, 31:2,
37:11, 41:19,
46:3, 46:5,
46:9, 46:10,
47:15, 47:25,
48:19, 53:25,
55:8, 56:4,
58:3, 58:22,
59:2, 59:7,
62:15, 65:14,
65:17, 67:7,
67:12, 68:15,
69:5, 72:5,
80:21, 81:23,

81:24, 82:11,
83:24, 84:1,
84:3, 84:4,
87:16, 91:18,
92:20, 93:25,
98:20, 99:6,
104:5, 109:16,
111:14, 113:14,
114:5, 118:2
**somebody**
14:2, 14:6,
15:16, 27:8,
52:21, 62:24,
65:2, 76:22,
78:21, 89:13,
105:3
**somebody's**
38:25, 51:4,
66:5, 76:15,
76:17
**somehow**
51:1, 55:8,
56:3, 83:20,
85:16, 99:22,
102:4, 103:25
**someone**
34:23
**something**
11:20, 17:16,
21:22, 35:12,
38:13, 51:13,
60:17, 65:11,
82:3, 85:6,
86:9, 87:5,
93:15, 96:9,
101:10, 101:12,
106:2, 107:24
**sometimes**
19:23, 21:6
**somewhat**
97:23
**somewhere**
5:22, 12:12,
60:9
**sophisticated**
62:2
**sorry**
13:11, 44:14,

88:3, 88:19,
120:12
**sort**
59:7, 72:3
**sound**
37:6, 37:9
**sounds**
22:5, 37:7
**sources**
16:23, 25:2,
34:16, 67:23,
79:17
**spacial**
106:22
**spanish**
5:6, 20:11,
20:13, 20:14,
21:4, 21:11,
35:22, 36:3,
36:5, 36:8,
36:12, 36:14,
36:21, 37:4,
37:6, 37:8,
37:9, 37:16,
37:17, 46:1,
46:3, 46:5,
47:2, 47:4,
47:6, 48:16,
49:5, 49:8,
49:17, 49:19,
50:1, 50:3,
53:9, 59:16,
59:18, 113:7,
113:8, 113:9
**spats**
40:10
**speak**
36:6, 36:8,
36:19, 37:8,
40:18, 67:8
**speakers**
53:9
**speaks**
36:6, 37:17,
37:18
**special**
66:24, 67:6,
67:10, 67:11

**specific**
19:4
**specifically**
13:19, 14:5,
14:17, 31:14,
35:2
**speed**
45:10
**spell**
4:10, 75:10,
111:15
**spelling**
110:18, 111:14
**spending**
74:24
**spends**
40:1
**spent**
28:23, 31:21,
74:16, 83:7
**spider**
58:13
**spiderweb**
58:16, 58:18
**spite**
66:24, 83:10,
98:15
**spoke**
20:14, 36:9,
36:10, 36:12
**spout**
93:12
**square**
61:25, 83:25,
84:24, 84:25,
87:17
**ss**
124:2
**stack**
17:15
**stand**
57:15, 59:3,
61:20
**standard**
42:11, 42:12,
43:15, 52:23,
55:20, 55:24,
55:25, 56:2,

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019

157

57:14, 72:6,
95:14, 95:17,
96:25, 97:17,
100:22, 101:24,
105:9, 105:10,
105:11, 105:15,
107:19, 107:20,
108:1, 108:4,
109:3, 118:12
**standardized**
27:13
**stands**
5:10, 26:21
**start**
5:4, 5:5, 8:16,
15:17, 48:7,
58:10, 83:25,
84:1, 84:4,
84:24, 94:22
**started**
8:19, 12:1,
31:17, 31:25,
32:1
**starving**
31:8
**state**
3:3, 3:5, 6:23,
6:24, 10:3,
13:10, 41:4,
41:5, 123:13,
124:1, 124:5
**stated**
35:10
**statement**
76:21
**statements**
69:8
**states**
1:1, 1:5, 3:13,
3:16, 6:3, 6:8,
6:9, 6:18, 19:5,
49:13, 49:14,
49:19, 49:20,
52:14, 52:15,
52:17, 52:19,
52:25, 53:4,
53:20, 54:2,
54:4, 54:5,

54:6, 54:14,
54:19, 59:13,
63:5, 118:9
**station**
37:1
**statistically**
62:9
**statistics**
55:23
**status**
18:17, 18:25,
19:2, 19:4,
19:8, 19:13,
23:7, 35:19
**stays**
40:12
**steadies**
22:12
**stencil**
104:12
**steps**
68:13
**stick**
85:24
**still**
8:3, 9:1, 9:2,
9:13, 12:1,
44:13, 44:15,
70:9, 78:18,
96:24
**stimuli**
85:10, 88:6
**stipulation**
2:32
**stop**
30:5, 32:25,
33:1, 95:20,
95:23, 98:7,
101:8, 103:3
**stopping**
36:25
**stratifies**
54:25
**stratify**
53:6
**stratifying**
54:12
**street**
3:27

**stress**
23:2
**strube**
101:6
**structural**
10:14
**structure**
10:14, 11:18,
71:24, 75:3
**struggling**
67:14
**stuff**
20:22, 20:25,
48:8, 87:15
**stuttering**
38:6
**sub-norms**
91:21
**subcomponents**
96:8
**submit**
7:23
**substances**
35:11
**subtest**
103:12, 109:16
**subtests**
44:3, 44:22,
46:9, 55:18,
106:8, 113:12
**successful**
85:1
**such**
41:22, 79:8
**suffered**
31:8, 80:13
**suffering**
14:25
**sufficient**
38:11
**suggest**
26:4
**suggested**
24:16
**suggests**
27:12, 64:13,
71:9
**suicidal**
21:8

