# Marilyn A. Hutchinson, Ph.D.        Hutchinson & Associates

| 222 W. Gregory, 100 | Kansas City, MO 64114 | (816) 361-0664 | Fax (816) 361-0677 |
| --- | --- | --- | --- |

**1983-Present** — Hutchinson & Associates
*Owner, Licensed Psychologist.* Private practice in psychology, specializing in concerns of women and survivors of trauma. Practice includes individual and couple therapy, forensic psychology, training in issues regarding survivors of abuse, and administration of post-doctoral psychology licensure training.

## EDUCATION

**1975** — PURDUE UNIVERSITY
*Ph.D. in Counseling and Personnel Services.* Major areas of study: Counseling psychology, research and statistics, and counselor education.

**1971** — PURDUE UNIVERSITY
*M.S. in Counseling and Personnel Service*

**1969** — NEBRASKA WESLEYAN UNIVERSITY
*B.M.E. in Music Education*

## PREVIOUS EMPLOYMENT

**1983-1985** — UNIVERSITY OF MISSOURI-KANSAS CITY
Counseling Psychologist

**1980-1984** — LIVES UNLIMITED · MADISON, WISCONSIN
Psychologist, private practice

**1978-1980** — DANE COUNTY MENTAL HEALTH CENTER • MADISON, WISCONSIN
Psychologist

**1975-1983** — UNIVERSITY OF WISCONSIN - WHITEWATER
Associate Professor, Counseling and guidance

**1973-1975** — PURDUE PSYCHOLOGICAL SERVICES, PURDUE UNIVERSITY
Psychological Intern

**1972-1973** — PURDUE PLACEMENT OFFICE, PURDUE UNIVERSITY
Counselor

## PROFESSIONAL CREDENTIALS

**1975** — PURDUE UNIVERSITY
Ph.D. in Counseling and Personnel Services

**1971** — PURDUE UNIVERSITY
M.S. in Counseling and Personnel Services



**GOVERNMENT EXHIBIT**

CASE NO. 2:04-cr-55

EXHIBIT NO. E

FU-13090

Marilyn A. Hutchinson, Ph.D. _____    Page 2

LICENSED PSYCHOLOGIST
Wisconsin and Missouri

DIPLOMATE
American Board of Forensic Examiners

CERTIFIED MASTER PRACTITIONER, SOCIETY OF NEUROLINGUISTIC PROGRAMMING
California and National Association of Neurolinguistic Programming

## PROFESSIONAL ACTIVITIES

| | |
|---|---|
| 1994-2001 | ATTORNEY TRAINING WORKSHOPS<br>Post-traumatic stress disorder; Use of a Psychological Expert in Civil Litigation of Bias and Discrimination; Assessment in Custody Evaluations; Sexual Harassment Litigation; Insanity Defenses in Kansas; Direct Examination of a Mental Health Expert; Impact of Childhood Maltreatment on an Adult Defendant |
| 1992 | INVITED PROGRAM AND MODEL TESTIMONY DEMONSTRATION<br>National Institute, The American Bar Association |
| 1990-1989 | PROGRAMS REGARDING BATTERED WOMEN<br>National Meeting of Public Defenders (1990) and national meeting of Public Defender Investigators (1989) |
| 1988 | PROGRAM PRESENTATION<br>International Congress of Women and Mental Health, Amsterdam<br>Psyhological Treatment of PTSD and Character Disordered Clients |
| 1984-1989 | PROGRAM PRESENTATIONS, YEARLY<br>Missouri Psychological Association |
| 1984-1988 | PROGRAM PRESENTATIONS, YEARLY<br>Association of Women in Psychology |
| 1987 | PROGRAM PRESENTATION<br>Kansas City, Association of Women in Psychology |
| 1986 | PROGRAM PRESENTATIONS<br>Kansas City Association of Women Physicians and Kansas City Association of Occupational Physicians |
| 1986-1987 | STAFF TRAINING OR CONSULTATION<br>Two Rivers Psychiatric Hospital (1987)<br>Western Missouri State Hospital (1987)<br>St. Luke's Hospital Sexual Abuse Treatment Unit (1986, 1987) |
| 1981-1986 | NEUROLINGUISTIC PROGRAMMING, CONSULTATION AND TRAINING<br>Local, regional and international |

FU-13091

Marilyn A. Hutchinson, Ph.D.                                                                    Page 3

RESEARCH AND PUBLICATIONS

*Use of a Psychological Expert Witness in Civil Litigation of Bias and Discrimination.* Copyright 1994.

*I Think I have One of Those Battered Women Cases.* Defending Battered Women in Criminal Cases. American Bar Association, 1992.

*Confidentiality, the Professional's Dilemma.* (With Stadler, H.A.) Videotape, learning guide and research funded by the American Association of Counseling and Development, 1987.

*Characteristics: Adult Survivors of Incest.* Copyright, 1985.

*Attribution consistency for men and women's evaluation of drinking behavior of self and others.* (With Stoecker, R.A.) Unpublished paper, 1978.

*Androgyny in several non-college populations.* Research paper presented at Women in Psychology, Dallas, 1979.

*Carl Thoresen: The Virtues of Self Control.* "Wisconsin Counselor," 1978 1, 4, 22-28

*A Bibliography of Women's Resources.* 'Wisconsin Counselor," 1978, 2, 1, 29-31

*Social Change Counseling: An Overview. Monograph.* Center for Conflict Resolution, Madison, Wisconsin, 1978.

*Problem Identification in Counseling, Goal Setting in Counseling, and Strategy Selection in Counseling.* Training modules. University of Wisconsin-Whitewater, 1977.

*Programmatic Needs of Assessment of Whitewater Undergraduate Women.* University of Wisconsin-Whitewater, 1977.

*Androgyny as It Relates to Several Counselor Functions.* State Research Grant, Wisconsin, 1977.

*Job Preparedness Barometer.* (With Spooner, S.A.) Published and distributed by College Placement Council, 1975.

*Social Change Counseling.* (With Stadler. H.A.) Houghton Mifflin, 1975.

*An Experimental Investigation of Training Procedures in Problem Identification and Goal Setting with Counselors and Clients.* Doctoral Dissertation Purdue University, 1975.