**GOVERNMENT EXHIBIT**

CASE NO. 2:04-cr-55

EXHIBIT NO. F

Curriculum Vitae

Karen Bronk Froming, PhD, ABPP

Practice Addresses & Mailing Addresses

California
175 Villa Terrace
San Francisco, CA. 94114
85067-4312

Arizona
P. O. Box 34132
Phoenix, AZ.

Telephone

(415) 621-8698  Office
ABPP
(415) 621-8696  Fax
Neuropsychology
(415) 378-028   Cellular
&TraumaTherapy
Email: Karen@Froming.net

Specialty Areas

Diplomate-ABCN-

Clinical

Interpersonal

Personal Information

Born:  August 24, 1957
United States Citizen
California License:  PSY11421
1219
Other licenses held: Alabama, Arizona, Idaho, New Mexico, Hawaii

Arizona License:

Education

1979  B.A., Psychology, University of Florida, Gainesville
26230 M.S., Psychology, University of Florida, Gainesville
26315 Ph.D.,Psychology, University of Florida, Gainesville

Awards

1988-89      Postdoctoral Fellowship awarded in Clinical Neuropsychology

1990         President, Northern California Neuropsychology Forum
             Chair, Education Committee

1999      Diplomate, awarded by examination in Clinical
          Neuropsychology by the American Board of Professional
          Psychology and American Board of Clinical Neuropsychology

FU-13093

2000 Certificate of Professional Qualification granted by Association of State and Provincial Psychology Boards - allows for license reciprocity in many states

Current Employment and Appointments

2005        Guest Lecturer National University of Rwanda, Butare, Rwanda

2005        Institute for Restorative Justice, Board, Director
            Rwanda Projects

2002        Faculty in the University of New Orleans-University of
            Innsbruck joint International Summer School, Innsbruck,
            Austria, Introductory Psychology with an emphasis on the
            Holocaust, genocide, abnormal/normal behavior

2001-Present        Expert Reviewer in Neuropsychology, Department of
            Consumer Affairs, Board of Psychology

2000-Present        Guest Lecturer Mills College, Oakland, California

2000-Present        Guest Lecturer University of San Francisco, San
            Francisco, California

2000-2002   Oral Licensing Examiner, California State Board of Psychology

2000-2001   Advisory Council-Here2Listen.com an Online e-Psychology
            website

1997-Present        Private Practice in Clinical Neuropsychology and
            Psychotherapy.  Assistant Clinical Professor in Psychiatry.
            Supervisor in the Clinical Psychology Training Program and
            Consultation and Brief Intervention Service, Department of
            Psychiatry, Langley Porter Psychiatric Institute, University of
            California-San Francisco.

1997-Present        Consultant Supervisor for the Levenson Institute for
            Training (LIFT).  Training -for Time-Limited Dynamic
            Psychotherapy and other briefer forms of psychotherapy.

1991-Present        Consultant Neuropsychologist, Langley Porter
            Psychiatric Institute, Psychological Assessment Unit, Clinical
            Psychology Training Program-APA approved training program,
            Department of Psychiatry, University of California-San
            Francisco.

FU-13094

1989-Present        Adjunct Faculty, Pacific Graduate School of Psychology, APA approved program in Clinical Psychology.


Previous Employment and Related Experience

1996-2003    Supervisor in the Division of Psychosocial Medicine, Department of Psychiatry, San Francisco General Hospital.

1991-1998    Assistant Clinical Professor in Medicine and Psychiatry, University of California-San Francisco.

1995-97    Member, Executive Council, Brown and Toland Medical Group.

1995-1997    Director, Behavioral Medicine Unit, Division of General Internal Medicine, University of California-San Francisco. Duties included administration of a 6,000 visit mental health service within a teaching hospital primary care practice and supervision and training of medical, psychiatric and clinical psychology residents. Patient populations served in the practice include the prevention and intervention of all psychiatric disorders as well as neuropsychological or personality assessment of medical patients who present with medical diagnoses, neurologic sequelae of stroke, head injury, cancer, dementia, or psychiatric illnesses. The first service of its kind in the Division of General Internal Medicine.

1993-1995    Associate Director and Clinical Cluster Leader for the Health Psychology-Behavioral Medicine cluster in the Clinical Psychology Training Program, Department of Psychiatry-Langley Porter Psychiatric Institute.

Research Topics

Psychosocial aspects of juvenile onset diabetes
Galvanic skin response, the dexamethasone suppression test and the prediction of endogenous depression
Frontal Lobe functions in chronic alcoholics
Hemispheric processing of emotional valences under arousal and non-arousal conditions
Facial Affect Processing- Grant received from the National Academy of Neuropsychology
Neuropsychological functioning in violent criminal offenders 2001-2002

FU-13095

Editorial Experience

National Academy of Neuropsychology annual meetings, Program Committee, 1994-1995
Guest Editor,    Cancer, Journal of the American Cancer Society
        Neurocase
Reviewer, Contemporary Psychology

Publications

Weiner, S. J., and Froming, K.B. Age effects in the processing of emotions. Submitted, Neuropsychologia, 2006.

