1

Donald John Ecobichon

Pine Ridge
1512 Chaffey's Lock Road
R.R.#1, Elgin, ON. K0G 1E0

**EDUCATION:**

University:

|  | B.Sc. Phm. | University of Toronto Faculty of Pharmacy | 1956-1960 |
|---|---|---|---|
|  | M.A. | University of Toronto Faculty of Medicine | 1960-1962 |
|  | Ph.D. | University of Toronto Faculty of Medicine | 1962-1964 |

**ACADEMIC APPOINTMENTS:**

| Postdoctoral Fellow: | Division of Biosciences National Research Council of Canada, Ottawa, ON. | 1964-1965 |
|---|---|---|
| Assistant Professor: | Dept. Biomedical Sciences Ontario Veterinary College University of Guelph Guelph, ON. | 1965-1966 |
| Associate Professor: | Dept. Biomedical Sciences University of Guelph Guelph, ON. | 1966-1969 |
| Associate Professor: | Dept. Pharmacology Faculty of Medicine Dalhousie University Halifax, N.S. | 1969-1977 |
| Assistant Dean of Graduate Studies: | Faculty of Graduate Studies Dalhousie University Halifax, N.S. | 1975-1977 |
| Professor: | Dept. Pharmacology and Therapeutics McGill University Montreal, Quebec | 1977-1997 |
| Professor: (Honorary) | Dept. Pharmacology/Toxicology Queen's University Kingston, Ontario | 1997- |

GOVERNMENT EXHIBIT

CASE NO. 2:04-cr-55

EXHIBIT NO. G

20806

2

**ACADEMIC EXPERIENCE:**

Have taught undergraduate veterinary pharmacology and toxicology for four years.

Have taught undergraduate pharmacology (lectures and laboratories) courses to Honours students, paramedical students for seven years.

Have taught several courses at advanced level to graduate students at departmental level (Guelph, Halifax, Montreal).

Have taught second year medical and dental students in the departmental Pharmacology courses at McGill University.

Have taught an undergraduate level course on toxicants in foods to food science students on the Macdonald College campus of McGill University.

Have taught a program in industrial toxicology to graduate students in a program in the School of Occupational Health, McGill University.

Have taught several hours of basic pharmacology to Graduate Nursing program students.

**PROFESSIONAL EXPERIENCE:**

1.  Directed a routine pesticide analysis laboratory (University of Guelph) which employed 3 technicians and a chemist research assistant (1965-1969).

2.  Have directed the research projects of a number of M.Sc. (9) and Ph.D. (6) candidates.

3.  Have been course co-ordinator for a course in basic pharmacology involving lectures and laboratory exercises for 65-75 students over the years 1969-1977.

4.  Served as a member of a Steering Committee for the development of an Institute of Environmental Studies (Dalhousie University) and later as a member of the Committee of Management of the Institute of Environmental Studies (1972-1977).

5.  Served as a member of the Defence Research Board, Advisory Committee on Protection Against Chemical Hazards (1966-1973) and was Chairman of the Committee in 1973-74.

6.  Served three-year terms on advisory (grant) panels of federal granting agencies:

3

      a) M.R.C. Physiology and Pharmacology Panel    1975-1978
      b) N.M.U.D.- M.R.C. Biomedical Advisory Panel 1976-1978
      c) M.R.C. Pharmacology and Toxicology Panel    1980-1983

7.    Serving/served as a member of the editorial boards of
      a) Can. Journal Physiology and Pharmacology   1975-1979
      b) Toxicology and Applied Pharmacology      1975-1978
      c) Toxicology                                1978-1994
      d) Pesticide Biochemistry and Physiology     1978-1996
      e) Toxicology and Industrial Health         1985-1990
      f) Journal of Biochemical Toxicology       1986-1995
      g) Food and Chemical Toxicology           1993-1998

8.    Served a 3-year term as Treasurer of the Pharmacological Society of Canada (1975-1978), having spent 3 years as a Councillor of the Society (1972-1975).

9.    Held the position of Assistant Dean, Faculty of Graduate Studies, Dalhousie University, being responsible for the development of policy and processing of applications of graduate students. Duties also included acting as chairman of oral defences of doctoral dissertations (1975-1977).

10.    Chairman, Ad Hoc Committee on Arsenic, Mercury and Bismuth in Drugs for Human Use, Health and Welfare Canada (1978-1982).

11.    Served a 2-year term as Vice President (1977-1979) and as the President (1979-1981) of the Society of Toxicology of Canada.

12.    Editor of the Society of Toxicology of Canada Newsletter (1981-1996).

13.    Member, Panel on Evaluation of Hazards Associated with Maritime Personnel Exposed to Multiple Cargo Vapors. Board of Toxicology and Environmental Health Hazards, National Academy of Sciences, Washington, D.C. (1979-1980).

14.    Member, Associate Committee on Agriculture and Forestry (ACAFA), National Research Council of Canada (1981-1984).

15.    Chairman, Panel on The Possible Long-Term Effects of Short-Term Exposure to Chemical Agents: Cholinesterase Reactivators. National Academy of Sciences (NRC) (1982-1984).

16.    Member, Professional Standards evaluation Board in General Toxicology, The Academy of Toxicological Sciences, Washington, D.C. (1981-1984).

