IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff/Respondent, | : |
| | : Criminal Case No. 2:04-cr-55 |
| vs. | : |
| | : |
| ALFONSO RODRIGUEZ, JR., | : |
| | : |
| Defendant/Petitioner. | : |

**PETITIONER'S MOTION FOR LEAVE TO FILE A POST-HEARING
REPLY BRIEF CONCERNING HIS *ATKINS* AND MITIGATION CLAIMS**

Petitioner Alfonso Rodriguez, by and through undersigned counsel,

respectfully moves for leave of Court to file a reply brief in support of his *Atkins*

and mitigation-based claims. Petitioner states as follows in support of this motion:

1.     Following an evidentiary hearing on Petitioner's relevant claims,

Petitioner filed his brief on September 8, 2020. *See* ECF Doc. 1137.

2.     The Government filed a responsive brief on December 4, 2020. *See*

ECF Docs. 1140-1, 1144.

3.     The claims at issue are factually and legally complex, and the

Government's responsive brief is 121 pages in length.  The Government's brief

raises issues and arguments which are either not addressed in Petitioner's brief or

which require further discussion in order for the Court to reach a fully-informed

determination of the pending claims.

1

4.      Earlier in these proceedings, the Court granted Petitioner leave to file a reply brief in support of his forensic claims. *See* ECF Doc. 1100. The present motion for leave is all but identical to the previous one that the Court granted.

5.      Petitioner's reply brief is attached to this motion for the Court's convenience. Counsel will separately file the brief if and when the Court grants the requested leave.

WHEREFORE, for all of the foregoing reasons, Petitioner respectfully requests leave of Court to file the accompanying reply brief in support of his *Atkins* and mitigation-related claims.

Respectfully submitted,

/s/ JOSEPH W. LUBY
JOSEPH W. LUBY
ERIC J. MONTROY
FEDERAL COMMUNITY DEFENDER
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA
Capital Habeas Unit
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
joseph_luby@fd.org
eric_montry@fd.org

Dated:      January 7, 2021
            Philadelphia, PA

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2020, the foregoing document was filed

electronically with the Clerk of Court through ECF, and that ECF will send a

Notice of Electronic Filing (NEF) to the following:

Drew H. Wrigley
drew.wrigley@usdoj.gov

Melissa H. Burkland
melissa.burkland@usdoj.gov


/s/ Joseph W. Luby
*Counsel for Defendant-Petitioner*