# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

*WHEREAS* **ARBOLEDA A. ORTIZ, also known as ABELARDO ARBOLEDA ORTIZ,** was convicted in the United States District Court for the Western District of Missouri on an indictment (Docket No. 98-00311-03-CR-W-2-4) charging violations of Sections 841(a)(1), 841(b)(1)(A), and 846, Title 21, United States Code (Count 1); Sections 2, 924(c)(1), and 924(j)(1), Title 18, United States Code (Count 2); and Sections 2 and 1958, Title 18, United States Code (Count 3); and on December 19, 2000, a sentence of death was imposed on Counts Two and Three, and a term of 235 months' imprisonment and five years' supervised release was imposed on Count One; and

*WHEREAS* the said **ARBOLEDA A. ORTIZ, also known as ABELARDO ARBOLEDA ORTIZ,** on November 22, 2016, filed a petition for commutation of his sentence of death;

NOW, THEREFORE, BE IT KNOWN that I, **BARACK OBAMA**, President of the United States of America, in consideration of the petition, do hereby commute the sentence of death imposed upon the said **ARBOLEDA A. ORTIZ, also known as ABELARDO ARBOLEDA ORTIZ** to a sentence of life imprisonment without the possibility of parole, leaving intact and in effect all other terms and conditions of the sentence previously imposed upon him.

I HEREBY DIRECT the Pardon Attorney of the Department of Justice, as my representative, to deliver to the Bureau of Prisons a certified true copy of this warrant of commutation for delivery to the said prisoner as proof of my action.

IN TESTIMONY WHEREOF I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington this Seventeenth day of January in the year of our Lord Two thousand and seventeen and of the Independence of the United States the two hundred and forty-first.*

**BARACK OBAMA**
**President**

**Exhibit 3**