Local 2255 Judgment (Rev. 6/16)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Alfonso Rodriguez, Jr., | ) | |
|     Petitioner/Defendant | ) | **JUDGMENT ON PETITION** |
| | ) | **PURSUANT TO 28 U.S.C. § 2255** |
| v. | ) | |
| | ) | Criminal Case No.  2:04-cr-55 |
| United States of America, | ) | |
| | ) | Civil Case No.         2:11-cv-88 |
|     Respondent/Plaintiff. | ) | |

**IT IS ORDERED AND ADJUDGED** that the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 is granted in part and denied in part, pursuant to the Order filed on September 3, 2021.

CLERK OF COURT

Date:  September 3, 2021

*/s/ Pamela Bloomquist-Burman, Deputy Clerk*
_____
*Signature of Clerk or Deputy Clerk*