# INTELLECTUAL DISABILITY

Definition, Diagnosis, Classification, and Systems of Supports

*Robert L. Schalock*
*Ruth Luckasson*
*Marc J. Tassé*

## 12TH EDITION

American Association on Intellectual and Developmental Disabilities

aaidd

Exhibit A



The suggested citation for the AAIDD Manual is as follows:

Schalock, R. L., Luckasson, R., & Tassé, M. J. (2021). *Intellectual disability: Definition, diagnosis, classification, and systems of supports* (12th ed.). American Association on Intellectual and Developmental Disabilities.

Published by
American Association on Intellectual and Developmental Disabilities
8403 Colesville Road, Suite 900
Silver Spring, MD 20910
www.aaidd.org

© 2021 by American Association on Intellectual and Developmental Disabilities
All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without permission in writing from the publisher.

To order
AAIDD Order Fulfillment
8403 Colesville Road, Suite 900
Silver Spring, MD 20910
Phone:  202-387-1968 x216
Email:  books @aaidd.org
Online:  http://aaidd.org/publications/bookstore-home

Product No. 4174
ISBN 978-0-9983983-6-5

Exhibit A

## DEFINITION OF INTELLECTUAL DISABILITY AND ASSUMPTIONS REGARDING ITS APPLICATION

Intellectual disability (ID) is characterized by significant limitations both in intellectual functioning and in adaptive behavior as expressed in conceptual, social, and practical adaptive skills. This disability originates during the developmental period, which is defined operationally as before the individual attains age 22.

The following five assumptions are essential to the application of this definition:

1. Limitations in present functioning must be considered within the context of community environments typical of the individual's age peers and culture.

2. Valid assessment considers cultural and linguistic diversity as well as differences in communication, sensory, motor, and behavioral factors.

3. Within an individual, limitations often coexist with strengths.

4. An important purpose of describing limitations is to develop a profile of needed supports.

5. With appropriate personalized supports over a sustained period, the life functioning of the person with ID generally will improve.

1

Exhibit A