Transcript of Psychiatric Evaluation
Re: Alfonso Rodriguez, Jr.
August 4, 2006
Page 43

AR: Oh, it was a long time ago. That was probably in '82? '82 I think.

SP: What position did you used to play?

AR: Second base.

SP: Yeah?

AR: Yeah. And uh...

SP: I already asked you that.

AR: Uh, that's about all I...I've only played the second base. A couple of times I played uhm, you know, the outfield, but I was mostly in the infield.

SP: What kind of hitter were you?

AR: I got singles all the time. I never got home runs or anything, but I always got on base.

SP: So you had a good on base percentage.

AR: Yeah. Yeah. I always got on base.

SP: Do you follow baseball now?

AR: No. I wasn't too much into baseball. I'm into softball myself. I like softball.

SP: Uhm, what's your...what's your medical background? Have you ever been, uhm, uh, other than the stones against your head, have you been hit in the head any other time?

AR: Yeah.

SP: What was that from?

AR: My brother. You know as little kids. I was only about, oh, I think I was about 7 or 8. I'm not sure of the age.

Exhibit E

Transcript of Psychiatric Evaluation
Re: Alfonso Rodriguez, Jr.
August 4, 2006
Page 44

SP: Unhhuh.

AR: But me and my little brother we were playing, you know like cowboys and stuff like that. And, uh, this was in Texas, and we lived, uh...we lived, uh, we had our own house and my grandparents had the house next door. That's when I got (inaudible), you know. And in the back then was about four sheds. One was a...for the laundry...for a laundry, doing laundry and storing stuff. And it had a...an old-fashioned, you know, a strip door...

SP: Yeah?

AR: And I was crawling down the...on my hands and knees, and my little brother was on top of a door, and it struck me...I was going across and he had a gun, a toy gun, and uh, he went pow-bang, and it knocked me out cold.

SP: Is that right?

AR: Yeah.

SP: And how long were you out for?

AR: Oh, probably, I don't know half hour maybe.

SP: Half hour?

AR: Yeah.

SP: How do you know that?

AR: That's what my mom said.

SP: Your mom said you were out for a half hour?

AR: Yeah.

SP: What did she do about it?

Exhibit E

Transcript of Psychiatric Evaluation
Re: Alfonso Rodriguez, Jr.
August 4, 2006
Page 45

AR: Well, back in them days they...you didn't go to the hospital for...

SP: Unhhuh.

AR: You know ever go. They just put water on my head and... and I woke up, you know. And *(inaudible)*.

SP: Any other times you've been hit in the head?

AR: Uh, I'd say a punch one time.

SP: When was that?

AR: Oh, a fight. It was a long time ago. I was a teenager. But...

SP: So you...

AR: I wasn't knocked out or anything.

SP: Okay.

AR: Just got hit in the forehead.

SP: Did you get....did you go to the hospital for that?

AR: No. No.

SP: Okay.

AR: I've never really been in the hospital to tell you the truth.

SP: Okay. Any other times you've been hit on the head?

AR: Uhm, one time I got hit in the head at work. No, twice at work. I was, uh, running a....a harvester. It was a, this big machine.

SP: Right.

Exhibit E

Transcript of Psychiatric Evaluation
Re: Alfonso Rodriguez, Jr.
August 4, 2006
Page 46

AR: And I was coming up to the cab and I pushed...pulled myself up and I hit the, it's like an angle so it makes a corner, hit myself right on top of my head. Went to the emergency room for that.

SP: How long ago was that?

AR: Oh, it was back in '71. But didn't even need to stitch me. You know, so they put some stuff on my head and...

SP: Did you get un...knocked unconscious then?

AR: No.

SP: No.

AR: No.

SP: Any other times?

AR: It bled. Huh?

SP: Any other times?

AR: Uh, another time I got...that just happened not long ago.

SP: What...what just happened not long ago?

AR: When I...I got hit in the head. Uhm, when uhm, I was a work before I got arrested.

SP: Right?

AR: I had a job working with a guy that did drywall.

SP: Okay.

AR: And we were putting these sheets up on the...on the ceiling, and they're what, 8 by 10? Eight feet by ten. And uh, there was three of us. He was on one side, he was in the...and I was holding it up and they nailed it down,

Exhibit E

Transcript of Psychiatric Evaluation
Re: Alfonso Rodriguez, Jr.
August 4, 2006
Page 47

and I let go of it, well we all let go of it I guess. And the...the nails didn't hold and it popped and got me right on the head.

SP: How did that feel?

AR: It hurt, you know, but uh, I had a cap on, you know, I had a cap...you know that little ring....?

SP: Right.

AR: On a cap?

SP: Yeah.

AR: It went right there. It dinted. I don't know if you can still see it. But there should be something right about there.

SP: Okay.

AR: And it didn't...so I had a scab there for awhile.

SP: Did you go to the hospital for that?

AR: No. No.

SP: Now, how did you get that job?

AR: Uh, from uh...actually my sister. She...she owns a...she works for a daycare center. And the guy has a...one of his kids go there and he was looking for somebody to help him. So, I got a job...it wasn't a job-job, I guess you could say. See, in my situation I needed a job that was going to be taking taxes, be taking you know social security, the whole ball of wax. I wanted a legal job. This was more of job like he paid me every 15 days, you know, cash.

SP: Got it.

Exhibit E