IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff/Respondent,

v.

ALFONSO RODRIGUEZ, JR.,

Defendant/Petitioner.

Case No. 2:04-cr-55

**UNITED STATES' UNOPPOSED MOTION FOR TWO-WEEK EXTENSION OF TIME**

The United States of America, by Nicholas W. Chase, Acting United States Attorney for the District of North Dakota, and Melissa Helen Burkland, Assistant United States Attorney, moves the Court for an unopposed two-week extension of time to file its response to Petitioner's Motion to Alter or Amend Judgment pursuant to Rule 59(e) of the Federal Rules of Civil Procedure. Doc. 1151.

The United States' response to Petitioner's Rule 59(e) Motion is currently due October 15, 2021. Given the complexity of the issues Petitioner seeks the Court to reconsider, the United States is requesting a two-week extension to file its response. The United States reached out to counsel for Petitioner, who indicate that they do not oppose such a request. If the Court grants the United States' motion for an extension, the United States' response would be due October 29, 2021.

Dated:   October 8, 2021.

NICHOLAS W. CHASE
Acting United States Attorney

By:    /s/ Melissa Helen Burkland
MELISSA HELEN BURKLAND
Assistant United States Attorney
Quentin N. Burdick United States Courthouse
655 First Avenue North - Suite 250
Fargo, ND  58102-4932
(701) 297-7400
Wisconsin Bar Board ID No. 1071443
Melissa.Burkland@usdoj.gov
Attorney for United States