IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff/Respondent, | Criminal No. 2:04-cr-00055<br>Civil No. 2:11-cv-00088 |
| v. | **NOTICE OF APPEAL** |
| ALFONSO RODRIGUEZ, JR., | |
| Defendant/Petitioner. | |

The United States of America, by Nicholas W. Chase, United States Attorney for the District of North Dakota, and Melissa H. Burkland, Assistant United States Attorney, hereby gives notice that the Plaintiff/Respondent, United States of America, appeals to the United States Court of Appeals for the Eighth Circuit from the Memorandum Opinion And Order Granting In Part & Denying In Part Motion Under 28 U.S.C. § 2255; Vacating Death Sentence; And Ordering New Sentencing Hearing, entered on September 3, 2021 (Doc. 1149); the Amended Memorandum Opinion And Order Granting In Part & Denying In Part Motion Under 28 U.S.C. § 2255; Vacating Death Sentence; And Ordering New Sentencing Hearing, entered on January 3, 2022 (Doc. 1157); the Judgment On Petition Pursuant To 28 U.S.C. § 2255, entered on September 3, 2021 (Doc. 1150); and all rulings and interlocutory orders related to the Orders and Judgment.

Dated:  March 3, 2022

NICHOLAS W. CHASE
United States Attorney


By:    */s/ Melissa H. Burkland*
MELISSA HELEN BURKLAND
Assistant United States Attorney
WI Bar ID 1071443
655 First Avenue North, Suite 250
Fargo, ND  58102-4932
(701) 297-7400
melissa.burkland@usdoj.gov
Attorneys for United States