Rev. 5/2017

# U. S. COURT OF APPEALS - EIGHTH CIRCUIT
## NOA SUPPLEMENT

*Please note any additions or deletions to the style of the case from the style listed on the docket sheet.*

Case No.  2:04-cr-55                    USA v. Alfonso Rodriguez, Jr.

Length of trial:  42 days* - *68 hours of total estimated trial testimony

Financial Status:      Fee Paid?                                          ☐ Yes     ☑ No *USA filing
                       If **NO**, has IFP been granted?                   ☐ Yes     ☑ No appeal - filing
                       Is there a pending motion for IFP?                 ☐ Yes     ☑ No fee waived.

Are there any other pending post-judgment motions?                       ☐ Yes     ☑ No

Please identify the court reporter:          ☐ No hearings held

   Name:  Kelly Kroke and Brenda Cernik

   Address:  655 1st Avenue North, Fargo ND 58102

   Telephone Number:  701-297-7000

Criminal cases only:
   Is the defendant incarcerated?     ☑ Yes (include address below)            No ☐

   Please list all other defendants in this case if there were multiple defendants.

**SPECIAL COMMENTS:**

*The is a death penalty case;

*Certificate of Appealability was not addressed at District Court level;

*Government (USA) is filing this appeal - filing fee waived;

*Defendant is housed at: USP Terre Haute, 4700 Bureau Road South, Terre Haute, IN 47802;

*8th Circuit United States Judge Ralph R. Erickson, Sitting by Designation, ruled on 2255
  Motion at District Court level.