# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| **Plaintiff/Respondent,** | : |
| | : Criminal Case No. 2:04-cr-55 |
| vs. | : Civil Case No. 2:11-cv-88 |
| | : |
| ALFONSO RODRIGUEZ, JR., | : |
| | : |
| **Defendant/Petitioner.** | : |

## NOTICE OF CROSS-APPEAL

Alfonso Rodriguez, Jr., by and through undersigned counsel, and pursuant to

Fed. R. App. P. 3(a)(1) and 4(a)(3), hereby gives notice of cross-appeal to the

United States Court of Appeals for the Eighth Circuit, from the "Memorandum

Opinion and Order Granting in Part and Denying in Part Motion Under 28 U.S.C. §

2255; Vacating Death Sentence; and Ordering New Sentencing Hearing" (ECF

Doc. 1149, dated Sept. 3, 2021), the "Amended Memorandum Opinion and Order

Granting in Part & Denying in Part Motion Under 28 U.S.C. § 2255; Vacating

Death Sentence; and Ordering New Sentencing Hearing" (ECF Doc. 1157, dated

Jan. 3, 2022), the "Order Denying Motion to Alter or Amend Judgment Pursuant to

Fed. R. Civ. P. 59(e)" (ECF Doc. 1156, dated Jan. 3, 2022), the "Judgment on

Petition Pursuant to 28 U.S.C. § 2255" (ECF Doc. 1150, dated Sept. 3, 2021), and

from each and every subsidiary and interlocutory adverse ruling and finding

1

contained and reflected therein, other than those portions of the above-listed orders and judgment that were resolved in Mr. Rodriguez's favor.

Undersigned counsel wish to alert the Court that we have also filed with the Eighth Circuit a motion to dismiss the government's appeal, because this Court's grant of post-conviction relief is not final and appealable until Mr. Rodriguez is actually resentenced. *See Andrews v. United States*, 373 U.S. 334, 340 (1963) ("Where, as here, what was appropriately asked and appropriately granted was the resentencing of the petitioners, it is obvious that there could be no final disposition of the § 2255 proceedings until the petitioners were resentenced."). The Eighth Circuit follows the rule of *Andrews*, as do other courts of appeals. *See Wiggins v. United States*, 900 F.3d 618, 621 (8th Cir. 2018); *United States v. Hammer*, 564 F.3d 628, 634-36 (3d Cir. 2009); *United States v. Stitt*, 459 F.3d 483, 484-86 (4th Cir. 2006). A copy of Mr. Rodriguez's motion to dismiss the government's appeal for lack of jurisdiction is attached hereto as Exhibit A.

This notice of cross-appeal is being filed in an abundance of caution, in order to ensure that counsel protect Mr. Rodriguez's appellate rights with respect to the § 2255 claims that this Court denied. For the reasons stated in the Motion to Dismiss (Exhibit A), the filing of this notice of cross-appeal should not be construed as a concession that jurisdiction properly lies with the Court of Appeals for the Eighth Circuit at this time.

Respectfully submitted,


/s/ JOSEPH W. LUBY
JOSEPH W. LUBY
ERIC J. MONTROY
ANNIE FISHER
JAHAAN SHAHEED
FEDERAL COMMUNITY DEFENDER
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA
Capital Habeas Unit
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
joseph_luby@fd.org
eric_montry@fd.org
annie_fisher@fd.org
jahaan_shaheed@fd.org

Dated:        March 16, 2022
              Philadelphia, PA

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2022, the foregoing document was filed

electronically with the Clerk of Court through ECF, and that ECF will send a

Notice of Electronic Filing (NEF) to the following:

Melissa H. Burkland
melissa.burkland@usdoj.gov


/s/ Joseph W. Luby
*Counsel for Defendant-Petitioner*