## U. S. COURT OF APPEALS - EIGHTH CIRCUIT
## NOA SUPPLEMENT

*Please note any additions or deletions to the style of the case from the style listed on the docket sheet.*

Case No.  2:04-cr-55-RRE-1          USA v. Alfonso Rodriguez, Jr.

Length of trial:  42 days* - *68 hours of total estimated trial testimony

Financial Status:      Fee Paid?                                    ☐ Yes    ☑ No
                       If **NO**, has IFP been granted?             ☑ Yes    ☐ No
                       Is there a pending motion for IFP?           ☐ Yes    ☑ No

Are there any other pending post-judgment motions?       ☐ Yes    ☑ No

Please identify the court reporter:        ☐ No hearings held

   Name:  Kelly Kroke and Brenda Cernik

   Address:  655 1st Avenue North, Fargo ND 58102

   Telephone Number:  701-297-7000

Criminal cases only:
   Is the defendant incarcerated?    ☑ Yes (include address below)        No ☐
   Please list all other defendants in this case if there were multiple defendants.

**\*SPECIAL COMMENTS**:

\*Document [1160] is captioned as a cross-appeal.  USA filed an appeal on 3/3/2022 (USCA Case #: 22-1461).  Because defendant captions pleading as "Notice of Cross Appeal", but notes that the resentencing phase has not begun and the Government's appeal is premature, the District Court filed as a Cross Appeal as captioned and not Interlocutory Appeal;

\*This is a death penalty case;

\*Certificate of Appealability was not addressed at the District Court level;

\*Defendant is housed at: USP Terre Haute, 4700 Bureau Road South, Terre Haute, IN 47802; and

\*8th Circuit United States Judge Ralph R. Erickson, Sitting by Designation, ruled on the 2255 Motion at the District Court level.