IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, | |
| Plaintiff/Respondent, | Criminal Case No. 2:04-cr-55<br>Civil Case No. 2:11-cv-88 |
| vs. | **ORDER APPOINTING FEDERAL** |
| | **COMMUNITY DEFENDER** |
| Alfonso Rodriguez, Jr., | **OFFICE FOR THE EASTERN** |
| | **DISTRICT OF PENNSYLVANIA** |
| Defendant/Petitioner. | **FOR PENALTY PHASE RE-TRIAL** |

The Federal Community Defender Office for the Eastern District of Pennsylvania was appointed by the Court to represent petitioner in proceedings brought pursuant to 28 U.S.C. § 2255. (Doc. #1014). The § 2255 proceedings have been completed with relief having been granted and petitioner's sentence having been vacated by the Court.

The Court finds that petitioner remains indigent and is eligible for the appointment of counsel. Counsel employed at the Federal Community Defender Office for the Eastern District of Pennsylvania–Capital Habeas Unit, including specifically Victor Abreu, Joseph Luby, Eric Montroy, Annie Fisher, and Jahaan Shaheed, have demonstrated exceptional competence, understand the demands required of capital litigation, and are qualified to represent petitioner in the next phase of this case.

The Court **HEREBY APPOINTS** the Federal Community Defender Office for the Eastern District of Pennsylvania for the re-trial of the penalty phase in this case. The appointment is made with the understanding that the attorneys will not bill the Court for any fees or expenses related to the representation.

1

**IT IS SO ORDERED.**

Dated this 5th day of May, 2022.

Sitting by Designation:

*/s/*  Ralph R. Erickson
Ralph R. Erickson, Circuit Judge
Eighth Circuit Court of Appeals