IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:04-cr-55 |
| v. | **NOTICE OF SUBSTITUTION OF COUNSEL BY UNITED STATES** |
| ALFONSO RODRIGUEZ, JR., | |
| Defendant. | |

The United States of America, by Nicholas W. Chase, United States Attorney for the District of North Dakota, and Megan A. Healy and Jennifer K. Puhl, Assistant United States Attorneys, hereby enters their appearance of counsel for the United States in this case.

Dated:  May 18, 2022

NICHOLAS W. CHASE
United States Attorney

By:     /s/ *Megan A. Healy*
MEGAN A. HEALY
Assistant United States Attorney
MN Bar ID 0387810
655 First Avenue North, Suite 250
Fargo, ND  58102-4932
(701) 297-7400
megan.healy@usdoj.gov
Attorney for United States

By:     */s/ Jennifer Klemetsrud Puhl*
JENNIFER KLEMETSRUD PUHL
Assistant United States Attorney
ND Bar ID 05672
655 First Avenue North, Suite 250
Fargo, ND  58102-4932
(701) 297-7400
jennifer.puhl@usdoj.gov
Attorney for United States