IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ALFONSO RODRIGUEZ, JR.,<br><br>  Defendant. | Case No. 2:04-cr-55<br><br>**NOTICE OF APPEARANCE ON BEHALF OF THE UNITED STATES OF AMERICA** |

The United States of America, by and through the Criminal Division, Capital Case

Section, of the United States Department of Justice, hereby informs the Clerk of this

Court and all parties of record that James P. Curtin, Trial Attorney, enters his

appearance as an attorney for the United States.

  Dated: June 27, 2022

  /s/ *James P. Curtin*
  James P. Curtin
  Trial Attorney
  Criminal Division, Capital Case Section
  United States Department of Justice
  1331 F. Street, N.W.
  Washington, D.C.  20530
  (202) 353-3639 (Direct)
  James.Curtin@usdoj.gov
  Attorney for the United States