IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFONSO RODRIGUEZ, JR.,<br><br>Defendant. | Case No. 2:04-cr-00055<br><br>**UNITED STATES' NOTICE OF WITHDRAWAL OF THE NOTICE OF INTENT TO SEEK A SENTENCE OF DEATH** |

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, hereby withdraws the Notice of Intent to Seek a Sentence of Death against defendant Alfonso Rodriguez, Jr., filed on October 28, 2004. (Doc. 34.) The United States no longer intends to seek the death penalty in this case.

Dated: March 14, 2023

/s/ *Mac Schneider*
MAC SCHNEIDER
United States Attorney
Quentin N. Burdick United States Courthouse
655 First Avenue North, Suite 250
Fargo, ND 58102-4932
(701) 297-7400
ND Bar ID 06476
mac.schneider@usdoj.gov
Attorney for United States