IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

United States of America,

        Plaintiff/Respondent,

vs.

Alfonso Rodriguez, Jr.,

        Defendant/Petitioner.

Criminal No. 2:04-cr-55
Civil Case No. 2:11-cv-88

**ORDER TO UNSEAL**

This case, now concluded and finding no reason for certain documents to remain under seal, the Court hereby orders Docs. #799-36 and 799-37 be unsealed.

**IT IS SO ORDERED.**

Dated this 3rd day of May, 2023.

Sitting by designation:

/s/ Ralph R. Erickson
Ralph R. Erickson, Circuit Judge
Eighth Circuit Court of Appeals