IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALFONSO RODRIGUEZ, JR.,

Defendant.

Case Nos. 2:04-CR-55, 2:11-cv-88

**STIPULATION TO MODIFY SENTENCE**

The United States of America, by Mac Schneider, United States Attorney for the

District of North Dakota, and Alfonso Rodriguez, Jr. ("Rodriguez"), by counsel Victor

Abreu, moves the Court to modify Rodriguez's death sentence to a sentence of life

imprisonment. Because life imprisonment is the only sentence available, the parties

agree the Court should modify Rodriguez's sentence in a written order without holding a

hearing.

**I.      Procedural History**

On May 11, 2004, a federal grand jury in the District of North Dakota returned a

one-count Indictment charging Rodriguez with kidnapping Dru Sjodin and transporting

her from North Dakota to Minnesota for the purpose of sexual assault, and otherwise,

resulting in the death of Dru Sjodin in violation of 18 U.S.C. § 1201(a)(1). (Doc. 1.) At

trial, the jury convicted Rodriguez, and he was sentenced to death. (Doc. 652.) The

United States Court of Appeals affirmed Rodriguez's conviction and sentence. United

States v. Rodriguez, 581 F.3d 775 (8th Cir. 2009).

On October 17, 2011, Rodriguez filed a motion under 28 U.S.C. § 2255. (Doc. 752.) The Court granted in part and denied in part that motion, vacated the death penalty, and ordered a new sentencing proceeding. (Docs. 1149, 1157.)

Rodriguez thereafter submitted a request to the Department of Justice under the procedures outlined in Justice Manual 9-10.160 asking the United States to withdraw the notice of intention to seek the death penalty. In March 2023, Attorney General Merrick B. Garland directed U.S. Attorney Mac Schneider to withdraw the notice of intention to seek the death penalty. The United States filed a Notice of Withdrawal of the Notice of Intent to Seek a Sentence of Death on March 14, 2023. (Doc. 1177.)

**II.      This Court Should Modify The Judgment To Reflect Rodriguez's Life Sentence On Count One.**

The parties agree that this Court should summarily modify Rodriguez's sentence on Count One to life imprisonment. Rodriguez remains convicted of Kidnapping Resulting in Death, in violation of 18 U.S.C. § 1201(a)(1). The only available sentences for kidnapping resulting in death are death or life imprisonment. 18 U.S.C. § 1201(a)(1). Because Rodriguez's death sentence has been vacated, the only available option for a sentence on Count One is modifying the sentence from death to life imprisonment.

As such, the parties agree that this Court should enter a written order modifying Rodriguez's sentence on Count One from death to life imprisonment. As set forth in the attached waiver, Rodriguez has waived any right he has to be present at the resentencing. Fed. R. Crim. P. 43(c)(1)(B) (defendant may waive the right to be present at sentencing).

## III.    Conclusion

For the reasons state above, the parties ask the Court to enter a written order modifying Rodriguez's sentence on Count One from death to life imprisonment.

Dated:  May 16, 2023

By:    /s/ Mac Schneider
       MAC SCHNEIDER
       United States Attorney
       Quentin N. Burdick United States Courthouse
       655 First Avenue North - Suite 250
       Fargo, ND  58102-4932
       (701) 297-7400
       ND Bar Board ID No. 06476
       Mac.Schneider@usdoj.gov
       Attorney for United States

       *Counsel for the United States*

By:    /s/ Victor Abreu
       VICTOR ABREU
       FEDERAL COMMUNITY DEFENDER
       FOR THE EASTERN DISTRICT OF
       PENNSYLVANIA
       Capital Habeas Unit
       601 Walnut Street, Suite 545 West
       Philadelphia, PA  19106
       (215) 928-0520
       Victor_Abreu@fd.org

       *Counsel for Alfonso Rodriguez, Jr.*