IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALFONSO RODRIGUEZ, JR.,

Defendant.

Case Nos. 2:04-cr-55, 2:11-cv-88

**WAIVER OF APPEARANCE AT SENTENCING**

The defendant, Alfonso Rodriguez, Jr., by undersigned counsel, waives his right to be present at his resentencing pursuant to Federal Rule of Criminal Procedure 43(c)(1)(B). The defendant acknowledges he has been advised by counsel that he may waive his right to be present and choose to be voluntarily absent for resentencing in this noncapital case. The defendant therefore requests the Court impose a sentence of life imprisonment without holding a hearing.

Dated:  May 16, 2023

By:    /s/ Victor Abreu
       VICTOR ABREU
       FEDERAL COMMUNITY DEFENDER
       FOR THE EASTERN DISTRICT OF
       PENNSYLVANIA
       Capital Habeas Unit
       601 Walnut Street, Suite 545 West
       Philadelphia, PA  19106
       (215) 928-0520
       Victor_Abreu@fd.org

       *Counsel for Alfonso Rodriguez, Jr.*