IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

United States of America,

   Plaintiff/Respondent,

vs.

Alfonso Rodriguez, Jr.,

   Defendant/Petitioner.

Criminal Case No. 2:04-cr-55
Civil Case No. 2:11-cv-88

**ORDER ADOPTING
STIPULATION AND DIRECTING
ENTRY OF AN AMENDED
JUDGMENT**

On August 30, 2006, a jury convicted Alfonso Rodriguez, Jr. of kidnapping resulting in death, in violation of 18 U.S.C. § 1201(a)(1). (Doc. #557). Pursuant to the jury's special findings returned on September 22, 2006, (Doc. #626), the Court entered judgment on February 8, 2007, sentencing Rodriguez to death. (Doc. #652). At the direction of the United States Attorney General, the United States has withdrawn its notice of intent to seek the death penalty. (Doc. #1177).

Now, before the Court is the parties' stipulation to modify Alfonso Rodriguez, Jr.'s previously imposed death sentence to a sentence of life imprisonment. (Doc. #1179). Rodriguez has waived his right to be present at a re-sentencing hearing. (Doc. #1179-1). Because the only available sentence for Rodriguez's offense is a term of life imprisonment, the Court hereby adopts the parties' stipulation; accepts Rodriguez's waiver of his right to be present at a hearing; and hereby orders the Clerk to amend the judgment to impose a sentence of life imprisonment, with all other terms and conditions to remain unchanged.

**IT IS SO ORDERED.**

Dated this 17th day of May, 2023.

Sitting by Designation:

Ralph R. Erickson, Circuit Judge
Eighth Circuit Court of Appeals