**suicide**
8:18
**suite**
3:2, 3:17, 3:28
**summary**
102:21, 103:18,
104:5, 105:7,
106:9, 107:13,
107:14, 108:10,
110:10, 110:16,
112:17, 116:14
**supervised**
9:21
**supervision**
9:18
**support**
63:11
**supports**
66:24, 67:2,
67:7, 67:8,
76:12
**supposed**
82:13, 83:18,
85:6, 87:25
**sure**
8:8, 17:12,
19:13, 20:11,
40:8, 40:14,
43:18, 46:20,
60:15, 71:19,
72:1, 76:24,
80:12, 94:1,
118:25
**suspect**
87:10, 89:14,
96:4
**switch**
96:2, 98:5,
101:23
**switching**
95:19, 95:21
**switzerland**
51:10
**sworn**
3:9, 4:4, 124:8
**sylvia**
28:6, 28:10,
34:11, 34:12,

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019

69:2, 72:17

**symptoms**
38:19

**system**
10:9, 10:10,
26:22, 70:22,
70:23, 96:11

**systems**
10:9, 84:9

**T**

**table**
55:9, 55:22,
56:4, 106:9,
115:20

**tables**
60:13, 103:20,
119:24

**tact**
38:10

**take**
4:17, 6:24,
13:2, 16:25,
17:12, 18:14,
19:1, 20:10,
22:11, 23:3,
23:22, 25:13,
31:3, 32:16,
43:24, 47:9,
47:11, 49:7,
49:13, 55:4,
56:4, 68:20,
78:15, 82:20,
88:6, 89:5,
101:10, 102:7,
102:13, 107:2

**taken**
1:18, 18:22,
58:6, 118:14,
124:10

**takes**
5:17, 96:14,
102:8

**taking**
28:15, 48:3,
49:6, 51:2,
65:1, 65:15,
111:11

**talk**
17:2, 18:21,
20:5, 20:17,
23:19, 29:13,
30:20, 32:23,
45:24, 57:6,
57:9, 62:15,
62:21, 65:6

**talked**
24:10, 35:20,
36:2, 36:3,
54:2, 57:11,
62:23, 64:5,
73:12, 85:13,
93:18, 103:4,
106:2, 109:11,
109:25, 110:12

**talking**
15:5, 15:25,
18:6, 21:14,
26:17, 27:3,
29:21, 29:23,
31:4, 31:15,
32:3, 32:6,
32:13, 34:6,
37:10, 39:14,
39:20, 51:6,
66:9, 67:2,
68:24, 71:25,
73:18, 74:10,
113:1, 115:23

**tall**
22:3

**task**
79:13, 79:14

**taught**
37:22

**teach**
76:13, 77:3

**teacher**
27:2

**teaching**
76:19

**technicians**
11:12

**television**
19:6, 21:25,
38:12

**tell**
4:9, 4:17, 6:7,
9:15, 10:6,
16:1, 16:18,
19:19, 22:10,
29:21, 31:14,
33:8, 34:14,
34:15, 42:23,
48:8, 58:8,
61:19, 62:8,
68:17, 68:18,
68:19, 82:17,
86:20, 87:24,
88:20, 89:23,
90:12, 92:15,
94:14, 94:15,
95:22, 96:12,
96:16, 96:20,
99:7, 100:12,
101:4, 101:18,
101:19, 104:6,
109:18, 110:13,
116:24

**telling**
44:20, 51:11,
67:17, 85:5,
114:20, 117:22

**tells**
85:25, 98:19

**template**
60:6, 60:7

**ten**
12:18, 21:1,
30:10, 44:24,
55:20, 67:16,
89:4, 95:14,
96:24, 96:25,
100:20, 100:21

**tequila**
22:12

**terms**
19:12, 52:11,
78:15, 95:18,
95:19, 100:15

**terre**
18:12, 18:13,
41:9, 41:11

**tested**
18:7, 37:23

**testified**
3:9, 4:4

**testify**
124:8

**testimony**
13:21, 80:22,
123:6, 123:8

**testing**
15:2, 35:23,
36:1, 37:20,
48:10, 81:3,
102:2, 120:20

**tests**
2:21, 18:18,
26:20, 43:1,
44:23, 46:10,
47:15, 47:24,
47:25, 48:18,
48:19, 51:9,
54:3, 59:13,
62:15, 75:21,
75:23, 82:6,
89:22, 89:23,
91:21, 93:19,
94:24, 96:7,
101:5, 105:23,
106:8, 109:25,
110:1, 110:9

**texas**
26:13, 36:19,
59:11

**than**
14:11, 30:3,
38:11, 44:19,
62:2, 68:22,
69:22, 70:4,
70:5, 75:16,
75:19, 77:17,
77:18, 79:8,
83:17, 87:19,
89:12, 91:22,
94:25, 100:21,
100:22, 101:24,
108:3, 108:4