Gyurjyan, G., Froming, W.J., and Froming, K.B. Differentiation of Asperger's Syndrome and Age/IQ matched controls on the Comprhensive Affect Testing System, in preparation.

Froming, K. B., Weiner, S. G., Gregory, A.L., Levy, C. M., and Ekman, P.  The Comprehensive Affect Testing System:  An Emotion Processing System-Clinical version. Psychology Software Inc., 2006.

Froming, W. J. and Bronk Froming, K. Comparative Genocide and Social Psychology.  Proceedings of the 2nd International Conference on Genocide. Mellen Publishing, Chicago, in press, 2006.

Bronk Froming, K., Ekman, P., and Levy, C.M. The Comprehensive Affect Testing System: An Emotion Processing System.  PsychologySoftware Inc., 2001/2002.

Bronk Froming, K. and Gregory, A.  A Manual for the Comprehensive Affect Testing System.  PsychologySoftware, Inc., 2002.

Bronk Froming, K. and Froming, W.J.  A comparison of three current personality psychology texts. Contemporary Psychology, 2000.

Bronk Froming, K.  Hemispheric processing of emotional valences. Dissertation Abstracts, 1988

Bronk Froming, K. Frontal lobe functions in short and long-term chronic alcoholics, Abstracts of the International Neuropsychological Society, 1985

FU-13096

Peer Reviewed Presentations

Gyurjyan, G., Froming, W.J., and Froming, K.B. Differentiating Asperger's Syndrome from Age and IQ matched controls on the Comprehensive Affect Testing System, American Psychological Association Meetings, August, 2005.

Weiner, S. and Froming, K.B. Age effects and the ability to detect emotions in others, Poster Presentation, National Academy of Neuropsychology, Seattle, November, 2004.

Weiner, S. and Froming, K.B. Aging and affect processing on the Comprehensive Affect Testing System. Pacific Research Society, June, 2004.

Thiemann, L., Greene, R., and Froming, K. B. Classification of types of violence based on personality and demographic factors. Society for Personality Assessment, Philadelphia, March, 2001.

Strok, R., Greene, R., and Froming, K.B. Demographic and neuropsychological predictors of violence. Society for Personality Assessment, Philadelphia, March, 2001.

Bronk Froming, K. and Weiner, S. Prevention and Intervention in the Neuropsychiatry of Aggression. Conference in Asia 2000, Bangkok, Thailand, March, 2000.

Bronk Froming, K. Predictors and Prevention of Aggression. Presentation at the Gaza Mental Health Programme. Third International Conference on AHealth and Human Rights,@ October, 1997.

Bronk Froming, K. Trauma and its Effects. Presentation at the National Association of Sentencing Advocates, San Francisco, CA., May, 1997.

Bronk Froming, K. Predictors of Aggression and the Neurobiology of Aggression. Presentation at the California Attorney=s for Criminal Justice-Capital Defense Seminar, Monterey, CA., February, 1997.

Bronk Froming, K. and Riley, N. The evaluation of the cognitive effects of neurotoxin exposure, accepted for presentation and presented by Dr. Riley to the American Academy of Forensic Psychology, Santa Fe, NM, April, 1993.

Bronk Froming, K. The assessment of the patient presenting with memory complaints. Paper presented at the Stanford University Department of Neurology, Stanford, CA., March, 1992.

FU-13097

Bronk Froming, K.  Hemispheric processing of emotional valences.  Paper presented to the meeting of the Center for Neuropsychological Studies; Gainesville, FL, September 18, 1988.

Bronk Froming, K. and Fennell, E.B.  Frontal lobe functioning in chronic alcoholics.  Paper presented at the Fourteenth Annual Meeting of the International Neuropsychological Society; San Diego, CA., 1985.

Bronk Froming, K. and Fennell, E.B.  Normative performance on the Wechsler Memory Scale and Butters= Auditory Consonant Trigrams relative to a brain damaged population.  Poster presented at the Eleventh Annual Meetings of the International Neuropsychological Society; Pittsburgh, PA., 1982.

Fennell, E.B. and Bronk, K.  Finger localization and body schema disturbances in the presence of absence of aphasia.  Poster presentation at the Ninth Annual Meeting of the International Neuropsychological Society; Atlanta, GA., 1980.


Invited Presentations

Froming, K.B., Froming, W.J.  The Social Psychological Precursors to Genocide: A Comparative Perspective.  Second International Genocide Conference, California State University and Department of Ethnic Studies, Sacramento, California, October, 2004.

Froming, W.J. and Froming, K.B. Comparative Genocide: The Holocaust and Rwanda.  University of New Orleans-University of Innsbruck International Summer School, August, 2004.