17.    Member, Consultative Committee on Industrial Bio-Test Pesticides, Health and Welfare Canada (1981-1982).

4

18.    Member, Standing Committee on Toxicology, National Academy of Sciences, National Research Council, Washington, D.C. (1981-1984).

19.    Member, Research Advisory Board, Wildlife Toxicology Fund, World Wildlife Fund (1984-1990, 1992-1997).

20.    Chairman, Subcommittee on "Neurotoxicity" for Workshop on the Effects of Pesticides on Human Health.  Inter-Agency Task Force on Environmental Cancer and Heart and Lung Diseases, Washington, D.C. (1987-1989).

21.    Member, Health and Welfare Canada-Environment Canada, Canadian Environmental Protection Act (CEPA) Priority Substances List Advisory Panel (1988).

22.    Member, Panel on The Toxicological Assessment of Complex Mixtures, National Academy of Sciences - National Research Council, Washington, D.C. (1985-1986).

23.    World Health Organization-International Program on Chemical Safety, WHO-IPCS, Geneva, Switzerland.
       a) 1990 - Member of Task Group to review environmental health criteria documents on the insecticides, fenitrothion and trichlorfon and to prepare official documents for publication by IPCS (EHCs and Safety Manuals).

       b) 1991 - Member of Task Group to review environmental health criteria documents on the insecticides, parathion and methyl parathion and to prepare official documents for publication by IPCS (EHCs and Safety Manuals).

24.    Member, Committee for IDRC investigating the use and health effects of pesticides on nontraditional export products in Guatemala (Nov. 1993).

25.    Member, Expert Committee to review developing graduate training program between the Princess Chulabhorn Research Institute and the Asian Institute of Technology (1993-    ).

26.    Chairman, Research Advisory Board, Wildlife Toxicology Fund, World Wildlife Fund (1994-1997).

27.    Faculty Member/Author, International Training Course on Environmental and Industrial Toxicology, Pollution Control and Assessment. Chulabhorn Research Institute/Asian Institute of Technology/United Nations Development Program, Bangkok, Thailand (1988-    ).

28.    Faculty Member/Author, International Training Course on

5

Toxicology of Pesticides and Industrial Chemicals: Occupational Health and Safety (2003-  ).

29. Member, CIDA/Chile Project on Technology Transfer.  Pesticide Use in Agriculture, Occupational Health Aspects (1998-2002).

30. Consultant/Teacher, International Centre for Industrial and Environmental Toxicology, Chulabhorn Research Institute, Bangkok, Thailand (1988-2004).

31. Member,Uruguay-Paraguay-Chile CIDA Project on Technology Transfer.   Pesticide Use in Agriculture, Occupational Health Aspects (2004-2007).

**CONSULTING ACTIVITIES:**

Since 1978, I have been involved in consulting privately with a number of individuals, companies and governments on chemical-related problems concerning toxicity and human exposure.  The following is a list of "clients", the nature of the projects must, however, remain confidential.

New Brunswick Dept. of Health and Community Services
Andre Marsan et Associes, Montreal, Quebec
CANVIRO Consultants Ltd., Toronto/London, Ontario
DOMTAR, Fine Paper Division, Montreal, Quebec
SUMITOMO CHEMICAL COMPANY, Osaka, Japan
Almary International, Montreal, Quebec
Dillon Consulting Engineers and Planners, Toronto, Ontario
Center for Environmental Health and Toxicology,
Washington, D.C.
PFIZER CANADA INC., Montreal, Quebec
HYDRO QUEBEC, Montreal, Quebec
CIBA-GEIGY CANADA LTD., Mississauga, Ontario
Quebec Forest Industry Association, Montreal, Quebec
Ontario Forest Industry Association, Toronto, Ontario
World Health Organization (WHO), Geneva, Switzerland
Health and Welfare Canada, Bureau of Chemical Hazards, Ottawa, Ontario
Canadian Medical Association, Ottawa, Canada
British Columbia Firefighters' Union Locals, Vancouver, B.C.
NOVARTIS CROP PROTECTION INC.
Canadian International Development Agency (CIDA)
United Nations Development Program (UNDP)

6

**PROFESSIONAL MEMBERSHIPS:**

The Pharmacological Society of Canada
The Society of Toxicology of Canada
The Society of Toxicology (U.S.A.)

**RESEARCH INTERESTS:**

Over my professional career, I have maintained an interest in the effects of chemicals on body systems and, conversely, the effects of tissue enzymes on chemicals. Such interests have led me into studying tissue esterases (carboxylesterases, arylesterases, cholinesterases) in various laboratory and domestic species as well as the human, studying their inhibition by and metabolism of insecticides, particularly those of the organophosphorus ester class. This led, of course, to an interest in enzyme inducing agents such as polychlorinated biphenyls and polybrominated biphenyls, their toxicity and influence on the in vivo biotransformation of a variety of chemicals, the latter being used as probes of mechanisms of biotransformation in both adult, perinatal and fetal animal models. A professional interest in insecticides led to a more in-depth study of neurotoxicity, of insecticide formulations, their toxicity and use patterns, and aerial drift from both ground and aerial application equipment as well as groundwater contamination. In this respect, I have been fortunate to be able to apply much of what I have learned in the laboratory to "real life" problems in the field situation in industry and the environment.