**thank**
5:1, 15:8,
25:13, 29:9,
57:4, 79:16,

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019

159

98:23, 110:4,
110:11, 121:15
**thanks**
64:10, 106:1
**that'd**
104:6
**their**
11:18, 15:16,
24:17, 40:21,
51:5, 60:13,
60:14, 78:6,
78:12, 78:13,
81:22, 101:9
**them**
4:18, 6:2,
10:10, 10:11,
11:15, 14:7,
14:12, 15:24,
16:4, 17:12,
18:1, 20:2,
20:9, 20:13,
20:21, 23:25,
25:2, 25:22,
26:1, 29:12,
33:13, 35:16,
46:6, 46:9,
46:18, 46:22,
47:4, 47:5,
47:6, 47:7,
47:13, 47:14,
47:16, 48:7,
48:11, 51:3,
52:16, 55:24,
58:22, 59:2,
60:11, 64:2,
65:2, 65:14,
68:22, 69:4,
76:19, 76:20,
76:25, 77:3,
78:16, 80:4,
80:25, 81:7,
81:9, 81:23,
81:24, 82:19,
89:19, 90:20,
90:21, 90:25,
91:1, 91:9,
92:20, 92:22,
93:12, 93:15,

94:12, 94:19,
96:16, 101:9,
102:13, 105:4,
105:23, 106:23,
107:3, 112:19,
112:20, 112:22,
112:23, 113:12,
114:21
**themselves**
46:24, 47:13,
95:24, 101:8
**there's**
8:2, 10:1,
10:2, 11:20,
17:16, 19:3,
21:12, 22:13,
26:12, 32:9,
32:12, 43:13,
44:18, 44:21,
47:16, 47:24,
49:9, 50:8,
50:18, 50:21,
51:8, 51:10,
51:12, 51:13,
53:19, 55:9,
55:15, 60:11,
61:2, 61:14,
63:24, 64:6,
71:2, 71:6,
72:4, 78:23,
83:11, 84:6,
84:9, 85:6,
85:18, 85:19,
86:9, 89:9,
90:4, 93:15,
98:13, 104:10,
104:23, 109:15,
109:16, 111:9,
112:5, 112:7,
119:15, 121:21
**thereafter**
124:12
**therein**
123:7, 124:11
**thereupon**
3:9
**these**
10:24, 16:3,

16:13, 16:14,
16:22, 19:15,
20:8, 20:16,
24:19, 26:5,
26:11, 26:25,
27:9, 32:1,
34:2, 40:12,
43:24, 44:2,
46:9, 54:3,
63:18, 63:25,
64:8, 73:2,
76:25, 78:6,
78:11, 81:10,
82:15, 83:17,
84:10, 93:4,
96:7, 101:25,
102:2, 102:18,
103:8, 104:1,
109:25, 110:9,
117:19, 118:21,
119:19
**thesis**
5:19
**they**
8:5, 8:6,
14:18, 16:13,
17:22, 19:15,
20:3, 23:18,
23:24, 24:17,
25:16, 25:21,
26:4, 26:11,
27:4, 27:17,
28:12, 29:2,
29:25, 30:6,
30:7, 36:19,
36:21, 37:2,
37:3, 37:5,
41:12, 46:25,
47:17, 48:3,
48:8, 48:9,
48:11, 52:11,
52:24, 54:12,
54:13, 54:15,
54:23, 55:19,
55:22, 57:1,
58:19, 61:9,
61:20, 62:1,
62:3, 62:9,

62:12, 64:2,
64:8, 65:9,
65:12, 65:13,
65:15, 66:7,
69:22, 69:23,
71:10, 72:9,
72:11, 75:2,
76:23, 77:6,
77:8, 77:9,
78:7, 78:17,
78:18, 78:23,
82:2, 82:9,
82:10, 82:18,
83:25, 84:15,
86:18, 90:21,
92:21, 94:12,
94:17, 96:15,
99:13, 103:20,
107:23, 107:24,
107:25, 108:1,
110:2, 112:23,
118:2
**they're**
11:19, 16:4,
16:8, 17:11,
20:11, 27:3,
37:6, 37:13,
44:2, 52:21,
52:22, 52:23,
64:3, 77:6,
77:8, 78:15,
78:23, 89:15,
89:16, 92:18,
95:23, 110:1,
110:2, 111:10,
118:11
**thing**
14:6, 22:10,
22:11, 31:16,
43:12, 53:25,
56:17, 60:4,
68:12, 72:3,
83:19, 84:8,
86:17, 93:20,
96:4, 96:8,
97:7, 101:8,
104:17, 109:23,
113:15, 118:6

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019

160

**things**
10:24, 20:20,
23:5, 27:21,
27:24, 32:1,
34:24, 38:5,
41:24, 58:9,
62:23, 68:25,
77:15, 78:11,
79:8, 82:24,
84:20, 86:21,
92:21, 94:5,
110:24, 121:7,
121:14
**think**
8:7, 8:10,
12:12, 12:15,
12:24, 16:22,
17:5, 20:9,
20:11, 20:16,
22:6, 23:1,
23:24, 26:6,
26:18, 28:2,
28:17, 29:10,
31:25, 32:7,
33:20, 34:10,
34:11, 34:12,
34:16, 34:17,
39:25, 40:7,
40:9, 40:14,
40:16, 44:23,
44:24, 53:21,
56:11, 57:1,
57:23, 58:15,
63:19, 65:4,
68:8, 69:4,
71:5, 71:14,
71:25, 73:11,
73:21, 73:22,
77:12, 80:12,
80:24, 85:12,
89:1, 89:22,
92:1, 93:11,
93:13, 94:15,
94:16, 94:21,
95:4, 97:12,
100:16, 104:4,
107:8, 110:4,
113:17, 116:12