Riley, N. and Bronk Froming, K. Issues in Forensic Neuropsychology.  Northern California Neuropsychology Forum Continuing Education, San Francisco, California, April, 2002.

Bronk Froming, K.  Special Topics in Neuropsychological Assessment.  Several hour long lectures at the California Attorney=s for Criminal Justice Monterey Conference on Capital Litigation.  Monterey, California, 2000-2001.

Bronk Froming, K.  Time Limited Treatment in an Expatriate Community.  Three hour Workshop at Conference in Asia 2000.  Bangkok, Thailand, March, 2000.

Bronk Froming, K.  How is Neuropsychological Assessment Mitigation?

Presentation to the Golden Gate University School of Law, sponsored by the California Appellate Project, August, 1999.

Bronk Froming, K. Mental Health and Criminal Law. Presentations on Neuropsychological and Psychological Assessment. United States Courts, June, 1999.

Bronk Froming, K. Time Limited Dynamic Therapy. Workshop at the International Mental Health Providers Conference, Kyoto, Japan, April, 1999.

Bronk Froming, K. Neuropsychological Assessment in Mitigation. Federal Habeas Project, Atlanta, August, 1998.

Bronk Froming, K. Neuropsychological Assessment. National Association of Criminal Defense Lawyers Mitigation conference, New Orleans, August, 1997.

Bronk Froming, K. Models of Attention. Presentation to the Psychological Assessment Unit Seminar Series, Langley Porter Psychiatric Institute, April, 1993.

Bronk Froming, K. What is Clinical Neuropsychology? Presentations for Primary Care Grand Rounds, Division of General Internal Medicine, March, 1993.

Bronk Froming, K. Medical Neuropsychology and the assessment of hepatic transplantation. Paper presented to the Sacramento Neuropsychology Interest Group, February, 1993.

Bronk Froming, K. Neurotoxicology-An Overview. Paper presented to the San Francisco Veterans Administration Clinical Psychology Training Seminar, February, 1993.

Bronk Froming, K. Medical Neuropsychology: The effect of organ system dysfunction on cognitive dysfunction. Paper presented at the Northern California Neuropsychology Forum, Berkeley, July, 1992.

Bronk Froming, K. and Riley, N. Moderator of Conference on AIssues in Child Neuropsychology.@ The Northern California Neuropsychology Forum and the University of California, San Francisco, December, 1991.

Bronk Froming, K. Age-related and pathological cognitive decline. Paper presented to the Memory Clinic and Alzheimer=s Center, University of California, San Francisco, 1991.

FU-13099

Bronk Froming, K. and Lifshay, S.  Diagnosing memory complaints in the elderly using neuropsychological testing.  Paper presented to the Alta Bates-Herrick Hospital Psychiatry Grand Rounds, Berkeley, November, 1991.

Bronk Froming, K.  Diagnosing pathological memory change from normal aging and depression-associated memory disorder.  Paper presented to the Primary Care Grand Rounds, Division of General Internal Medicine, University of California, San Francisco, October, 1991.

Bronk Froming, K. and Bachman, L.  Ecological validity and the assessment of memory functions.  Paper presented at the Northern California Neuropsychology Forum, Berkeley, February, 1991.

Bronk Froming, K.  Differentiating dementia from depression on neuropsychological tests.  Paper presented at the Northern California Neuropsychology Forum, Berkeley, March, 1990.

Bronk Froming, K.  Models and methods of remediation of attention and memory disorder.  Paper presented to the students, medical interns, and residents in Clinical Psychology, Psychiatry, Neurology, and Medicine.  University of Florida, Gainesville, April, 1989.

Bronk Froming, K.  The application of Time-Limited Dynamic Psychotherapy and short-term models to a university counseling center population.  Continuing Education lecture presented to the staff and affiliate faculty in Counseling Psychology, Counselor Education, and Clinical Psychology, Gainesville, September, 1988.

Fennell, E.B. and Bronk, K.  Workshop on Neuropsychological Assessment.  Presented to the Veterans Administration Medical Center, Charleston, September, 1981

Professional Affiliations

(1980-Present)            Florida Society of Neurology, Affiliate
                         The Center for Neuropsychological Studies, University
of Florida
(1984-Present)            International Neuropsychological Society,
Member
(1989-Present)            National Academy of Neuropsychology, Member
(1989-Present)            Northern California Neuropsychology Forum
(1990-Present)            American Psychological Association, Member
(1992-2000)          California Psychological Association, Member
(1993-Present)            National Register of Health Service Providers in

Psychology
 (1999-Present)    Diplomate, American Board of Professional Psychology
and

American Board of Clinical Neuropsychology
(2000-Present)         Certificate of Professional Qualification-
Association of State and Provincial Psychology Boards
(2002-Present)      Licensing in California, Alabama,
Arizona, Idaho, New Mexico, Hawaii


References available upon request