I have utilized this knowledge of pesticide chemistry and toxicology in training programs for developing countries (Guatamala, Chile, Thailand, Cambodia, Indonesia, Laos, Myanmar and Vietnam) through both UNDP and ASEAN organization.

7

## PUBLICATIONS:

**Refereed Journals:**

**Ecobichon, D.J. and Kalow, W.,** Some properties of the soluble esterases of human liver. Can. J. Biochem. Physiol. 39: 1329 (1961).

**Ecobichon, D.J. and Kalow, W.,** Properties and classification of the soluble esterases of human liver. Biochem. Pharmacol. 11: 573 (1962).

**Ecobichon, D.J. and Kalow, W.,** The effects of sialidase on pseudo-cholinesterase types. Can. J. Biochem. Physiol. 41: 969 (1963).

**Ecobichon, D.J. and Kalow, W.,** Action of organophosphorus compounds upon esterases of human liver. Can. J. Biochem. Physiol. 41: 1537 (1963).

**Ecobichon, D.J. and Kalow, W.,** Properties and classification of the soluble esterases of human kidney. Can. J. Biochem. 42: 277 (1964).

**Ecobichon, D.J. and Kalow, W.,** Properties and classification of the soluble esterases of human skeletal and smooth muscle. Can. J. Biochem. 43: 73 (1965).

**Ecobichon, D.J.,** Multiple forms of human liver esterases. Can. J. Biochem. 43: 595 (1965).

**Ecobichon, D.J.,** Properties and classification of the soluble esterases of human brain. Can. J. Physiol. and Pharmacol. 44: 225 (1966).

**Neelin, J.M. and Ecobichon, D.J.,** Enzymatic activities in prerigor and postrigor sarcoplasmic extracts of human pectoral muscle. Can. J. Biochem. 44: 735 (1966).

**Ecobichon, D.J.,** Hydrolases and dehydrogenases of chicken tissues. Can. J. Biochem. 44: 1277 (1966).

**Saschenbrecker, P.W. and Ecobichon, D.J.,** Extraction and gas chromatographic analysis of chlorinated insecticides from animal tissues. J. Agric. Food Chem. 15: 168 (1967).

**Schwark, W.S. and Ecobichon, D.J.,** Characterization of rat liver and kidney esterases. Can. J. Biochem. 45: 451 (1967).

**Ecobichon, D.J. and Saschenbrecker, P.W.,** Dechlorination of DDT in frozen blood. Science 156: 663 (1967).

**Ecobichon, D.J. and Israel, Y.,** Characterization of the esterases from electric tissue of electrophorus by starch-gel electrophoresis. Can. J. Biochem. 45: 1099 (1967).

**Ecobichon, D.J.,** Characterization of the liver carboxylesterases of large domestic animals. Comp. Biochem. Physiol. 23: 925 (1967).

**Schwark, W.S. and Ecobichon, D.J.,** Subcellular localization and drug-induced changes of rat liver and kidney esterases. Can. J. Physiol. Pharmacol. 46: 207 (1968).

8

Ecobichon, D.J., Some physical properties of the esterases of bovine liver. Can. J. Biochem. 46: 785 (1968).

Ecobichon, D.J. and Saschenbrecker, P.W., Pharmacodynamic study of DDT in cockerels. Can. J. Physiol. Pharmacol. 46: 785 (1968).

Schwark, W.S. and Ecobichon, D.J., Perinatal development of rat liver and kidney esterases. Biochem. Pharmacol. 18: 915 (1969).

Ecobichon, D.J., Bovine hepatic carboxylesterases: chromatographic fractionation, gel filtration and molecular weight estimation. Can. J. Biochem. 47: 799 (1969).

Ecobichon, D.J. and Saschenbrecker, P.W., The redistribution of stored DDT in cockerels under the influence of food deprivation. Toxicol. Applied Pharmacol. 15: 420 (1969).

Ecobichon, D.J., Chlorinated hydrocarbon insecticides: Recent animal data of potential significance for man. C.M.A.J. 103: 711 (1970).

Kelso, J.R.M., MacCrimmon, H.R. and Ecobichon, D.J., Seasonal insecticide residue changes in tissues of fish from the Grand River, Ontario. Trans. Amer. Fish Soc. 99: 423 (1970).

Ecobichon, D.J., Characterization of the esterases of canine serum. Can. J. Biochem. 48: 1359 (1970).

Ecobichon, D.J., Pharmacodynamic study of DDT in rabbits following acute intravenous administration. Can. J. Physiol. Pharmacol. 49: 45 (1971).

St. Omer, V.V. and Ecobichon, D.J., The acute effect of some chlorinated hydrocarbon insecticides on the acetylcholine content of rat brain. Can. J. Physiol. Pharmacol. 49: 79 (1971).

Ecobichon, D.J., Cytoplasmic carboxylesterases of human and domestic animal liver: aggregation, dissociation and molecular weight estimation. Can. J. Biochem. 50: 9 (1972).

Chow, A.Y.K. and Ecobichon, D.J., The esterases of cavian plasma. Rev. Can. Biol. 31: 21 (1972).