**thinking**
7:21, 73:25,
76:3, 76:16,
94:25
**third**
61:6, 61:24,
97:16, 102:24,
105:18
**those**
13:21, 15:5,
16:1, 17:22,
20:10, 23:2,
24:4, 24:9,
24:14, 24:15,
24:19, 24:20,
25:14, 25:15,
25:16, 25:22,
31:19, 37:13,
38:21, 41:4,
45:1, 49:4,
55:22, 55:25,
56:24, 61:7,
63:14, 64:6,
65:20, 66:10,
71:4, 80:3,
81:4, 81:13,
82:17, 85:21,
103:20, 105:17,
107:4, 107:15,
110:10, 112:2,
119:17
**though**
7:20, 12:16,
28:5, 37:13,
51:21, 65:9,
75:22, 83:1,
83:12
**thoughts**
75:1
**thousand**
9:21, 25:6,
46:19
**thousands**
20:19, 32:9,
32:10
**three**
24:4, 31:22,
60:11, 61:19,

62:22, 63:12,
64:1, 64:6,
64:8, 66:5,
66:8, 83:7,
88:12, 95:15,
97:1, 97:17,
100:21, 102:18,
105:4, 114:21
**threes**
96:17, 96:19
**through**
10:11, 24:17,
30:11, 45:1,
57:8, 81:12,
81:21, 98:24,
99:3, 101:3,
104:4, 104:19,
106:3, 108:24,
110:13, 111:6,
112:14
**thursday**
3:1
**tie**
27:23
**time**
7:14, 7:15,
8:9, 12:22,
16:25, 23:3,
28:12, 30:1,
30:5, 32:22,
39:7, 41:10,
47:9, 47:11,
64:22, 65:8,
66:10, 66:13,
78:17, 78:18,
79:12, 91:2,
91:13, 95:8,
96:20, 97:9,
102:6, 102:7,
123:9, 124:11
**time's**
104:20
**timed**
101:21, 102:4,
104:17
**times**
14:1, 46:4,
46:19, 66:6,

66:7, 66:8,
68:12, 88:16
**today**
57:10
**together**
65:9, 104:18,
105:25, 114:21
**togra**
49:1, 57:12,
59:3, 104:4
**told**
15:19, 21:10,
30:18, 30:19,
33:23, 33:25,
34:16, 56:14,
67:21, 68:12,
68:15, 72:20,
74:4, 115:13
**too**
16:8, 22:10,
22:14, 34:17,
55:1, 69:4,
90:10, 101:22
**took**
7:4, 7:18,
15:20, 20:2,
50:23, 68:6,
96:20
**top**
10:5, 24:2,
60:4, 114:1,
114:8, 114:10
**total**
91:8, 104:14,
106:24, 109:6
**touch**
12:7, 13:1,
16:9, 39:22
**touched**
53:25
**tough**
101:16
**towards**
16:23, 32:11,
33:10, 33:11,
80:5
**trail**
96:9

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019

161

**training**
6:14, 9:19,
10:17
**transcript**
124:13, 124:16
**transcription**
123:8
**transcripts**
8:9, 25:11
**transfer**
112:18
**transform**
103:19, 112:19,
112:20
**translated**
49:22, 50:3
**translating**
21:4
**transposed**
89:1
**treated**
30:2
**trembling**
98:15
**tremor**
22:9, 22:15,
22:21, 83:3
**trial**
80:22
**triangle**
61:24, 61:25,
62:1
**triangles**
61:23
**tricks**
76:13
**tried**
52:22, 54:15,
66:17, 66:19
**troca**
37:3, 37:5
**trouble**
40:10
**truck**
37:4
**true**
22:20, 64:19,
123:7, 124:13

**trump**
22:1
**truth**
124:9
**try**
4:22, 77:2
**trying**
7:21, 37:8,
47:10, 53:22,
87:8, 117:7
**tune**
77:21
**tuned**
77:20, 77:22
**turn**
34:18, 41:14,
42:20, 43:3,
73:13
**tutoring**
67:12
**tv**
21:23
**twice**
20:8
**two**
7:1, 7:3, 9:18,
10:9, 24:7,
28:5, 29:25,
31:22, 42:15,
44:11, 50:18,
59:12, 61:23,
62:7, 63:25,
64:3, 65:11,
66:7, 81:24,
82:10, 82:11,
82:16, 83:17,
86:21, 88:12,
90:13, 94:5,
98:8, 100:3,
100:6, 100:16,
100:18, 100:22,
101:24, 104:23,
105:4, 105:11,
105:14, 107:4,
107:5, 107:19,
108:1, 108:4,
109:2, 109:25,
110:7, 115:8,

117:24, 118:21,
120:2
**two-sided**
111:10
**twofold**
52:1
**type**
9:7, 9:24,
10:21, 15:4,
15:6, 65:17
**typewritten**
124:12
**typical**
74:2