Ecobichon, D.J., Relative amounts of hepatic and renal carboxylesterases in mammalian species. Res. Commun. in Chem. Pathol. and Pharmacol. 3: 629 (1972).

Ecobichon, D.J. and Comeau, A.M., Pseudocholinesterases of mammalian plasma: physicochemical properties and organophosphate inhibition in eleven species. Toxicol. Appl. Pharmacol. 24: 92 (1973).

Chow, A.Y.K. and Ecobichon, D.J., Characterization of the esterases of guinea pig liver and kidney. Biochem. Pharmacol. 22: 689 (1973).

Ecobichon, D.J. and Stephens, D.S., Perinatal development of human blood esterases. Clin. Pharmacol. Therap. 14: 41 (1973).

Ecobichon, D.J., Characterization of canine hepatic and renal esterases. Can. J. Biochem. 51: 506 (1973).

Ecobichon, D.J. and Comeau, A.M., Hepatic aliesterase sensitivity to dichlorvos and diisopropylfluorophosphate. Toxicol. Appl. Pharmacol. 26: 260 (1973).

Ecobichon, D.J. and Comeau, A.M., Genetic polymorphism of plasma carboxylesterases in the rabbit: correlation with pharmacological and toxicological effects. Toxicol. Appl. Pharmacol. 27: 28

(1973).

**Johnstone, G.J., Ecobichon, D.J. and Hutzinger, O.,** The influence of pure polychlorinated biphenyl compounds on hepatic function in the rat. Toxicol. Appl. Pharmacol. 28: 66 (1974).

**Hansell, M.M. and Ecobichon, D.J.,** Effects of chemically pure chlorobiphenyls on the morphology of rat liver. Toxicol. Appl. Pharmacol. 28: 418 (1974).

**Safe, S., Hutzinger, O. and Ecobichon, D.J.,** Identification of 4-chloro-4-hydroxybiphenyl and 4,4$^1$-dichloro-3-hydroxybiphenyl as metabolites of 4-chloro- and 4,4$^1$-dichlorobiphenyl fed to rats. Experientia 30: 720 (1974).

**Ecobichon, D.J. and MacKenzie, D.O.,** The uterotropic activity of commercial and isometrically-pure chlorobiphenyls in the rat. Res. Commun. Chem. Pathol. Pharmacol. 9: 85 (1974).

**Ecobichon, D.J. and Comeau, A.M.,** Comparative effects of commercial Aroclors on rat liver enzyme activities. Chem. Biol. Interactions 9: 341 (1974).

**Chow, A.Y.K. and Ecobichon, D.J.,** Perinatal development of cavian plasma, hepatic and renal esterases. Biol. of Neonate 25: 23 (1975).

**Ecobichon, D.J.,** Characterization of the esterases of feline serum. Can. J. Biochem. 52: 1073 (1975).

**Safe, S., Hutzinger, O. and Ecobichon, D.J.,** The metabolism of 4'-chloro-4-biphenylol in the rat. Can. J. Biochem. 53: 415 (1975).

**Bell, J.U. and Ecobichon, D.J.,** The development of kinetic parameters of hepatic drug-metabolizing enzymes in perinatal rats. Can. J. Biochem. 53: 433 (1975).

**Whitehouse, L.W. and Ecobichon, D.J.,** Paraoxon formation and hydrolysis by mammalian liver. Pestic. Biochem. Physiol. 5: 314 (1975).

**Ecobichon, D.J. and Comeau, A.M.,** Isometrically pure chloro-biphenyl congeners and hepatic function in the rat: influence of position and degree of chlorination. Toxicol. Appl. Pharmacol. 33: 94 (1975).

**Myatt, G.L., Ecobichon, D.J. and Greenhalgh, R.,** Fenitrothion and S-methyl fenitrothion: acute toxicity and hydrolysis in mammals. Environ. Res. 10: 407 (1975).

**Bell, J.U., Hansell, M.M. and Ecobichon, D.J.,** The influence of phenobarbitone on maternal and perinatal hepatic drug-metabolyzing enzymes in the rat. Can. J. Physiol. Pharmacol. 53: 1147 (1975).

**Bell, J.U., Hansell, M.M. and Ecobichon, D.J.,** The influence of DDT on the ontogenesis of drug-metabolyzing enzymes in the perinatal rat. Toxicol. Appl. Pharmacol. 35: 165 (1976).

**Ecobichon, D.J.,** Species differences in the reactivation of organophosphate-inhibited plasma esterases by diacetylmonoxime. Can. J. Physiol. Pharmacol. 54: 86 (1976).

**Ecobichon, D.J.,** Preparation of guinea pig hepatic microsomes: a comparison of three techniques. Res. Commun. Chem. Pathol. Pharmacol. 14: 515 (1976).

**Hansell, M.M., Ecobichon, D.J., Comeau, A.M. and Cameron, P.H.,**

The relationship between retention of pure chlorobiphenyl congeners and hepatic function in the rat. Exper. Mol. Pathol. 26: 75 (1977).

Ecobichon, D.J., Ozere, R.L., Reid, E. and Crocker, J.F.S., Acute fenitrothion poisoning. Can. Med. Assoc. J. 116: 377 (1977).