---
**U**
---

**ucla**
7:17, 7:18,
10:18
**ucla's**
7:17
**unable**
66:23, 68:11
**unacceptable**
31:11
**unam**
5:10
**under**
10:17, 123:1,
123:5
**undergrad**
5:15, 5:17,
6:11
**undergraduate**
5:9
**underneath**
58:14, 61:6,
61:7
**understand**
5:5, 14:23,
37:16, 46:6,
48:9, 56:7,
68:11, 68:22,
72:16, 116:12
**understanding**
38:5, 43:18,
46:8
**understands**
37:13, 37:17,

37:18, 75:9
**understood**
100:9
**united**
1:1, 1:5, 3:13,
3:16, 6:8, 6:9,
6:17, 19:5,
49:12, 49:14,
49:19, 52:14,
52:15, 52:17,
52:19, 52:24,
53:4, 53:19,
54:2, 54:4,
54:5, 54:6,
54:14, 54:18,
59:13, 118:9
**universidad**
5:10
**universities**
7:15
**university**
5:11, 5:13,
6:23, 8:1, 8:8,
8:10, 52:9,
52:12
**unless**
22:25, 56:2,
87:15, 92:18
**unlikely**
76:17
**until**
8:22, 65:19,
101:22
**unusual**
37:21, 93:15
**upon**
20:19, 32:9,
50:9, 51:11
**usage**
36:24
**use**
5:21, 7:17,
14:24, 27:9,
27:12, 34:23,
35:5, 37:2,
37:3, 37:5,
37:8, 44:23,
48:19, 49:13,

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019

162

**used**
49:18, 49:23,
49:24, 50:15,
50:19, 50:21,
51:15, 51:24,
51:25, 52:15,
70:1, 76:13,
85:20, 107:23,
107:24, 115:25
**used**
27:19, 28:2,
35:10, 43:1,
46:6, 48:19,
49:10, 50:11,
51:19, 51:22,
54:14, 55:7,
69:23, 75:20,
109:12, 115:12,
115:14
**useful**
54:11
**uses**
10:15, 107:24
**using**
35:11, 53:16,
55:22, 60:13,
60:14, 69:19,
98:20, 115:10
**usually**
75:20
**utilized**
76:4

**V**

**validity**
109:16, 109:24
**verbal**
44:4, 44:5,
44:14, 45:3,
60:24, 87:1,
92:25, 93:8,
93:25, 94:2,
94:13, 114:22,
115:1, 116:4
**verbally**
46:11, 93:6
**version**
43:4, 43:11,
49:7, 49:18,

50:1, 50:6,
51:12, 51:14,
51:25
**versus**
10:13, 13:8
**very**
10:5, 25:1,
30:23, 31:25,
34:19, 35:5,
35:11, 36:6,
42:16, 56:9,
57:11, 59:9,
65:8, 65:10,
69:1, 69:13,
71:9, 75:25,
91:17, 102:20,
109:20, 113:1
**violent**
33:7
**vision**
92:21
**visits**
24:19
**visual**
82:24, 87:1
**visually**
86:10
**vitae**
2:11, 4:16
**vocabulary**
114:20
**vs**
1:7

**W**

**w-e-i-n-s-t-e-i-n**
4:13
**w1**
82:2, 82:16,
83:5
**w2**
82:16
**w3**
87:23
**wais**
43:21, 109:21,
109:22, 115:22
**wais-iii**
42:4, 43:7,

43:14, 44:8,
44:9, 44:16,
44:19, 44:24
**wais-iv**
42:22, 42:23,
42:24, 43:4,
43:8, 43:14,
44:1, 44:9,
44:17, 44:19,
44:25, 47:21,
48:15, 48:17,
49:7, 59:14,
59:19, 59:24,
62:5, 71:25,
72:2, 93:18,
93:24, 94:2,
112:15
**wait**
49:25
**wallowing**
15:15
**walnut**
3:27
**want**
8:7, 23:19,
29:14, 40:5,
40:9, 40:11,
46:20, 52:6,
52:7, 52:8,
52:9, 52:13,
52:16, 52:17,
63:17, 64:18,
65:7, 67:12,
76:14, 81:9,
84:14, 86:7,
88:11, 89:5,
93:7, 96:17,
98:4, 103:4,
105:3, 105:4,
105:20, 114:19
**wants**
38:23, 40:7
**war**
21:11, 21:17
**washing**
65:1
**wasn't**
7:20, 19:23,

64:24, 65:20,
94:1
**watch**
19:6, 38:12
**watches**
21:23, 21:24,
21:25
**watching**
65:2
**way**
7:13, 15:17,
23:1, 26:6,
53:2, 53:3,
54:22, 56:25,
72:9, 79:9,
81:9, 83:14,
84:2, 84:9,
84:14, 86:24
**wayne**
6:23, 6:24
**ways**
37:14, 85:18,
85:20
**we'll**
15:8, 15:25,
16:9, 18:4,
29:9, 29:13,
48:24, 49:4,
57:4, 57:11,
62:15, 76:25,
81:21, 92:23,
115:24, 117:19
**we're**
12:8, 15:17,
15:25, 49:12,
49:13, 59:14,
81:12, 102:16,
107:8, 113:5,
115:3, 115:23,
115:24, 116:19,
120:9, 122:1
**weather**
23:25
**wechsler**
42:25, 43:22
**week**
15:15, 80:14
**weighs**
22:3