Ecobichon, D.J., Hansell, M.M. and Safe, S., Halogen substituents at the 4- and 4$^1$-positions of biphenyl: influence on hepatic function in the rat. Toxicol. Appl. Pharmacol. 42: 359 (1977).

Lui, E.M.K. and Ecobichon, D.J., Dependence of gel-filtered guinea pig hepatic microsomes on a soluble factor for maximum mono-oxygenase activity. Res. Commun. Chem. Pathol. Pharmacol. 17: 345 (1977).

Ecobichon, D.J., Depression of blood cholinesterases as a marker of spray exposure. Proceedings of Symposium on Fenitrothion. NRCC #16073, 509 (1978).

Pak, R.C.K. and Ecobichon, D.J., Methadone hydrochloride: effects of acute administration on disposition and hepatic function in guinea pigs. Can. J. Physiol. Pharmacol. 56: 610 (1978).

Dykeman, R.W. and Ecobichon, D.J., The development of hepatic drug-metabolyzing enzymes in perinatal guinea pigs: a biochemical and morphological study. Can. J. Biochem. 56: 738 (1978).

Ecobichon, D.J., Depression of blood cholinesterases as a marker of spray exposure. Chemosphere 7: 591 (1978).

Ecobichon, D.J., Hansell, M.M. and Safe, S., Isometrically pure bromobiphenyl congeners and hepatic mono-oxygenase activities in the rat: influence of position and degree of bromination. Toxicol. Appl. Pharmacol. 47: 241 (1979).

Dykeman, R.W. and Ecobichon, D.J., The simultaneous determination of phenytoin, phenobarbital and their parahydroxylated metabolites in urine by reverse phase high performance liquid chromatography. J. Chromatog. 162: 104 (1979).

Ecobichon, D.J., The chemical stability of trichlorfon in fresh and salt water as measured by changes in anticholinesterase potency. Toxicology Letters 3: 117 (1979).

Lui, E.M.K. and Ecobichon, D.J., Diphenylhydantoin: disposition and effects of administration on hepatic function in guinea pigs. Can. J. Physiol. Pharmacol. 57: 517 (1979).

Ecobichon, D.J. and Zelt, D., The acute toxicity of fenitrothion in weanling rats and effects on tissue esterases and mono-oxygenases. Toxicology 13: 287 (1979).

Bilimoria, M.H. and Ecobichon, D.J., Responses of rodent hepatic, renal and pulmonary aryl hydrocarbon hydroxylase following exposure to cigaretter smoke. Toxicology 15: 83 (1980).

Lui, E.M.K. and Ecobichon, D.J., The influence of diphenyl-hydantoin on the ontogenesis of drug-metabolyzing enzymes in the perinatal guinea pig. Toxicol. Appl. Pharmacol. 55: 55 (1980).

Trottier, B., Fraser, A.R., Planet, G. and Ecobichon, D.J., Subacute toxicity of technical fenitrothion in male rats. Toxicology 17: 29 (1980).

Ecobichon, D.J., Comeau, A.M. and Cameron, P.H., Chronic toxicity of technical fenitrothion in male rats. Toxicol. Appl. Pharmacol.

56: 409 (1980).

Pak, R.C.K. and Ecobichon, D.J., The effect of pregnancy and lactation on the elimination of methadone in guinea pigs. Drug Metab. Dispos. 9: 170 (1981).

Breckenridge, C., Pesant, M., Durham, H.D. and Ecobichon, D.J., A 30 day toxicity study of inhaled fenitrothion in the albino rat. Toxicol. Appl. Pharmacol. 62: 32 (1982).

Pak, R.C.K. and Ecobichon, D.J., Methadone hydrochloride: acute administration, disposition and effects on hepatic function in guinea pigs. Drug Chem. Toxicol. 4: 173 (1981).

Pak, R.C.K. and Ecobichon, D.J., Disposition of maternally-administered methadone and its effects on hepatic drug-metabolyzing functions in perinatal guinea pigs. Biochem. Pharmacol. 31: 2941 (1982).

Bilimoria, M.H. and Ecobichon, D.J., The induction of rat lung aryl hydrocarbon hydroxylase by diluted smoke from commercial cigarettes. Toxicology 22: 205 (1981).

Ecobichon, D.J., Atmospheric contamination following aerial forest spraying and risks to human health: one government's approach. Trends in Pharmacological Sciences 3: 251 (1982).

Durham, H.D., Comeau, A.M., Cameron, P.H. and Ecobichon, D.J., Subacute toxicity in rats or orally administered fenitrothion alone and in a selected formulation. Toxicol. Appl. Pharmacol. 62: 455 (1982).

Ecobichon, D.J., Aerial spraying of fenitrothion in forest programs: some problems and some solutions. Can. J. Physiol. Pharmacol. 60: 1046 (1982).

Vasilieff, I. and Ecobichon, D.J., Stability of Matacil[R] in aqueous media as measured by changes in anticholinesterase potency. Bull. Environ. Contam. Toxicol. 29: 366 (1982).

Vasilieff, I. and Ecobichon, D.J., The acute toxicity of technical Matacil[R] in male rats and the inhibition of tissue esterases. Bull. Environ. Contam. Toxicol. 31: 326 (1983).