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019

163

**weinstein**
1:17, 2:2,
2:12, 2:19, 3:7,
4:3, 4:9, 4:12,
4:14, 120:18,
121:22, 123:4,
123:19
**welcome**
12:20, 30:2,
56:15
**well**
5:17, 11:14,
12:15, 12:18,
13:12, 13:17,
14:4, 15:14,
16:18, 19:12,
19:15, 19:18,
20:5, 20:12,
21:5, 22:13,
33:12, 33:24,
35:5, 35:7,
36:7, 36:16,
37:18, 38:15,
39:21, 45:24,
51:18, 51:24,
53:18, 56:9,
56:11, 57:4,
61:17, 61:21,
62:14, 64:10,
66:19, 71:20,
75:8, 75:9,
75:23, 76:23,
77:13, 83:22,
83:24, 84:1,
89:23, 91:16,
91:17, 92:18,
93:24, 95:24,
96:2, 97:10,
98:16, 99:5,
99:9, 101:12,
102:14, 102:17,
104:7, 110:16,
112:21, 114:14,
120:10, 121:3
**well-known**
59:11
**well-researched**
59:10

**welner**
80:9
**went**
7:7, 24:23,
50:21, 65:13,
104:7
**were**
7:17, 8:5, 8:6,
14:9, 15:15,
15:19, 18:5,
18:13, 24:20,
25:15, 25:18,
25:23, 26:10,
27:1, 27:6,
27:18, 29:25,
30:4, 30:7,
31:11, 33:6,
38:9, 44:13,
44:15, 44:24,
59:18, 59:19,
65:15, 65:24,
67:13, 67:17,
69:19, 69:22,
70:4, 73:22,
74:4, 81:10,
81:21, 107:11,
110:8, 112:15,
113:22, 115:10
**weren't**
17:23, 23:22,
25:21, 67:10
**west**
3:2, 3:28
**what's**
31:22, 39:24,
52:7, 57:15,
58:23, 58:25,
60:4, 67:17,
70:18, 76:11,
85:19, 85:22,
103:8, 105:18,
121:11
**whatever**
17:25, 34:13,
61:8, 62:1,
81:12, 85:15,
95:8
**whatsoever**
48:1

**wheelchair**
89:17
**when**
6:7, 7:21,
11:20, 14:5,
15:1, 15:15,
21:16, 27:3,
27:17, 28:7,
28:9, 28:10,
28:18, 29:23,
30:6, 30:9,
31:3, 32:1,
32:20, 32:25,
33:13, 35:15,
36:2, 36:10,
40:14, 45:2,
45:15, 47:3,
47:9, 47:11,
48:2, 49:6,
49:9, 49:17,
52:21, 53:17,
55:5, 56:11,
56:12, 56:13,
63:20, 64:21,
66:3, 67:4,
67:14, 69:22,
70:23, 70:24,
71:13, 72:21,
77:13, 83:23,
87:12, 88:4,
99:12, 104:11,
104:16, 107:14,
110:8, 111:11
**whenever**
70:20
**where**
7:18, 8:23,
14:1, 15:4,
21:2, 21:22,
22:14, 28:24,
32:12, 35:19,
39:7, 41:11,
41:12, 46:10,
51:22, 51:23,
52:22, 53:22,
53:23, 60:8,
61:13, 63:18,
64:11, 65:3,

67:11, 67:21,
70:7, 70:11,
71:19, 79:16,
84:14, 91:19,
96:24, 97:15,
99:16, 100:2,
103:18, 105:14,
112:22, 113:23,
114:16, 114:18,
116:6, 116:22,
117:16
**wherever**
103:4
**whether**
11:19, 14:18,
16:3, 25:21,
25:22, 26:10,
48:8, 62:24,
65:17, 87:7,
103:23
**which**
5:10, 6:15,
7:18, 10:7,
10:13, 16:20,
19:8, 22:10,
22:21, 31:12,
36:20, 37:3,
38:10, 42:25,
47:18, 48:22,
53:22, 56:19,
57:2, 58:10,
58:15, 59:12,
60:8, 60:9,
61:7, 61:24,
63:20, 64:13,
64:19, 67:16,
71:24, 73:12,
74:16, 74:24,
86:25, 92:2,
95:12, 97:17,
98:22, 100:23,
101:16, 103:1,
105:12, 107:20,
108:2, 109:2,
110:18, 111:3,
112:21, 112:24,
120:11, 121:13
**while**
6:14, 20:2,

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019

164

**71:15, 71:16,**
83:16
**white**
56:21, 114:13
**who**
3:8, 25:20,
26:14, 26:17,
33:21, 67:20,
67:21
**who's**
19:5, 59:10,
111:12
**whoever**
27:5
**whole**
54:2, 75:21,
81:20, 86:14,
93:12, 106:24,
124:9
**whose**
24:10
**why**
4:9, 5:9,
24:15, 33:1,
48:15, 50:16,
50:18, 52:20,
56:25, 72:11,
77:15, 85:11,
87:3, 109:24,
114:12, 114:13,
120:5, 120:13
**wide**
75:6
**widely**
43:1
**wife**
22:25
**will**
20:17, 39:19,
42:23, 76:20,
78:23, 84:4,
84:5, 116:23
**wisc**
57:3
**with**
4:20, 10:9,
12:20, 13:9,
14:21, 15:17,