Ecobichon, D.J., Hidvegi, S., Comeau, A.M. and Cameron, P.H., Transplacental and milk transfer of polybrominated biphenyls to perinatal guinea pigs from treated dams. Toxicology 28: 51 (1983).

Brookman, D.H., Chopra, C., Ecobichon, D.J., Kang, C.Y., Ritter, L. and Thorsen, J., Assessment of the potential of insecticides, emulsifiers and solvent mixtures to enhance viral infection in cultured mammalian cells. Appl. Environ. Microbiol. 47: 80 (1984).

Slott, V. and Ecobichon, D.J., An acute and subacute neurotoxicity assessment of trichlorfon. Can. J. Physiol. Pharmacol. 62: 513 (1984).

Ecobichon, D.J., Glutathione depletion and resynthesis in laboratory animals. Drug and Chemical Toxicology 7: 345 (1984).

Breckenridge, C., Lulham, G., Hollomby, B., Bier, C., Losos, G. and Ecobichon, D.J., A subacute inhalation toxicity study of a Matacil[R] formulation in the albino rat. Toxicol. Appl. Pharmacol. 82: 181 (1986).

12

**Hidvegi, S. and Ecobichon, D.J.,** Acetaminophen in the guinea pig: metabolite identification in blood, urine and bile. Can. J. Physiol. Pharmacol. 64: 72 (1986).

**Ecobichon, D.J.,** Pesticide residues in foods. Proceedings of Western Pharmacol. Soc. 29: 499 (1986).

**Marshall, W.D., Yule, W.M. and Ecobichon, D.J.,** Synthesis, relative insect toxicity and anticholinesterase activity of aminocarb transformation products. Arch. Environ. Contam. Toxicol. 15: 385 (1986).

**Durham, H.D. and Ecobichon, D.J.,** An assessment of the neurotoxic potential of fenitrothion in the hen. Toxicology 41: 319 (1986).

**Ungar, W. and Ecobichon, D.J.,** Diazepam metabolism in the guinea pig materno-fetal model: effects of cigarette smoke. Drug Chem. Toxicol. 9: 205 (1986).

**Ecobichon, D.J.,** Transplacental and milk transfer of drugs: predictions from animal models. Future Health 9: 4 (1987).

**Ecobichon, D.J.,** Lawn care and pesticides: a toxicologist's concerns. Macdonald Journal (1987), pp.17-19.

**Ecobichon, D.J., Mekhael, K.M., Major, P. and Ogilvie, K.K.,** The acute toxicity of BIOLF 143 in the rat. Fundam. Appl. Toxicol. 10: 313 (1988).

**Durham, H.D., Pena, S.D.J. and Ecobichon, D.J.,** Hexahydrocarbon effects on intermediate filament organization in human fibroblasts. Muscle and Nerve 11: 23 (1988).

**Ecobichon, D.J., D'Ver, A.S. and Ehrhart, W.,** Drug disposition and biotransformation in the developing beagle dog. Fundam. Appl. Toxicol. 11: 23 (1988).

**Riley, C.M., Wiesner, C.J. and Ecobichon, D.J.,** Measurement of aminocarb in long-distance drift following aerial application to forests. Bull. Environ. Contam. Toxicol. 42: 37 (1989).

**Bilimoria, M.H. and Ecobichon, D.J.,** Subacute inhalation of cigarette smoke by pregnant and lactating rodents: AHH changes in perinatal tissues. J. Biochem. Toxicol. 4: 139 (1989).

**Gladu, J.-M. and Ecobichon, D.J.,** Evaluation of exposure of health care personnel to ribavirin. J. Toxicol. Environ. Health 28: 1 (1989).

**Ecobichon, D.J., Hidvegi, S., Comeau, A.M. and Varma, D.,** Acetaminophen metabolism in vivo in pregnant, fetal and neonatal guinea pigs. J. Biochem. Toxicol. 4: 235 (1989).

**Ecobichon, D.J., Bondzi-Simpson, F., Comeau, A.M., Mekhael, K.M., Major, P. and Ogilvie, K.K.,** Disposition and elimination of BIOLF-143, an antiviral agent, in the rabbit. Fundam. Appl. Toxicol. 14: 160 (1990).

**Ecobichon, D.J., Comeau, A.M., O'Neil, W.M. and Marshall, W.D.,** Kinetics, distribution and biotransformation of the chemical HI-6 in the rat, dog and rhesus monkey. Can. J. Physiol. Pharmacol. 68: 614 (1990).

**Ecobichon, D.J.,** Chemical management of forest pest epidemics: a case study. Biomed. Environ. Sciences 3:217 (1990).

**Mdachi, R.E., Marshall, W.D., Ecobichon, D.J., Fouad, F.M. and Conolley-Mendoza, C.E.,** Abiotic transformations and decomposition

13

kinetics of 4-carbamoyl-$2^1$-((hydroxyimino)methyl)-1,$1^1$-(oxy-dimethylene)-bis(pyridinium chloride) in aqueous phosphate buffers. Chem. Res. Toxicol. $\underline{3}$: 413 (1990).

**Ecobichon, D.J., Hicks, R., Allen, M.C. and Albert, R.,** Ground water contamination in rural New Brunswick. Environ. Health Review $\underline{34}$: #3, 75 (1990).