16:11, 16:16,
17:6, 17:9,
20:14, 23:9,
23:10, 24:23,
31:17, 34:5,
34:13, 35:6,
36:2, 36:11,
36:13, 40:10,
40:18, 43:8,
43:21, 50:24,
52:18, 52:21,
53:17, 57:23,
64:22, 65:7,
65:21, 65:22,
67:14, 69:14,
69:16, 69:19,
69:20, 69:21,
71:4, 71:7,
74:2, 74:25,
76:6, 76:22,
77:5, 77:18,
78:16, 80:13,
83:25, 85:11,
85:23, 86:10,
87:17, 87:18,
88:1, 88:22,
88:25, 89:12,
90:19, 91:18,
91:21, 91:22,
91:23, 92:19,
92:21, 93:8,
93:9, 93:14,
93:15, 94:7,
94:8, 94:20,
94:22, 95:6,
96:6, 97:11,
97:23, 98:20,
99:14, 99:17,
101:11, 101:12,
105:11, 106:24,
109:15, 109:22,
113:18, 121:5,
121:10, 121:11
**withdrawn**
67:19
**within**
70:22, 70:23,
79:24

**without**
8:6, 14:12,
19:18, 73:16,
95:21
**witness**
2:31, 3:8,
104:21, 108:16,
119:10, 123:4,
124:7, 124:21
**witnesses**
17:2
**won't**
57:5
**wondering**
38:25, 48:14,
85:24, 118:18,
119:6, 119:14
**word**
28:2, 37:2,
37:3, 37:8,
37:11, 70:1,
90:3, 109:12,
110:17, 111:15,
112:9
**wording**
46:7
**words**
36:21, 37:5,
37:13, 42:17,
51:3, 53:4,
79:12, 82:24,
94:3, 94:21,
94:22, 117:19
**work**
7:23, 13:9,
13:21, 71:10,
119:4
**worked**
5:25, 8:18,
13:6, 13:13,
26:6, 41:6, 41:8
**working**
6:2, 28:13,
40:25, 41:2,
44:6, 45:8,
68:19, 70:17
**works**
23:1

**world**
102:7
**worry**
66:4, 92:1
**would**
4:10, 14:14,
14:19, 14:20,
17:14, 18:5,
18:22, 18:24,
19:10, 19:11,
21:22, 23:13,
24:2, 26:16,
29:14, 34:18,
37:8, 41:15,
42:11, 42:12,
43:8, 43:9,
43:16, 46:10,
47:3, 47:6,
47:7, 48:4,
48:8, 49:7,
50:17, 50:24,
52:20, 56:7,
62:4, 63:22,
66:14, 68:18,
69:20, 70:2,
70:3, 73:14,
81:16, 82:18,
83:24, 84:6,
87:9, 87:10,
102:19, 108:18,
112:11, 116:9,
116:21, 121:21
**wouldn't**
7:22, 13:9,
13:20, 17:2,
36:8, 36:16,
65:6, 71:10,
87:7
**wrat-4**
110:12
**wrat4**
75:5, 75:6
**write**
5:19, 7:4
**writing**
92:9, 94:18,
94:19, 99:17,
111:15, 111:20,

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019

165

117:16, 117:20
**written**
60:22, 83:5,
116:17, 119:24
**wrong**
60:10, 86:10,
103:23

**Y**

**yeah**
6:13, 10:1,
11:5, 11:16,
13:23, 15:21,
16:3, 16:8,
16:15, 17:4,
19:12, 20:24,
23:24, 25:10,
28:9, 29:12,
29:13, 31:7,
32:11, 35:9,
36:2, 37:7,
37:17, 39:2,
41:8, 42:5,
43:20, 45:20,
51:17, 53:21,
55:10, 56:23,
65:12, 65:22,
65:23, 66:21,
71:16, 74:12,
77:24, 79:19,
81:1, 81:6,
81:8, 81:20,
91:7, 92:5,
94:14, 100:17,
100:21, 102:5,
102:13, 104:18,
108:12, 110:6,
110:22, 113:19,
115:23, 117:7,
119:10, 119:20
**year**
7:6, 31:20
**years**
5:18, 7:1, 7:3,
8:18, 9:19,
12:4, 12:6,
12:13, 12:19,
21:1, 27:3,

27:4, 28:11,
28:19, 28:23,
29:8, 31:22,
32:22, 55:6,
56:10, 56:23,
63:4, 67:16,
70:9, 70:19,
98:1, 99:10
**yellow**
101:17
**yep**
55:13, 91:14,
114:15
**york**
6:14
**you'd**
4:16, 7:23,
15:25, 23:4,
43:3, 73:13
**you'll**
17:23, 87:18,
103:17
**you're**
5:6, 14:11,
15:4, 19:1,
20:24, 21:14,
22:6, 26:17,
29:21, 31:4,
31:14, 31:19,
32:2, 32:6,
32:7, 32:13,
34:6, 37:9,
37:22, 39:14,
44:19, 47:16,
49:4, 51:2,
51:6, 51:11,
51:16, 53:12,
53:16, 56:10,
56:11, 56:12,
56:13, 56:14,
56:23, 56:24,
66:9, 66:21,
70:11, 71:25,
72:18, 73:19,
74:10, 75:19,
76:18, 77:1,
77:4, 78:3,
78:4, 78:10,