**Ecobichon, D.J. and Allen, M.C.,** Water Quality Surveillance Program. Data Summary Report. Department of Health and Community Services, Public Health Service, New Brunswick, May (1991).

**Ecobichon, D.J., MacInnis, C. and Allen, M.C.,** Petroleum product contamination of groundwater: analysis and interpretation of results. Environ. Health Rev. $\underline{35}$: #3, 103 (1991).

**Bilimoria, M.H. and Ecobichon, D.J.,** Protective antioxidant mechanisms in rat and guinea pig tissues challenged by acute exposure to cigarette smoke. Toxicology $\underline{72}$: 131 (1992).

**Ecobichon, D.J. and Allen, M.C.,** Water Quality Surveillance Program. Data Summary Report. Department of Health and Community Services, Public Health Service, New Brunswick, 1992.

**Austin, C.C., Ecobichon, D.J., Dussault, G. and Tirado, C.** Carbon monoxide and water vapor contamination of compressed breathing air for firefighters and divers. J. Toxicol. Environ. Health $\underline{52}$, 403 (1997).

**Ecobichon, D.J.** Health Effects of Pesticides. In "Assessment of Health Effects of Pesticide Exposure in Young Children". National Health and Environmental Effects Research Laboratory, Office of Research and Development. EPA/600/R-99/086. May 2000, pp.45-56.

**Ecobichon, D.J.** Our changing perspectives on benefits and risks of pesticides: A Historical overview. Neurotoxicology $\underline{21}$, 211-218 (2000).

**Ecobichon, D.J.** Pesticide use in developing countries. Toxicology 160, 27-33,2001.

**Austin, C.C., Wang, D., Ecobichon, D.J. and Dussault, G.** Characterization of volatile organic compounds in smoke at experimental fires. J. Toxicol. Environ. Health, Part A, 63, 191-206, 2001.

**Austin, C.C., Wang, D., Ecobichon, D.J. and Dussault, G.** Characterization of volatile organic compounds in smoke at municipal structural fires. J. Toxicol. Environ. Health, Part A, 63, 437-448, 2001.

**Austin, C.C., Dussault, G. and Ecobichon, D.J.** Municipal firefighter exposure groups, time spent at fires and use of self-contained-breathing apparatus. Amer. J. Indus. Med. 40, 683-692, 2001.

14

**Book Chapters:**

**Ecobichon, D.J.,** Carboxylesterase isozymes in the rabbit liver physicochemical properties. In <u>Isozymes I. Molecular Structure</u>, C. Markert (Editor), Academic Press Inc., 1975, pp. 389-402.

**Ecobichon, D.J.,** Hydrolytic transformations of environmental pollutants. In <u>Amer. Physiol. Soc. Handbook of Physiology - Reactions to Environmental Agents</u>, D.H.K. Lee (Editor), 1976, Ch. 27, pp. 441-454.

**Ecobichon, D.J.,** The influence of polychlorinated biphenyl compounds on hepatic function in the rat. In <u>Ecological Toxicology Research</u>, A.D. McIntyre and C.F. Mills (Editors), Plenum Publishing Corp., New York, 1976, pp. 207-214.

**Ecobichon, D.J.,** Enzymatic and other biochemical responses to selected PCBs. EPA-NIEHS Meeting, Chicago, Il., Nov. 1975, Proceedings.

**Ecobichon, D.J.,** Hydrolytic mechanisms of pesticide degradation. Proceedings IUPAC 4th Int. Congress of Pesticide Chemistry, H. Geissbuhler (Editor) and G.T. Brooks and P.C. Kearney (Assoc. Editors), Zurich, July 1978, Vol. 3, pp. 516-525.

**Marshall, W.D., Yule, W.N. and Ecobichon, D.J.,** Vapor phase redistribution of aminocarb and transformation products from leaf surfaces. In <u>Chemical and Biological Controls in Forestry</u>, W.Y. Garner and J. Harvey, Jr. (Editors), ACS Symposium Series No. 238, 1983.

**Ecobichon, D.J.,** The perinatal guinea pig as a model for toxicological studies. In <u>Toxicology and the Newborn</u>, S. Kacew and M.J. Reasor (Editors), Elsevier Science Publishers, 1984, pp. 35-65.

**Ecobichon, D.J.,** The Fenitrothion Controversy - What Is The Evidence? In <u>Principles of Health and Safety in Agriculture</u>, J.A. Dosman and D.W. Cockcroft (Editors), CRC Press, Boca Raton, FL., 1989, pp. 235-237.

**Ecobichon, D.J. and Walters, D.,** Health concerns in establishing buffer zones near human habitation. In <u>Buffer Zones: Their Application to Forest Insect Control Operations</u>, Canadian Forestry Publication #F018-7/1987E, pp. 73-82.

**Ecobichon, D.J.,** Pesticides, In <u>Casarett and Doull's Toxicology: The Basic Science of Poisons</u>, 4th Edition, M.O. Amdur, J. Doull, and C.D. Klaassen (Editors), Pergamon Press, New York, 1991, Chap. 18, pp. 565-622.

**Ecobichon, D.J.,** Toxicology and Risk Assessment. In <u>Encyclopedia of Food Science and Technology</u>, Y.H. Hui (Editor), John Wiley and Sons, New York, 1991, Volume III, pp. 2589-2596.