79:2, 81:17,
83:16, 83:22,
83:23, 84:13,
84:25, 85:1,
85:5, 86:4,
86:5, 86:15,
90:1, 92:17,
93:11, 94:4,
94:18, 98:1,
99:6, 99:10,
99:17, 101:7,
101:9, 102:23,
108:15, 109:4,
111:24, 113:1,
116:13, 118:9,
118:24
**you've**
9:3, 12:22,
13:13, 13:24,
14:3, 32:17,
41:9, 46:18,
99:10, 103:4
**young**
12:14, 28:7,
28:9, 31:3,
35:11
**younger**
69:16, 69:18,
69:20, 70:5,
70:24
**your**
4:9, 5:3, 5:15,
6:4, 6:11, 7:9,
7:23, 8:17,
12:11, 14:9,
15:10, 15:19,
16:11, 16:25,
17:9, 18:5,
18:22, 19:10,
19:18, 22:12,
23:9, 25:1,
25:12, 33:15,
33:24, 35:8,
35:21, 37:16,
40:17, 45:3,
55:7, 56:1,
57:5, 59:20,
62:10, 62:16,

69:7, 70:7,
72:24, 81:3,
82:5, 82:6,
82:7, 86:10,
87:22, 92:9,
92:19, 93:24,
98:2, 99:12,
103:17, 106:9,
108:9, 112:3,
116:1, 116:13,
117:20, 118:18,
120:23, 121:3,
121:6, 121:7
**yourself**
45:18, 55:24,
75:3, 98:8

**Z**

**zero**
117:24

**0**

**00**
3:2, 4:1
**04**
1:7
**0520**
3:30

**1**

**10**
41:17, 41:21,
43:3, 58:24
**100**
42:6, 42:11,
42:12, 43:16,
72:6, 105:10,
110:13
**101**
112:14
**103**
117:4
**11**
42:20, 43:23,
96:21, 98:24,
104:12, 105:8
**12**
62:21, 95:19,

Transcript of Ricardo Weinstein, Ph.D.
Conducted on January 17, 2019

166

104:13, 104:16,
122:2
**120**
2:7, 75:15,
76:6, 76:8,
76:22, 76:24,
78:7
**121**
2:23
**123**
2:31
**124**
2:32, 112:14
**12683**
1:23, 124:5,
124:25
**1330**
3:2
**14**
32:1, 32:2,
73:13, 91:25,
92:7, 104:18,
115:6
**15**
2:14, 70:9,
72:7, 105:10,
111:9
**150**
12:13, 77:20
**16**
70:9
**17**
1:19, 2:3, 3:1,
4:1, 104:14,
105:8
**18**
2:18, 32:22,
56:12, 57:2,
63:3, 63:5,
116:1, 116:4,
116:6, 116:7
**180**
22:3, 22:6
**19**
64:21
**19106**
3:29
**1968**
5:4, 6:9

**1979**
6:5
**1984**
8:22
**1986**
9:5
**1988**
6:19
**1994**
12:25
**1998**
9:6

---
**2**
---

**20**
12:4, 56:12,
58:24, 104:9,
104:10, 104:11
**200**
80:11
**2003**
65:19, 73:6
**2018**
18:8
**2019**
1:19, 2:3, 3:1,
4:1, 123:11,
124:22
**21**
83:7
**215**
3:30
**22**
124:21
**23**
28:23, 29:7,
31:20, 40:1
**25**
98:24
**250**
3:17
**26**
99:3
**28**
112:24, 113:23
**29**
99:3
**297**
3:19

**2:-cr**
1:7
**2a**
2:18, 18:2

---
**3**
---

**30**
12:13, 14:19,
58:25, 101:3
**32**
104:19, 122:2
**35**
54:18, 54:19
**36**
101:3
**39**
103:11

---
**4**
---

**40**
58:25, 104:3
**4000**
54:14
**42**
104:4
**43**
106:3
**45**
105:12
**4932**
3:18

---
**5**
---

**5'6**
22:7
**5-feet-3**
22:2
**50**
42:9, 42:15,
42:17, 42:18,
43:16, 58:25,
59:1
**501**
3:2
**53**
72:24
**54**
72:25

**545**
3:28
**55**
1:7, 72:24
**58**
72:25
**58102**
3:18

---
**6**
---

**60**
58:25, 77:17,
77:18
**601**
3:27
**62**
56:13, 56:23,
106:3
**63**
108:24
**64**
62:8, 108:24
**65**
55:6, 55:7,
56:10, 56:12,
62:8, 98:1,
99:10
**655**
3:17
**67**
6:10
**68**
6:11, 45:8
**69**
62:8

---
**7**
---

**7-5-3-2-1**
109:18
**70**
59:21, 59:22,
77:1, 105:11
**701**
3:19
**71**
107:21, 107:25,
109:2, 109:4,
109:6

**72**
12:17, 12:18,
56:25
**73**
107:21
**74**
45:13
**7400**
3:19
**75**
56:24
**78**
45:4, 116:8
**79**
57:1, 105:12

**8**

**8.2**
92:2
**80**
14:16, 15:5,
120:5, 120:6
**81**
2:21
**82**
45:6
**84**
45:10
**85**
14:16, 15:5,
110:13, 120:4
**86**
119:21, 120:5,
120:7
**89**
120:7

**9**

**9**
3:2, 4:1
**9000**
21:21
**928**
3:30
**95**
12:25, 72:19,
105:11, 119:21,
120:4

**96**
119:22, 120:5,
120:7
**9th**
18:8

**{**

**{spanish}**
36:25
**{x}**
124:16