**Ecobichon, D.J.,** Toxicology and Risk Assessment. In <u>Foodborne Disease Handbook</u>, Hui, Gorham, Murrell, and Liver (Editors), Marcel Dekker, Inc., New York, 1994, Volume III, Ch. 12, pp. 573-613.

15

**Ecobichon, D.J.,** Pesticide-Induced Chronic Toxicity: Fact or Myth? In Agricultural Health and Safety: Workplace, Environment, Sustainability, H.H. McDuffie, J.A. Dosman, S.A. Olenchock and A. Senthilselvan (Editors), CRC Press, Inc., Boca Raton, FL., 1995, Ch. 22, pp. 125-132.

**Ecobichon, D.J.,** Pesticides. In Principles of Pharmacology. Basic Concepts and Clinical Applications, P.L. Munson, R.A. Mueller and G.R. Breese (Editors), Chapman and Hall, New York,1995, Ch. 107, pp. 1563-1579.

**Ecobichon, D.J.,** Pesticides. In Casarett and Doull's Toxicology. The Basic Science of Poisons, 5th Edition, C.D. Klaassen (Editor), McGraw-Hill, New York (1996), Ch. 22, pp. 643-689.

**Ecobichon, D.J.,** Toxicity – Acute, Chronic, Subchronic sections in Encyclopedia of Toxicology, Philip Wexler (Editor), Academic Press (1998), Vol. 3, pp. 252-268.

**Ecobichon, D.J.,** Reproductive Toxicology. In CRC Handbook of Toxicology, M.J. Derelanko and M.A. Hollinger (Editors), CRC Press, Boca Raton, FL. (1995), Ch. 11, pp. 379-402.

**Ecobichon, D.J.,** Toxicity Testing. Ch. 10. In Handbook of Pesticide Toxicology, R. Krieger (Ed.), Academic Press, 2001, pp. 285-297.

**Ecobichon, D.J.,** Carbamate Insecticides. Ch. 52. In Handbook of Pesticide Toxicology, R. Krieger (Ed.), Academic Press, 2001, pp. 1087-1106.

**Ecobichon, D.J.,** Pesticides. In Casarett and Doull's Toxicology. The Basic Science of Poisons, 6th Edition, C.D. Klaassen (Editor), McGraw-Hill, New York (2001), Ch. 22, pp. 763-810.


**Books:**

**Ecobichon, D.J. and Joy, R.M.,** Pesticides and Neurological Diseases, CRC Press, Boca Raton, FL., 1982.

**Ecobichon, D.J. and Wu, J.M. (Editors),** Environmental Tobacco Smoke, Proceedings of the International Symposium at McGill University, 1989, Lexington Books, D.C. Heath and Co., Lexington, MS.

**Ecobichon, D.J.,** The Basis of Toxicity Testing, CRC Press, Boca Raton, FL., 1992.

**Ecobichon, D.J. and Joy, R.M.,** Pesticides and Neurological Diseases, Second Edition, CRC Press, Boca Raton, FL., 1994.

**Ecobichon, D.J.,** The Basis of Toxicity Testing, Second Edition, CRC Press, Boca Raton, FL., 1997.

**Ecobichon, D.J. (Editor),** Occupational Hazards of Pesticide Exposure. Sampling, Monitoring, Measuring. Taylor and Francis, Philadelphia, Pa., 1998.

**Ecobichon, D.J.,** Handbook of Pesticide Toxicology. R. Krieger,

16

(Ed.), D.J. Ecobichon (Assoc. Ed.), Academic Press, 2001.

**Litigation Matters:**

1. 1972-73 – Shell Corp. vs. U.S. EPA. Proceedings in Washington, DC. concerning the ban and de-registration of dieldrin. Appeared as a witness for EPA regarding the toxicity of dieldrin to the central nervous system.

2. 1976 – Personal injury case in Fredericton, New Brunswick, concerning the medical problems incurred by husband and wife following overspraying by aircraft involved in aerial insecticide forest spraying program for spruce budworm. Appeared as a witness for plaintiffs against the provincial government (New Brunswick) and Forest Protection Ltd.

3. 1999-2000 – Appeal hearing of First Nation People against a proposed program of aerial herbicide (glyphosate) spraying on newly regenerating forest tracts supported by the forestry industry, British Columbia Ministries of Forestry, of Environment and of Natural Resources. Proposed appearance as a witness for the B.C. Ministry of Forestry regarding the possible human health effects of glyphosate. The appeal case was withdrawn by the plaintiffs two weeks before it was to be heard in May, 2000.

4. 1994-2000 – Fernando Caro vs. State of California. An appeal case involving a convicted murderer facing execution but with extenuating circumstances of brain damage due possibly to having been beaten as a child or to exposure to a variety of insecticides (organophosphorus and carbamate esters) known to elicit long-term, adverse, mental health effects. I worked with the legal firm representing Mr. Caro (Coffin and Love, San Francisco, CA) and gave a deposition (written and video) in my capacity as a toxicologist having done research and having written on the subject of delayed neurotoxicity induced by insecticides of the type listed above. The judge reviewing the appeal reversed the execution order in July, 2000.